IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION



JENNIFER VETRANO,

Plaintiff,

v.

JOHN BRDA, ALLISON CHRISTILAW, MBA, ICD.D B,
JOHN R. HARDING, UZI SASSON, DAN EATON, ESQ.,
MAURICE GUITTON, ERIC M. LESLIE, PHILIPPE MORALI,
KEN HANNAH, STEEN KARSBO, JOHN DOES 1-20,
JANE DOES 1-20,

Defendants.

Case No. 7:24-CV-325

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND
COMPLAINT ON INTERNATIONAL DEFENDANTS

TO THE HONORABLE DAVID COUNTS, UNITED STATES DISTRICT JUDGE:

Plaintiff Jennifer Vetrano respectfully moves this Court for an extension of time to serve the summons and complaint on the international defendants in the above-captioned matter, pursuant to Federal Rule of Civil Procedure 4(m), and states as follows:

I. INTRODUCTION

1. Plaintiff filed the complaint in this matter and has been diligently working to effectuate service of process on all named defendants.

2. While service on the domestic defendants is expected to be completed within the next five (5) business days by ABC Legal, Plaintiff has encountered significant delays in serving the four international defendants.

3. The international defendants include Maurice Guitton, Eric M. Leslie in Calgary, Canada, Allison Christilaw in Canada, and Steen Karsbo in Denmark.

## II. REASONS FOR REQUESTED EXTENSION

4. Service upon these international defendants is subject to the procedures outlined in the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents and other applicable international treaties and laws.

5. The process has been delayed due to the necessity of document translations, coordination with foreign service authorities, and unanticipated delays in international mail and legal processing times.

6. Despite Plaintiff's diligent efforts, the required steps for service are still in progress, and additional time is necessary to ensure compliance with all legal requirements and to avoid any potential prejudice to the defendants.

7. Plaintiff respectfully requests an additional ninety (90) days to complete service on the international defendants. This extension is necessary to allow proper execution of service in compliance with international law and procedural fairness.

## III. CONCLUSION

8. Granting this extension will not prejudice any party and will serve the interests of justice by ensuring that all defendants are properly served and given an opportunity to respond.

WHEREFORE, Plaintiff Jennifer Vetrano respectfully requests that this Court grant an extension of ninety (90) days from the current deadline to complete service of process on the international defendants, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: February 22, 2025

Jennifer Vetrano
25 Pond Hollow Lane
West Creek, NJ 08092
Email: jvetrano999@gmail.com
Phone: 908-783-0105

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February 2025, I have caused a true and correct copy of the foregoing Motion for Extension of Time to be filed and served upon all parties of record via the Court's electronic filing system and/or mail.

/s/ Jennifer Vetrano
Jennifer Vetrano

*Jennifer Vetrano* (signature)

```
JENNIFER VETRANO                    0.2 LBS LTR 1 OF 1
(908) 703-0105                      SHP WT: LTR
THE UPS STORE #0807                 DATE: 24 FEB 2025
STE 35
297 ROUTE 72 W
MANAHAWKIN, NJ 08050-2811

SHIP  US DISTRICT CLERK OFFICE
TO:   STE 222
      200 E WALL ST

      MIDLAND   TX 79701-5201

              TX 797 9-01

UPS 2ND DAY AIR A.M.            2A
TRACKING #: 1Z 0V1 9E0 07 4882 0576

BILLING: P/P

REF #1: 8874
REF #2: 8874

MM4NGUJZKUJIC ISH 13.887 ZZP 438 03.5V 01/2025
```

RECEIVED
FEB 26 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK




Serving you for more than 100 years
United Parcel Service.

```
US DISTRICT CLERK OFFICE
200 E WALL ST
STE 222
MIDLAND TX 79701

P:RED           S:SOUTH   I:R1
DTWN-1041
1Z0V19E0074882        0670
CSFNT55
7970                  1030
        XH1BSQLLS FEB 26 08:37:37 2025
        NIP 24.3.1   Z1Q11R
```

Visit theupsstore.com to find a location near you.

**Domestic Shipments**
To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

To qualify for the letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

01880250709  08/21  United Parcel Service

Apply shipping documents on this side.

Do not use this envelope for:
- UPS Ground®
- UPS Standard®
- UPS 3 Day Select®
- UPS Worldwide Expedited®

Visit theupsstore.com to learn more about our Print & Business Services.

