March 5, 2025

United States District Court Western District of Texas

U.S. District Clerk's Office

200 East Wall, Room 222

Midland, Texas 79701

FILED

MAR 12 2025

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

Re: Jennifer Vetrano v. John Brda, Allison Christilaw, John R. Harding, Uzi Sasson, Dan Eaton, Maurice Guitton, Eric M. Leslie, Phillippe Morali, Ken Hannah, Steen Karsbo, John Does 1-20, Jane Does 1-20

Case No. 7:24-CV-325

To the Honorable Judge David Counts:

I, Jennifer Vetrano, Plaintiff, appearing pro se, submit this update regarding service of process upon the Defendants in the above-referenced matter. The following is a status update regarding service of process:

1) Defendant: John R. Harding.
   Process requested on 2/21/25. One attempt made. Followed up with ABC Legal to ensure 4-6 attempts are made.
2) Defendant: Dan Eaton
   Process requested on 2/21/25. Initial address incorrect. New address found in New Mexico. Three attempts made as of March 5, 2025.
3) Defendant: Philippe Morali-Served successfully
4) Defendant: Uzi Sasson-Served successfully
5) Defendant: John Brda-Served successfully
6) Defendant: Kenneth Hannah-Served successfully
7) Defendant: Allison Christilaw- International service required. Extension granted by the Court
8) Defendant: Maurice Guitton- International service required. Extension granted by the Court International service needed.
9) Defendant: Eric M. Leslie- International service required. Extension granted by the Court
10) Defendant: Steen Karsbo- International service required. Extension granted by the Court.

Where service has been completed, proof of service has been attached to this document. Where service has not been completed, I am diligently working to ensure service as quickly as possible. After 4-6 attempts ABC Legal relayed to me that they would provide an Affidavit or Declaration of due diligence.

Respectfully submitted,

*Jennifer Vetrano* (signature) Jennifer Vetrano, Plaintiff, Pro Se

Search for case by number, title, court...

Case Activity & Search  |  Case Details

🔍 Case Details

◀ Previous    1 of 6    Next ▶

Jennifer Vetrano v John Brda, Allison Christilaw, MBA, ICD.D B, John R. Harding, Uzi Sasson, Dan Eaton Esq, Maurice Guitton, Eric M. Leslie, Philippe Morall, Ken Hannah, Steen Karsbo

(1) Contacts

**Reference ID:** REF-19108931

**Submitted:** 02/21/25

| | |
|---|---|
| **Case #:** 7:24-CV-00325-DC-RCG | **Documents Category:** Summons and Complaint |
| **Party to Serve:** John R. Harding | **Type:** Serve Only |
| 440 Clyde Ave, Mountain View, CA 94043 | **Court:** US District Court, Texas, Western District, Midland-Odessa |
| **Status:** Active | |

## Status Overview

View: [ 📄 Proofs ]  [ 📄 Invoices ]

```
    ✓ Review ———————— ② ———————— ③ ———————— ④
                    Service              Proof          Complete
                       |
               Attempting to Serve
                 Your Documents
```

⊘ Stop & Cancel

## Key Events

Key events such as deadlines, hearings, filings and proof of service display in this section.

## Status Updates & Activity

📄 Expand All  |  📄 Collapse All

Support Requests

**02/27/25** 2:00 PM

📅  Service attempted upon **John R. Harding** at 440 Clyde Ave, Mountain View, CA 94043-2232    ⌃

There was no answer at the address. I observed signage indicating that this is a Google building for businesses purposes.

Server:   Eddie Bacuyani                                                📷 (3)    ⊙

**02/26/25** 10:45 PM

→  Process server received documents for John R. Harding                                              ⌄

**02/25/25** 5:46 PM

💬  Message from   Wendy Helmick                                                  ⌄

**02/21/25** 1:42 PM

📋

Filing confirmed. Case # 7:24-CV-00325-DC-RCG filed on 12/27/24 at US District Court, Texas, Western District, Midland-Odessa.

**02/21/25 1:41 PM**

Order reviewed and entered. Queued for the next step.

**02/21/25 1:33 PM**

Standard Delivery for Service of Process requested upon 1 party by Jennifer Vetrano

- Support
- Invoices
- Documents

## Documents and Proofs

Proofs are located in this section and will display once they are available.

