**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| JENNIFER VETRANO, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | |
| | § | Case No. 7:24-CV-325-DC-RCG |
| JOHN BRDA, ALLISON CHRISTILAW, | § | |
| MBA, ICD.D B, JOHN R. HARDING, UZI | § | |
| SASSON, DAN EATON ESQ, MAURICE | § | |
| GUITTON, ERIC M. LESLIE, PHILIPPE | § | |
| MORALI, KEN HANNAH, STEEN | § | |
| KARSBO, JOHN DOES 1–20, JANE DOES | § | |
| 1–20, | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION**

Pending before the Court is Defendant John Brda's Unopposed Motion to Extend Pleading

Deadline.  Upon consideration, the Court finds that the Motion should be, and hereby is,

**GRANTED**.

Accordingly, it is **ORDERED** that Defendant John Brda may answer or otherwise respond

to Plaintiff's Amended Complaint (ECF No. 3), on or before June 16, 2025.


SIGNED this _____ day of _____, 2025.


_____

UNITED STATES DISTRICT JUDGE