Jennifer Vetrano

25 Pond Hollow Lane

West Creek, NJ 08092

JVetrano999@gmail.com

3/14/2025

**FILED**

MAR 1 8 2025

CLERK, U.S. ~~~~~~ CLERK
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

The Honorable Judge David Counts

United States District Court for the Western District of Texas

200 East Wall, Room 222,

Midland, TX 79701

**Subject: Case No. 7:24-CV-325 - Update Regarding Service of Process**

Dear Judge Counts,

This letter provides an update on the status of service of process in the above-referenced case.

**I. Completed Service:**

* Service was successfully completed on February 23, 2025, upon John Brda at 1425 Frontenay Ct., Saint Louis, MO 63122. The Affidavit of Service is attached.

* Service was successfully completed on February 21, 2025, upon Uzi Sasson at 161 Sonora Avenue, Danville, CA 94526. The Affidavit of Service is attached.

* Service was successfully completed on February 24, 2025, upon Phillippe Morali at 3021 Brittan Avenue, San Carlos, CA 94070. The Affidavit of Service is attached.


**II. Service in Progress and Challenges:**

* Regarding Kenneth Hannah, the previously filed proof of service is withdrawn. It has been determined that the incorrect individual was served. A personal note from the incorrectly served individual is attached. After further investigation, the correct address for Kenneth Hannah is 76 Trent Drive, Saint Louis, MO 63124. ABC Process Servers is currently attempting service at this location. Documentation of the new service attempt is also attached.

* Service upon John R. Harding at 440 Clyde Avenue, Mountain View, CA 94043 was unsuccessful, as he has relocated to 3142 Dorset West Road, Dorset, VT 05251. ABC Process Servers has been retained to serve Mr. Harding at the new address, and is currently working on that service.

* Multiple attempts to serve Dan Eaton, Esq., at 2849 Rosario Drive, San Jose, CA 95132 were unsuccessful. It was determined that he has moved. His active address, according to the California Lawyers Association (attached), is 1706 Paseo De Peralta, Santa Fe, NM 87501. ABC Process Servers has made multiple attempts at this location, with one final attempt remaining.

**III. International Service:**

* International service upon defendants Allison Christilaw, Maurice Guitton, Eric M. Leslie, and Steen Karsbo, through Process Server One, will commence this week. Process Server One estimates the process will take approximately two weeks.

I understand the importance of timely service and am providing this update to keep the Court informed. While I previously requested a 90-day extension for international service, I respectfully request the same extension for Kenneth Hannah, John R. Harding, and Dan Eaton, due to the logistical and financial challenges encountered in locating and serving these individuals.

Thank you for your patience and understanding as I proceed pro se.

Respectfully submitted,

Jennifer Vetrano
Jennifer Vetrano

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **7:24-CV-00325-DC-RCG**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **John Brda**
was recieved by me on  **2/23/2025:**

[X]    I personally served the summons on the individual at **1425 Frontenay Ct, Saint Louis, MO 63122** on 02/25/2025 at 6: 14 PM; or

[ ]    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]    I returned the summons unexecuted because ; or

[ ]    Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00.**

I declare under penalty of perjury that this information is true.

Date:  02/25/2025

_____
*Server's signature*

**Anthula Lekaj**
*Printed name and title*

**8817 Anchorage Ln
St. Louis, MO 63126**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to John Brda with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 6'0"-6'2" tall and weighing 200-240 lbs with glasses and a goatee.
Individual answer door when I stated individual's name he identified and confirm by replying yes. Accepted Service.**




Tracking #: 0159880582

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **7:24-cv-00325-DC-RCG**

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Uzi Sasson**
was recieved by me on  **2/21/2025:**

☒    I personally served the summons on the individual at **161 Sonora Ave, Danville, CA 94526 on 02/26/2025 at 6:42 PM;** or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐     I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00.**

I declare under penalty of perjury that this information is true.

Date:  02/26/2025

_____
*Server's signature*

**Stephen Coca**
*Printed name and title*

316 W 2nd St.
3rd Floor
Los Angeles, CA 90012
_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Uzi Sasson with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired male contact 55-65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**





AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **7:24-CV-325**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Philippe Morali**
was recieved by me on  **2/24/2025:**

[X]     I personally served the summons on the individual at **3021 Brittan Ave, San Carlos, CA 94070** on **03/01/2025 at 7:41 PM**; or

☐     I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐     I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐     I returned the summons unexecuted because ; or

☐     Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  03/02/2025

_____
*Server's signature*

**Michael Herrera**
*Printed name and title*

**591 Pointe Pacific Dr**
**Daly City, CA 94014**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Philippe Morali with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with an accent.  I spoke to a male who confirmed his identity as Philippe Morali. I handed him the documents, SUMMONS; COMPLAINT, , which he accepted.**




Tracking #: 0160412360

Search for case by number, title, court...

