# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| JENNIFER VETRANO,<br>*Plaintiff*,<br><br>v.<br><br>JOHN BRDA, ALLISON CHRISTILAW, MBA, ICD.D B, JOHN R. HARDING, UZI SASSON, DAN EATON ESQ, MAURICE GUITTON, ERIC M. LESLIE, PHILIPPE MORALI, KEN HANNAH, STEEN KARSBO, JOHN DOES 1-20, JANE DOES 1-20,<br>*Defendants*. | **CASE NO. 7:24-CV-00325-DC-RCG** |

## ORDER GRANTING UZI SASSON'S AND PHILIPPE MORALI'S MOTION TO DISMISS

After considering *Defendants Uzi Sasson's and Philippe Morali's Motion to Dismiss*, declarations in support, and responses and replies thereto,

**IT IS HEREBY ORDERED** dismissing the Complaint [Dkt. 3] against Defendants Uzi Sasson and Phillip Morali.


SIGNED this _____ day of March 2025.


_____
JUDGE PRESIDING

180452592.8