IN THE UNITED STATES DISTRICT COURTFOR THE WESTERN DISTRICT OF TEXASMIDLAND/ODESSA DIVISION

**FILED**
March 20, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____KG_____
DEPUTY

JENNIFER VETRANO, Plaintiff,

v.

UZI SASSON, Defendant.

Case No.: 7:24-cv-00325

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY THE CLERK

TO THE CLERK OF THE COURT:

Plaintiff, Jennifer Vetrano ("Plaintiff"), respectfully requests the Clerk to enter default against Defendant, Uzi Sasson ("Defendant"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. In support, Plaintiff states as follows:

I. FACTUAL BACKGROUND

Plaintiff filed the Complaint against Defendant on December 27, 2024.

Defendant was properly served with the Summons and Complaint on February 26, 2025, as evidenced by the Return of Service filed with this Court on the same date.

Defendant was required to file an Answer or otherwise respond by March 19, 2025, in accordance with the Federal Rules of Civil Procedure.

Defendant failed to timely respond. Instead, Defendant filed an untimely and procedurally deficient Motion to Dismiss on March 20, 2025, without obtaining an extension from Plaintiff or the Court.

A diligent review of the docket confirms that no Answer or compliant response has been filed by Defendant as of the date of this filing.

II. ARGUMENT

Rule 55(a) of the Federal Rules of Civil Procedure states that "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

Here, the Defendant was obligated to respond by March 19, 2025, and has failed to do so appropriately. Defendant's untimely and deficient Motion to Dismiss does not constitute a valid or timely response. Therefore, entry of default by the Clerk is appropriate.

III. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Clerk of the Court:

Enter default against Defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Provide such other and further relief as the Court deems just and proper.

Respectfully submitted,

Jennifer Vetrano (Pro Se)

25 Pond Hollow Lane

West Creek, NJ 08092

Phone: 908-783-0105

Email: Jvetrano999@gmail.com


Dated: 3/20/2025