IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| JENNIFER VETRANO,<br>          *Plaintiff*,<br><br>v.<br><br>JOHN BRDA, ALLISON CHRISTILAW, MBA, ICD.D B, JOHN R. HARDING, UZI SASSON, DAN EATON ESQ, MAURICE GUITTON, ERIC M. LESLIE, PHILIPPE MORALI, KEN HANNAH, STEEN KARSBO, JOHN DOES 1-20, JANE DOES 1-20,<br>          *Defendants*. | CASE NO. 7:24-CV-00325-DC-RCG |

## DECLARATION OF UZI SASSON

I, UZI SASSON, declare and state as follows:

1.     I was served with the Complaint in the above-titled action on February 27, 2025.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 20, 2025, at Danville, CA 94526.

_____
_
UZI SASSON