**MOTION FOR DEFAULT JUDGMENT**

**FILED**
March 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____KG_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

MIDLAND-ODESSA DIVISION

CASE NO.: 7:24-CV-00325-DC-RCG

JENNIFER VETRANO,

Plaintiff,

V.

UZI SASSON

Defendant.

TO THE HONORABLE JUDGE RONALD C. GRIFFIN and JUDGE DAVID COUNTS:

Plaintiff, Jennifer Vetrano, respectfully requests the entry of a default judgment against the Defendants in the above-captioned case. In support of this Motion, Plaintiff states as follows;

I.

BACKGROUND

Plaintiff filed the Complaint against Defendant on December 27, 2024.  Defendant was properly served with the Summons and Complaint on February 26, 2025, as evidenced by the Return of Service filed with this Court on the same date.  The defendant was required to file an Answer or otherwise respond by March 19, 2025, in accordance with the Federal Rules of Civil Procedure.  Defendants failed to file a timely answer or other responsive pleading within the time required by Federal Rule of Civil Procedure 12(a).

Defendant failed to respond timely.  Instead, Defendant filed an untimely and procedurally deficient Motion to Dismiss on March 20, 2025, without obtaining an extension from Plaintiff or the Court.  More than 21 days have elapsed since Defendants were served with the Complaint, and Defendants have not filed an answer or other responsive pleading.  The Clerk of Court entered a Clerk's Entry of Default against Defendants on March 20, 2025.

II.

ARGUMENT

Federal Rule of Civil Procedure 55(a) states that default occurs when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.  The Fifth Circuit has established that a default judgment is essentially a judgment on the merits that conclusively establishes the defendant's liability. Nishimatsu Constr. Co., Ltd. v. Houston Nat. Bank, 515 F.2d 1200, 1206 (5th Cir. 1975).

As set forth above, the Defendant has failed to file a timely answer or other responsive pleading, and the Clerk of Court has entered a Clerk's Entry of Default against Defendant.  Accordingly, Plaintiff is entitled to a default judgment against Defendant.

III.

CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court enter a default judgment against Defendant Uzi Sasson.   I hereby request a hearing.

Respectfully submitted,

Jennifer Vetrano

Plaintiff, Pro Se

25 Pond Hollow Lane

West Creek, NJ 08092

908-783-0105

Jvetrano999@gmail.com

The Defendant was notified via email to JohnHardin@perkinscoie.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  7:24-cv-00325-DC-RCG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  Uzi Sasson
was recieved by me on  2/21/2025:

[X]  I personally served the summons on the individual at **161 Sonora Ave, Danville, CA 94526** on **02/26/2025** at **6:42 PM**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  02/26/2025

*Server's signature*

Stephen Coca
*Printed name and title*

316 W 2nd St.
3rd Floor
Los Angeles, CA 90012

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents, SUMMONS; COMPLAINT,  to Uzi Sasson with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired male contact 55-65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.




Tracking #: 0160046497

 Gmail                                    Jennifer Vetrano <jvetrano999@gmail.com>

## (no subject)
1 message

**Jennifer Vetrano <jvetrano999@gmail.com>**                      Thu, Mar 20, 2025 at 7:51 PM
To: JohnHardin@perkinscoie.com

Hello Mr. Hardin,

Subject: Motion Filed - Case No. 7:24-CV-00325-DC-RCG

Dear John Hardin,

This email is to inform you that I have filed a motion in the matter of Case No. 7:24-CV-00325-DC-RCG.

The motion filed is a **MOTION FOR DEFAULT JUDGMENT**.

I filed the motion on March 20, 2025.

A copy of the filed motion is attached for your review. If you have any questions please communicate with me via email at Jvetrano999@gmail.com

Thank you,

Jennifer Vetrano

**3 attachments**

- **MOTION FOR DEFAULT JUDGMENT.pdf**
  41K
- **SassonProofService.pdf**
  85K
- **finalDefault.pdf**
  31K