**FILED**
March 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____KG_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

MIDLAND DIVISION

Jennifer Vetrano, Pro se

Plaintiff

v.

JOHN BRDA, ALLISON CHRISTILAW, JOHN R. HARDING, UZI SASSON, DAN EATON, ESQ, MAURICE GUITTON, ERIC M. LESLIE, PHILLIPPE MORALI, KEN HANNAH, STEEN KARSBO, JOHN DOES 1-20, JANE DOES 1-20

Defendants

Case No.: 7:24-CV-00325-DC-RCG

Honorable Judge David Counts

MOTION FOR PERMISSION TO FILE ELECTRONICALLY

Plaintiff, Jennifer Vetrano, proceeding Pro se in the above-captioned matter, respectfully requests permission from this Honorable Court to participate in electronic case filing (ECF).

In Support of This Motion, Plaintiff States as Follows:

1. Plaintiff is representing herself Pro se in this matter.

2. Plaintiff has access to a computer with internet connectivity and the technical capability to utilize electronic filing systems.

3. Plaintiff is confident in her ability to learn and comply with the Court's electronic filing requirements.

4. Plaintiff has reviewed the Court's ECF rules and procedures and agrees to adhere to all technical and procedural requirements, including the submission of documents in PDF format and the use of a personal PACER account.

5. Plaintiff believes that electronic filing will facilitate more efficient communication with the Court and opposing counsel, while also reducing the administrative burden of paper filings.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant permission to register for the Court's Case Management/Electronic Case Filing (CM/ECF) system and to file electronically in this matter.

Respectfully submitted,

*Jennifer Vetrano*

Jennifer Vetrano, Pro se

25 Pond Hollow Lane

West Creek, NJ 08092-3143

Phone: 908-783-0105

Email: jvetrano999@gmail.com

Dated March 20th, 2025

Sources and related content