IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

MIDLAND-ODESSA DIVISION

Date: March 22, 2025

JENNIFER VETRANO, Plaintiff,

v.

PHILIPPE MORALI, Defendant.

Case No.: 7:24-cv-00325-DC-RCG

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR STAY DUE TO BANKRUPTCY**

Plaintiff opposes Defendant's request for a stay due to bankruptcy proceedings involving Meta Materials Inc. ("Meta Materials"):

I. CLAIMS ARE INDIVIDUAL, NOT DERIVATIVE

The Defendant incorrectly characterizes Plaintiff's claims as derivative, suggesting they belong exclusively to the Meta Materials bankruptcy estate. Plaintiff asserts personal, non-derivative claims based on breaches of fiduciary duty and individual harm distinct from corporate claims.

II. INDIVIDUAL CLAIMS ARE NOT SUBJECT TO AUTOMATIC STAY

The automatic stay provision under 11 U.S.C. § 362 applies only to actions against the debtor. Plaintiff's claims target Defendant personally for his own wrongful conduct, not Meta Materials. Bankruptcy proceedings involving Meta Materials do not legally impede Plaintiff's pursuit of claims against Defendant individually.

### III. DEFENDANT'S LIABILITY IS PERSONAL AND SEPARATE

The relief sought is personal accountability for Defendant's actions, independent from any claims addressed in the bankruptcy case. The outcome in bankruptcy does not affect Defendant's individual liability for fiduciary breaches and misrepresentations made personally and directly affecting Plaintiff.

### IV. PUBLIC POLICY AND JUDICIAL EFFICIENCY

Allowing a stay inappropriately shields Defendant from individual accountability and contravenes the interests of justice and judicial efficiency. Plaintiff's claims should proceed to resolution without delay caused by unrelated bankruptcy proceedings.

### V. CONCLUSION

Plaintiff respectfully requests the Court deny Defendant's Motion for Stay due to Bankruptcy, permitting this matter to proceed independently of any unrelated corporate bankruptcy issues.

Respectfully submitted,

*Jennifer Vetrano*

Jennifer Vetrano, Pro Se

25 Pond Hollow Lane

West Creek, NJ 08092

Email: Jvetrano999@gmail.com



**UPS 2nd Day Air®**

Apply shipping documents on this side.

Do not use this envelope for:

UPS Ground®
UPS Standard®
UPS 3 Day Select®
UPS Worldwide Expedited®

Visit **theupsstore.com** to learn more about our Print & Business Services.

**theupsstore.com** to find a location near you.

**Shipments**
y for the Letter rate, UPS Express Envelopes may only contain ndence, urgent documents, and/or electronic media, and must oz. or less. UPS Express Envelopes containing items other than ed or weighing more than 8 oz. will be billed by weight.

**nal Shipments**
Express Envelope may be used only for documents of no commercial rtain countries consider electronic media as documents. Visit /importexport to verify if your shipment is classified as a document.

y for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. ess Envelopes weighing more than 8 oz. will be billed by weight.

ess Envelopes are not recommended for shipments of electronic media sensitive personal information or breakable items. Do not send cash ivalent.

```
JENNIFER VETRANO                        0.3 LBS LTR 1 OF 1
(908) 783-0105                          SHP WT: LTR
THE UPS STORE #0607                     DATE: 22 MAR 2025
STE 35
297 ROUTE 72 W
MANAHAWKIN  NJ 08050-2811

SHIP   US DISTRICT CLERK OFFICE
TO:    STE 222
       200 E WALL ST

       MIDLAND TX 79701-5201
```



**TX 797 9-01**

**UPS NEXT DAY AIR**      1
TRACKING #: 1Z 0V1 9E0 01 8535 0248



BILLING: P/P

**RECEIVED**
MAR 24 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UPS
THE UPS STORE

Express Envelope