**Exhibit Index**

**Civil Action No. 7:24-CV-00325-DC-RCG**

**Exhibit A-** Proof of Service #1 (Unexecuted because of Moved).

**Exhibit B-** Attorney Profile for David Daniel Eaton

**Exhibit C-** Proof of Service #1 (Unexecuted because of OTHER).

**Exhibit D-** Process Service Costs associated with Dan Eaton.

**Exhibit E-** Emails to John Hardin, ESQ in regard to Dan Eaton.

**Exhibit F-** Email to California Lawyers Association.