**Exhibit A- Proof of Service #1 (Unexecuted because of Moved).**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    7:24-CV-00325-DC-RCG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Dan Eaton
was recieved by me on  2/25/2025:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Moved** after attempting service at **2849 Rosario Dr, San Jose, CA 95132**; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  02/25/2025

_____
Server's signature

**Jose Anaya**
Printed name and title

1215 yvonne ave
Manteca, CA 95361

_____
Server's address

Additional information regarding attempted service, etc:

**2/25/2025 2:20 PM: I spoke with an individual who identified themselves as the resident and they stated subject moved.**




Tracking #: 0159865023