**Exhibit B- Attorney Profile for David Daniel Eaton**

*The State Bar of California*

Select Language ▼

## Attorney Profile

### David Daniel Eaton #263447

**License Status:** Active

Address: 1706 Paseo De Peralta, Santa Fe, NM 87501-3726
Phone: 408-499-7075 | Fax: Not Available
Email: daneaton@sbcglobal.net |
Website: Not Available

More about This Attorney ◄

**CLA Sections:** None

The California Lawyers Association (CLA) is an independent organization and is not part of the State Bar of California.

**Self-Reported Practice Areas:** None reported

**Additional Languages Spoken:**

- By the attorney: None reported
- By staff: None reported

apps.calbar.ca.gov/ai...