**Exhibit C- Proof of Service #1 (Unexecuted because of OTHER).**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:24-CV-00325-DC-RCG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for Dan Eaton
was recieved by me on 2/26/2025:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because Other after attempting service at 1706 Paseo De Peralta, Santa Fe, NM 87501-3726; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 03/24/2025

*Rafael Espinoza* (signature)
Server's signature

Rafael Espinoza
Printed name and title

2800 Cerrillos Rd.
Santa Fe, NM 87507

Server's address

Additional information regarding attempted service, etc:

3/1/2025 6:35 PM: There was no answer at the address. I heard no movement inside house.
3/1/2025 6:41 PM: There was no answer at the address. I heard no movement inside house.
3/5/2025 12:12 PM: There was no answer at the address. There were no vehicles parked in driveway. I heard no movement inside house.
3/10/2025 6:21 PM: There was no answer at the address. There were no vehicles parked in driveway. I heard no movement inside house.
3/18/2025 3:37 PM: There was no answer at the address. There were no vehicles parked in driveway. I heard no movement inside house.
3/24/2025 2:58 PM: There was no answer at the address. There was a man standing at the front door when I drove into


Tracking #: 0163104361

Civil Action No. **7:24-CV-00325-DC-RCG**

the driveway, he then went inside and shut the door and did not answer when I knocked on the door.




Tracking #: 0163104361