**Exhibit D- Process Service Costs associated with Dan Eaton.**

Search for case by number, title, court...

Billing Activity > Invoice

# Invoice

## Jennifer Vetrano <jvetrano999@gmail.com>
Jennifer Vetrano v. Dan Eaton

**Case Ref ID:** REF-19108709   **Case #:** 7:24-CV-00325-DC-RCG   **Court:** US District Court, Texas, Western District, Midland-Odessa

Invoice

20854331.100

Total / Status

$75.00
Paid

Amount Due

$0.00

Invoice Date

02/25/2025

**Process Service - Additional Address**

Subject: Dan Eaton
Address: 1706 Paseo De Peralta, Santa Fe, NM 87501-3726
Result: Not Served

$75.00

| | |
|---|---|
| Total | $75.00 |
| Amount Paid | $75.00 |
| Amount Due | $0.00 |

FAQ & Documentation    Request a Feature    Terms of Service

Search for case by number, title, court...

**Billing Activity** > Invoice

## Invoice

Jennifer Vetrano <jvetrano999@gmail.com>

Jennifer Vetrano v. Dan Eaton

**Case Ref ID:** REF-19108709    **Case #:** 7:24-CV-00325-DC-RCG    **Court:** US District Court, Texas, Western District, Midland-Odessa

Invoice
20801312.100

Total / Status
$75.00
Paid

Amount Due
**$0.00**

Invoice Date
02/21/2025

**Process Service - Web Upload**

Uploaded File(s): DanEaton1summons.pdf, amendedcomplant.pdf, DanEaton2summons.pdf
Rush Requested: No
Parties To Serve: 1
Instructions:
$75.00

| | |
|---|---|
| Total | $75.00 |
| Amount Paid | $75.00 |
| Amount Due | $0.00 |

FAQ & Documentation    Request a Feature    Terms of Service

FAQ & Documentation     Request a Feature     Terms of Service