**<u>Exhibit E- Emails to John Hardin, ESQ in regard to Dan Eaton.</u>**

 Gmail  Jennifer Vetrano <jvetrano999@gmail.com>

## Dan Eaton- Defendant case 7:24-CV-00325-DC-RCG
28 messages

**Jennifer Vetrano** <jvetrano999@gmail.com>  Mon, Mar 24, 2025 at 6:42 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

Hi John,

I spoke to Dan Eaton a few minutes ago as I have attempted to serve him over 6 times unsuccessfully in two locations. He asked me to serve the papers to you, as you will be representating him.

Would this be alright with you? Also, where would the best address be to send the process server? Please let me know. Thank you.

Jennifer Vetrano

**2 attachments**

Screenshot_20250324_184024_M365 Copilot.jpg
527K

Proof_206325704.pdf
95K

**Hardin, John (Perkins Coie)** <JohnHardin@perkinscoie.com>  Mon, Mar 24, 2025 at 9:01 PM
To: Jennifer Vetrano <jvetrano999@gmail.com>

Ms. Vetrano –

I will respond more fully tomorrow, but we can agree on a date that by which he will be deemed served without having the process server actually serve the documents.

John

**John Hardin**

**PARTNER**

**Perkins Coie**

500 N. Akard Street Suite 3300

Dallas, TX 75201-3347

+1.214.965.7743

johnhardin@perkinscoie.com

perkinscoie.com

[Quoted text hidden]

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Mon, Mar 24, 2025 at 10:14 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

Hi John,

I have paid for service twice for him to date in two different states. Please let me know how to proceed as I need to provide answers to the Judges in a timely manner.

Thank you.

Jennifer Vetrano
[Quoted text hidden]

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Mon, Mar 24, 2025 at 10:16 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

Hi John,

I have completed the Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss. I am sending it out to the Court tomorrow morning via UPS. I will attach all files for your review. Please let me know if you have any questions and the exhibits will be in a separate email. Thank you.

Jennifer Vetrano

[Quoted text hidden]

2 attachments

- **Exhibit Index-Sasson.pdf**
  39K
- **UZIresponsetomotiontodismiss.pdf**
  95K

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Mon, Mar 24, 2025 at 10:18 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

Exhibit A-Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss
[Quoted text hidden]

- **ExhibitAfulldoc.pdf**
  2256K

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Mon, Mar 24, 2025 at 10:20 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

Exhibit B
[Quoted text hidden]

📎 **ExhibitBfulldocument.pdf**
1443K

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Mon, Mar 24, 2025 at 10:56 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

Exhibit C-Plaintiff's Memorandum in Opposition To Defendant's Motion to Dismiss
[Quoted text hidden]

**7 attachments**

📎 **ExhibitC5fulldoc.pdf**
618K

📎 **ExhibitC6fulldoc.pdf**
547K

📎 **ExhibitC4fulldoc.pdf**
589K

📎 **ExhibitC2fulldoc.pdf**
446K

📎 **ExhibitC3fulldoc.pdf**
551K

📎 **Exhibitc7fulldoc.pdf**
471K

📎 **ExhibitC1fulldoc1.pdf**
473K

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Mon, Mar 24, 2025 at 11:04 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

Exhibit D

[Quoted text hidden]

📎 **ExhibitDfulldoc.pdf**
832K

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Mon, Mar 24, 2025 at 11:06 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

Exhibit E

[Quoted text hidden]

📎 **ExhibitEfulldoc.pdf**
845K

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Mon, Mar 24, 2025 at 11:10 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

Exhibit F

[Quoted text hidden]

📎 **ExhibitF.pdf**
1250K

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Mon, Mar 24, 2025 at 11:12 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

Exhibit H
[Quoted text hidden]

📎 **ExhibitHfulldoc.pdf**
4001K

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Mon, Mar 24, 2025 at 11:13 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

Exhibit I
[Quoted text hidden]

📎 **ExhibitIfulldoc.pdf**
956K

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Mon, Mar 24, 2025 at 11:14 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

Exhibit J
[Quoted text hidden]

📎 **exhibitJfulldoc.pdf**
11503K

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Mon, Mar 24, 2025 at 11:15 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

Exhibit K
[Quoted text hidden]

📎 **ExhibitKfulldoc.pdf**
532K

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Mon, Mar 24, 2025 at 11:16 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

Exhibit L
[Quoted text hidden]

📎 **exhibitIfulldoc.pdf**
461K

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Mon, Mar 24, 2025 at 11:17 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

Exhibit M

[Quoted text hidden]

📎 **ExhibitMfulldoc.pdf**
10576K

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Mon, Mar 24, 2025 at 11:18 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

Exhibit N
[Quoted text hidden]

📎 **ExhibitN.pdf**
1268K

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Mon, Mar 24, 2025 at 11:28 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

John,

Are you representing Dan Eaton, ESQ?

