**Exhibit F- Email to California Lawyers Association.**

 Jennifer Vetrano <jvetrano999@gmail.com>

## (no subject)
1 message

**Jennifer Vetrano** <jvetrano999@gmail.com>　　　　　　　　　　　Mon, Mar 24, 2025 at 6:32 PM
To: Info@calawyers.org

Hi California Lawyers Association,

I am reaching out to your organization for help with one of your members. I am a Plaintiff in a Federal case and have been trying to serve Dan Eaton for about two months and have been unsuccessful at two addresses. One of the addresses is showing active with your Association. Can you please provide me a current address for Dan Eaton please? Any information would be appreciated and please see attached.

Regards,

Jennifer Vetrano

　　Screenshot_20250324_182335_Chrome.jpg
　　466K