# EXHIBIT A

| | |
|---|---|
| **From:** | Hardin, John (DAL) |
| **To:** | Jennifer Vetrano |
| **Subject:** | RE: Dan Eaton- Defendant case 7:24-CV-00325-DC-RCG |
| **Date:** | Tuesday, March 25, 2025 2:20:38 PM |

Please attach this email to your correspondence where I have told you that I am his attorney, where you acknowledge that he has told you that I am his attorney, where I have offered (twice) to accept service of process, and where I have attempted to move us on to substantive grounds.

John Hardin
PARTNER

Perkins Coie
500 N. Akard Street Suite 3300
Dallas, TX 75201-3347
+1.214.965.7743
johnhardin@perkinscoie.com
perkinscoie.com

**From:** Jennifer Vetrano <jvetrano999@gmail.com>
**Sent:** Tuesday, March 25, 2025 2:15 PM
**To:** Hardin, John (DAL) <JohnHardin@perkinscoie.com>
**Subject:** Re: Dan Eaton- Defendant case 7:24-CV-00325-DC-RCG

John,

He needs to be served formally.  I will write to the court and give them an update on what is happening.  I am not comfortable by any means doing this without proper documentation of service and that you are not on record as his attorney with the court.  Thanks.

Jen Vetrano

On Tue, Mar 25, 2025 at 3:11 PM Hardin, John (Perkins Coie) <JohnHardin@perkinscoie.com> wrote:

> Ms. Vetrano –
> As I said this morning – we can reach an agreement between ourselves on the issue. We can agree that he is deemed served as of today and that his deadline to answer, respond, or otherwise plead is 21 days from today (so, April 15, 2025).
> John
>
>
> **John Hardin**

**PARTNER**

**Perkins Coie**
500 N. Akard Street Suite 3300
Dallas, TX 75201-3347
+1.214.965.7743
johnhardin@perkinscoie.com
perkinscoie.com

---

**From:** Jennifer Vetrano <jvetrano999@gmail.com>
**Sent:** Tuesday, March 25, 2025 2:09 PM
**To:** Hardin, John (DAL) <JohnHardin@perkinscoie.com>
**Subject:** Re: Dan Eaton- Defendant case 7:24-CV-00325-DC-RCG

John,

If you are Dan Eaton's lawyer can I serve you his papers at your office via process server? Thanks.

Jen Vetrano

On Tue, Mar 25, 2025 at 11:44 AM Hardin, John (Perkins Coie) <JohnHardin@perkinscoie.com> wrote:

> Ms. Vetrano –
> First, I note that you have not responded to my questions regarding a good faith basis to include Mr. Eaton and to serve him in Texas.
> Second, as for service, you appear to be rejecting my offer below. As such, there is no agreement as to Mr. Eaton being served or what date that service happened.
>
> **John Hardin**
> PARTNER
>
> **Perkins Coie**
> 500 N. Akard Street Suite 3300
> Dallas, TX 75201-3347
> +1.214.965.7743
> johnhardin@perkinscoie.com
> perkinscoie.com
>
> ---
>
> **From:** Jennifer Vetrano <jvetrano999@gmail.com>
> **Sent:** Tuesday, March 25, 2025 10:41 AM

**To:** Hardin, John (DAL) <JohnHardin@perkinscoie.com>
**Subject:** Re: Dan Eaton- Defendant case 7:24-CV-00325-DC-RCG

John,

I will be sending the court a letter to determine the proper protocol for Dan Eaton to be served with the Judges.

Regards,

Jennifer Vetrano

On Tue, Mar 25, 2025, 11:18 AM Hardin, John (Perkins Coie) <JohnHardin@perkinscoie.com> wrote:

> Ms. Vetrano,
>
> We represent Mr. Eaton for purposes of the litigation that you have filed, and we are authorized to accept service on his behalf. We can agree to treat him as served as of today, meaning that he will need to file his answer, response, or otherwise plead no later than Tuesday, April 15, 2025. There is no need to have a process server come to our offices and serve anyone should you agree to the above.
>
> Having said that, Mr. Eaton, just like Mr. Morali and Mr. Sasson, was not around during the events you complained of, and simply doesn't belong in your suit. Furthermore, he, like Mr. Morali and Mr. Sasson, is not subject to personal jurisdiction in Texas. What is your good faith basis to include him a lawsuit about actions that precede his start date and to further claim that he is subject to personal jurisdiction in Texas?
>
> John
>
> **John Hardin**
> PARTNER
>
> **Perkins Coie**
> 500 N. Akard Street Suite 3300
> Dallas, TX 75201-3347
> +1.214.965.7743
> johnhardin@perkinscoie.com
> perkinscoie.com
>
> ---
>
> **From:** Jennifer Vetrano <jvetrano999@gmail.com>
> **Sent:** Monday, March 24, 2025 9:14 PM

**To:** Hardin, John (DAL) <JohnHardin@perkinscoie.com>
**Subject:** Re: Dan Eaton- Defendant case 7:24-CV-00325-DC-RCG

Hi John,

I have paid for service twice for him to date in two different states. Please let me know how to proceed as I need to provide answers to the Judges in a timely manner.

Thank you.

Jennifer Vetrano

On Mon, Mar 24, 2025 at 9:01 PM Hardin, John (Perkins Coie) <JohnHardin@perkinscoie.com> wrote:

> Ms. Vetrano –
> I will respond more fully tomorrow, but we can agree on a date that by which he will be deemed served without having the process server actually serve the documents.
> John
>
>
> **John Hardin**
> PARTNER
>
> **Perkins Coie**
> 500 N. Akard Street Suite 3300
> Dallas, TX 75201-3347
> +1.214.965.7743
> johnhardin@perkinscoie.com
> perkinscoie.com
>
> ---
>
> **From:** Jennifer Vetrano <jvetrano999@gmail.com>
> **Sent:** Monday, March 24, 2025 5:43 PM
> **To:** Hardin, John (DAL) <JohnHardin@perkinscoie.com>
> **Subject:** Dan Eaton- Defendant case 7:24-CV-00325-DC-RCG
>
> Hi John,
>
> I spoke to Dan Eaton a few minutes ago as I have attempted to serve him over 6 times unsuccessfully in two locations. He asked me to serve the papers to you, as you will be representing him.

Would this be alright with you?  Also, where would the best address be to send the process server?  Please let me know.  Thank you.

Jennifer Vetrano

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.