IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| JENNIFER VETRANO,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHN BRDA,<br>ALLISON CHRISTILAW, MBA, ICD.D B,<br>JOHN R. HARDING, UZI SASSON,<br>DAN EATON ESQ, MAURICE GUITTON,<br>ERIC M. LESLIE, PHILIPPE MORALI,<br>KEN HANNAH, STEEN KARSBO,<br>JOHN DOES 1-20, JANE DOES 1-20<br><br>*Defendants.* | Case No.: 7:24-CV-00325-DC-RCG<br><br>**FILED**<br>MAR 31 2025<br>CLERK, U.S. DISTRICT CLERK<br>WESTERN DISTRICT OF TEXAS<br>BY_____<br>DEPUTY |

## MOTION FOR DEFAULT JUDGMENT

TO THE HONORABLE JUDGE RONALD C. GRIFFIN and JUDGE DAVID COUNTS:

Plaintiff, Jennifer Vetrano, respectfully requests the entry of a default judgment against Uzi Sasson, the Defendant in the above-captioned case. In support of this Motion, Plaintiff states as follows:

I. BACKGROUND

Plaintiff filed the Complaint against Defendant on December 27, 2024. Defendant was properly served with the Summons and Complaint on February 26, 2025, as evidenced by the Return of Service filed with this Court on the same date. The defendant was required to file an Answer or otherwise respond by March 19, 2025, in accordance with the Federal Rules of Civil

Page | 1

Procedure. Defendant failed to file a timely answer or other responsive pleading within the time required by Federal Rule of Civil Procedure 12(a).

Defendant failed to respond timely. Instead, Defendant filed an untimely and procedurally deficient Motion to Dismiss on March 20, 2025, without obtaining an extension from Plaintiff or the Court. More than 21 days have elapsed since Defendant was served with the Complaint, and Defendant has not filed an answer or other responsive pleading. The Clerk of Court entered a Clerk's Entry of Default against Defendant on March 20, 2025.

## II. ARGUMENT

Federal Rule of Civil Procedure 55(a) states that default occurs when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default. The Fifth Circuit has established that a default judgment is essentially a judgment on the merits that conclusively establish the defendant's liability. Nishimatsu Constr. Co., Ltd. v. Houston Nat. Bank, 515 F.2d 1200, 1206 (5th Cir. 1975).

As set forth above, the Defendant has failed to file a timely answer or other responsive pleading, and the Clerk of Court has entered a Clerk's Entry of Default against Defendant. Accordingly, Plaintiff is entitled to a default judgment against Defendant.

## III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court enter a default judgment against Defendant Uzi Sasson. I hereby request a hearing.

Respectfully submitted,

/s/ Jennifer Vetrano

Jennifer Vetrano, Pro Se

25 Pond Hollow Lane

West Creek, NJ 08092

Phone: 908-783-0105

Email: Jvetrano999@gmail.com

A copy of the foregoing has been emailed to Defendant's lawyer John Hardin via email JohnHardin@perkinscoie.com on 3/28/2025

/s/ Jennifer Vetrano   Jennifer Vetrano, Pro Se

This box is for use with the following services:
UPS Next Day A
UPS Worldwide
UPS 2nd Day Ai
UPS Worldwide

Do not use this box for:
UPS® Ground
UPS® Standard
UPS 3 Day Sele

Apply shipping

JENNIFER VETRANO
(908) 783-0105
THE UPS STORE #0607
STE 35
297 ROUTE 72 W
MANAHAWKIN NJ 08050-2811

4 LBS 1 OF 1
SHP WT: 4 LBS
DWT: 18,13,3
DATE: 28 MAR 2025

SHIP TO: US DISTRICT CLERK OFFICE
STE 222
200 E WALL ST

MIDLAND TX 79701-5201

TX 797 9-01

UPS NEXT DAY AIR 1

TRACKING #: 1Z 0V1 9E0 01 6484 5691

BILLING: P/P

MM4NGUJ8RZ940 ISH 13.00F ZZD230 BP 12.5V 03/2025

RECEIVED

MAR 31 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY

US DISTRICT CLERK OFFICE
200 E WALL ST
STE 222
MIDLAND TX 7970

...may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating ...ntion") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology ...ce with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.


