IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| JENNIFER VETRANO,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHN BRDA,<br>ALLISON CHRISTILAW, MBA, ICD.D B,<br>JOHN R. HARDING, UZI SASSON,<br>DAN EATON ESQ, MAURICE GUITTON,<br>ERIC M. LESLIE, PHILIPPE MORALI,<br>KEN HANNAH, STEEN KARSBO,<br>JOHN DOES 1-20, JANE DOES 1-20<br><br>*Defendants.* | Case No.: 7:24-CV-00325-DC-RCG<br><br>FILED<br>MAR 3 1 2025<br>CLERK, U.S. DISTRICT CLERK<br>WESTERN DISTRICT OF TEXAS<br>BY_____<br>DEPUTY |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY THE CLERK

TO THE CLERK OF THE COURT:

Plaintiff, Jennifer Vetrano ("Plaintiff"), respectfully requests the Clerk to enter default against Defendant, Uzi Sasson ("Defendant"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. In support, Plaintiff states as follows:

I. FACTUAL BACKGROUND

Plaintiff filed the Complaint against Defendant on December 27, 2024. Defendant was properly served with the Summons and Complaint on February 26, 2025, as evidenced by the Return of Service filed with this Court on the same date. Defendant was required to file an Answer or otherwise respond by March 19, 2025, in accordance with the Federal Rules of Civil Procedure.

Page | 1

Defendant failed to timely respond. Instead, Defendant filed an untimely and procedurally deficient Motion to Dismiss on March 20, 2025, without obtaining an extension from Plaintiff or the Court.

## II. ARGUMENT

Rule 55(a) of the Federal Rules of Civil Procedure states that "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

Here, the Defendant was obligated to respond by March 19, 2025, and has failed to do so appropriately. Defendant's untimely and deficient Motion to Dismiss does not constitute a valid or timely response. Therefore, entry of default by the Clerk is appropriate.

## III. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Clerk of the Court:

Enter default against Defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and provide such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Jennifer Vetrano

Jennifer Vetrano, Pro Se

25 Pond Hollow Lane

West Creek, NJ 08092

Phone: 908-783-0105

Email: Jvetrano999@gmail.com

Dated: 3/20/2025

Certificate of Service: I hereby certify that on March 28, 2025, a true and correct copy of the foregoing document was sent via email to John Russell Hardin, counsel for Defendant, at JohnHardin@perkinscoie.com, in compliance with the Federal Rules of Civil Procedure.

*/S/Jennifer Vetrano*

This box is for use with the following services: UPS Next Day A… UPS Worldwide… UPS 2nd Day… UPS Worldwide…

Do not use this box for: UPS® Ground UPS® Standard UPS 3 Day Sele…

Apply shipping…

JENNIFER VETRANO
(908) 783-0105
THE UPS STORE #0607
STE 35
297 ROUTE 72 W
MANAHAWKIN NJ 08050-2811

4 LBS 1 OF 1
SHP WT: 4 LBS
DWT: 18,13,3
DATE: 28 MAR 2025

SHIP TO: US DISTRICT CLERK OFFICE
STE 222
200 E WALL ST

MIDLAND TX 79701-5201

TX 797 9-01

UPS NEXT DAY AIR 1

TRACKING #: 1Z 0V1 9E0 01 6484 5691

BILLING: P/P

MM4NGUJ8RZ940 ISH 13.00F ZZ0230 EP 12.5V 03/2025

RECEIVED

MAR 31 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

US DISTRICT CLERK OFFICE
200 E WALL ST
STE 222
MIDLAND TX 79701

…may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating …tion") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology …ce with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

