**<u>Exhibit F</u>**

Post

**George Palikaras** ✓
@palikaras                                    ...

Friday's Chapter 7 fire sale announcement by $MMAT is deeply
saddening and extremely disappointing, it could have been avoided. This
is a case study on how a Board takes down a company. Over the last 12+
years, I had the incredible privilege of working with an extraordinary
team to build this company from the ground up, creating groundbreaking
metamaterial and nanomaterial technologies, turning the corner by
adding world-class manufacturing capabilities and facilities to support
future growth, recognized by leading global brands, partners, suppliers
and customers which as of Sept 2023 included TESLA, VALEO,
Sisecam, Vitro, MAGNA, AGC, AGP, BAE Systems, NASA, Midea,
Panasonic, LG Energy Solutions, Waymo, Bosch, SONY, Dupont, PPG,
Sekisui, Covestro, Samsung, SpaceX, and many other great
organizations.

Almost 3 months ago, a few days after the company announced the 80%
reduction in workforce, I laid out a $45M+ recapitalization plan (out-of-
court) to META and their financial advisor, Ducera Partners LLC—a name
the BoD and Management strangely kept hidden. IMHO this plan was
going to secure the next phase of the company, with bridge financing to
rebuild the business under new management and communicate a plan
to shareholders. During due diligence and under NDA, I was also assured
that the billion-dollar+ potential claim with Wes was rock solid, leading
to the last MMAT press release — yet critical facts (the size of the claim
and the names of the broker-dealers/market makers/etc.) were also kept
under wraps for reasons unknown.

In September last year, there were additional financing offers and term
sheets that would, in my opinion, have avoided all this... And now? We're
left hoping the trustee will hire Wes and his team to continue the case.
Tragically, the board's rejection of a recapitalization proposal led to this
outcome. Selling off a profitable business unit (Authentication/NTS) was
just the tip of the iceberg in a series of questionable decisions. In my
opinion, this Board and Management and their advisors have conducted
a series of fraudulent activities which I will be bringing to light.

They say hindsight is 20/20, but it seems this Board was wearing
blinders. Learn from the past to illuminate the path ahead and avoid
stumbling into the same pitfalls. The reality is that neither Jack Harding
nor Uzi Sasson visited the majority of our tech sites, met with the senior
mgmt teams, or had any plan to create wealth...

No ownership.
No foresight.
No insight.
No oversight.
No communication.

In my opinion, they simply did not care, were completely ignorant, or
worse... Despite all this, I remain META's largest shareholder. I did not
sign the original gag order (severance package) last November, and I am
committed to seeing the truth come through, in court. Looking forward
to meeting the trustee.

#Leadership #CorporateGovernance #Shareholders #BusinessEthics
#Chapter7

**Home**

**Explore**

ⓘ **Notifications**

**Messages**

**Grok**

**Premium**

**Bookmarks**

**Communities**

**Verified Orgs**

**Profile**

**More**

**Post**

🔍 Search

**Relevant people**

**George Palikaras** ✓
@palikaras   **Follows you**
Deep Tech entrepreneur
Passionate about su
& innovation. Found
@Metamaterialtec $
Democratizing #nano
Retail Champion

**Live on X**

**INFOWARS** ✓ **is hosting**
EXCLUSIVE: Infowars
Reporter Owen Shroyer ...

**Benny Johnson** ✓ ☐ **is hos**
🎙 JFK Assassination Files
RELEASED, Dark Secrets ..

**Steven Crowder** ✓ ☐ **is ho**
🎙 JFK Files Dropped:
Examining the Biggest Clai

**Reuters** ✓ **is hosting**
Reports of shots fired
outside CIA building

**Coach, JV** ✓ **is hosting**
🎙 BREAKING: SEC VS.
RIPPLE SXRP - CASE IS OV

Show more

**Explore**

**Tesla Attacks Classified as
Terrorism**
Trending now · Crime ·

**SEC Ends Legal Battle with
XRP's Non-Security Status**
2 hours ago · Finance ·

**Bannon Endorses Trump fo
Third Term**
Trending now · Politics

**DeSantis and Massie Push
Education Overhaul**
Trending now · Educati

Show more

Platinum
@PlatnumSparkles


Home

Explore

Notifications

Messages

Grok

Premium

Bookmarks

Communities

Verified Orgs

Profile

More

**Post**

Post your reply                                    Reply

**Platinum** @PlatnumSparkles · Aug 12, 2024
Remember you said you turned down a $500 million offer?

How about lying to retail about a $1-20 dividend so you could get Nasdaq listed & pump trch/mmat?

The company said they'd go bankrupt if that vote didn't pass & you went on a space call to tell people to vote NO 🫣

Then
Show more

◯ 4          ⇄ 5          ♡ 77          ⎞ 2.8K          🔖  ⬆

**Mark R. Basile, Esq.** ✅ @BasileEsq · Aug 12, 2024
Like I said, an NDA cannot be used to cover up incidents of fraud or corruption. I am SURE the Chapter 7 Trustee will find @palikaras information very helpful when attempting to claw back every dime filtered away from the company and shareholders.

◯ 4          ⇄          🏆 77          ⎞ 2.3K          🔖  ⬆

*~☆Jennifer☆~* ✅              ○
@fearles59324823

**Platinum**
@PlatnumSparkles

Home

Explore

Notifications

Messages

Grok

Premium

Bookmarks

Communities

Verified Orgs

Profile

More

**Post**

*~☆Jennifer☆~* ✅
@fearles59324823

Platinum
@PlatnumSparkles

Home

Explore

Notifications

Messages

Grok

Premium

Bookmarks

Communities

Verified Orgs

Profile

More

**Post**

*~☆Jennifer☆~* 🏅
@fearles59324823

**Platinum**
**@PlatnumSparkles**

**Exhibit G**

Home

Explore

Notifications

Messages

Grok

Premium

Bookmarks

Communities

Verified Orgs

Profile

More

**Post**

Q Search

**George Palikaras** ✓ @palikaras · Mar 25, 2024    ···
Open dialogue is key. Very inspired by the commitment and depth of our fellow retail shareholders to better understand the company's new direction, thank you! Generally speaking, this engagement between $MMAT shareholders and its leadership, it's a microcosm of a growing trend x.com/johnnaarintl/s...
Show more

┌─────────────────────────────────────────────┐
│ This Post is unavailable. Learn more          │
└─────────────────────────────────────────────┘

💬 79        ⟲ 213        ♡ 409        ⊪ 58K        🔖    ⬆

**Aaron Chow (Elephant Analytics)** @aaronmchow · Mar 25, 2024    ⟳ ···
Now that you are past your quiet period, are you going to comment on your $MMAT's decision to not stop the $MMTLP spinoff to address FINRA's U3 halt? Or is your position that you have wiped your hands clean of it and MMTLP's shareholders are on their own to deal with things?

💬 6        ⟲ 3        ♡ 36        ⊪ 5.9K        🔖    ⬆

**George Palikaras** ✓ @palikaras · Mar 25, 2024    ⟳ ···
I have made myself available to Congress and regulators. I am ready whenever asked to provide complete assistance and all information related to the U3 events from my perspective. You and others need to know MMAT and NBH have the legal power to share information on what exactly
Show more

💬 34       ⟲ 235       ♡ 428       ⊪ 36K        🔖    ⬆

**Aaron Chow (Elephant Analytics)** @aaronmchow · Mar 25, 2024    ⟳ ···
Thanks for your response. I agree that questions should be asked of current management. However, you were $MMAT's CEO for 10 mths post $MMTLP halt. It is a shame you weren't interested in such transparency and dialogue when you were still in a position to legally provide answers.

💬 3        ⟲ 6        ♡ 29        ⊪ 4.2K        🔖    ⬆

**George Palikaras** ✓
@palikaras                                                          ···

Thank you for your message. It's crucial to understand that during my tenure as CEO and following the $MMTLP halt, my actions and decisions were guided by a commitment to the company's and all stakeholders' best interests. However, the changes on the Board introduced a paradigm shift in communication policies, directly impacting the nature and scope of information that could be disclosed which became extremely conservative in nature. Despite numerous efforts to maintain an open dialogue, these policy changes significantly restricted the ability to share insights as freely as I believed was necessary (this included the infamous NBH presentation promised and never delivered despite having a complete presentation deck ready to go). This was not a matter of personal preference but a directive from the new governance structure, which I was obliged to follow. The perception that I lacked interest in transparency is unfortunate and does not align with my values, intentions or efforts.

7:53 PM · Mar 25, 2024 · 13.7K Views

💬 27       ⟲ 80       ♡ 194       🔖 12                        ⬆

**Post your reply**                                              Reply

**#2 Pencil Fight** @No2PencilFight · Mar 25, 2024
Also, I wouldn't give Aaron Chow one minute of your time.

**Relevant people**

**George Palikaras** ✓
@palikaras  Follows you
Deep Tech entrepreneur
Passionate about science
& innovation. Founder
@Metamaterialtec $
Democratizing #nano
Retail Champion

**Aaron Chow (Eleph...**
@aaronm...  Follows you
Dad, Husband. Finar
(primarily energy foc
Founder of Distresse
Co-founded Absolut
EbFund alumni.

**Daisy Johnson**
@MmatM...  Follows y
MmatMom 🦋🦋🦋🦋

**Explore**

with his thanks and appreciation. Don't trust him for one second, he's the enemy.

**Post**

˜⋆Jennifer⋆˜ @fearles59324823 · Apr 3, 2024
Again, asking fair questions cut it out. I, as a shareholder, wanted to know the same.

We put a warning on this post because it might have sensitive content.

**Appeal this warning**

💬     🔁     ♡     36     🔖  ⬆️

JT ✅ @johntaylor30 · Mar 25, 2024
I think this alone should tell all $MMAT investors everything they need to know about the BOD and any future of the company.

@palikaras - you should release the NBH deck now!

💬 1     🔁 13     ♡ 51     1.8K     🔖  ⬆️

Aaron Chow (Elephant Analytics) @aaronmchow · Mar 25, 2024
Well good luck, I hope that Congress/regulators will contact/interview you so that you can explain everything that happened around $MMTLP without being restricted by any corporate confidentiality issues. Unfortunately what's happened has had a significant effect on many people.

💬 1     🔁 4     ♡ 19     1.2K     🔖  ⬆️

Guy_from_kansas @Dreamer1972Joe · Mar 25, 2024
We have all heard John Brad side of the the begining trading and U3 halt. Maybe you could go on a space and share you point of view on mmtlp fraud.

