IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| JENNIFER VETRANO,<br><br>   *Plaintiff*,<br><br>v.<br><br>JOHN BRDA,<br>ALLISON CHRISTILAW, MBA, ICD.D B,<br>JOHN R. HARDING, UZI SASSON,<br>DAN EATON ESQ, MAURICE GUITTON,<br>ERIC M. LESLIE, PHILIPPE MORALI,<br>KEN HANNAH, STEEN KARSBO,<br>JOHN DOES 1-20, JANE DOES 1-20<br><br>   *Defendants*. | Case No.: 7:24-CV-00325-DC-RCG<br><br>**FILED**<br>MAR 3 1 2025<br>CLERK, U.S. DISTRICT CLERK<br>WESTERN DISTRICT OF TEXAS<br>BY_____<br>DEPUTY |

## PROCESS SERVICE UPDATE

**DATE: March 28, 2025**

Honorable Judge Counts, Honorable Judge Griffin,

This letter is to provide the Court with an update regarding the status of process service in the above-referenced case. Danessa Seward (a process server for ABC Legal) successfully served Kenneth Hannah at 76 Trent Drive, Saint Louis, MO 63124 at 4:36 pm on 3/26/2025.

Respectfully submitted,


/s/ Jennifer Vetrano

Jennifer Vetrano, Pro Se

25 Pond Hollow Lane

West Creek, NJ 08092

Phone: 908-783-0105

Email: Jvetrano999@gmail.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    7:24-cv-00325-DC-RCG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Kenneth Hannah
was recieved by me on  3/17/2025:

[X]   I personally served the summons on the individual at **76 Trent Dr, Saint Louis, MO 63124** on **03/26/2025 at 4:36 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and $ 85.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date:  03/26/2025

_____
Server's signature

**Danessa Seward**
Printed name and title

**206 CASCADES DR
SAINT CHARLES, MO 63303-2148**

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS,  to Kenneth Hannah with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 160-180 lbs.




Tracking #: 0163438517

Case Activity & Search | Case Details

## Case Details

◀ Previous   8 of 8   Next ▶

**Jennifer Vetrano v John Brda, Allison Christilaw, MBA, ICD.D B, John R. Harding, Uzi Sasson, Dan Eaton Esq, Maurice Guitton, Eric M. Leslie, Philippe Morall, Ken Hannah, Steen Karsbo**

(1) Contacts

**Reference ID:** REF-19108789

**Submitted:** 02/21/25

---

**Case #:** 7:24-CV-00325-DC-RCG

**Party to Serve:** Kenneth Hannah
914 Lido Cir, Discovery Bay, CA 94505
**Status:** Served

**Documents Category:** Summons and Complaint

**Type:** Serve Only

**Court:** US District Court, Texas, Western District, Midland-Odessa

### Status Overview

View: [Proofs]  [Invoices]

✓ Review    ✓ Service    ✓ Proof    ✓ Complete

### Key Events

✓ Served   Kenneth Hannah  Proof Signed (2/21/25)                    2/21/25

### Status Updates & Activity

Expand All  |  Collapse All

Support Requests

**02/25/25 5:42 PM**

■ Message from  WH  Wendy Helmick                                     ⌃

Hi Jennifer,

Thank you for contacting us through Live Chat! I did not pass along the best time for attempts due to the service being completed and a signed proof provided.

Please let us know how we can assist you further.

Kindly,
Wendy H.
ABC Legal Services
Customer Support Team

**02/21/25 9:36 PM**

✎  Signed Proof of Service upon **Kenneth Hannah**

**02/21/25 9:31 PM**

📄  Service completed upon **Kenneth Hannah** at 914 Lido Cir, Discovery Bay, CA 94505-9462

**02/21/25 7:01 PM**

Filing confirmed. Case # 7:24-CV-00325-DC-RCG filed on 12/27/24 at US District Court, Texas, Western District, Midland-Odessa

02/21/25 1:36 PM

Order reviewed and entered. Queued for the next step.

02/21/25 1:29 PM

Standard Delivery for Service of Process requested upon 1 party by Jennifer Vetrano

- Support
- Invoices
- Documents

## Documents and Proofs

Proofs are located in this section and will display once they are available.

- Proof of Service
  - Signed Proof of Service (Kenneth Hannah)

- File(s) Uploaded
  - Document (KenHannahpage2summons.pdf)
  - Document (amendedcomplant.pdf)
  - Document (Kenhannahpage1summons.pdf)

- Service Documents
  - Summons (Kenneth Hannah)
  - Document (...18356838431429984881.pdf)

- Invoices and Receipts
  - Invoice (#20801407.100)

FAQ & Documentation     Request a Feature     Terms of Service