**Exhibit Index**

**Civil Action No. 7:24-CV-00325-DC-RCG**

**Exhibit A**-Meta Materials Announces Update on Naked Short Selling Investigation Pages 1-2.

**Exhibit B**-Next Bridge Hydrocarbons Announces Engaging Christian Attar Law Firm Page 1.

**Exhibit C**-Wes Christian Correspondences.

**Exhibit D**-X post by Mark Basile (Basile Law Firm), an attorney for another Next Bridge Hydrocarbons shareholder in Intercoastal Waterways vs. TradeStation Securities and the Financial Industry Regulatory Authority, Civil Action No. 0:24-cv-60891-AHS. Page 1.

**Exhibit E**- George Palikaris, founding President and prior CEO, replied back to Mark Basile on X on April 1, 2024 Page 1-2.

**Exhibit F**- George Palikaris explains how Meta Materials evolved into bankruptcy X post on August 12, 2024. Page 1.

**Exhibit G**- George Palikaris explains how the Meta Materials Board never disclosed to shareholders the Next Bridge Hydrocarbons Investor presentation dated March 25, 2024. (Page 1).

**Exhibit H**-George Palikaris Linkedin post (Pages10-11).

**Exhibit I**- Kristen Shaughnessey X post on June 25, 2024.

**Exhibit J**-Case 24-50792, Official Form 207 (Pages 19-22).

**Exhibit K**-Exhibit B of Case 24-50792-hlb, pages 1-4.

**Exhibit L**- 8K describing last day of employment for the defendant.

2