IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| JENNIFER VETRANO,<br><br>       Plaintiff,<br><br>v.<br><br>JOHN BRDA, ALLISON CHRISTILAW, MBA, ICD.D B, JOHN R. HARDING, UZI SASSON, DAN EATON ESQ, MAURICE GUITTON, ERIC M. LESLIE, PHILIPPE MORALI, KEN HANNAH, STEEN KARSBO, JOHN DOES 1-20, JANE DOES 1- 20,<br><br>       Defendants. | §§§§§§§§§§§§§§§§§ | Civil Action No.<br><br>7:24-CV-00325-DC-RCG |

**[PROPOSED] ORDER GRANTING DEFENDANT ALLISON CHRISTILAW'S UNOPPOSED MOTION TO EXTEND PLEADING DEADLINE**

Pending before the Court is Defendant Allison Christilaw's Unopposed Motion to Extend Pleading Deadline. Upon consideration, the Court finds that the Motion should be, and hereby is, **GRANTED**.

Accordingly, it is **ORDERED** that Defendant Allison Christilaw may move, answer, or otherwise respond to Plaintiff's Amended Complaint (ECF No. 3), on or before June 16, 2025.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE