# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| JENNIFER VETRANO,<br>*Plaintiff*,<br><br>v.<br><br>JOHN BRDA, ALLISON CHRISTILAW, MBA, ICD.D B, JOHN R. HARDING, UZI SASSON, DAN EATON ESQ, MAURICE GUITTON, ERIC M. LESLIE, PHILIPPE MORALI, KEN HANNAH, STEEN KARSBO, JOHN DOES 1-20, JANE DOES 1-20,<br>*Defendants*. | CASE NO. 7:24-CV-00325-DC-RCG |

## DECLARATION OF JOHN R. HARDING

I, John R. Harding, declare and state as follows:

1. I served as Chair of the Board of Directors of Meta Materials from August 2022 until it filed for bankruptcy on August 7, 2024.

2. I was never employed by Torchlight Energy Resources.

3. I was not employed at Torchlight Energy Resources or Meta Materials at the time of the June 2021 merger between the two companies. Nor was I employed at either company at the time the former Torchlight Energy Resources and Meta Materials executives allegedly devised a scheme to inflate Torchlight Energy Resources stock prices.

4. I currently reside in North Carolina.

5. I have never lived in Texas.

6. I do not work in Texas.

7. I do not own personal or real property in Texas.

180799317.1

8. I do not maintain a bank account in Texas.

9. I do not conduct any personal business in Texas.

10. I have never entered into a contract in my individual capacity that was performable in whole or in part in Texas.

11. I do not have a telephone number listing in Texas.

12. I have never paid real property or income taxes in Texas.

13. I have not traveled to Texas for personal reasons.

14. In the past five years, I have traveled to Texas approximately two times per year to attend board meetings for companies with no connection to Meta Materials or Torchlight Energy Resources.

15. I have never traveled to Texas to conduct business on behalf of Meta Materials.

16. Meta Materials has never maintained an office in Texas.

17. Meta Materials is incorporated in the state of Nevada, and its principal place of business is in Nevada.

18. All management decisions made on behalf of Meta Materials have been made in Nevada.

19. Meta Materials did not historically maintain a registered agent for service of process in Texas.

20. I am not a social media influencer. I have never made a social media post about Meta Materials.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 21, 2025.

Signed by: *Jack Harding*
FDE34842B6C1483...
John R. "Jack" Harding