FILED
April 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____slt_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND-ODESSA DIVISION

JENNIFER VETRANO,

   *Plaintiff,*

v.

JOHN BRDA,
ALLISON CHRISTILAW, MBA, ICD.D B,
JOHN R. HARDING, UZI SASSON,
DAN EATON ESQ, MAURICE GUITTON,
ERIC M. LESLIE, PHILIPPE MORALI,
KEN HANNAH, STEEN KARSBO,
JOHN DOES 1-20, JANE DOES 1-20

   *Defendants.*

Case No.:   7:24-CV-00325-DC-RCG

The Honorable Judge Griffin and Judge Counts:

United States District Judge Western District of Texas

**Re: Vetrano v. Brda et al., Case No. [7:24-CV-00325-DC-RCG] - Update on Service**

**- Status of Service and Request for Guidance**

Honorable Justices,

This letter is to respectfully provide the Court with an update on the status of service in the above-referenced matter and to request the Court's guidance on how to proceed due to the defendant's evasion of service.

Despite diligent efforts, we have been unable to effectuate service upon the Defendant Maurice Guitton. I have taken the following steps in an attempt to serve the Defendant:

- **Steps you've taken to serve the defendant include:**
-
    o Engaged a professional process server, Process Server One-Efile Expert LLC.

- o Attempted service at the Defendant's last known address 242 Dufferin Street, Lunenberg, Nova Scotia B0J 2C0 on three multiple occasions 3/31/2025, 4/5/2025, 4/4/2025.
- o The Process server spoke to Defendant on the phone after the first in person attempt to serve him, confirmed he was away on business until the first week in April, agreed to meet up with the Process Server when he returned.
- o During the first week in April the Process Server went to Defendant's home on two different occasions, there were two cars in the driveway, and no one answered the door either time.

These efforts have been met with:

- The Defendant is actively avoiding the process server.
- The Defendant is refusing to answer the door with multiple cars in the driveway twice.
- The Process server attempted to serve the Defendant three separate times.

Due to the Defendant's apparent evasion, we respectfully request the Court's guidance on how to proceed with this international service. I respectfully request a conference with the Court to discuss this matter further or an order authorizing another alternative.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jennifer Vetrano

Jennifer Vetrano (Pro Se)

25 Pond Hollow Lane

West Creek, NJ 08092

Date: April 9, 2025

Email: jvetrano999@gmail.com

Plaintiff, Pro Se

2 | P a g e

| Attorney or Party without Attorney:<br>Jennfier Vetrano<br>Jennfier Vetrano<br>25 Pond Hollow Lane<br>West Creek, NJ 08092<br>TELEPHONE No.: | FAX No. (Optional): | E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|---|---|
| Attorney for: | | Ref No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court:<br>United States Distrcit Court - Western District of Texas |
|---|
| Plaintiff: Jennifer Vetrano |
| Defendant: John Brda; Allison Christilaw, MBA, ICD.DB; John R. Harding, et al. |

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>7:24-CV-325 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Maurice Guitton**

Documents: Summons in a Civil Action; Complaint for the Violations of The Federal Securities Laws;

| Date | Time | Results |
|---|---|---|
| 3/31/2025 | | attempt once on the weekend but Mr Guitton is out of Canada until next weekend ,I did get his phone number and he is willing to meet up with us when he gets back home - |
| | Location: | 242 Dufferin Street, Lunenburg Nova Scotia B0J 2C0, |
| 4/5/2025 | 10:45 AM | they did not answer the door and there were 2 cars in the driveway ,avoiding service I would assume |
| | Location: | 242 Dufferin Street, Lunenburg Nova Scotia B0J 2C0, |
| 4/7/2025 | 5:56 PM | No answer at tthe door. Same two cars present - |
| | Location: | 242 Dufferin Street, Lunenburg Nova Scotia B0J 2C0, |

Fee for Service: $ .00
County:

Registration No.:
**Process Server One - EFile Expert LLC
13395 Voyager Parkway Suite 130  PMB 311
Colorado Springs, CO 80921
(855) 545-1303**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 7, 2025.

Signature: _____
Mike Devine

**NON SERVICE REPORT**                                                                 Order#: 33653

JENNIFER VETRANO
(908) 783-0105
THE UPS STORE #0607
STE 35
297 ROUTE 72  W
MANAHAWKIN  NJ 08050-2811

1 LBS        1 OF 1
SHP WT: 1 LBS
DWT: 13,12,2
DATE: 15 APR 2025

SHIP   CLERK, US DISTRICT CLERK
TO:    STE 222
       200 E WALL ST

       MIDLAND   TX 79701-5201



TX 797 9-01

UPS 3 DAY SELECT
TRACKING #: 1Z 0V1 9E0 12 6739 4670          3

BILLING: P/P

RECEIVED
APR 17 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK  #2: 8874

REF #1: 8874



