Case 7:24-cv-00325-DC-RCG   Document 49   Filed 04/17/25   Page 1 of 4

FILED
April 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____slt_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| JENNIFER VETRANO,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHN BRDA,<br>ALLISON CHRISTILAW, MBA, ICD.D B,<br>JOHN R. HARDING, UZI SASSON,<br>DAN EATON ESQ, MAURICE GUITTON,<br>ERIC M. LESLIE, PHILIPPE MORALI,<br>KEN HANNAH, STEEN KARSBO,<br>JOHN DOES 1-20, JANE DOES 1-20<br><br>*Defendants.* | Case No.: 7:24-CV-00325-DC-RCG |

## UPDATE ON SERVICE

Dear Judge Griffin and Judge Counts,

I am writing to inform the court that the defendant, Steen Karsbo, has been served with the summons and complaint in the above-reference case. The service was completed on April 9, 2025 at Ron Alle 5, 4690, Haslev Danmark and the summons was left with Helle Karbo, the Defendant's wife and the process server mailed a copy to the individual's last known address. All documents were provided to the Defendant in English and Danish.

Attached to this letter, please find the proof of the service document, which includes the details of the service and the signature of the process server.

1 | Page

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jennifer Vetrano

Jennifer Vetrano (Pro Se)

25 Pond Hollow Lane

West Creek, NJ 08092

Date: April 9, 2025

Email: Jvetrano999@gmail.com

Plaintiff, Pro Se

Civil Action No. 7:24-CV-325

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for Steen Karsbo was received by me on April 4, 2025.

Documents: **Summons in a Civil Action; Complaint for the Violations of The Federal Securities Laws;**

Service Address: **Ron Alle 5, 4690**
**Haslev Danmark,**

☐ I personally served the above documents on the individual at (address) on (date/time)

☑ I left the summons at the individual's residence or usual place of abode with Helle Karsbo - Wife, a person of suitable age and discretion who resides there, on 4/9/2025, and mailed a copy to the individual's last known address; or

☐ I served the summons to    , who is designated by law to accept service of process on behalf of    on    ;or

☐ I returned the summons unexecuted because ; or

☐ other *(specify):*

*My fees are $ .00 for travel and $ .00 for services, for a total of $ .00*

*I declare under penalty of perjury under the laws of the The State of California that this information is true.*

Date: **April 9, 2025**

_____
*Server's signature*

*Additional information regarding attempted service, etc:*

_____**Mateo Thelen**_____
*Printed name and title*
*REG # , County of*

**13395 Voyager Parkway Suite 130  PMB 311, Colorado Springs, CO 80921**
*Server's Address*

33772




```
JENNIFER VETRANO
(908) 783-0105
THE UPS STORE #0607
STE 35
297 ROUTE 72 W
MANAHAWKIN  NJ 08050-2811

                                    1 LBS          1 OF 1
                                    SHP WT: 1 LBS
                                    DWT: 13,12,2
                                    DATE: 15 APR 2025

SHIP  CLERK, US DISTRICT CLERK
TO:   STE 222
      200 E WALL ST

      MIDLAND  TX 79701-5201

                TX 797 9-01

UPS 3 DAY SELECT
TRACKING #: 1Z 0V1 9E0 12 6739 4670           3

BILLING: P/P

REF #2: 8874          REF #1: 8874
```

RECEIVED
APR 17 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY CLERK