FILED
April 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ slt
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| JENNIFER VETRANO,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHN BRDA,<br>ALLISON CHRISTILAW, MBA, ICD.D B,<br>JOHN R. HARDING, UZI SASSON,<br>DAN EATON ESQ, MAURICE GUITTON,<br>ERIC M. LESLIE, PHILIPPE MORALI,<br>KEN HANNAH, STEEN KARSBO,<br>JOHN DOES 1-20, JANE DOES 1-20<br><br>*Defendants.* | Case No.: 7:24-CV-00325-DC-RCG |

**UPDATE ON SERVICE**

Dear Judge Griffin and Judge Counts,

I am writing to inform the court that the defendant, Allison Christilaw, has been served with summons and complaint in the above-reference case. The service was completed on April 24, 2025 at 359 Spruce Street, Oakville, Ontario Canada.

Attached to this letter, please find the proof of the service document, which includes the details of the service and the signature of the process server.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jennifer Vetrano

Jennifer Vetrano (Pro Se)

25 Pond Hollow Lane

West Creek, NJ 08092

Date: April 9, 2025

Email: Jvetrano999@gmail.com

Plaintiff, Pro Se

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:24-CV-325

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALLISON CHRISTILAW
was received by me on *(date)* MARCH 24, 2025.

☑ I personally served the summons on the individual at *(place)* 359 SPRUCE STREET
OAKVILLE, ONTARIO CANADA  on *(date)* MARCH 24-25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: MARCH 24, 2025

*Server's signature*

PETER BENETTI
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:





```
JENNIFER VETRANO
(908) 783-0105
THE UPS STORE #0607
STE 35
297 ROUTE 72  W
MANAHAWKIN  NJ  08050-2811

                                        1 LBS        1 OF 1
                                        SHP WT: 1 LBS
                                        DWT: 13,12,2
SHIP  CLERK, US DISTRICT CLERK          DATE: 15 APR 2025
TO:   STE 222
      200 E WALL ST

      MIDLAND   TX 79701-5201

                              TX 797 9-01

UPS 3 DAY SELECT
TRACKING #: 1Z 0V1 9E0 12 6739 4670          3

BILLING: P/P

REF #1: 8874
```

RECEIVED
APR 17 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK  #2: 8874