FILED
April 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: slt
DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND-ODESSA DIVISION**

JENNIFER VETRANO,

*Plaintiff,*

v.

JOHN BRDA,
ALLISON CHRISTILAW, MBA, ICD.D B,
JOHN R. HARDING, UZI SASSON,
DAN EATON ESQ, MAURICE GUITTON,
ERIC M. LESLIE, PHILIPPE MORALI,
KEN HANNAH, STEEN KARSBO,
JOHN DOES 1-20, JANE DOES 1-20

*Defendants.*

**Case No.: 7:24-CV-00325-DC-RCG**

**STATUS REPORT REGARDING SERVICE OF PROCESS**

The Honorable Judge David Counts and Magistrate Judge Ronald C. Griffin:

COMES NOW Plaintiff Jennifer Vetrano, proceeding pro se, and hereby submits this status report regarding service of process on all Defendants in the above-captioned matter:

1. **JOHN R. HARDING**
   - Successfully served on April 1, 2025, at 4:05 p.m. by Process Server Katherine Niles
   - Awaiting Defendant's response
2. **UZI SASSON**

- Successfully served on February 26, 2025, at 6:42 p.m. by Process Server Stephen Coca of ABC Legal Services
- The defendant has submitted an affidavit claiming signature on the day following reported service
- Plaintiff has moved for default judgment against this Defendant
- Plaintiff awaits the Court's ruling on the motion for default judgment and Defendant's motion to dismiss

3. **KENNETH HANNAH**

- Successfully served on February 21, 2025, by Process Server Jamir Robinson of ABC Legal Services
- Plaintiff has agreed to extend Defendant's response deadline to June 16, 2025

4. **DAN EATON, ESQ.**

- Process Server Rafael Espinoza of ABC Legal returned Proof of Non-Service after multiple attempts
- During final attempt, Process Server observed a male at the residence who entered and refused to answer the door
- Plaintiff contacted Defendant via telephone, who directed that service be made upon John Hardin, Esq.
- Plaintiff has filed a Motion for Alternative Service requesting permission to serve via email to John Hardin, Esq.
- Awaiting Court's ruling on Motion for Alternative Service

5. **PHILIPPE MORALI**

- Successfully served on March 1, 2025

- Plaintiff awaits the Court's ruling on Defendant's Motion to Dismiss

6. **JOHN BRDA**

- Successfully served on February 25, 2025, by Process Server Anthula Lekaj of ABC Process Servers
- Plaintiff has agreed to extend Defendant's response deadline to June 16, 2025

7. **STEEN KARSBO**

- Substitute service made upon Defendant's spouse on April 9, 2025, via Process Server Mateo Thelen of ABC Legal
- Plaintiff has agreed to extend Defendant's response deadline to June 16, 2025

8. **MAURICE GUITTON**

- Process Server Mike Devine attempted service on April 5 and April 7, 2025
- On both occasions, vehicles were present at the residence, but no response was received
- Process Server noted "Avoiding service I would assume" in the Non-Service Report
- As this is an international service matter, Plaintiff respectfully requests the Court's guidance on how to proceed

9. **ALLISON CHRISTILAW**

- Successfully served on March 24-25, 2025, via Process Server Peter Benetti of One Process Server
- Plaintiff has agreed to extend Defendant's response deadline to June 16, 2025

10. **ERIC M. LESLIE**

- Service attempt in progress via One Process Server

      - Awaiting update on this international service

The Plaintiff submits this status report to keep the Court fully informed and is diligently pursuing proper service on all Defendants. Plaintiff respectfully requests the Court's guidance where indicated above.

Respectfully submitted,

/s/ Jennifer Vetrano

Jennifer Vetrano, Pro Se

25 Pond Hollow Lane

West Creek, NJ 08092

Email: jvetrano999@gmail.com

Telephone: 908-783-0105

Date: April 14, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2025, a true and correct copy of the foregoing Status Report Regarding Service of Process was emailed to all counsel of record.

