**Exhibits**

**Exhibit A**-Meta Materials Appoints Semiconductor Veteran Jack Harding, As Chair of the Board of Directors.  Meta Materials Press Release.

**Exhibit B**-Meta Materials Announces Update on Naked Short Selling Investigation.  Meta Company Update.

**Exhibit C**-Torchlight Energy Announces the Closing Acquisition of 172,000 Acres in West Texas.  Marketwired, September 24, 2014.

**Exhibit D**-Torchlight Firing on All Fronts in Texas.  Streetwise Reports, November 18, 2019.

**Exhibit E**-Torchlight Energy Confirms Oil In Orogrande; Estimated 3.678 Billion Barrels in Reserve Potential.

**Exhibit F**-Next Bridge Hydrocarbons Press Releases.

**Exhibit G**- University Lands letter to Mr. Greg McCabe Chairman and CEO of Next Bridge Hydrocarbons.

**Exhibit H**-George Palikaris X posts (Ex CEO and President of Meta Materials)

**Exhibit I**-Meta Materials Announces Update on Naked Short Selling Investigation

**Exhibit J**-Official Form 207

**Exhibit K**- Torchlight Energy Resources, Inc. Orogrande Basin Technical Presentation