- File(s) Uploaded
    - Document (amendedcomplant.pdf)
    - Document (Hardingpage1summons.pdf)
    - Document (Hardingpage2summons.pdf)

- Service Documents
    - Summons (John R. Harding)
    - Document (...11092090078317734136.pdf)

- Invoices and Receipts
    - Invoice (#20801465.100)

FAQ & Documentation     Request a Feature     Terms of Service

Case Activity & Search | Case Details

## Case Details

◀ Previous    2 of 6    Next ▶

# Jennifer Vetrano v Dan Eaton

(1) Contacts

**Reference ID:** REF-19108709

**Submitted:** 02/21/25

---

**Case #:** 7:24-CV-00325-DC-RCG  
**Party to Serve:** Dan Eaton  
1706 Paseo De Peralta, Santa Fe, NM 87501-3726  
**Status:** Active

**Documents Category:** Summons and Complaint  
**Type:** Serve Only  
**Court:** US District Court, Texas, Western District, Midland-Odessa

## Status Overview

View: [Proofs] [Invoices]

```
✓ Review ———————— ② Service ———— 3 Proof ———— 4 Complete
                  Attempting to Serve
                  Your Documents
```

⊘ Stop & Cancel

## Key Events

Key events such as deadlines, hearings, filings and proof of service display in this section.

## Status Updates & Activity

⊞ Expand All  |  ⊟ Collapse All

Support Requests

**03/05/25 2:12 PM**

📋 Service attempted upon **Dan Eaton** at 1706 Paseo De Peralta, Santa Fe, NM 87501-3726    ∧

There was no answer at the address. There were no vehicles parked in driveway. I heard no movement inside house.

Server: 🧑 Rafael Espinoza    📷 (2)   ⊙

**03/01/25 8:41 PM**

📋 Service attempted upon **Dan Eaton** at 1706 Paseo De Peralta, Santa Fe, NM 87501-3726    ∨

**03/01/25 8:35 PM**

📋 Service attempted upon **Dan Eaton** at 1706 Paseo De Peralta, Santa Fe, NM 87501-3726    ∨

**02/26/25 2:25 PM**

→ Process server received documents for Dan Eaton    ∨

**02/25/25 10:56 PM**

✏️ Signed Proof of Non-Service for Dan Eaton at 2849 Rosario Dr, San Jose, CA 95132

02/25/25 7:38 PM

Jennifer Vetrano chose next service address for Dan Eaton

02/25/25 5:39 PM

💬 Message from WH Wendy Helmick

02/25/25 5:21 PM

Action Needed: Choose next service address for Dan Eaton

02/25/25 5:21 PM

📄 Non-service confirmed for **Dan Eaton** at 2849 Rosario Dr, San Jose, CA 95132-1644

02/25/25 5:20 PM

📋 Service attempted upon **Dan Eaton** at 2849 Rosario Dr, San Jose, CA 95132-1644

02/25/25 2:39 PM

→ Process server received documents for Dan Eaton

02/21/25 1:31 PM

📋 Filing confirmed. Case # 7:24-CV-00325-DC-RCG filed on 12/27/24 at US District Court, Texas, Western District, Midland-Odessa.

02/21/25 1:30 PM

⊙ Order reviewed and entered. Queued for the next step.

02/21/25 1:23 PM

ⓘ Standard Delivery for Service of Process requested upon 1 party by Jennifer Vetrano

📄 Documents

📧 Invoices

👥 Support

### Need Help?

Create a customer support ticket.

Please explain the issue and a member of our team will follow up.

📎 Attach or Drag & Drop Documents

Send Request

1 New Message. Mark as Read

Wendy H. Feb 25, 2025 2:39 PM | ABC Legal Customer Support

Hi Jennifer,

Thank you for contacting us through Live Chat! I did not pass along the best time for attempts due to the service address being non-served. Per server/attempt notes: I spoke with an individual who identified themselves as the resident and they stated subject moved.

Please let us know how we can assist you further.

Kindly,
Wendy H.
ABC Legal Services
Customer Support Team

FAQ & Documentation     Request a Feature     Terms of Service

## Billing Activity

## Invoices

Invoice Date: Any

Search by number, key word...

[ Search ]

Switch To:  ⇄ Invoice # Search

### 7 Matching Invoices

▤ Download Invoices

**Invoice: 20854331.100 | 02/25/2025**
- Process Service: Dan Eaton

Ref ID: REF-19108709

| | |
|---|---|
| Total | $75.00 |
| | ▦ Paid |
| Due | $0.00 |
| Pay: | ▦ Paid |
| View | ▦ |

**Invoice: 20801465.100 | 02/21/2025**
- Process Service

Ref ID: REF-19108931

| | |
|---|---|
| Total | $75.00 |
| | ▦ Paid |
| Due | $0.00 |
| Pay: | ▦ Paid |
| View | ▦ |

**Invoice: 20801407.100 | 02/21/2025**
- Process Service

Ref ID: REF-19108789

| | |
|---|---|
| Total | $75.00 |
| | ▦ Paid |
| Due | $0.00 |
| Pay: | ▦ Paid |
| View | ▦ |