Case Activity & Search 🗗 Case Details

🔍 Case Details

◀ Previous    1 of 8    Next ▶

## Jennifer Vetrano v JOHN BRDA, ET AL.

(1) Contacts

**Reference ID:** REF-19327057
**Submitted:** 03/08/25

**Case #:** 7:24-cv-00325-DC-RCG
**Party to Serve:** Kenneth Hannah
76 Trent Dr, Saint Louis, MO 63124
**Status:** Active

**Documents Category:** Summons and Complaint
**Type:** Serve Only
**Court:** US District Court, Texas, Western District, Midland-Odessa

## Status Overview

View: [🗎 Proofs] [🧾 Invoice]

✓ Review — ②  Service — 3 Proof — 4 Complete

Service
|
Attempting to Serve
Your Documents

🛇 Stop & Cancel

## Key Events

Key events such as deadlines, hearings, filings and proof of service display in this section.

## Status Updates & Activity

🗗 Expand All    |    🗗 Collapse All

Support Requests

**03/09/25 1:35 AM**

⊙ Service documents dispatched to process server for Kenneth Hannah

**03/08/25 7:55 PM**

📇 Filing confirmed. Case # 7:24-cv-00325-DC-RCG filed on 12/27/24 at US District Court, Texas, Western District, Midland-Odessa.    ⌄

**03/08/25 7:55 PM**

◉ Order reviewed and entered. Queued for the next step.    ⌄

**03/08/25 3:42 PM**

⊙ Standard Delivery for Service of Process requested upon 1 party by Jennifer Vetrano    ⌄

⊞ Invoices

👥 Support

**Need Help?**

Create a customer support ticket.

Please explain the issue and a member of our team will follow up.

📎 **Attach or Drag & Drop Documents**

Send Request

📄 **FAQ & Documentation**    ✉ **Request a Feature**    📄 **Terms of Service**

To All Concerned,

My name is Kenneth Hanna not "Hannah" I am

writing in response to a summons in a civil

action filed in the United States District Court of the

Western District of Texas. This letter is to inform

the court and the Plaintiff that documents were

served to the wrong person, I Kenneth Hanna

of Discovery Bay California have no association

with the named company nor am I financial

expert at any level, if I was I would have

never been married lol.

I hope this correspondance will end my

involvement and that any and all of my

personal information will be removed from court documents

Thank you Ken Hanna

U.S. POSTAGE PAID
FCM LETTER
DISCOVERY BAY, CA 94505
MAR 03, 2025

**$5.58**

S2324M504568-30

08092

RDC 99

9589 0710 5270 2068 2519 40

Keb Ardda
914 Lido Circle
Discovery Bay Ca.
94505

Jennifer Vestrano, Pro Se
25 Pond Hollow Lane
West Creek, NJ 08092

08092-314325

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **7:24-CV-00325-DC-RCG**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Kenneth Hannah**
was recieved by me on  **2/21/2025:**

[X]  I personally served the summons on the individual at **914 Lido Cir, Discovery Bay, CA 94505** on 02/21/2025 at **6:31 PM**; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  02/21/2025

_____
*Server's signature*

**Jamir Robinson**
*Printed name and title*

**700 sunne ln
Walnut creek, CA 94597**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Kenneth Hannah with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black male contact 55-65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with glasses and a mustache.**




Tracking #: 0159519853

Search for case by number, title, court...    🔍

Case Activity & Search  🗐 Case Details

🔍 Case Details

◀ Previous    3 of 8    Next ▶

# Jennifer Vetrano v JOHN BRDA, ET AL.

(1) Contacts

**Reference ID:** REF-19327127

**Submitted:** 03/08/25

---

**Case #:** 7:24-cv-00325-DC-RCG
**Party to Serve:** John R. Harding
3142 Dorset West Rd, Dorset, VT 05251
**Status:** Active

**Documents Category:** Summons and Complaint
**Type:** Serve Only
**Court:** US District Court, Texas, Western District, Midland-Odessa

---

## Status Overview

View:  [ 🖹 Proofs ]   [ 🖾 Invoices ]

✓ Review — — — — — ②  Service    ③ Proof    ④ Complete
                              |
                    Attempting to Serve
                     Your Documents

⊘ Stop & Cancel

## Key Events

Key events such as deadlines, hearings, filings and proof of service display in this section.