Thanks,

Jennifer Vetrano

On Mon, Mar 24, 2025 at 9:01 PM Hardin, John (Perkins Coie) <JohnHardin@perkinscoie.com> wrote:
[Quoted text hidden]

---

**Hardin, John (Perkins Coie)** <JohnHardin@perkinscoie.com>  Tue, Mar 25, 2025 at 11:18 AM
To: Jennifer Vetrano <jvetrano999@gmail.com>

Ms. Vetrano,

We represent Mr. Eaton for purposes of the litigation that you have filed, and we are authorized to accept service on his behalf. We can agree to treat him as served as of today, meaning that he will need to file his answer, response, or otherwise plead no later than Tuesday, April 15, 2025. There is no need to have a process server come to our offices and serve anyone should you agree to the above.

Having said that, Mr. Eaton, just like Mr. Morali and Mr. Sasson, was not around during the events you complained of, and simply doesn't belong in your suit. Furthermore, he, like Mr. Morali and Mr. Sasson, is not subject to personal jurisdiction in Texas. What is your good faith basis to include him a lawsuit about actions that precede his start date and to further claim that he is subject to personal jurisdiction in Texas?

[Quoted text hidden]
[Quoted text hidden]

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Tue, Mar 25, 2025 at 11:41 AM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

John,

I will be sending the court a letter to determine the proper protocol for Dan Eaton to be served with the Judges.

Regards,

Jennifer Vetrano

[Quoted text hidden]

---

**Hardin, John (Perkins Coie)** <JohnHardin@perkinscoie.com>  Tue, Mar 25, 2025 at 11:44 AM
To: Jennifer Vetrano <jvetrano999@gmail.com>

Ms. Vetrano –

First, I note that you have not responded to my questions regarding a good faith basis to include Mr. Eaton and to serve him in Texas.

Second, as for service, you appear to be rejecting my offer below. As such, there is no agreement as to Mr. Eaton being served or what date that service happened.

[Quoted text hidden]
[Quoted text hidden]

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Tue, Mar 25, 2025 at 11:46 AM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

John,

I will ask the court for protocol on Dan Eaton. As for jurisdiction please read the documents I sent you yesterday. Thanks and have a great day!

Jen Vetrano

[Quoted text hidden]

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Tue, Mar 25, 2025 at 3:08 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

John,

If you are Dan Eaton's lawyer can I serve you his papers at your office via process server? Thanks.

Jen Vetrano
[Quoted text hidden]

---

**Hardin, John (Perkins Coie)** <JohnHardin@perkinscoie.com>  Tue, Mar 25, 2025 at 3:11 PM
To: Jennifer Vetrano <jvetrano999@gmail.com>

Ms. Vetrano –

As I said this morning – we can reach an agreement between ourselves on the issue. We can agree that he is deemed served as of today and that his deadline to answer, respond, or otherwise plead is 21 days from today (so, April 15, 2025).

[Quoted text hidden]
[Quoted text hidden]

---

**Jennifer Vetrano** <jvetrano999@gmail.com>  Tue, Mar 25, 2025 at 3:13 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

Hi John,

Two additional files for you. I had to correct the font and spacing on my documents before I sent them out today. Wanted to provide you a copy. All other exhibits are the same. Thanks!

Jen Vetrano
[Quoted text hidden]

**2 attachments**

📎 **UZIresponsetomotiontodismiss.pdf**
176K

📎 **Exhibit Index.pdf**
108K

---

**Jennifer Vetrano** <jvetrano999@gmail.com>                                                    Tue, Mar 25, 2025 at 3:15 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

John,

He needs to be served formally. I will write to the court and give them an update on what is happening. I am not comfortable by any means doing this without proper documentation of service and that you are not on record as his attorney with the court. Thanks.

Jen Vetrano
[Quoted text hidden]

---

**Hardin, John (Perkins Coie)** <JohnHardin@perkinscoie.com>                                    Tue, Mar 25, 2025 at 3:20 PM
To: Jennifer Vetrano <jvetrano999@gmail.com>

Please attach this email to your correspondence where I have told you that I am his attorney, where you acknowledge that he has told you that I am his attorney, where I have offered (twice) to accept service of process, and where I have attempted to move us on to substantive grounds.

[Quoted text hidden]
[Quoted text hidden]

---

**Jennifer Vetrano** <jvetrano999@gmail.com>                                                    Tue, Mar 25, 2025 at 3:22 PM
To: "Hardin, John (Perkins Coie)" <JohnHardin@perkinscoie.com>

Hi John,

I am going to proceed to get permission from the court. Thanks.

Jen Vetrano


Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Hardin, John (Perkins Coie) <JohnHardin@perkinscoie.com>
**Sent:** Tuesday, March 25, 2025 3:20:38 PM
**To:** Jennifer Vetrano <jvetrano999@gmail.com>
**Subject:** RE: Dan Eaton- Defendant case 7:24-CV-00325-DC-RCG

[Quoted text hidden]