💬     🔁 4     ♡ 6     259     🔖  ⬆️

R0605 @ricsaragiotto · Mar 25, 2024
I am sorry, but all this sounds bs to me. GP had the obligation to help the retail investors and did nothing even when we was CEO and now he was fired. IMHO along with BOD, he trapped the retail investors. Why not being proactive instead of passive. Help out !

💬 1     🔁 2     ♡ 7     678     🔖  ⬆️

#2 Pencil Fight @No2PencilFight · Mar 25, 2024
Thank you G-dawg

1     🔁 3     2     943

Dennis @DennisTheArtist · Mar 26, 2024
Can you please ask @AST_Financial to publish the registered shares counted at AST monthly or quarterly? This way, everyone will know how many share are left to register

💬 1     🔁 2     ♡ 2     133

W_J_A @WJAforMMTLP · Mar 26, 2024

Messages ●

Home

Explore

Notifications

Messages

Grok

Premium

Bookmarks

Communities

Verified Orgs

Profile

More

**Post**

What's holding you back now? What did you want to say in debate??

Release the NBH slide deck!

Possibly the worst tenure as ceo

💬          ↻ 1          ♡ 3          ‖ 292          🔖  ⬆

**Phyregold @PhyreGoldMAJIC · Mar 25, 2024**          ⊘  ···
Word salads are used to hide meaning.  Talk publically.

💬          ↻          ♡ 3          ‖ 268          🔖  ⬆

**🔳XxxBigOPxxX🔳 ✅ @XxxBigOPxxX · Mar 25, 2024**          ⊘  ···
Georgie boy, i can write a whole book on how i feel you, ken rice, mccabe
and the board took mmat retail for a ride. Empty promises, your inflated
salary while CEO (KEEP IN MIND, YOU NEVER BROUGHT ANYTHING TO
SELL ON THE OPEN MARKET). All i want is my f*ckin money! You POS!

💬          ↻ 1          ♡ 1          ‖ 98          🔖  ⬆

**Vic @vicnass83 · Mar 26, 2024**          ⊘  ···
Tell the truth Georgie. You knew merger with $Trch was fraudulent from the
beginning, you just wanted your baby $Mmat on the NASDAQ. The price to
accomplish that was to go along with fraudsters and mislead retail
investors.

💬          ↻          ♡ 2          ‖ 123          🔖  ⬆

Home

Explore

Notifications

Messages

Grok

Premium

Bookmarks

Communities

Verified Orgs

Profile

More

**Post**

*~☆Jennifer☆~* ✅
@fearles59324823

Messages

**Exhibit H**



 Home     My Network    Jobs     Messaging    Notifications     Me ▾     For Business ▾    Reactivate Premium: 50% Off

Posts · People · Companies · Groups · Jobs · Products · Services · Events · Courses · Schools

**Uzi Sasson** 🛡 · 3rd+
CFO of Meta Materials Inc. (Nasdaq: META) - Tenured CEO/CFO for...
San Francisco Bay Area

🏛 Experience: Meta Materials Inc. (META®), Fabric Systems (formerly Katena Computing Technologies, Inc.), and 5 more

Message    **View full profile**

## Posts mentioning Uzi

Rus S. · 2nd
Implementation & Training
Visit my website
3mo · 🌐

+ Follow    ···

Which pays better? The crime or the whistleblower!? United States Senate Committee on Finance  Pete Sessions Hilltop Securities Inc. Uzi Sasson The Depository Trust & Clearing Corporation (DTCC) Ken Paxton Douglas Cifu Mark Tritton US Govern  ...more

**DISMAL'S SMACKS**

## Whistleblower Alert! SEC awards $98 million to two whistleblowers, meaning the fine levied ranged between $326,666,666.67 and $980,000,000 dollars.





♡👍 2                                              2 comments · 1 repost

👍 Like

💬 Comment

🔁 Repost

↗ Share

**Scott Hooper** • 3rd+                              + Follow    ···
Registered Nurse/Nursing Leadership
4mo · 🌐

Uzi Sasson Allison Christilaw, MBA, ICD.D Board Director **Philippe Morali Steen Karsbo Ken Hannah congratulations to the BOD at** Meta Materials Inc. (META®).

Pathetic leadership

👏 3                                                              3 comments

👍 Like

💬 Comment

🔁 Repost

↗ Share

**Cody Wheelis PSCM** • 3rd+                          + Follow    ⋯
Sales / Buyer
4mo • 🌐

Uzi Sasson you are garbage. I am not sure how you sleep and I hope you pay for what
you have done to a flourishing company with great groundbreaking technology. I
assume you were hired to come in and piecemeal this company anc  ...more

👏 3                                                              2 comments

👍 Like

💬 Comment

🔁 Repost

↗ Share

See all posts mentioning Uzi

## Posts

**From my network**    Past 24 hours    Past week

**Scott Hooper** • 3rd+                               + Follow    ⋯
Registered Nurse/Nursing Leadership
5mo • 🌐

Uzi Sasson will you resign as CEO of Meta Material, along with current BOD's,
reinstate George Palikaras as chairman and CEO?

👏💛 23                                               4 comments • 5 reposts

Like

Comment

Repost

Share

**George Palikaras** • Following
Deep Tech Entrepreneur | CxO | Founder | Board Member
5mo • Edited •

Meta Materials Inc. (META®) and the Silencing of Innovation, a cautionary tale for aspiring #entrepreneurs.

> amended (the "Exchange Act")), nor any of Employee's representatives acting on behalf of or in concert with Employee (or any of its affiliates) will in any manner, directly or indirectly, (a) effect or seek, offer or propose (whether publicly or otherwise) to effect, or cause or participate in or in any way assist any other person to effect or seek, offer or propose (whether publicly or otherwise) to effect or participate in, (i) any acquisition, whether by purchase or otherwise, of any loans, securities, assets or rights to acquire securities of the Company; (ii) any tender or exchange offer, merger or other business combination involving the Company; (iii) any recapitalization, restructuring, liquidation, dissolution or other extraordinary transaction with respect to the Company; or (iv) make, or in any way participate, directly or indirectly, in any "solicitation" of "proxies" (as such terms are used in the proxy rules under the Exchange Act and the regulations thereunder) to vote, or seek to advise or influence any person with respect to the voting of any voting securities of the Company; (b) form, join or in any way participate in a "group" (as defined under the Exchange Act) with respect to any voting securities of the Company; (c) otherwise act, alone or in concert with others, to seek to control or influence the management, board of directors or policies of the Company or any of its affiliates; (d) take any action which could reasonably be expected to force the Company or any of its affiliates to make a public announcement regarding any of the types of matters set forth in clause (a) above; or (e) enter into any discussions or arrangements with any third party with respect to any of the foregoing.  Employee also agrees during

**Meta Materials Inc. (META®) and the Silencing of Innovation!** 🔬

George Palikaras

Future #entrepreneurs, beware! This cautionary tale is unfolding at Meta Materials Inc. (META®), wher...

78                                                    21 comments • 20 reposts

👍 Like

💬 Comment

🔁 Repost

↗ Share

 **Ryan Franz** • 1st  •••
Using no way as way, having no limitations as limitation.
5mo • 🌐

Uzi Sasson Knew it! You're a #Badactor

Need to drain the swamp over at Meta Materials Inc. (META®) and Dan  ...more

**Kim K.** • 2nd

5mo • 🌐                                                    + Follow

Uzi Sasson has historical connections to TERRORIST COUNTRIES! Please see the attached SEC notification.



**Uzi Sasson** ✓ • 3rd
**CEO of Meta Materials Inc. (META) – Tenured CEO/CFO for public and private high tech companies**

San Francisco Bay Area

🌐 1                                                    2 comments

 Like

 Comment



↻ Repost

➦ Share

**See all post results**

## People

1st    2nd    3rd+    ⚭ Actively hiring

**Uzi Sasson** • 3rd+
Principal Engineer, Power and performance (PnP) design...
Haifa District, Israel

Message

**Uzi Sasson** • 3rd+
Director at Rivera Electronics
North Miami Beach, FL

Message

**See all people results**

## More posts

**Rus S.** • 2nd                                             + Follow    ···
Implementation & Training
Visit my website
4mo • 🌐

Hey there Jack Harding...Uzi Sasson... guess you didn't follow up on anything following
your turfing of founder @palikaras after stacking the $MMAT BoD?
THEN you sacked the SAB and told shareholders that this was irrelevant  ...more



As and when there are further, material developments, they will be provided via a press release and/or an SEC filing.

Current Reports on Form 8-K are filed as and when required.

Best regards,

Rob Stone
Vice President Corporate Development and Communications

**META**
Go Beyond.

HALIFAX, NS / ACCESSWIRE / June 12, 2023 / Meta Materials Inc. (the "Company" or "META®") (Nasdaq:MMAT)(FSE:MMAT), an advanced materials and nanotechnology company, today announced that Prof. Jeff Dahn is joining its Scientific Advisory Board effective June 15, 2023. Prof. Dahn is a pioneering researcher and developer of lithium-ion battery technology and leads a large research group at Dalhousie University. Prof. Dahn's expertise will bolster META's endeavors to drive innovation of ............ ............, enabling the development of new lithium-ion batteries that are safer, more efficient, and environmentally sustainable.

Prof. Dahn held the position of NSERC/Tesla Canada Industrial Research Chair with Dalhousie University from 2016 to 2021. He is now Principal Investigator of the NSERC/Dalhousie/Tesla Canada Alliance Grant which will run until at least 2026. In 2021, Prof. Dahn became Chief Scientific Advisor to NOVONIX (NVX), which was spun out of Prof. Dahn's research group in 2013.