/s/ Jennifer Vetrano

Jennifer Vetrano, Pro Se

57889

Court Stamp Here

# RETURN OF SERVICE

Notice: This document contains sensitive data

| Court | |
|---|---|
| **Federal Court**<br>***UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS***<br>**Midland County, Texas** | |
| Plaintiff<br>**Jennifer Vetrano** | Cause #<br>**7:24-cv-00325-DC-RCG** |
| Defendant(s)<br>**JOHN BRDA; ET AL.** | Came to Hand Date/Time |
| Reason Unable to Serve | |
| Documents<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** | Service Fee: |

On the date and time of 4/1/2025 4:05 pm at the address of **3142 Dorset West Rd, Dorset, Bennington County, VT 05251**, the undersigned served the above described documents upon: **John R. Harding**

☒ **Personal Service**
by then and there personally delivering 1 true and correct copy(ies) thereof.

_______________________________________________
*Physical description*

☐ **Substituted / Residential Service**
by then and there personally delivering ___ true and correct copy(ies) thereof, by then presenting to and leaving the same with

_______________________________________________
*Name of Person Receiving Documents and Their Relationship to Person Served*

_______________________________________________
*Physical description*

a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subject's legal representative listed above.

☐ **Posting per T.R.C.P. Rule 106(b) Order**
by securely affixing ___ true and correct copy(ies) thereof in a conspicuous place at the above address.

**COMMENTS**

_______________________________________________

_______________________________________________

Ref **REF-19327127**

**0161228256**

**Jennifer Vetrano <jvetrano999@gmail.com>**

Tracking # **0161228280**

57889

DATED this 2nd day of April 20 25.

| Katherine Niles | BC62 | |
|---|---|---|
| Process Server Name | Reg. State, County and ID# | Signature |

Ref REF-19327127

0161228256

Jennifer Vetrano
<jvetrano999@gmail.com>

Tracking # 0161228280



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **7:24-cv-00325-DC-RCG**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Uzi Sasson**
was recieved by me on **2/21/2025:**

[X] I personally served the summons on the individual at **161 Sonora Ave, Danville, CA 94526** on **02/26/2025 at 6:42 PM**; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ] I returned the summons unexecuted because ; or

[ ] Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00.**

I declare under penalty of perjury that this information is true.

Date: 02/26/2025

Stephen Coca

*Server's signature*

**Stephen Coca**

*Printed name and title*

**316 W 2nd St.**
**3rd Floor**
**Los Angeles, CA 90012**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Uzi Sasson with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired male contact 55-65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**

Tracking #: 0160046497

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **7:24-CV-00325-DC-RCG**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Kenneth Hannah**
was recieved by me on **2/21/2025:**

- [X] I personally served the summons on the individual at **914 Lido Cir, Discovery Bay, CA 94505** on **02/21/2025 at 6:31 PM**; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or
- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or
- [ ] I returned the summons unexecuted because ; or
- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00.**

I declare under penalty of perjury that this information is true.

Date: 02/21/2025

_______________________
*Server's signature*

**Jamir Robinson**
*Printed name and title*

**700 sunne ln**
**Walnut creek, CA 94597**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Kenneth Hannah with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black male contact 55-65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with glasses and a mustache.**

Tracking #: 0159519853

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **7:24-CV-00325-DC-RCG**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Dan Eaton**
was recieved by me on **2/26/2025:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[X] I returned the summons unexecuted because **Other** after attempting service at **1706 Paseo De Peralta, Santa Fe, NM 87501-3726**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00.**

I declare under penalty of perjury that this information is true.