Date

**Invoice: 20801312.100 | 02/21/2025**
- Process Service

Ref ID: REF-19108709

| | |
|---|---|
| Total | $75.00 |

🖼 Paid

| | |
|---|---|
| Due | $0.00 |
| Pay: | 🖼 Paid |
| View | 🖼 |

Invoice: 20801236.100 | 02/21/2025
- Process Service

Ref ID: REF-19108665

| | |
|---|---|
| Total | $75.00 |
| | 🖼 Paid |
| Due | $0.00 |
| Pay: | 🖼 Paid |
| View | 🖼 |

Invoice: 20801155.100 | 02/21/2025
- Process Service

Ref ID: REF-19108603

| | |
|---|---|
| Total | $75.00 |
| | 🖼 Paid |
| Due | $0.00 |
| Pay: | 🖼 Paid |
| View | 🖼 |

Invoice: 20800999.100 | 02/21/2025
- Process Service

Ref ID: REF-19108525

| | |
|---|---|
| Total | $85.00 |
| | 🖼 Paid |
| Due | $0.00 |
| Pay: | 🖼 Paid |
| View | 🖼 |

75 per page    ◀ Previous    1 of 1    Next ▶    | Page:    Go

🖼 FAQ & Documentation     ✉ Request a Feature     📄 Terms of Service

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   7:24-CV-00325-DC-RCG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   John Brda
was recieved by me on  2/23/2025:

- [X] I personally served the summons on the individual at **1425 Frontenay Ct, Saint Louis, MO 63122** on **02/25/2025** at **6:14 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and $ 85.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date:  02/25/2025

_____
Server's signature

**Anthula Lekaj**
Printed name and title

8817 Anchorage Ln
St. Louis, MO 63126

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents, SUMMONS; COMPLAINT, to John Brda with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 6'0"-6'2" tall and weighing 200-240 lbs with glasses and a goatee.
Individual answer door when I stated individual's name he identified and confirm by replying yes. Accepted Service.





Tracking #: 0159880582

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     7:24-cv-00325-DC-RCG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Uzi Sasson
was recieved by me on  2/21/2025:

☒ I personally served the summons on the individual at **161 Sonora Ave, Danville, CA 94526 on 02/26/2025 at 6:42 PM**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*


My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  02/26/2025

*Server's signature*

Stephen Coca
*Printed name and title*

316 W 2nd St.
3rd Floor
Los Angeles, CA 90012

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents, SUMMONS; COMPLAINT,  to Uzi Sasson with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired male contact 55-65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.




Tracking #: 0160046497

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    7:24-CV-325

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Philippe Morali
was recieved by me on  2/24/2025:

☒   I personally served the summons on the individual at **3021 Brittan Ave, San Carlos, CA 94070** on **03/01/2025** at **7:41 PM**; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*


My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:   03/02/2025

_____
Server's signature

**Michael Herrera**
Printed name and title

591 Pointe Pacific Dr
Daly City, CA 94014

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents, SUMMONS; COMPLAINT,  to Philippe Morali with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with an accent. I spoke to a male who confirmed his identity as Philippe Morali. I handed him the documents, SUMMONS; COMPLAINT, , which he accepted.




Tracking #: 0160412360

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   7:24-CV-00325-DC-RCG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Kenneth Hannah**
was recieved by me on  **2/21/2025:**

☒   I personally served the summons on the individual at **914 Lido Cir, Discovery Bay, CA 94505 on 02/21/2025 at 6:31 PM**; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:   02/21/2025

*Server's signature*

**Jamir Robinson**
*Printed name and title*

700 sunne ln
Walnut creek, CA 94597

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Kenneth Hannah with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black male contact 55-65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with glasses and a mustache.**




Tracking #: 0159519853

U.S. POSTAGE PAID
PM
BARNEGAT, NJ
MAR 06, 2025
**$19.05**
S2324P500472-15
79701
RDC 03

CERTIFIED MAIL

9589 0710 5270 1873 9422 34

PRESS FIRMLY TO SEAL

Retail

**PRIORITY MAIL®**

UNITED STATES POSTAL SERVICE®

FROM:
Jennifer Vehrand
25 Pond Hollow
West Creek, NJ 08092

RECEIVED
MAR 12 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

TO:
United States District
Western District of TX
US District Clerk
200 East Wall, Room
[illegible]

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**TRACKED ■ INSURED**

This package is made from post-consumer waste. Please recycle - again.



**PRIORITY MAIL®**

**UNITED STATES POSTAL SERVICE®**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**