## Status Updates & Activity

🗒 Expand All   |   🗇 Collapse All

Support Requests

**03/08/25 7:59 PM**

📇  <u>Filing</u> confirmed. Case # **7:24-cv-00325-DC-RCG** filed on **12/27/24** at **US District Court, Texas, Western District, Midland-Odessa.**    ︿

SUMMONS IN A CIVIL ACTION and COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

**03/08/25 7:59 PM**

⊚  Order reviewed and entered. Queued for the next step.    ﹀

**03/08/25 4:28 PM**

⊙  Standard Delivery for Service of Process requested upon 1 party by Jennifer Vetrano    ﹀

🖹 Documents

🖾 Invoices

♣ Support

**Need Help?**

Create a customer support ticket.

Please explain the issue and a member of our team will follow up.

📎  **Attach or Drag & Drop Documents**

| Send Request |
| --- |

📖 FAQ & Documentation     ✉ Request a Feature     📄 Terms of Service

Search for case by number, title, court...

Case Activity & Search  ◧ Case Details

🔍 Case Details

◀ Previous    4 of 8    Next ▶

**Jennifer Vetrano v John Brda, Allison Christilaw, MBA, ICD.D B, John R. Harding, Uzi Sasson, Dan Eaton Esq, Maurice Guitton, Eric M. Leslie, Philippe Morall, Ken Hannah, Steen Karsbo**

(1) Contacts

**Reference ID:** REF-19108931
**Submitted:** 02/21/25

**Case #:** 7:24-CV-00325-DC-RCG
**Party to Serve:** John R. Harding

**Documents Category:** Summons and Complaint
**Type:** Serve Only
**Court:** US District Court, Texas, Western District, Midland-Odessa

## Status Overview

View: [ 🖨 Proofs ] [ 🧾 Invoices ]

All activity has been stopped.

## Key Events

✕ **Canceled**    Service On John R. Harding                          3/8/25

## Status Updates & Activity

▤ Expand All    |    ▣ Collapse All

Support Requests

---

03/08/25 7:28 PM

✏  <u>Signed Proof of Non-Service</u> for John R. Harding at 440 Clyde Ave, Mountain View, CA 94043

03/08/25 4:23 PM

ⓘ  Service for John R. Harding has been canceled by Jennifer Vetrano.                          ⌄

03/05/25 11:22 PM

🗐  Service attempted upon **John R. Harding** at 440 Clyde Ave, Mountain View, CA 94043-2232          ⌄

02/27/25 2:00 PM

🗐  Service attempted upon **John R. Harding** at 440 Clyde Ave, Mountain View, CA 94043-2232          ⌄

02/26/25 10:45 PM

→  Process server received documents for John R. Harding                          ⌄

02/25/25 5:46 PM

■  <u>Message</u> from  wʜ  Wendy Helmick                          ⌄

02/21/25 1:42 PM

📇

Filing confirmed. Case # 7:24-CV-00325-DC-RCG filed on 12/27/24 at US District Court, Texas, Western District, Midland-Odessa.

**02/21/25 1:41 PM**

Order reviewed and entered. Queued for the next step.

**02/21/25 1:33 PM**

Standard Delivery for Service of Process requested upon 1 party by Jennifer Vetrano

📄 Documents

🧾 Invoices

👥 Support

**Need Help?**

Create a customer support ticket.

Please explain the issue and a member of our team will follow up.

📎 Attach or Drag & Drop Documents

Send Request

1 New Message. Mark as Read

**WH**   Wendy H. Feb 25, 2025 2:46 PM | ABC Legal Customer Support

Hi Jennifer,

Thank you for contacting us through Live Chat! I have passed along the best time for attempts, after 5pm, along to the process server, per our conversation. Please continue to monitor your dashboard for updates.

Kindly,
Wendy H.
ABC Legal Services
Customer Support Team

📄 FAQ & Documentation     ✉ Request a Feature     📄 Terms of Service

Search for case by number, title, court...    🔍

Case Activity & Search 🗎 Case Details

🔍 Case Details

◀ Previous    2 of 8    Next ▶

## Jennifer Vetrano v Dan Eaton

(1) Contacts

**Reference ID:** REF-19108709

**Submitted:** 02/21/25

---

**Case #:** 7:24-CV-00325-DC-RCG
**Party to Serve:** Dan Eaton
1706 Paseo De Peralta, Santa Fe, NM 87501-3726
**Status:** Active

**Documents Category:** Summons and Complaint
**Type:** Serve Only
**Court:** US District Court, Texas, Western District, Midland-Odessa

---

## Status Overview

View: [ 📄 Proofs ]  [ 📧 Invoice ]

✓ Review     ②      3     4
    Service     Proof     Complete
    |
    Attempting to Serve
    Your Documents

⊘ Stop & Cancel

## Key Events

Key events such as deadlines, hearings, filings and proof of service display in this section.

## Status Updates & Activity

🗎 Expand All   |   🗎 Collapse All

Support Requests

03/10/25 8:21 PM

🗋   Service attempted upon **Dan Eaton** at 1706 Paseo De Peralta, Santa Fe, NM 87501-3726   ⌃

There was no answer at the address. There were no vehicles parked in driveway. I heard no movement inside house.