2                                    1 comment · 1 repost

👍 Like

💬 Comment

🔁 Repost

↗ Share

**George Palikaras** · Following
Deep Tech Entrepreneur | CxO | Founder | Board Member
5mo · 🌐

Dear 24M Technologies is it true that you have become the recent purchaser of Meta Materials Inc. (META®) 's NPORE intellectual property for $825k? Is it true that the META had a potential claim against you for infringing its battery separate ...more

66                                    7 comments · 11 reposts

👍 Like

💬 Comment

🔁 Repost

➡ Share

**Dora Vell** • 2nd                                    + Follow    ···
Retained Exec Search - Tech Board Members & Execs
Visit my website
10mo • 🌐

Meta Materials appointed Uzi Sasson as President, in addition to his role as CEO
#President

⟳ Repost

↪ Share

New post in Software/Technology: AI, Marketing, Social Media, Startups, Blockchain, Human    •••
Resources & Metaverse

**Rus S.** • 2nd
Implementation & Training                                                    + Follow
**Visit my website**
7mo • Edited • 

Meta Materials Inc. (META®) Uzi Sasson & BOD - are you up holding fiduciary duties?
If not, is it punishable by RICO? @ https://lnkd.in/gDtiPusj

AA                            🔒 **sec.gov**                            ↻



*Labour Standards Complaint*

On April 12, 2024, a complaint was filed in the Nova Scotia Labour
Standards Division, against the Company by George Palikaras, the former
President and CEO of the Company. The complaint asserts claims under
Section 21 of the Labour Standards Code and seeks complainant's
reinstatement or alternatively, damages in lieu of reinstatement. The case
is currently pending. No financial impact of a loss contingency has been
recognized in the condensed consolidated interim financial statements, as
this matter does not meet the required criteria of being both probable and
reasonably estimated at this time.



🖐 4                                                    3 comments

👍 Like

💬 Comment

🔁 Repost

➡ Share

**George Palikaras** • Following
Deep Tech Entrepreneur | CxO | Founder | Board Member
5mo • Edited • 🌐

•••

**Update for fellow shareholders:** Meta Materials Inc. (META®) is being dismantled before our eyes, potentially affecting other stakeholder matters. We have been kept in the dark for months. This knee-capping, in my opinion, does not benefit anyone and is a breach of fiduciary duties.

If you value your investment and the world-class technology still within the company, please take action.

**FACT 1:** After the 8-K announcing the 80% workforce reduction, I emailed the Board and proposed offering all my shares back to the treasury to help the company raise new capital and transition under new management.

**FACT 2:** I have issued new demand letters through different law firms due to discrepancies and issues requiring urgent attention. Despite my efforts, there has been no support for resolution. I would like for the board and management to share my demand letters and any responses in full.

**FACT 3:** I still hold the largest stake in the company and remain connected to shareholders, former employees, customers, and suppliers of Meta Materials Inc. (META®), many of whom are ready and willing to testify regarding MMAT's management actions.

Rest assured, I work daily with all my resources to save our company's world-changing technologies and hold $MMAT Management accountable. Transparency is crucial. IMHO, the current Board and Management are only looking after themselves, are completely misaligned with our mission, and do not intend to create any shareholder wealth. This is evidenced by recent announcements, lack of transparency, lack of ownership, and many more indicators that will be revealed in time.

I urge Uzi Sasson, **Jack Harding**, Allison Christilaw, MBA, ICD.D Board Director, **Steen Karsbo**, Ken Hannah, and Philippe Morali to RELEASE the non-confidential teaser document and reveal who the financial advisory firm is, reveal who the battery tech (NPORE) new asset owner is, describe what the relationship (if any) with Authentix Security Print Solutions Ltd is, and then to do us a favor and resign. Alternatively, they risk becoming the first Board on Nasdaq that will lose three consecutive major shareholder proposals within 12 months. A temporary shareholder committee can be put in charge anytime. If the Nanotech asset deal cannot be reversed, the company will forever lose its metamaterials foundry and its nanomaterials volume manufacturing platform capabilities worth over $150M in intrinsic/replacement value based on my estimates. Even so, a new, "META 2.0" can still re-emerge. This could be an AI-driven device tech company focused around the ElectroOptics (VLEPSIS) imaging technology (pixel-as-a-service), which, given enough time and scale, can become a Fortune 500 company.

FYI, see the page extract below image for a little sample of one of the demand letters... One last FACT... the company's website is showing a leadership team page where more than half of these people are already gone for weeks, why are shareholders mislead with such lies!???

## Snell & Wilmer

3883 HOWARD HUGHES PARKWAY
SUITE 1100
LAS VEGAS, NV  89169-0965
702.784.5200 P
702.784.5252 F

Charles E. Gianelloni, Esq.
702.784.5373
cgianelloni@swlaw.com

June 28, 2024

**_VIA EMAIL_**

Meta Materials, Inc.
c/o Dan Eaton, Esq.
Chief Legal Officer
5880 W. Las Positas Blvs. Suite 37
Pleasnton, CA  94588
Dan.Eaton@metamaterial.com
(408) 499-7075

Re:     Demand to correct inaccuracies in Meta Materials Inc. ("META") company sale communications ███████████

Mr. Eaton:

This firm represents META shareholder George Palikaras.  Please direct further communication on this matter to our attention.

As you know, META recently engaged ████████████████████ as META's exclusive advisor to identify possible business opportunities between META and potential buyers. META put Mr. Palikaras in contact ████████ and he reached out on May 5, 2024, requesting ████ ████ a "non-confidential teaser document" ████████████ On May 6, ████ sent the ████████ "non-confidential teaser materials" via email. Mr. Palikaras promptly reviewed the non-confidential teaser ████████████████████████████████████████

████████████ contain material inaccuracies that harm META's ability to maximize shareholder value for a sale because interested buyers don't have current, accurate information on which to base offers for META or its assets. According to Mr. Palikaras, the following is a list of inaccuracies he has identified to date:

a.   **Materially Misleading IP Assets Listed: The May 2024 teaser document stated** ███████ However, 

ALBUQUERQUE   BOISE   DALLAS   DENVER   LAS VEGAS   LOS ANGELES   LOS CABOS   ORANGE COUNTY
PHOENIX   PORTLAND   RENO   SALT LAKE CITY   SAN DIEGO   SEATTLE   TUCSON   WASHINGTON, D.C.

4857-0869-0834.1

**Exhibit I**

Post

Home

Explore

Notifications

Messages

Grok

Premium

Bookmarks

Communities

Verified Orgs

Profile

More

**Post**

kristen shaughnessy ✅
@kshaughnessy2

Attorney Wes Christian says no regulator or broker has been willing to disclose information to help settle the $MMTLP trades - a special dividend that was never supposed to trade and was emergency halted in December 2022.

"...We did it as I would say, the country boy way on the MMTLP side, because every avenue we went down nobody helped us.
In fact, FINRA fought us. DTC fought us, brokerage firms wouldn't disclose anything until ultimately we sent some very large clients in to find out some data, that revealed some things but I can't get into that.

The bottom line is MMTLP, as  you know, is so convoluted you're not really going to know until you get into discovery in my view, although my gut is that that's gonna be even larger than the META piece, that's my gut.."

Great job hosting @JunkSavvy @busybrands @JWesChristian @bleedblue18

x.com/junksavvy/stat...



A CONVO W/ ATTY WES
CHRISTIAN: STOCK
MANIPULATION

0:06

12:16 PM · Jun 25, 2024 · 24.7K Views

19          294          533          24

Lee g @Leeg86962860883 · Jun 25, 2024

'~☆Jennifer☆~'  ✅
@fearles59324823



Q Search

**Relevant people**

kristen shaughness ✅
@kshaughnessy2
"The 5 of Us" podca:
Women in Tech Glob
50 Irish America Pov
NY1 Anchor/Reporte

**Live on X**

INFOWARS ✅ is hosting
EXCLUSIVE: Infowars
Reporter Owen Shroyer ...

Benny Johnson ✅ ☐ is ho:
☐JFK Assassination Files
RELEASED. Dark Secrets ..

Steven Crowder ✅ ☐ is ho:
☐ JFK Files Dropped:
Examining the Biggest ...

Reuters ✅ is hosting
Reports of shots fired
outside CIA building

Coach, JV ✅ is hosting
☐ BREAKING: SEC VS. RIF
SXRP - CASE IS OVER! ☐

Show more

**Explore**

Tesla Attacks Classified a:
Terrorism
Trending now · Crime ·

SEC Ends Legal Battle with
XRP's Non-Security Statu:
2 hours ago · Finance ·

Bannon Endorses Trump fc
Third Term
Trending now · Politics

DeSantis and Massie Push
Education Overhaul
Trending now · Educati

Show more

Terms of Service          olicy

Platinum
@PlatinumSparkles

Home

Explore

Notifications

Messages

Grok

Premium

Bookmarks

Communities

Verified Orgs

Profile

More

**Post**

🔍

↻ 6          ♡ 14          ⅱ 515          🔖  ⬆

Perrydice 🔳⬅➡🔳 @PerryMu23644678 · Jun 25, 2024          ⊘ •••

> Perrydice 🔳⬅➡🔳 @PerryMu23644678 · Jun 25, 2024
> Replying to @BasileEsq and @JunkSavvy
> Case Brought in #NewYork!!! what we know

↻ 1          ♡ 2          ⅱ 168          🔖  ⬆

Jack Daniel #6490 @JackDan44615113 · Jun 25, 2024          ⊘ •••



GIF

↻          ♡ 3          ⅱ 708          🔖  ⬆

*~☆Jennifer☆~* ✔          o
@fearles59324823

Platinum
@PlatnumSparkles

Home

Explore

Notifications

Messages

Grok

Premium

Bookmarks

Communities

Verified Orgs

Profile

More

**Post**

*~☆Jennifer☆~* ✅
@fearles59324823

Platinum
@PlatnumSparkles

**Exhibit J**

**Fill in this information to identify the case:**

Debtor name    Meta Materials Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   24-50792

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Income**

1. **Gross revenue from business**

   ☒ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.   See Schedule to SOFA Q3 | | $5,896,089.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  Meta Materials Inc.                                          Case number (if known) 24-50792

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  See Schedule to SOFA Q4<br><br>        Insiders | Various | $8,182,005.38 | Various |

---

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

---

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**  **Legal Actions or Assignments**

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Meta Materials Inc. v. Georgios Palikaras and Lamda Guard Technologies Inc.<br>TBA | Civil | Supreme Court of Nova Scotia<br>The Law Courts<br>1815 Upper Water Street<br>Halifax, NS B3J 1S7 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  In re Meta Materials Inc. Securities Litigation<br>1:21-cv-07203 | Putative Securities Class Action | U.S. District Court for the Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.3.  Hines v. Palikaras, et al.<br>1:22-cv-00248 | Shareholder Derivative Action | U.S. District Court for the Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  Denton v. Palikaras, et al.<br>A-23-878134-C | Putative Shareholder Class Action | Eighth Judicial District Court Clark County, Nevada<br>200 Lewis Ave<br>Las Vegas, NV 89155 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

---

Debtor  Meta Materials Inc.    Case number *(If known)* 24-50792

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| Grant Thornton Limited c/o Jonathan Krieger 20th Floor 200 King St West Toronto ON Canada M5H 3T4 | Canadian bankruptcy of subsidiary | Unknown |
| | **Case title** In re Metamaterial Technologies Canada | **Court name and address** Superintendent of Bankruptcy Canada 151 Yonge Street, 4th Floor Toronto, Ontario, Canada, M5C2W7 |
| | **Case number** 31-3109313 | |
| | **Date of order or assignment** 07/26/2024 | |
| Grant Thornton Limited c/o Jonathan Krieger 20th Floor 200 King St West Toronto ON Canada M5H 3T4 | **Describe the property** Canadian bankruptcy of subsidiary | **Value** Unknown |
| | **Case title** In re Metamaterial Inc. | **Court name and address** Superintendent of Bankruptcy Canada 151 Yonge Street, 4th Floor Toronto, Ontario, Canada, M5C2W7 |
| | **Case number** 31-3079005 | |
| | **Date of order or assignment** 07/12/2024 | |

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   Meta Materials Inc.                                      Case number *(if known)*  24-50792

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Perkins Coie LLP 1201 Third Ave, Suite 4900 Seattle, WA 98101 | Legal Fees | Various | $1,905,800.45 |
| | **Email or website address** bcosman@perkinscoie.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Stretto 410 Exchange, Suite 100 Irvine, CA 92602 | Retainer | 4/22/2024 | $10,000.00 |
| | **Email or website address** Travis.Vandell@stretto.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 85 Swanson Road Boxborough, MA 01719 | 10/1/2021 - 9/30/2023 |
| 14.2. | 60 Highfield Park Dr Dartmouth, Nova Scotia, Canada B3A 4R9 | 1/2021 - 5/2024 |

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Debtor    Meta Materials Inc.                                          Case number *(if known)*  24-50792

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:    Details About Environment Information

| Debtor | Meta Materials Inc. | Case number *(if known)* | 24-50792 |
|---|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|

| | | **Dates business existed** |

| 25.1. | 2798831 ONTARIO INC.<br>5300-199 Bay Street<br>Commerce Court West,<br>Suite 5300<br>Toronto, Ontario, M5L 1B9 | EIN:        Registry # 2798831<br><br>From-To   Since 12/9/2020 |
|---|---|---|
| 25.2. | Metamaterial Exchangeco Inc.<br>5300-199 Bay Street<br>Commerce Court West,<br>Suite 5300<br>Toronto, Ontario, M5L 1B9 | EIN:        Registry # 2798832<br><br>From-To   Since 12/9/2020 |
| 25.3. | Metamaterial Inc.<br>82 Richmond Street East,<br>Suite 200<br>Toronto ON M5C 1P1 | EIN:        CRA BN - 121266761<br><br>From-To   Since 7/7/1987 |

| Debtor | Meta Materials Inc. | Case number *(if known)* 24-50792 |
|---|---|---|

| 25.4. | Metamaterial Technologies Canada Inc. 60 Highfield Park Dr. Suite 102 Dartmouth N.S, Canada | **EIN:** | CRA BN - 801055609 |
| | | **From-To** | Since 6/8/2012 |

| 25.5. | Medical Wireless Sensing Ltd. QMB Innovation Centre, 42 New Road London , E1 2AX UK | **EIN:** | TIN - 1356226129 VAT: 129009624 |
| | | **From-To** | Since 12/14/2014 |

| 25.6. | Metamaterial Technologies USA Inc. 5880 W. Las Positas Blvd, Suite 51 Pleasanton, CA 94588 | **EIN:** | 47-5007193 |
| | | **From-To** | Since 9/8/2015 |

| 25.7. | META MATERIALS SINGLE MEMBER S.A. Apostolou Pavlou 10A 15123 Marousi, Athens, Greece | **EIN:** | Registration # - 161394301000 Tax ID: 801681292 |
| | | **From-To** | |

| 25.8. | 1315115 B.C. Ltd 2900 - 550 Burrard Street Vancouver BC V6C 0A3, Canada | **EIN:** | CRA BN - 788525301 |
| | | **From-To** | Since 7/13/2021 |

| 25.9. | Nanotech Security Corp. 3292 Production Way Burnaby, BC V5A 4R4 | **EIN:** | Registration # BC-0277671 |
| | | **From-To** | Since 10/1/2014 |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | Uzi Sasson c/o Meta Materials Inc. 5880 W. Las Positas Blvd, Suite 51 Pleasanton, CA 94588 | 4/2023 - 11/2023 |
| 26a.2. | Kenneth Rice c/o Meta Materials Inc. 5880 W. Las Positas Blvd, Suite 51 Pleasanton, CA 94588 | 6/2021 - 4/2023 |
| 26a.3. | Ahmed Shebl c/o Meta Materials Inc. 5880 W. Las Positas Blvd, Suite 51 Pleasanton, CA 94588 | 11/2023 - 12/2023 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Debtor | Meta Materials Inc. | Case number *(if known)* 24-50792 |
|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| **26b.1.** BDO USA, LLP<br>One International Place 4th Floor<br>Boston, MA 02110 | 7/2022 - 3/2024 |

| Name and address | Date of service From-To |
|---|---|
| **26b.2.** Deloitte<br>1190, avenue des Canadiens-de-Montréal<br>Bureau 500<br>Montréal QC H3B 0M7 | 10/2021 - 6/2023 |

| Name and address | Date of service From-To |
|---|---|
| **26b.3.** KPMG<br>Vaughan Metropolitan Centre<br>100 New Park Place, Suite 1400<br>Vaughan ON L4J 0J3<br>Canada | 6/2021 - present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| **26d.1.** Ducera Partners LLC<br>11 Times Square, 36th Floor<br>New York, NY 10036 | Meta Materials Inc. retained Ducera as an investment banker and Ducera distributed financial statements to numerous confidential parties. |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John R. Harding | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Chairman/Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Allison Christilaw | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kenneth Hannah | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Director | |

Debtor   Meta Materials Inc.                                              Case number (if known)  24-50792

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vyomesh Joshi | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steen Karsbo | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Philippe Morali | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Uzi Sasson | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | President and Chief Executive Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dan Eaton | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Chief Legal Officer and Secretary | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jim Fusaro | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Chief Executive Officer/Director | 10/2023 - 11/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jennifer Charaso | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Chief Human Resources Officer | 10/2023 - 12/15/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ahmed Shebl | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Chief Accounting Officer and Interim Chief Financial Officer | 11/2023 - 12/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Georgios Palikaras | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | President and Chief Executive Officer/Director | 6/2021 - 10/2023 |

Debtor    Meta Materials Inc.                                        Case number *(if known)*  24-50792

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Kenneth Rice | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Chief Financial Officer and Chief Operating Officer | 6/2021 - 4/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Jonathan Waldern | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Chief Technology Officer | 6/2021 - 4/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Eugenia Corrales | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Board of Directors | 4/2023 - 12/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Eric Leslie | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Board of Directors | 6/2021 - 10/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Maurice Guitton | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Board of Directors | 6/2021 - 4/2023 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-----------------------------------------------------|-------|-------------------------------|
| 30.1. Eric Leslie<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | $8,058.14 | 9/29/2023 | Director Fee |
| **Relationship to debtor**<br>Board of Directors | | | |
| 30.2. Allison Christilaw<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | $60,625.46 | Various | Director Fees |
| **Relationship to debtor**<br>Board of Directors | | | |

Debtor   Meta Materials Inc. _____    Case number *(if known)*  24-50792 _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.3** Vyomesh Joshi<br>.    c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $67,360.52 | Various | Director Fees |
| **Relationship to debtor**<br>Board of Directors | | | |
| **30.4** Eugenia Corrales<br>.    c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $33,379.00 | Various | Director Fees |
| **Relationship to debtor**<br>Board of Directors | | | |
| **30.5** John R. Harding<br>.    c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $113,333.33 | Various | Director Fees |
| **Relationship to debtor**<br>Board of Directors | | | |
| **30.6** Kenneth Hannah<br>.    c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $93,333.33 | Various | Director Fees |
| **Relationship to debtor**<br>Board of Directors | | | |
| **30.7** Karsbo Consulting<br>.    c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $86,766.67 | Various | Director Fees |
| **Relationship to debtor**<br>Board of Directors | | | |
| **30.8** Philippe Morali<br>.    c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $40,979.67 | Various | Director Fees |
| **Relationship to debtor**<br>Board of Directors | | | |

Debtor   Meta Materials Inc. _____   Case number *(if known)*  24-50792

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.9. Nadine Geddes<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $79,255.84 | Various | Salary & Vacation Pay/Severance Pay |
| **Relationship to debtor**<br>Former Director of Operations | | | |
| 30.10. Ahmed Shebl<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $70,065.42 | Various | Salary |
| **Relationship to debtor**<br>Former Chief Accounting Officer and Interim Chief Financial Officer | | | |
| 30.11. Georgios Palikaras<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $97,637.74 | Various | Salary |
| **Relationship to debtor**<br>Former President and Chief Executive Officer | | | |
| 30.12. Jonathan Waldern<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $111,436.25 | Various | Severance Pay |
| **Relationship to debtor**<br>Former Chief Technology Officer | | | |
| 30.13. Kenneth Rice<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $115,473.37 | Various | Severance Pay |
| **Relationship to debtor**<br>Former Chief Financial Officer and Chief Operating Officer | | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Meta Materials Inc. | | Case number *(if known)*  24-50792 |
|---|---|---|---|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 4. Jim Fusaro c/o Meta Materials Inc. 5880 W. Las Positas Blvd, Suite 51 Pleasanton, CA 94588 | $28,944.84 | Various | Salary & Vacation Pay |
| **Relationship to debtor** Former Chief Executive Officer | | | |
| 30.1 5. Jennifer Charaso c/o Meta Materials Inc. 5880 W. Las Positas Blvd, Suite 51 Pleasanton, CA 94588 | $35,349.41 | Various | Salary & Vacation pay |
| **Relationship to debtor** Former Chief Human Resources Officer | | | |
| 30.1 6. Uzi Sasson c/o Meta Materials Inc. 5880 W. Las Positas Blvd, Suite 51 Pleasanton, CA 94588 | $388,425.13 | Various | Salary & Consulting Agreement |
| **Relationship to debtor** President and Chief Executive Officer | | | |
| 30.1 7. Dan Eaton c/o Meta Materials Inc. 5880 W. Las Positas Blvd, Suite 51 Pleasanton, CA 94588 | $300,048.28 | Various | Salary and Consulting Agreement |
| **Relationship to debtor** Chief Legal Officer and Secretary | | | |
| 30.1 8. See Schedule to SOFA Q30 | # of shares vested (RSU) / redeemed (DSU) | Various | D&O Grants |
| **Relationship to debtor** Present and Former Board of Directors | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Meta Materials Inc. | EIN:  74-3237581 |

Debtor    Meta Materials Inc.                                          Case number *(if known)*  24-50792

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

**Name of the pension fund**                                          **Employer Identification number of the pension fund**

**Part 14:   Signature and Declaration**

WARNING — Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____08/09/2024_____

Signed by:
*Uzi Sasson*
1B8FAEEE2D9D4C6...                       Uzi Sasson
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Chief Executive Officer

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

SCHEDULE TO SOFA Q3

| Creditor Name | Address1 | Address2 | City State Zip | Dates | Total amount of value | Reason for payment or transfer |
|---|---|---|---|---|---|---|
| Related Party - Metamaterial Technologies Canada Inc. | 60 Highfield Park Drive | | Dartmouth, NS B3A 4R9 | 5/9/2024 | (100,000.00) | Intercompany settlement |
| Related Party - Metamaterial Technologies USA Inc. | Suite 51, 5880 W. Las Positas Blvd | | Pleasanton, CA 94588 | 5/10/2024 | (50,000.00) | Intercompany settlement |
| Related Party - Metamaterial Technologies USA Inc. | Suite 51, 5880 W. Las Positas Blvd | | Pleasanton, CA 94588 | 5/13/2024 | (300,000.00) | Intercompany settlement |
| Related Party - Metamaterial Technologies USA Inc. | Suite 51, 5880 W. Las Positas Blvd | | Pleasanton, CA 94588 | 5/14/2024 | (50,000.00) | Intercompany settlement |
| Verizon | One Verizon Way | | Basking Ridge, NJ 07920 | 5/16/2024 | (284.00) | Wireless service |
| Bark Jae Shin | 1301 Hyundai Liberty House | | Hannam Yongsan Gu, Seoul Korea | 5/17/2024 | (17,104.58) | Consulting Fees-Business Development |
| Related Party - Metamaterial Technologies USA Inc. | Suite 51, 5880 W. Las Positas Blvd | | Pleasanton, CA 94588 | 5/23/2024 | (100,000.00) | Intercompany settlement |
| Related Party - Meta Materials Single Member S.A. | Apostolou Pavlou 10A | 15123 Marousi | Athens, Greece | 5/24/2024 | (39,476.00) | Intercompany settlement |
| Core Advisory and Accounting Services | Plot No 709, Chaubal House, 21st Road | Khar (West) Mumbai - 400052 | Maharashtra, India | 5/27/2024 | (1,300.00) | Consulting Fees-Finance |
| Perkins Cole LLP | 1201 Third Ave, Suite 4900 | | Seattle, WA 98101 | 5/30/2024 | (200,000.00) | Legal expense |
| Borden Ladner Gervais LLP | World Exchange Plaza | 100 Queen Street, Suite 1300 | Ottawa, ON, Canada K1P 1J9 | 5/31/2024 | (30,000.00) | Patent Maintenance Fees |
| Related Party - Metamaterial Technologies Canada Inc. | 60 Highfield Park Drive | | Dartmouth, NS B3A 4R9 | 6/3/2024 | (20,000.00) | Intercompany settlement |
| Abhijeet Deodhar | | | | 6/11/2024 | (40,150.00) | Consulting Fees-Finance |
| Core Advisory and Accounting Services | Plot No 709, Chaubal House, 21st Road | Khar (West) Mumbai - 400052 | Maharashtra, India | 6/12/2024 | (1,000.00) | Consulting Fees-Finance |
| Related Party - Metamaterial Technologies USA Inc. | Suite 51, 5880 W. Las Positas Blvd | | Pleasanton, CA 94588 | 6/14/2024 | (150,000.00) | Intercompany settlement |
| Verizon | One Verizon Way | | Basking Ridge, NJ 07920 | 6/18/2024 | (284.00) | Wireless service |
| Hub International | PO Box 3310 | | Santa Barbara, CA 93130-3310 | 6/21/2024 | (1,669,863.45) | Prepaid Insurance to 6/28/2025 |
| Related Party - Meta Materials Single Member S.A. | Apostolou Pavlou 10A | 15123 Marousi | Athens, Greece | 6/25/2024 | (5,500.00) | Intercompany settlement |
| Related Party - Metamaterial Technologies USA Inc. | Suite 51, 5880 W. Las Positas Blvd | | Pleasanton, CA 94588 | 6/25/2024 | (100,000.00) | Intercompany settlement |
| Borden Ladner Gervais LLP | World Exchange Plaza | 100 Queen Street, Suite 1300 | Ottawa, ON Canada K1P 1J9 | 6/26/2024 | (36,600.00) | Patent Maintenance Fees |
| Related Party - Metamaterial Technologies USA Inc. | Suite 51, 5880 W. Las Positas Blvd | | Pleasanton, CA 94588 | 6/27/2024 | (200,000.00) | Intercompany settlement |
| Bark Jae Shin | 1301 Hyundai Liberty House | | Hannam Yongsan Gu, Seoul Korea | 7/3/2024 | (16,868.75) | Consulting Fees-Business Development- |
| Shareholder Intelligence Service LLC | 151 Rowayton Ave | | Rowayton, CT 06853 | 7/3/2024 | (30,000.00) | Investor Related Expense |
| Board of Director fees - Ken Hannah | | | | 7/3/2024 | (17,500.00) | Board of Director fees |
| Related Party - Metamaterial Technologies Canada Inc. | 60 Highfield Park Drive | | Dartmouth, NS B3A 4R9 | 7/3/2024 | (100,000.00) | Intercompany settlement |
| Hung Le Viet | 4201 Crepe Myrtle Ln | | Tracy, CA 95377 | 7/5/2024 | (4,960.00) | Consulting Fees-Production |
| On Search Partners, LLC | 102 First Street, Suite 201 | | Hudson, OH 44236 | 7/5/2024 | (111,111.00) | HR Recruiting - past due invoice from 2023 |
| Abhijeet Deodhar | | | | 7/5/2024 | (25,000.00) | Consulting Fees-Finance |
| Board of Director fees - Jack Harding | | | | 7/5/2024 | (21,250.00) | Board of Director fees |
| Board of Director fees - Philippe Morall | | | | 7/5/2024 | (12,500.00) | Board of Director fees |
| Board of Director fees - Vyomesh Joshi | | | | 7/5/2024 | (12,500.00) | Board of Director fees |
| Related Party - Metamaterial Technologies USA Inc. | 60 Highfield Park Drive | | Dartmouth, NS B3A 4R9 | 7/5/2024 | (50,000.00) | Intercompany settlement |
| Board of Director fees - Karsbo Consulting | | | | 7/5/2024 | (16,270.00) | Board of Director fees |
| Related Party - Metamaterial Technologies Canada Inc. | 60 Highfield Park Drive | | Dartmouth, NS B3A 4R9 | 7/9/2024 | (100,000.00) | Intercompany settlement |
| Core Advisory and Accounting Services | Plot No 709, Chaubal House, 21st Road | Khar (West) Mumbai - 400052 | Maharashtra, India | 7/10/2024 | (1,000.00) | Consulting Fees-Finance |
| Related Party - Metamaterial Technologies USA Inc. | Suite 51, 5880 W. Las Positas Blvd | | Pleasanton, CA 94588 | 7/10/2024 | (100,000.00) | Intercompany settlement |
| Perkins Cole LLP | 1201 Third Ave, Suite 4900 | | Seattle, WA 98101 | 7/11/2024 | (200,000.00) | Legal expense |
| Borden Ladner Gervais LLP | World Exchange Plaza | 100 Queen Street, Suite 1300 | Ottawa, ON Canada K1P 1J9 | 7/12/2024 | (2,910.77) | Patent Maintenance Fees |
| Verizon | One Verizon Way | | Basking Ridge, NJ 07920 | 7/16/2024 | (284.00) | Wireless service |
| Related Party - Metamaterial Technologies USA Inc. | Suite 51, 5880 W. Las Positas Blvd | | Pleasanton, CA 94588 | 7/17/2024 | (240,000.00) | Intercompany settlement |
| Related Party - Nanotech Security Corp. | 3292 Production Way | | Burnaby, BC V5A 4R4 | 7/17/2024 | (82,426.63) | Intercompany settlement |
| Related Party - Nanotech Security Corp. | 3292 Production Way | | Burnaby, BC V5A 4R4 | 7/17/2024 | (22,393.43) | Intercompany settlement |
| Related Party - Nanotech Security Corp. | 3292 Production Way | | Burnaby, BC V5A 4R4 | 7/17/2024 | (22,388.39) | Intercompany settlement |
| Related Party - Plasma App Ltd. | R1 G97 Rutherford Appleton Laboratory | Harwell Oxford Innovation Campus | Dicot, UK OX11 0QX | 7/17/2024 | (356,535.00) | Intercompany settlement |
| D.F. KING & CO., INC. | 48 Wall Street | | New York, NY 10005 | 7/18/2024 | (5,000.00) | Stock Exchange fees |
| D.F. KING & CO., INC. | 48 Wall Street | | New York, NY 10005 | 7/18/2024 | (5,000.00) | Stock Exchange fees |
| AST Trust Company (Canada) | 1 Toronto Street, Suite 1200 | | Toronto, ON M5C2V6 | 7/18/2024 | (64,174.86) | Investor Related Expense |
| Abhijeet Deodhar | | | | 7/19/2024 | (25,000.00) | Consulting Fees-Finance |
| Imperium Patent works LLP | PO Box 607 | | Pleasanton, CA 94566 | 7/26/2024 | (30,010.00) | Patent maintenance |
| Gforce Marketing Inc. | 1 Langton Drive | | Holmdel, NJ 07733 | 7/26/2024 | (1,400.00) | Consulting Fees -Executive |

SCHEDULE TO SOFA Q3

| Creditor Name | Address1 | Address2 | City State Zip | Dates | Total amount of value | Reason for payment or transfer |
|---|---|---|---|---|---|---|
| Board of Director fees - Vyomesh Joshi | | | | 7/26/2024 | (4,166.67) | Board of Director fees |
| Board of Director fees - Philippe Morali | | | | 7/26/2024 | (4,166.67) | Board of Director fees |
| Board of Director fees - Jack Harding | | | | 7/26/2024 | (7,083.33) | Board of Director fees |
| Board of Director fees - Ken Hannah | | | | 7/26/2024 | (5,833.33) | Board of Director fees |
| Board of Director fees - Karsbo Consulting | | | | 7/26/2024 | (5,416.67) | Board of Director fees |
| Ballard Spahr | One Summerlin | 1980 Festival Plaza Dr, Suite 900 | Las Vegas, NV 89135 | 8/7/2024 | (120,838.06) | Service |
| BDO USA, LLC | One International Place 4th Floor | | Boston, MA 02110 | 8/7/2024 | (13,229.00) | Service |
| Core Advisory and Accounting Services | Plot No 709, Chaubal House, 21st Road | Khar (West) Mumbai - 400052 | Maharashtra, India | 8/7/2024 | (1,000.00) | Service |
| Abhijeet Deodhar | | | | 8/7/2024 | (25,000.00) | Service |
| Dat Huynh Consulting | 2680 Glen Ferguson Circle | | San Jose 95148 | 8/7/2024 | (9,000.00) | Service |
| Dat Huynh Consulting | 2680 Glen Ferguson Circle | | San Jose 95148 | 8/8/2024 | (18,000.00) | Consulting |
| Dan Eaton | | | | 8/8/2024 | (100,000.00) | Consulting |
| Dan Eaton | | | | 8/8/2024 | (205,047.00) | Salary, Severance and vacation cash out |
| Uzi Sasson | | | | 8/8/2024 | (301,320.18) | Salary, Severance and vacation cash out |
| Bdalcom LLC. | | | | 8/8/2024 | (100,000.00) | Consulting |
| Chiho Tamura Chan | | | | 8/8/2024 | (40,435.61) | Consulting |
| Yuan Liu | | | | 8/8/2024 | (39,280.30) | Consulting |
| Lyon, Apryl | | | | 8/8/2024 | (16,915.95) | Consulting |
| Kariyawasam, Nimesha | | | | 8/8/2024 | (19,453.34) | Consulting |
| Little, Amanda | | | | 8/8/2024 | (23,547.00) | Consulting |
| Bradshaw, Anna | | | | 8/8/2024 | (28,882.58) | Consulting |
| (Dash) Tharshan | | | | 8/8/2024 | (19,429.42) | Consulting |
| | | | | TOTAL 90 DAY PAYMENTS | (5,896,089.97) | |

* Home addresses of the Board of Directors and Employees/Consultants of Meta Materials Inc. and its subsidiaries have been redacted for confidentiality purposes.

**SCHEDULE TO SOFA Q4**

| Pay Date | Employee Name | USD | Description | Comments |
|---|---|---|---|---|
| 29/Sep/23 | Eric Leslie | 8,058.14 | Director Fee | |
| Totals | **Eric Leslie** | | | |
| | | | | Q2-2023 - paid late - recorded in payroll at same time as Q3 payment as Q2 was paid to director in USD without any taxes withheld |
| 29/Sep/23 | Allison Christilaw | 11,151.82 | Director Fee | |
| 29/Sep/23 | Allison Christilaw | 11,151.82 | Director Fee | Q3-2023 |
| 29/Dec/23 | Allison Christilaw | 12,178.01 | Director Fee | Q4-2023 |
| 18/Apr/24 | Allison Christilaw | 11,203.67 | Director Fee | Q1-2024 |
| 10/Jul/24 | Allison Christilaw | 11,223.05 | Director Fee | Q2-2024 |
| 31/Jul/24 | Allison Christilaw | 3,717.09 | Director Fee | for the month of July 2024 |
| Totals | **Allison Christilaw** | **60,625.46** | | |
| 26/Jul/24 | Vyomesh Joshi | 4,166.67 | Director Fee | |
| 14/Jun/23 | Vyomesh Joshi | 3,303.85 | Director Fee | |
| 25/Aug/23 | Vyomesh Joshi | 9,890.00 | Director Fee | |
| 27/Sep/23 | Vyomesh Joshi | 12,500.00 | Director Fee | |
| 5/Jan/24 | Vyomesh Joshi | 12,500.00 | Director Fee | |
| 15/Apr/24 | Vyomesh Joshi | 12,500.00 | Director Fee | |
| 5/Jul/24 | Vyomesh Joshi | 12,500.00 | Director Fee | |
| Totals | **Vyomesh Joshi** | **67,360.52** | | |
| 25/Aug/23 | Eugenia Corrales | 9,890.00 | Director Fee | |
| 27/Sep/23 | Eugenia Corrales | 12,500.00 | Director Fee | |
| 5/Jan/24 | Eugenia Corrales | 10,989.00 | Director Fee | |
| Totals | **Eugenia Corrales** | **33,379.00** | | |
| 26/Jul/24 | Jack Harding | 7,083.33 | Director Fee | |
| 28/Aug/23 | Jack Harding | 21,250.00 | Director Fee | |
| 27/Sep/23 | Jack Harding | 21,250.00 | Director Fee | |
| 5/Jan/24 | Jack Harding | 21,250.00 | Director Fee | |
| 15/Apr/24 | Jack Harding | 21,250.00 | Director Fee | |
| 5/Jul/24 | Jack Harding | 21,250.00 | Director Fee | |
| Totals | **Jack Harding** | **113,333.33** | | |
| 26/Jul/24 | Ken Hannah | 5,833.33 | Director Fee | |
| 25/Aug/23 | Ken Hannah | 17,500.00 | Director Fee | |
| 27/Sep/23 | Ken Hannah | 17,500.00 | Director Fee | |
| 5/Jan/24 | Ken Hannah | 17,500.00 | Director Fee | |
| 15/Apr/24 | Ken Hannah | 17,500.00 | Director Fee | |
| 3/Jul/24 | Ken Hannah | 17,500.00 | Director Fee | |
| Totals | **Ken Hannah** | **93,333.33** | | |
| 26/Jul/24 | Karsbo Consulting | 5,416.67 | Director Fee | |
| 25/Aug/23 | Karsbo Consulting | 16,270.00 | Director Fee | |
| 27/Sep/23 | Karsbo Consulting | 16,270.00 | Director Fee | |
| 5/Jan/24 | Karsbo Consulting | 16,270.00 | Director Fee | |
| 15/Apr/24 | Karsbo Consulting | 16,270.00 | Director Fee | |
| 5/Jul/24 | Karsbo Consulting | 16,270.00 | Director Fee | |
| Totals | **Karsbo Consulting** | **86,766.67** | | |
| 26/Jul/24 | Philippe Morali | 4,166.67 | Director Fee | |
| 5/Jan/24 | Philippe Morali | 11,813.00 | Director Fee | |
| 15/Apr/24 | Philippe Morali | 12,500.00 | Director Fee | |
| 5/Jul/24 | Philippe Morali | 12,500.00 | Director Fee | |
| Totals | **Philippe Morali** | **40,979.67** | | |
| 31/Jul/23 | Nadine Geddes | 2,505.92 | Salary | |
| 15/Aug/23 | Nadine Geddes | 2,449.23 | Salary | |
| 31/Aug/23 | Nadine Geddes | 2,440.36 | Salary | |
| 15/Sep/23 | Nadine Geddes | 2,441.26 | Salary & Vacation pay | |

## SCHEDULE TO SOFA Q4

| Pay Date | Employee Name | USD | Description | Comments |
|---|---|---|---|---|
| 29/Sep/23 | Nadine Geddes | 2,442.34 | Salary | |
| 12/Oct/23 | Nadine Geddes | - | | |
| 13/Oct/23 | Nadine Geddes | 1,975.03 | Salary | |
| 31/Oct/23 | Nadine Geddes | 2,380.54 | Salary | |
| 15/Nov/23 | Nadine Geddes | 2,414.66 | Salary | |
| 30/Nov/23 | Nadine Geddes | 2,431.20 | Salary & others | |
| 15/Dec/23 | Nadine Geddes | 2,468.27 | Salary & others | |
| 29/Dec/23 | Nadine Geddes | 2,739.37 | Severance Pay (Salary continuance) | |
| 15/Jan/24 | Nadine Geddes | 2,437.84 | Severance Pay (Salary continuance) | |
| 31/Jan/24 | Nadine Geddes | 2,444.94 | Severance Pay (Salary continuance) | |
| 15/Feb/24 | Nadine Geddes | 2,427.54 | Severance Pay (Salary continuance) | |
| 29/Feb/24 | Nadine Geddes | 6,913.63 | Severance Pay (Salary continuance) | |
| 15/Mar/24 | Nadine Geddes | 2,420.37 | Severance Pay (Salary continuance) | |
| 28/Mar/24 | Nadine Geddes | 2,417.33 | Severance Pay (Salary continuance) | |
| 15/Apr/24 | Nadine Geddes | 2,379.74 | Severance Pay (Salary continuance) | |
| 30/Apr/24 | Nadine Geddes | 2,382.86 | Severance Pay (Salary continuance) | |
| 15/May/24 | Nadine Geddes | 2,405.79 | Severance Pay (Salary continuance) | |
| 31/May/24 | Nadine Geddes | 2,417.29 | Severance Pay (Salary continuance) | |
| 17/Jun/24 | Nadine Geddes | 2,554.91 | Severance Pay (Salary continuance) | |
| 10/Jul/24 | Nadine Geddes | 21,365.43 | Severance Pay (Salary continuance) | |
| Totals | Nadine Geddes | 79,255.84 | | |
| 31/Jul/23 | Ahmed Shebl | 5,726.42 | Salary | |
| 15/Aug/23 | Ahmed Shebl | 3,438.44 | Salary | |
| 31/Aug/23 | Ahmed Shebl | 3,425.99 | Salary | |
| 15/Sep/23 | Ahmed Shebl | 3,427.26 | Salary | |
| 29/Sep/23 | Ahmed Shebl | 3,405.47 | Salary | |
| 13/Oct/23 | Ahmed Shebl | 3,381.85 | Salary | |
| 31/Oct/23 | Ahmed Shebl | 3,330.65 | Salary | |
| 15/Nov/23 | Ahmed Shebl | 3,378.38 | Salary | |
| 30/Nov/23 | Ahmed Shebl | 7,227.69 | Salary | |
| 15/Dec/23 | Ahmed Shebl | 5,598.75 | Salary | |
| 29/Dec/23 | Ahmed Shebl | 4,854.95 | Salary | |
| 15/Jan/24 | Ahmed Shebl | 4,207.21 | Salary | |
| 31/Jan/24 | Ahmed Shebl | 18,662.35 | Salary | |
| Totals | Ahmed Shebl | 70,065.42 | | |
| 31/Jul/23 | George Palikaras | - | | |
| 15/Aug/23 | George Palikaras | 4,559.89 | Salary | |
| 31/Aug/23 | George Palikaras | 8,733.62 | Salary | |
| 15/Sep/23 | George Palikaras | 8,736.85 | Salary | |
| 29/Sep/23 | George Palikaras | 8,740.72 | Salary | |
| 13/Oct/23 | George Palikaras | 8,650.51 | Salary | |
| 31/Oct/23 | George Palikaras | 58,216.16 | Salary | |
| Totals | George Palikaras | 97,637.74 | | |
| 31/Jul/23 | Jonathan Waldern | 7,508.22 | Severance Pay (Salary continuance) | |
| 15/Aug/23 | Jonathan Waldern | 7,508.23 | Severance Pay (Salary continuance) | |
| 31/Aug/23 | Jonathan Waldern | 7,508.23 | Severance Pay (Salary continuance) | |
| 15/Sep/23 | Jonathan Waldern | 7,508.23 | Severance Pay (Salary continuance) | |
| 29/Sep/23 | Jonathan Waldern | 7,508.23 | Severance Pay (Salary continuance) | |
| 13/Oct/23 | Jonathan Waldern | 7,508.23 | Severance Pay (Salary continuance) | |
| 31/Oct/23 | Jonathan Waldern | 3,736.88 | Severance Pay (Salary continuance) | |
| 15/Dec/23 | Jonathan Waldern | - | | |
| 15/Feb/24 | Jonathan Waldern | 6,265.00 | Severance Pay (ND bonus) | |
| 15/Mar/24 | Jonathan Waldern | 6,265.00 | Severance Pay (ND bonus) | |
| 15/Apr/24 | Jonathan Waldern | 6,265.00 | Severance Pay (ND bonus) | |
| 15/May/24 | Jonathan Waldern | 6,265.00 | Severance Pay (ND bonus) | |

**SCHEDULE TO SOFA Q4**

| Pay Date | Employee Name | USD | | Description | Comments |
|----------|---------------|-----|---|-------------|----------|
| 17/Jun/24 | Jonathan Waldern | 6,265.00 | | Severance Pay (ND bonus) | |
| 28/Jun/24 | Jonathan Waldern | - | 6,265.00 | Severance Pay (ND bonus) | |
| 10/Jul/24 | Jonathan Waldern | 37,590.00 | | Severance Pay (ND bonus) | |
| Totals | Jonathan Waldern | 111,436.25 | | | |
| 31/Jul/23 | Ken Rice | 11,143.76 | | Severance Pay (Salary continuance) | |
| 15/Aug/23 | Ken Rice | 8,456.25 | | Severance Pay (Salary continuance) | |
| 31/Aug/23 | Ken Rice | 10,063.76 | | Severance Pay (Salary continuance) | |
| 15/Sep/23 | Ken Rice | 8,456.25 | | Severance Pay (Salary continuance) | |
| 29/Sep/23 | Ken Rice | 10,063.76 | | Severance Pay (Salary continuance) | |
| 13/Oct/23 | Ken Rice | 8,456.25 | | Severance Pay (Salary continuance) | |
| 31/Oct/23 | Ken Rice | 4,896.71 | | Severance Pay (Salary continuance) | |
| 30/Nov/23 | Ken Rice | 1,607.51 | | Severance Pay (Medical expense) | |
| 15/Dec/23 | Ken Rice | - | | | |
| 29/Dec/23 | Ken Rice | 1,607.51 | | Severance Pay (Medical expense) | |
| 31/Jan/24 | Ken Rice | 1,607.51 | | Severance Pay (Medical expense) | |
| 15/Feb/24 | Ken Rice | 6,527.25 | | Severance Pay (ND bonus) | |
| 29/Feb/24 | Ken Rice | 1,607.51 | | Severance Pay (Medical expense) | |
| 15/Mar/24 | Ken Rice | 6,527.25 | | Severance Pay (ND bonus) | |
| 28/Mar/24 | Ken Rice | 1,607.51 | | Severance Pay (Medical expense) | |
| 15/Apr/24 | Ken Rice | 6,512.50 | | Severance Pay (ND bonus) | |
| 30/Apr/24 | Ken Rice | 1,607.51 | | Severance Pay (Medical expense) | |
| 15/May/24 | Ken Rice | 6,489.00 | | Severance Pay (ND bonus) | |
| 31/May/24 | Ken Rice | 1,607.51 | | Severance Pay (Medical expense) | |
| 17/Jun/24 | Ken Rice | 6,489.00 | | Severance Pay (ND bonus) | |
| 28/Jun/24 | Ken Rice | - | 6,489.00 | Severance Pay (ND bonus) | |
| 10/Jul/24 | Ken Rice | 16,628.06 | | Severance Pay (ND bonus) | |
| Totals | Ken Rice | 115,473.37 | | | |
| 13/Oct/23 | Jim Fusaro | 5,787.25 | | Salary | |
| 31/Oct/23 | Jim Fusaro | 16,380.44 | | Salary | |
| 30/Nov/23 | Jim Fusaro | 6,777.15 | | Salary & Vacation pay | |
| Totals | Jim Fusaro | 28,944.84 | | | |
| 31/Oct/23 | Jennifer Charaso | 7,686.11 | | Salary | |
| 15/Nov/23 | Jennifer Charaso | 8,257.73 | | Salary | |
| 30/Nov/23 | Jennifer Charaso | 8,257.72 | | Salary | |
| 15/Dec/23 | Jennifer Charaso | 11,147.85 | | Salary & Vacation pay | |
| Totals | Jennifer Charaso | 35,349.41 | | | |
| 31/Jul/23 | Uzi Sasson | 10,087.40 | | Salary | |
| 15/Aug/23 | Uzi Sasson | 10,175.06 | | Salary | |
| 31/Aug/23 | Uzi Sasson | 10,152.32 | | Salary | |
| 15/Sep/23 | Uzi Sasson | 10,632.66 | | Salary | |
| 29/Sep/23 | Uzi Sasson | 11,196.77 | | Salary | |
| 13/Oct/23 | Uzi Sasson | 11,405.92 | | Salary | |
| 31/Oct/23 | Uzi Sasson | 11,254.66 | | Salary | |
| 15/Nov/23 | Uzi Sasson | 14,118.01 | | Salary | |
| 30/Nov/23 | Uzi Sasson | 7,996.10 | | Salary | |
| 15/Dec/23 | Uzi Sasson | 7,782.27 | | Salary | |
| 29/Dec/23 | Uzi Sasson | 7,940.82 | | Salary | |
| 15/Jan/24 | Uzi Sasson | 12,139.43 | | Salary | |
| 31/Jan/24 | Uzi Sasson | 12,056.82 | | Salary | |
| 15/Feb/24 | Uzi Sasson | 12,056.81 | | Salary | |
| 29/Feb/24 | Uzi Sasson | 12,056.81 | | Salary | |
| 15/Mar/24 | Uzi Sasson | 12,056.82 | | Salary | |
| 28/Mar/24 | Uzi Sasson | 12,056.81 | | Salary | |
| 15/Apr/24 | Uzi Sasson | 12,056.81 | | Salary | |
| 30/Apr/24 | Uzi Sasson | 12,056.82 | | Salary | |

Case 24-50792-hlb  Doc 6  Entered 08/09/24 12:27:06  Page 20 of 23

**SCHEDULE TO SOFA Q4**

| Pay Date | Employee Name | USD | Description | Comments |
|---|---|---|---|---|
| 15/May/24 | Uzi Sasson | 13,228.61 | Salary | |
| 31/May/24 | Uzi Sasson | 13,273.48 | Salary | |
| 17/Jun/24 | Uzi Sasson | 13,160.98 | Salary | |
| 28/Jun/24 | Uzi Sasson | 13,160.98 | Salary | |
| 15/Jul/24 | Uzi Sasson | 13,160.98 | Salary | |
| 31/Jul/24 | Uzi Sasson | 13,160.98 | Salary | |
| 7/Aug/24 | Uzi Sasson | 100,000.00 | Consulting Agreement | |
| 8/Aug/24 | Uzi Sasson | 301,320.18 | Salary, Severance and vacation cash out | |
| **Totals** | **Uzi Sasson** | **689,745.31** | | |
| 31/Jul/23 | Dan Eaton | 8,277.63 | Salary | |
| 15/Aug/23 | Dan Eaton | 7,771.04 | Salary | |
| 31/Aug/23 | Dan Eaton | 7,771.04 | Salary | |
| 15/Sep/23 | Dan Eaton | 10,376.22 | Salary | |
| 29/Sep/23 | Dan Eaton | 7,771.04 | Salary | |
| 13/Oct/23 | Dan Eaton | 7,771.04 | Salary | |
| 31/Oct/23 | Dan Eaton | 7,448.53 | Salary | |
| 15/Nov/23 | Dan Eaton | 7,771.05 | Salary | |
| 30/Nov/23 | Dan Eaton | 7,900.37 | Salary | |
| 15/Dec/23 | Dan Eaton | 7,900.37 | Salary | |
| 29/Dec/23 | Dan Eaton | 7,899.36 | Salary | |
| 15/Jan/24 | Dan Eaton | 8,097.71 | Salary | |
| 31/Jan/24 | Dan Eaton | 7,946.70 | Salary | |
| 15/Feb/24 | Dan Eaton | 7,946.71 | Salary | |
| 29/Feb/24 | Dan Eaton | 7,946.70 | Salary | |
| 15/Mar/24 | Dan Eaton | 8,105.33 | Salary | |
| 28/Mar/24 | Dan Eaton | 7,944.70 | Salary | |
| 15/Apr/24 | Dan Eaton | 7,946.70 | Salary | |
| 30/Apr/24 | Dan Eaton | 7,946.70 | Salary | |
| 15/May/24 | Dan Eaton | 7,946.71 | Salary | |
| 31/May/24 | Dan Eaton | 7,946.70 | Salary | |
| 17/Jun/24 | Dan Eaton | 7,946.70 | Salary | |
| 28/Jun/24 | Dan Eaton | 7,944.70 | Salary | |
| 15/Jul/24 | Dan Eaton | 7,862.27 | Salary | |
| 31/Jul/24 | Dan Eaton | 7,862.26 | Salary | |
| 7/Aug/24 | Dan Eaton | 100,000.00 | Consulting Agreement | |
| 8/Aug/24 | Dan Eaton | 205,047.00 | Salary, Severance and vacation cash out | |
| **Totals** | **Dan Eaton** | **505,095.28** | | |
| 19/Jul/23 | Related Party - Metamaterial - | 1,500,000.00 | intercompany settlement | |
| 14/Aug/23 | Related Party - Metamaterial | 2,000,000.00 | intercompany settlement | |
| 21/Aug/23 | Related Party - Metamaterial | 308,200.00 | intercompany settlement | |
| 26/Sep/23 | Related Party - Metamaterial | 1,000,000.00 | intercompany settlement | |
| 28/Sep/23 | Related Party - Medical Wirel | 123,010.00 | intercompany settlement | |
| 4/Oct/23 | Related Party - Meta Materia | 52,860.00 | intercompany settlement | |
| 5/Oct/23 | Related Party - Medical Wirel | 247,900.00 | intercompany settlement | |
| 26/Oct/23 | Related Party - Meta Materia | 54,015.00 | intercompany settlement | |
| 31/Oct/23 | Related Party - Metamaterial | 500,000.00 | intercompany settlement | |
| 15/Nov/23 | Related Party - Meta Materia | 144,287.00 | intercompany settlement | |
| 15/Nov/23 | Related Party - Metamaterial | 990,000.00 | intercompany settlement | |
| 15/Nov/23 | Related Party - Metamaterial | 500,000.00 | intercompany settlement | |
| 27/Nov/23 | Related Party - Medical Wirel | 64,935.00 | intercompany settlement | |
| 14/Dec/23 | Related Party - Metamaterial | 500,000.00 | intercompany settlement | |
| 18/Dec/23 | Related Party - Metamaterial | 1,000,000.00 | intercompany settlement | |
| 19/Dec/23 | Related Party - Meta Materia | 27,985.00 | intercompany settlement | |
| 28/Dec/23 | Related Party - Medical Wirel | 129,860.00 | intercompany settlement | |
| 11/Jan/24 | Related Party - Metamaterial | 990,000.00 | intercompany settlement | |

**SCHEDULE TO SOFA Q4**

| Pay Date | Employee Name | USD | Description | Comments |
|---|---|---|---|---|
| 18/Jan/24 | Related Party - Meta Materia | 27,847.50 | intercompany settlement | |
| 23/Jan/24 | Related Party - Metamaterial - | 25,580.00 | intercompany settlement | |
| 31/Jan/24 | Related Party - Medical Wirel | 67,750.73 | intercompany settlement | |
| 8/Feb/24 | Related Party - Metamaterial | 900,000.00 | intercompany settlement | |
| 13/Feb/24 | Related Party - Metamaterial | 500,000.00 | intercompany settlement | |
| 20/Feb/24 | Related Party - Metamaterial | 284.00 | intercompany settlement | |
| 20/Feb/24 | Related Party - Meta Materia | 27,692.50 | intercompany settlement | |
| 26/Feb/24 | Related Party - Metamaterial | 6,503.00 | intercompany settlement | |
| 26/Feb/24 | Related Party - Medical Wirel | 64,645.00 | intercompany settlement | |
| 26/Feb/24 | Related Party - Plasma App Lt | 129,290.00 | intercompany settlement | |
| 1/Mar/24 | Related Party - Nanotech Sec- | 9,660.00 | intercompany settlement | |
| 5/Mar/24 | Related Party - Metamaterial | 950,000.00 | intercompany settlement | |
| 5/Mar/24 | Related Party - Nanotech Sec | 4,972.84 | intercompany settlement | |
| 7/Mar/24 | Related Party - Metamaterial | 7,560.00 | intercompany settlement | |
| 12/Mar/24 | Related Party - Metamaterial | 48,720.00 | intercompany settlement | |
| 19/Mar/24 | Related Party - Metamaterial | 990,000.00 | intercompany settlement | |
| 20/Mar/24 | Related Party - Meta Materia | 33,549.00 | intercompany settlement | |
| 20/Mar/24 | Related Party - Nanotech Sec | 9,660.00 | intercompany settlement | |
| 27/Mar/24 | Related Party - Plasma App Lt | 128,810.00 | intercompany settlement | |
| 27/Mar/24 | Related Party - Medical Wirel | 64,405.00 | intercompany settlement | |
| 28/Mar/24 | Related Party - Metamaterial | 22,483.30 | intercompany settlement | |
| 5/Apr/24 | Related Party - Metamaterial | 500,000.00 | intercompany settlement | |
| 24/Apr/24 | Related Party - Meta Materia | 15,000.00 | intercompany settlement | |
| 25/Apr/24 | Related Party - Metamaterial | 100,000.00 | intercompany settlement | |
| 29/Apr/24 | Related Party - Metamaterial | 100,000.00 | intercompany settlement | |
| 30/Apr/24 | Related Party - Nanotech Sec | 2,990.43 | intercompany settlement | |
| 1/May/24 | Related Party - Metamaterial | 50,000.00 | intercompany settlement | |
| 3/May/24 | Related Party - Metamaterial - | 675,000.00 | intercompany settlement | |
| 7/May/24 | Related Party - Metamaterial | 60,000.00 | intercompany settlement | |
| 9/May/24 | Related Party - Metamaterial | 100,000.00 | intercompany settlement | |
| 10/May/24 | Related Party - Metamaterial | 50,000.00 | intercompany settlement | |
| 13/May/24 | Related Party - Metamaterial | 300,000.00 | intercompany settlement | |
| 14/May/24 | Related Party - Metamaterial | 50,000.00 | intercompany settlement | |
| 15/May/24 | Related Party - Metamaterial - | 40,000.00 | intercompany settlement | |
| 23/May/24 | Related Party - Metamaterial | 100,000.00 | intercompany settlement | |
| 23/May/24 | Related Party - Nanotech Sec- | 99,985.00 | intercompany settlement | |
| 24/May/24 | Related Party - Meta Materia | 39,476.00 | intercompany settlement | |
| 31/May/24 | Related Party - Nanotech Sec- | 199,985.00 | intercompany settlement | |
| 3/Jun/24 | Related Party - Metamaterial | 20,000.00 | intercompany settlement | |
| 5/Jun/24 | Related Party - Nanotech Sec- | 2,000,000.00 | intercompany settlement | |
| 14/Jun/24 | Related Party - Metamaterial | 150,000.00 | intercompany settlement | |
| 17/Jun/24 | Related Party - Nanotech Sec- | 2,000,000.00 | intercompany settlement | |
| 20/Jun/24 | Related Party - Metamaterial - | 825,000.00 | intercompany settlement | |
| 25/Jun/24 | Related Party - Meta Materia | 5,500.00 | intercompany settlement | |
| 25/Jun/24 | Related Party - Metamaterial | 100,000.00 | intercompany settlement | |
| 27/Jun/24 | Related Party - Metamaterial | 200,000.00 | intercompany settlement | |
| 3/Jul/24 | Related Party - Metamaterial | 100,000.00 | intercompany settlement | |
| 5/Jul/24 | Related Party - Metamaterial | 50,000.00 | intercompany settlement | |
| 9/Jul/24 | Related Party - Metamaterial | 100,000.00 | intercompany settlement | |
| 10/Jul/24 | Related Party - Metamaterial | 100,000.00 | intercompany settlement | |
| 17/Jul/24 | Related Party - Metamaterial | 240,000.00 | intercompany settlement | |
| 17/Jul/24 | Related Party - Nanotech Sec | 82,426.63 | intercompany settlement | |
| 17/Jul/24 | Related Party - Nanotech Sec | 22,393.43 | intercompany settlement | |
| 17/Jul/24 | Related Party - Nanotech Sec | 22,388.39 | intercompany settlement | |
| 17/Jul/24 | Related Party - Plasma App Lt | 356,535.00 | intercompany settlement | |

## SCHEDULE TO SOFA Q4

| Pay Date | Employee Name | USD | Description | Comments |
|----------|---------------|-----|-------------|----------|
| 18/Jul/24 | Related Party - Metamaterial - | 6,794.51 | intercompany settlement | |
| 18/Jul/24 | Related Party - Metamaterial - | 680.37 | intercompany settlement | |
| 19/Jul/24 | Related Party - Metamaterial - | 103,976.97 | intercompany settlement | |
| 19/Jul/24 | Related Party - Nanotech Secu- | 21,687.10 | intercompany settlement | |
| 7/Feb/24 | Related Party - Metamaterial | 2,000.00 | intercompany settlement | |
| 1/Feb/24 | Related Party - Metamaterial - | 3,000.00 | intercompany settlement | |
| 23/Jan/24 | Related Party - Meta Materia | 25,580.00 | intercompany settlement | |
| 6/Nov/23 | Related Party - Metamaterial | 25,000.00 | intercompany settlement | |
| 17/Oct/23 | Related Party - Metamaterial | 50,000.00 | intercompany settlement | |
| 10/Aug/23 | Related Party - Metamaterial | 70,000.00 | intercompany settlement | |
| 3/Aug/23 | Related Party - Metamaterial - | 300,000.00 | intercompany settlement | |
| 2/Aug/23 | Related Party - Metamaterial - | 100,000.00 | intercompany settlement | |
| 1/Aug/23 | Related Party - Metamaterial - | 300,000.00 | intercompany settlement | |
| 20/Jul/23 | Related Party - Metamaterial - | 1,600,000.00 | intercompany settlement | |
| 17/Jul/23 | Related Party - Metamaterial - | 250,000.00 | intercompany settlement | |
| 23/Jun/23 | Related Party - Metamaterial - | 500,000.00 | intercompany settlement | |
| 2/Jun/23 | Related Party - Metamaterial | 700,000.00 | intercompany settlement | |

**TOTAL INSIDER PAYMENTS (1YR)**    8,182,005.38

## Schedule to SOFA Q30

| Name | Type of grants | Date | # of shares vested (RSU)/ redeemed (DSU) |
|------|----------------|------|------------------------------------------|
| Vyomesh Joshi | RSU | 12/20/2023 | 705 |
| Vyomesh Joshi | RSU | 4/19/2024 | 1,314 |
| Philippe Morali | RSU | 12/20/2023 | 239 |
| Eric Leslie | DSU | 12/20/2023 | 702 |
| Eric Leslie | DSU | 2/9/2024 | 823 |
| Eugenia Corrales | DSU | 4/19/2024 | 1,314 |
| Eugenia Corrales | DSU | 5/23/2024 | 705 |