Date: 03/24/2025

*Server's signature*

**Rafael Espinoza**
*Printed name and title*

**2800 Cerrilos Rd.**
**Santa Fe, NM 87507**

*Server's address*

Additional information regarding attempted service, etc:

**3/1/2025 6:35 PM: There was no answer at the address. I heard no movement inside house.**
**3/1/2025 6:41 PM: There was no answer at the address. I heard no movement inside house.**
**3/5/2025 12:12 PM: There was no answer at the address. There were no vehicles parked in driveway. I heard no movement inside house.**
**3/10/2025 6:21 PM: There was no answer at the address. There were no vehicles parked in driveway. I heard no movement inside house.**
**3/18/2025 3:37 PM: There was no answer at the address. There were no vehicles parked in driveway. I heard no movement inside house.**
**3/24/2025 2:58 PM: There was no answer at the address. There was a man standing at the front door when I drove into**

Tracking #: 0163104361




AO 440 (Rev. 06/12) Summons in a Civil Action (Page 3)

Civil Action No. **7:24-CV-00325-DC-RCG**

**the driveway, he then went inside and shut the door and did not answer when I knocked on the door.**

Tracking #: 0163104361





Search for case by number, title, court...

Case Activity & Search Case Details

Case Details

Previous 4 of 8 Next

## Jennifer Vetrano v Dan Eaton

(1) Contacts

**Reference ID:** REF-19108709

**Submitted:** 02/21/25

**Case #:** 7:24-CV-00325-DC-RCG

**Party to Serve:** Dan Eaton
1706 Paseo De Peralta, Santa Fe, NM 87501-3726
**Status:** Non-Served - Other

**Documents Category:** Summons and Complaint

**Type:** Serve Only

**Court:** US District Court, Texas, Western District, Midland-Odessa

## Status Overview

View: Proofs Invoices

We're waiting for your response.

Current address is not servable for Dan Eaton.

Choose Address

Expires 07/22/25

Stop & Cancel

## Key Events

Key events such as deadlines, hearings, filings and proof of service display in this section.

## Status Updates & Activity

Expand All | Collapse All

Support Requests

03/24/25 6:29 PM

Signed Proof of Non-Service for Dan Eaton at 1706 Paseo De Peralta, Santa Fe, NM 87501-3726

03/24/25 5:09 PM

Action Needed: Choose next service address for Dan Eaton

We're waiting for your response. Expires 7/22/2025.

Choose Address

Current address for Dan Eaton is not servable.

Bad addresses:

1706 Paseo De Peralta, Santa Fe, NM 87501-3726 **Reason:** Other

2849 Rosario Dr, San Jose, CA 95132 **Reason:** Moved

03/24/25 5:07 PM

Non-service confirmed for **Dan Eaton** at 1706 Paseo De Peralta, Santa Fe, NM 87501-3726

Other

03/24/25 4:58 PM

Service attempted upon **Dan Eaton** at 1706 Paseo De Peralta, Santa Fe, NM 87501-3726

There was no answer at the address. There was a man standing at the front door when I drove into the driveway, he then went inside and shut the door and did not answer when I knocked on the door.

Server: Rafael Espinoza (1)

03/19/25 11:17 AM

Message from CM Carlos Menendez

Hello Jennifer,

Thank you for contacting ABC Legal Support.

To confirm ABC Legal usually performs 3 to 6 service attempts per order. It appears one more service attempt will complete the six for your order.

We will proceed with further service attempts as requested. If we can be of any further assistance please let us know.

Regards
Carlos M
ABC Legal Customer Support

03/19/25 10:39 AM

Message from JV Jennifer Vetrano

03/18/25 9:59 PM

Message from CF Christian Flores

03/18/25 8:43 PM

Message from JV Jennifer Vetrano

03/18/25 5:37 PM

Service attempted upon **Dan Eaton** at 1706 Paseo De Peralta, Santa Fe, NM 87501-3726

03/18/25 12:37 PM

*Message from NS Nicole Simon*

03/18/25 11:56 AM

Message from JV Jennifer Vetrano

03/10/25 8:21 PM

Service attempted upon **Dan Eaton** at 1706 Paseo De Peralta, Santa Fe, NM 87501-3726

03/05/25 2:12 PM

Service attempted upon **Dan Eaton** at 1706 Paseo De Peralta, Santa Fe, NM 87501-3726

03/01/25 8:41 PM

Service attempted upon **Dan Eaton** at 1706 Paseo De Peralta, Santa Fe, NM 87501-3726

03/01/25 8:35 PM

Service attempted upon Dan Eaton at 1706 Paseo De Peralta, Santa Fe, NM 87501-3726

02/26/25 2:25 PM

Process server received documents for Dan Eaton

02/25/25 10:56 PM

Signed Proof of Non-Service for Dan Eaton at 2849 Rosario Dr, San Jose, CA 95132

02/25/25 7:38 PM

Jennifer Vetrano chose next service address for Dan Eaton

02/25/25 5:39 PM

Message from WH Wendy Helmick

02/25/25 5:21 PM

Action Needed: Choose next service address for Dan Eaton

02/25/25 5:21 PM

Non-service confirmed for **Dan Eaton at** 2849 Rosario Dr, San Jose, CA 95132-1644

02/25/25 5:20 PM

Service attempted upon **Dan Eaton** at 2849 Rosario Dr, San Jose, CA 95132-1644

02/25/25 2:39 PM

Process server received documents for Dan Eaton

02/21/25 1:31 PM

Filing confirmed. Case # **7:24-CV-00325-DC-RCG** filed on **12/27/24** at **US District Court, Texas, Western District, Midland-Odessa.**

02/21/25 1:30 PM

Order reviewed and entered. Queued for the next step.

02/21/25 1:23 PM

Standard Delivery for Service of Process requested upon 1 party by Jennifer Vetrano

Support

Invoices

Documents

Documents and Proofs

Proofs are located in this section and will display once they are available.

Proof of Non-Service

Signed Proof of Non-Service (Dan Eaton)



Signed Proof of Non-Service (Dan Eaton)

File(s) Uploaded

Document (DanEaton1summons.pdf)

Document (amendedcomplant.pdf)

Document (DanEaton2summons.pdf)

Service Documents

Document (...6246284878751596497.pdf)

Summons (Dan Eaton)

Invoices and Receipts

Invoice (#20801312.100)

Invoice (#20854331.100)

FAQ & Documentation Request a Feature Terms of Service

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **7:24-CV-325**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Philippe Morali** was recieved by me on **2/24/2025:**

[X] I personally served the summons on the individual at **3021 Brittan Ave, San Carlos, CA 94070** on **03/01/2025 at 7:41 PM**; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ] I returned the summons unexecuted because ; or

[ ] Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date: 03/02/2025

*Server's signature*

**Michael Herrera**
*Printed name and title*

**591 Pointe Pacific Dr**
**Daly City, CA 94014**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Philippe Morali with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with an accent. I spoke to a male who confirmed his identity as Philippe Morali. I handed him the documents, SUMMONS; COMPLAINT, , which he accepted.**

Tracking #: 0160412360

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **7:24-CV-00325-DC-RCG**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **John Brda**
was recieved by me on **2/23/2025:**

[X] I personally served the summons on the individual at **1425 Frontenay Ct, Saint Louis, MO 63122** on **02/25/2025 at 6:14 PM**; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ] I returned the summons unexecuted because ; or

[ ] Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00.**

I declare under penalty of perjury that this information is true.

Date: 02/25/2025

*Server's signature*

**Anthula Lekaj**
*Printed name and title*

**8817 Anchorage Ln**
**St. Louis, MO 63126**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to John Brda with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 6'0"-6'2" tall and weighing 200-240 lbs with glasses and a goatee. Individual answer door when I stated individual's name he identified and confirm by replying yes. Accepted Service.**

Tracking #: 0159880582

Civil Action No. 7:24-CV-325

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for Steen Karsbo was received by me on April 4, 2025.

Documents: **Summons in a Civil Action; Complaint for the Violations of The Federal Securities Laws;**

Service Address: **Ron Alle 5, 4690**
**Haslev Danmark,**

☐ I personally served the above documents on the individual at (address) on (date/time)

☑ I left the summons at the individual's residence or usual place of abode with Helle Karsbo - Wife, a person of suitable age and discretion who resides there, on 4/9/2025, and mailed a copy to the individual's last known address; or

☐ I served the summons to , who is designated by law to accept service of process on behalf of on ;or

☐ I returned the summons unexecuted because ; or

☐ other *(specify)*:

*My fees are $ .00 for travel and $ .00 for services, for a total of $ .00*

*I declare under penalty of perjury under the laws of the The State of California that this information is true.*

*Date:* **April 9, 2025**

*Server's signature*

*Additional information regarding attempted service, etc:*

**Mateo Thelen**
*Printed name and title*
*REG # . County of*

**13395 Voyager Parkway Suite 130 PMB 311, Colorado Springs, CO 80921**
*Server's Address*

33772

| Attorney or Party without Attorney: Jennfier Vetrano<br>Jennfier Vetrano<br>25 Pond Hollow Lane<br>West Creek, NJ 08092<br>TELEPHONE No.: FAX No. (Optional): E-MAIL ADDRESS (Optional):<br>Attorney for: Ref No. or File No.: | FOR COURT USE ONLY |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States Distrcit Court - Western District of Texas | |
| Plaintiff: Jennifer Vetrano<br>Defendant: John Brda; Allison Christilaw, MBA, ICD.DB; John R. Harding, et al. | |

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 7:24-CV-325 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Maurice Guitton**

Documents: Summons in a Civil Action; Complaint for the Violations of The Federal Securities Laws;

| Date | Time | Results |
|---|---|---|
| 3/31/2025 | | attempt once on the weekend but Mr Guitton is out of Canada until next weekend ,I did get his phone number and he is willing to meet up with us when he gets back home - |
| | Location: | 242 Dufferin Street, Lunenburg Nova Scotia B0J 2C0, |
| 4/5/2025 | 10:45 AM | they did not answer the door and there were 2 cars in the driveway ,avoiding service I would assume |
| | Location: | 242 Dufferin Street, Lunenburg Nova Scotia B0J 2C0, |
| 4/7/2025 | 5:56 PM | No answer at tthe door. Same two cars present - |
| | Location: | 242 Dufferin Street, Lunenburg Nova Scotia B0J 2C0, |

Fee for Service: **$ .00**

County:

Registration No.:

**Process Server One - EFile Expert LLC**
**13395 Voyager Parkway Suite 130 PMB 311**
**Colorado Springs, CO 80921**
**(855) 545-1303**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 7, 2025.

Signature: ______________________
**Mike Devine**

**NON SERVICE REPORT**

**Order#: 33653**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:24-CV-325

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALLISON CHRISTILAW was received by me on *(date)* MARCH 24, 2025.

☑ I personally served the summons on the individual at *(place)* 359 SPRUCE STREET OAKVILLE, ONTARIO CANADA on *(date)* MARCH 24-25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: MARCH 24, 2025

[signature]
*Server's signature*

PETER BENETTI
*Printed name and title*

______
*Server's address*

Additional information regarding attempted service, etc:

CLERK, US DISTRICT
200 E WALL ST
STE 222
MIDLAND TX 79

P:RED
DTV

JENNIFER VETRANO
(908) 783-0105
THE UPS STORE #0607
STE 35
297 ROUTE 72 W
MANAHAWKIN NJ 08050-2811

1 LBS 1 OF 1
SHP WT: 1 LBS
DWT: 13,12,2
DATE: 15 APR 2025

SHIP TO: CLERK, US DISTRICT CLERK
STE 222
200 E WALL ST

MIDLAND TX 79701-5201

TX 797 9-01

UPS 3 DAY SELECT

TRACKING #: 1Z 0V1 9E0 12 6739 4670

3

BILLING: P/P

RECEIVED

APR 17 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY______________
DEPUTY CLERK

REF #2: 8874

REF #1: 8874

MM4NGUJBXKHW8 ISH 13.00C ZZD230 EP 12.5V 03/2025

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

RRD RF2 0325