Server: 👤 Rafael Espinoza     📷 (1)   ◎

03/05/25 2:12 PM

🗋   Service attempted upon **Dan Eaton** at 1706 Paseo De Peralta, Santa Fe, NM 87501-3726   ⌄

03/01/25 8:41 PM

🗋   Service attempted upon **Dan Eaton** at 1706 Paseo De Peralta, Santa Fe, NM 87501-3726   ⌄

03/01/25 8:35 PM

🗋   Service attempted upon **Dan Eaton** at 1706 Paseo De Peralta, Santa Fe, NM 87501-3726   ⌄

02/26/25 2:25 PM

→    Process server received documents for Dan Eaton

**02/25/25 10:56 PM**

✎    Signed Proof of Non-Service for Dan Eaton at 2849 Rosario Dr, San Jose, CA 95132

**02/25/25 7:38 PM**

Jennifer Vetrano chose next service address for Dan Eaton

**02/25/25 5:39 PM**

■    Message from  WH  Wendy Helmick

**02/25/25 5:21 PM**

Action Needed: Choose next service address for Dan Eaton

**02/25/25 5:21 PM**

🗄    Non-service confirmed for Dan Eaton at 2849 Rosario Dr, San Jose, CA 95132-1644

**02/25/25 5:20 PM**

📋    Service attempted upon **Dan Eaton** at 2849 Rosario Dr, San Jose, CA 95132-1644

**02/25/25 2:39 PM**

→    Process server received documents for Dan Eaton

**02/21/25 1:31 PM**

📷    Filing confirmed. Case # 7:24-CV-00325-DC-RCG filed on 12/27/24 at US District Court, Texas, Western District, Midland-Odessa.

**02/21/25 1:30 PM**

◉    Order reviewed and entered. Queued for the next step.

**02/21/25 1:23 PM**

ⓘ    Standard Delivery for Service of Process requested upon 1 party by Jennifer Vetrano

📄 Documents

🖪 Invoices

👥 Support

**Need Help?**

Create a customer support ticket.

Please explain the issue and a member of our team will follow up.

📎 Attach or Drag & Drop Documents

Send Request

1 New Message. <u>Mark as Read</u>

 **Wendy H.** Feb 25, 2025 2:39 PM | ABC Legal Customer Support

Hi Jennifer,

Thank you for contacting us through Live Chat! I did not pass along the best time for attempts due to the service address being non-served. Per server/attempt notes: I spoke with an individual who identified themselves as the resident and they stated subject moved.

Please let us know how we can assist you further.

Kindly,
Wendy H.
ABC Legal Services
Customer Support Team

FAQ & Documentation        Request a Feature        Terms of Service



10:08  The State Bar of California

Select Language  ▾

# Attorney Profile

## David Daniel Eaton #263447

License Status: Active

Address: 1706 Paseo De Peralta, Santa Fe, NM 87501-3726

Phone: 408-499-7075 | Fax: Not Available

Email: daneaton@sbcglobal.net |

Website: Not Available

More about This Attorney  ▲

CLA Sections:                None

The California Lawyers Association (CLA) is an independent organization and is not part of the State Bar of California

**Self-Reported Practice Areas:** None reported

**Additional Languages Spoken:**

- By the attorney: None reported
- By staff: None reported

apps.calbar.ca.gov/att

UPS 2nd Day Air®

Apply shipping documents on this side.

Do not use this envelope for:

UPS Ground®
UPS Standard®
UPS 3 Day Select®
UPS Worldwide Expedited®

Visit theupsstore.com to learn more about our Print & Business Services.

Visit theupsstore.com to find a location near you.

**Domestic Shipments**
• To qualify for the Letter rate, UPS Express Envelopes may be used only for correspondence, urgent documents, and/or electronic media weighing 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
• The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as documents.

• To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

Serving you for more than 100 years
United Parcel Service.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

01880250709  08/21    United Parcel Service

JENNIFER VETRANO
(908) 783-0105
THE UPS STORE #0607
STE 35
297 ROUTE 72 W
MANAHAWKIN  NJ 08050-2811

0.3 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 15 MAR 2025

SHIP  CLERK, US DISTRICT CLERK
TO:  STE 222
     200 E WALL ST

MIDLAND  TX 79701-5201

TX 797 9-01

UPS NEXT DAY AIR                    1

TRACKING #: 1Z 0V1 9E0 01 2889 6918

BILLING: P/P

REF #2: 3304

REF #1: 3304

MM4NGUJ143K65 ISH 13.80F 22D23Q EP 08.5V 02/2025



RECEIVED

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK