**Exhibit H**-George Palikaris X posts (Ex CEO and President of Meta Materials)

X
Home
Explore
Notifications
Messages
Grok
Premium
Bookmarks
Communities
Verified Orgs
Profile
More

Post

Jen
@fearles59324823

Search

**George Palikaras** ✓
@palikaras  Follows you

Deep Tech entrepreneur CxO. Passionate about sustainable science & innovation. Founder @Metamaterialtec $MMAT 🦋 Democratizing #nanotechnology. Retail Champion

🧑‍💼 Entrepreneur   📍 Halifax, Nova Scotia   🔗 ca.linkedin.com/in/georgepalik...
🎂 Born July 18   📅 Joined February 2010

**4,475** Following   **29.4K** Followers   **1** Subscription

Followed by Cyntax Queen of the Metaverse, Andy Tillman, and 998 others you follow

Posts    **Replies**    Highlights    Articles    Media

📌 Pinned

**George Palikaras** ✓ @palikaras · Nov 20, 2024
⁉️ A lot of people have asked me, I checked my notes, and here are some interesting #stockstats under both CUSIPs $MMAT and $MMTLP : In June 2023 and June 2022 (respectively), out of 60+ broker-dealers the largest BDs *by number of accounts* held in street name were: Fidelity
Show more

💬 96      🔁 600      ♡ 866      📊 134K

**Scott Traudt** ✓ @Greenhills303 · 53m
#MMTLP #MMTLPfarud #MMTLParmy #MMTLPfiasco
Well, @palikaras its "go time." MMTLP/MMAT shareholders should be seeing the log books that McCabe and Brda created in TRCH showing something like 140 oil/gas companies that supposedly expressed interest in buying the Orogrande assets. These were supposedly provided to MMAT execs prior to the creation of MMTLP as proof that the Orogrande was flush with oil. Most of us at this point know getting this full list and then doubling back to the people who McCabe and Brda presented as potential buyers for the NBH assets, etc., would clearly allow at least a third wave of lawsuits and lead to summary judgements in some of the 1209 lawsuits naming Brda and McCabe as defendants.

I spoke to George three days ago, the attached letter is my request for him to release these records and to force the release of the Share Intel data that the poster child for stock manipulation - Wes "Ain't No" Christian - maintained revealed an enormous volume of shorts and other data. That Ain't No has a business relationship - fairly symbiotic, actually - with the Share Intel folks notwithstanding, if the numbers were that damning, why hasn't Ain't No taken action with McCabe, Brda, and others in NBH, especially since Ain't No was hired by McCabe recently. (Maybe our favorite naked short chaser can do more than threaten to sue NBH shareholders for openly exposing the fraud committed by McCabe and Brda?)

Yes, I'm prepared to use counsel in Nevada to get the Share Intel data and this log book. Yours Truly is content to be "pro se" in Vermont US District Court in both Traudt v. Rubenstein and Traudt v. Atkins; the fact that a Texas state court may allow my attorneys to subpoena these records in Christian v. Traudt doesn't bode well for all of this data being in shadows for much longer. So here's names to start with we

Messages

**You might like**

Noot Noot Jake
@nocellnosellxd

Stair Master Enthus
@StepOnMyFace22?

cathy oakley
@CpulizziOakley

Show more

**What's happening**

Hurricanes at
Starts tomorrow

Politics · Trending
**4th Amendment**

Trending in United States
**Luigi Mangione**
22.4K posts

Gaming · Trending
**GameStop**
11.4K posts

Sports · Trending

X
Home
Explore
Notifications
Messages
Grok
Premium
Bookmarks
Communities
Verified Orgs
Profile
More

Post

Jen
@fearles59324823

← **George Palikaras** ✓
1,878 posts

the list:

Chevron.

Repso.

We also have names of the people at each of the above who was supposedly contacted.

In the final analysis, the bankruptcy court has a specific interest in identifying where the causation was for the bankruptcy (in toto), so my instincts tell me that a request to see all of this (as I am an MMTLP shareholder) would not be denied.

◯ 1      ⇄ 5      ⟳ 20      ᴉᴉ 495

**George Palikaras** ✓ @palikaras · 32m
For clarity and some additional information if it helps:
1.Regarding the list:
I can confirm that a logbook of discussions with over 100 relevant Oil and Gas parties exists and I believe it includes the names mentioned. However, releasing it publicly is not straightforward, it is
Show more

◯ 9      ⇄ 26      ♥ 53      ᴉᴉ 510

**George Palikaras** ✓ @palikaras · Apr 23
In an era dominated by noise and fear, courage still matters. April 23rd is an important day in the Christian Calendar dedicated to Saint George.

This 19th-century engraving of St. George reminds us:

-Truth often rides alone.
-Evil wears many skins.
-And sometimes, leadership
Show more

Following

Show more

Terms of Service | Privacy Policy |
Accessibility | Ads Info | More ·

Messages

X

 Home

 Explore

 Notifications

 Messages

 Grok

 Premium

 Bookmarks

 Communities

 Verified Orgs

 Profile

 More

Post

Jen 
@fearles59324823

 Search

⋯   Following

**George Palikaras** 
@palikaras  Follows you

Deep Tech entrepreneur CxO. Passionate about sustainable science & innovation. Founder @Metamaterialtec $MMAT 🦋Democratizing #nanotechnology. Retail Champion

 Entrepreneur    Halifax, Nova Scotia    ca.linkedin.com/in/georgepalik…
 Born July 18    Joined February 2010

**4,475** Following   **29.4K** Followers   **1** Subscription

Followed by Cyntax Queen of the Metaverse, Andy Tillman, and 998 others you follow

Posts   **Replies**   Highlights   Articles   Media

📌 Pinned

**George Palikaras** ✅ @palikaras · Nov 20, 2024              ⋯

⁉️ A lot of people have asked me, I checked my notes, and here are some interesting #stockstats  under both CUSIPs $MMAT and $MMTLP : In June 2023 and June 2022 (respectively), out of 60+ broker-dealers the largest BDs *by number of accounts* held in street name were: Fidelity
Show more

 96       ↻ 600       ♡ 866       ᴧ 134K       🔖  ⬆

**Scott Traudt** ✅ @Greenhills303 · 54m              ⋯
#MMTLP #MMTLPfarud #MMTLParmy #MMTLPfiasco
Well, @palikaras its "go time." MMTLP/MMAT shareholders should be seeing the log books that McCabe and Brda created in TRCH showing something like 140 oil/gas companies that supposedly expressed interest in buying the Orogrande assets.
Show more

 1       ↻ 5       💜 20       ᴧ 495       🔖  ⬆

**George Palikaras** ✅ @palikaras · 34m              ⋯
For clarity and some additional information if it helps:
1.Regarding the list:
I can confirm that a logbook of discussions with over 100 r
Gas parties exists and I believe it includes the names ment

💬 Messages

**You might like**

**Noot Noot Jake**
@nocellnosellxd

**Stair Master Enthus**
@StepOnMyFace22:

**cathy oakley**
@CpulizziOakley

Show more

releasing it publicly is not straightforward, it is MMAT corporate information, now under the trustee's control. I have no objection to its release, but I must follow the appropriate legal process. I intend to use it in court as part of my defense. If the trustee does not permit disclosure beforehand, those seeking immediate access should direct their request to NBH, Mr. McCabe, or Mr. Brda, since the information originally came from them.

2. Regarding the ShareIntel and spoofing/naked shorting report:
The initial share intel report and subsequent analysis and report, (prepared by a well-known economist) were completed right after my departure from MMAT (coincidence?).

I reviewed the findings (a v2 report) in November 2023, strictly in my capacity as a Board member. During this time as a Board member I offered to provide additional new information directly to Wes Christian's team (provided to me by the community) who were investigating this, but the MMAT board and/or management denied it (coincidence?)
In the Spring of 2024 when I was given access (under strict NDA) to the MMAT's data room when they were looking for buyers (as mentioned before – I brought a $45M recapitalisation plan with an investor group, which was denied), and as part of my due diligence I asked about the status of the Spoofing case... Management at the time specifically the CLO and the CEO of MMAT, respectively responded that
a) the v2 report I had seen in Nov 2023 was FINAL, and
b) strongly recommend that "you do not want to shake that tree" (coincidence?).

I now have primary evidence showing that the Chairman of MMAT, during the period I was conducting investor due diligence, directly asked Mr Wes Christian to NOT SPEAK to me regarding the spoofing case (coincidence?). I believe he was never told why.

Overall, MMAT funded these engagements with Mr Wes Christian and

shareintel, the data now resides with the bankruptcy trustee, who has appointed special counsel to pursue it. Recent subpoenas confirm active efforts are underway.

To be clear, the custodian of the data and any actionable steps, (including matters tied to MMTLP before the spinout) lie with the MMAT bankruptcy trustee, not NBH and certainly not me.

To be crystal clear: I do not control the ShareIntel data or the subsequent enforcement steps.

As the largest MMAT shareholder, I'm pleased to see the Trustee making steady progress on the spoofing/stock manipulation case. From what I've heard, the subpoenas are being treated with the seriousness they deserve (by most recipients), which strengthens the path toward maximizing recovery for the estate and holding responsible parties accountable.

9    36    72    754

**George Palikaras** @palikaras · Apr 23
In an era dominated by noise and fear, courage still matters. April 23rd is an

**George Palikaras** ✓
1,878 posts

Following

–Truth often rides alone.
–Evil wears many skins.
–And sometimes, leadership
Show more

X
Home
Explore
Notifications
Messages
Grok
Premium
Bookmarks
Communities
Verified Orgs
Profile
More

Post

Search

Following

## George Palikaras ✓
@palikaras Follows you

Deep Tech entrepreneur CxO. Passionate about sustainable science & innovation. Founder @Metamaterialtec $MMAT 🦋 Democratizing #nanotechnology. Retail Champion

🏢 Entrepreneur  📍 Halifax, Nova Scotia  🔗 ca.linkedin.com/in/georgepalik…
📍 Born July 18  📅 Joined February 2010

**4,475** Following   **29.4K** Followers   **1** Subscription

Followed by Cyntax Queen of the Metaverse, Andy Tillman, and 998 others you follow

Posts | **Replies** | Highlights | Articles | Media

📌 Pinned

**George Palikaras** ✓ @palikaras · Nov 20, 2024

⁉️ A lot of people have asked me, I checked my notes, and here are some interesting #stockstats under both CUSIPs $MMAT and $MMTLP : In June 2023 and June 2022 (respectively), out of 60+ broker-dealers the largest BDs *by number of accounts* held in street name were: Fidelity

Show more

💬 96   🔁 600   ♡ 866   📊 134K

**Scott Traudt** ✓ @Greenhills303 · 1h

#MMTLP #MMTLPfarud #MMTLParmy #MMTLPfiasco
Well, @palikaras its "go time." MMTLP/MMAT shareholders should be seeing the log books that McCabe and Brda created in TRCH showing something like 140 oil/gas companies that supposedly expressed interest in buying the Orogrande assets.

Show more

💬 1   🔁 5   ♡ 20   📊 775

Show more replies

**Jen** ✓ @fearles59324823 · 32m

Thank you for your honesty. I would love to know why both share Intel data and NBH investor presentations were held

**You might like**

**Jack Mahoney**
@jackcmahoney

**Carly's Cancelled**
@ItsCarly__Bitch
Parody account

**AMC: HEIST OF THE**
@AMCHOTC

Show more

Messages

X
Home
Explore
Notifications
Messages
Grok
Premium
Bookmarks
Communities
Verified Orgs
Profile
More

Post

Jen @fearles59324823

Meta Board.

💬 1     🔁     ♡ 4     📊 125     🔖     ⬆️

**George Palikaras** ✓ @palikaras · 1m

That is the $1.4 billion question. First, a small correction: the initial ShareIntel data covered only the MMAT CUSIP. It was later extended to include TRCH and MMTLP; however, to my understanding, ShareIntel was unable to obtain full MMTLP data which is an important part will be addressed by the current investigation.

As for the broader question, I can only offer my opinion. Based on what I observed, some members of the Meta board (along with new management), especially after the data came in, did not prioritize protecting our investors and viewed concerns about stock manipulation as a nuisance rather than a serious issue. Until I personally reviewed the Version 2 (V2) report from Wes Christian in November 2023, I was also cautious and on the fence about the trading irregularities.

However, I am now certain of this: if the Board had provided me with the V1 or V2 report earlier, I would have insisted that the company either FIGHT for shareholders or they should resign immediately, so I can add Board members who would not put their own careers above their fiduciary duty and their duty of care.

Moments like these remind us: true character is tested not when things are easy, but when standing for the truth demands courage.

💬     🔁 1     ♡ 1     📊 16     🔖     ⬆️

**George Palikaras** ✓ @palikaras · Apr 23

In an era dominated by noise and fear, courage still matters. April 23rd is an important day in the Christian Calendar dedicated to Saint George.

This 19th-century engraving of St. George reminds us:

-Truth often rides alone.
-Evil wears many skins.
-And sometimes, leadership

Show more

**George Palikaras** ✓
1,879 posts                                    Following

💬 51     🔁 189     ♡ 455     📊 10K     🔖     ⬆️

**George Palikaras** ✓ @palikaras · Apr 16
1/ Breaking News 📄 56-PAGE FOIA DOCUMENT:
In the next few posts, I will be sharing and unpacking a 56-[...]
released under FOIA
- It includes SEC's own emails (by Washington senior polic[...]

Kings at Oilers
Starts tomorrow

Politics · Trending
**4th Amendment**

Trending in United States
**Luigi Mangione**
22.8K posts

Trending in United States
**SHE BROKE THE LAW**
10.9K posts

Sports · Trending
**Carson Schwesinger**
2,340 posts

Show more

Terms of Service  |  Privacy Policy
Accessibility  |  Ads info  |  More ·

Messages

X

Home
Explore
Notifications
Messages
Grok
Premium
Bookmarks
Communities
Verified Orgs
Profile
More

Post

Search

**Scott Traudt** @Greenhills303 · Apr 25
#MMTLP #MMTLPfarud #MMTLParmy #MMTLPfiasco
Well, @palikaras its "go time." MMTLP/MMAT shareholders should be seeing the log books that McCabe and Brda created in TRCH showing something like 140 oil/gas companies that supposedly expressed interest in buying the Orogrande assets.
Show more

💬 3    🔁 32    ❤ 100    📊 8.3K

**George Palikaras** @palikaras · Apr 25
For clarity and some additional information if it helps:
1. Regarding the list:
I can confirm that a logbook of discussions with over 100 relevant Oil and Gas parties exists and I believe it includes the names mentioned. However, releasing it publicly is not straightforward, it is
Show more

💬 25    🔁 224    ❤ 453    📊 16K

**Jen** @fearles59324823

@palikaras who was the Chairman at the time for clarification please?

6:58 PM · Apr 25, 2025 · **1,043** Views

📊 View post engagements

💬 1    🔁 3    ♡ 7

Post your reply

**George Palikaras** @palikaras · Apr 25
Jack Harding

💬 1    🔁 8    ❤ 48    📊 1.2K

Jen
@fearles59324823

Post    Messages

X

🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
✱ Grok
✖️ Premium
🔖 Bookmarks
👥 Communities
⚡ Verified Orgs
👤 Profile
⊙ More

Post

Jen ✅
@fearles59324823

Messages

X

Home

Explore

Notifications

Messages

Grok

Premium

Bookmarks

Communities

Verified Orgs

Profile

More

Post

Jen
@fearles59324823

Messages

**Scott Traudt** @ @Greenhills303 · Apr 25
#MMTLP #MMTLPfarud #MMTLParmy #MMTLPfiasco
Well, @palikaras its "go time." MMTLP/MMAT shareholders should be seeing the log books that McCabe and Brda created in TRCH showing something like 140 oil/gas companies that supposedly expressed interest in buying the Orogrande assets.
Show more

💬 3    🔁 32    ❤ 100    📊 8.3K

**George Palikaras** @ @palikaras · Apr 25
For clarity and some additional information if it helps:
1.Regarding the list:
I can confirm that a logbook of discussions with over 100 relevant Oil and Gas parties exists and I believe it includes the names mentioned. However, releasing it publicly is not straightforward, it is
Show more

💬 25    🔁 224    ❤ 453    📊 16K

**Jen** @
@fearles59324823

Thank you for your honesty. I would love to know why both the $MMTLP share Intel data and NBH investor presentations were held back by the Meta Board.

6:46 PM · Apr 25, 2025 · **2,082** Views

View post engagements

💬 1    🔁 5    ❤ 35    🔖 1    ⬆

Post your reply

**George Palikaras** @ @palikaras · Apr 25
That is the $1.4 billion question. First, a small correction: the initial ShareIntel data covered only the MMAT CUSIP. It was later extended to include TRCH and MMTLP; however, to my understanding, ShareIntel was unable to obtain full MMTLP data which is an important part will be addressed by the current investigation.

As for the broader question, I can only offer my opinion. Based on what I observed, some members of the Meta board (along with new management), especially after the data came in, did not prioritize protecting our investors and viewed concerns about stock manipulation as a nuisance rather than a serious issue. Until I personally reviewed the Version 2 (V2) report from Wes Christian in November 2023, I was also cautious and on the fence about the trading irregularities




or V2 report earlier, I would have insisted that the company either FIGHT for shareholders or they should resign immediately, so I can add Board members who would not put their own careers above their fiduciary duty and their duty of care.

Moments like these remind us: true character is tested not when things are easy, but when standing for the truth demands courage.

💬 7   ↻ 139   ♥ 311   📊 11K

**Jen** @fearles59324823 · Apr 25
Thank you.

♥ 10   📊 740

X

Home

Explore

Notifications

Messages

Grok

Premium

Bookmarks

Communities

Verified Orgs

Profile

More

Post

Search

**Scott Traudt** @Greenhills303 · Apr 25
#MMTLP #MMTLPfarud #MMTLParmy #MMTLPfiasco
Well, @palikaras its "go time." MMTLP/MMAT shareholders should be seeing the log books that McCabe and Brda created in TRCH showing something like 140 oil/gas companies that supposedly expressed interest in buying the Orogrande assets.
Show more

💬 3    🔁 32    ❤ 100    📊 8.3K

**George Palikaras** @palikaras

For clarity and some additional information if it helps:
1.Regarding the list:
I can confirm that a logbook of discussions with over 100 relevant Oil and Gas parties exists and I believe it includes the names mentioned. However, releasing it publicly is not straightforward, it is MMAT corporate information, now under the trustee's control. I have no objection to its release, but I must follow the appropriate legal process. I intend to use it in court as part of my defense. If the trustee does not permit disclosure beforehand, those seeking immediate access should direct their request to NBH, Mr. McCabe, or Mr. Brda, since the information originally came from them.

2.Regarding the ShareIntel and spoofing/naked shorting report:
The initial share intel report and subsequent analysis and report, (prepared by a well-known economist) were completed right after my departure from MMAT (coincidence?).

I reviewed the findings (a v2 report) in November 2023, strictly in my capacity as a Board member. During this time as a Board member I offered to provide additional new information directly to Wes Christian's team (provided to me by the community) who were investigating this, but the MMAT board and/or management denied it (coincidence?)
In the Spring of 2024 when I was given access (under strict NDA) to the MMAT's data room when they were looking for buyers (as mentioned before - I brought a $45M recapitalisation plan with an investor group, which was denied), and as part of my due diligence I asked about the status of the Spoofing case... Management at the time specifically the CLO and the CEO of MMAT, respectively responded that
a) the v2 report I had seen in Nov 2023 was FINAL, and
b) strongly recommend that "you do not want to shake that tree" (coincidence?).

I now have primary evidence showing that the Chairman of MMAT, during the period I was conducting investor due diligence, direct[ly told] Wes Christian to NOT SPEAK to me regarding the spoofing

**Jen** @fearles59324823

Messages

**Relevant people**

**George Palikaras**
@palikaras Follows you
Deep Tech entrepren[eur]
Passionate about su[stainability]
& innovation. Found[er]
@Metamaterialtec $
Democratizing #nan[o]
Retail Champion

**Scott Traudt**
@Greenhil... Follows y[ou]
I've seen [ama]zing
things tha[t...] And
advisor.



# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Premium
- Bookmarks
- Communities
- Verified Orgs
- Profile
- More

Post

(coincidence?). I believe he was never told why.

Overall, MMAT funded these engagements with Mr Wes Christian and shareintel, the data now resides with the bankruptcy trustee, who has appointed special counsel to pursue it. Recent subpoenas confirm active efforts are underway.

To be clear, the custodian of the data and any actionable steps, (including matters tied to MMTLP before the spinout) lie with the MMAT bankruptcy trustee, not NBH and certainly not me.

To be crystal clear: I do not control the ShareIntel data or the subsequent enforcement steps.

As the largest MMAT shareholder, I'm pleased to see the Trustee making steady progress on the spoofing/stock manipulation case. From what I've heard, the subpoenas are being treated with the seriousness they deserve (by most recipients), which strengthens the path toward maximizing recovery for the estate and holding responsible parties accountable.

6:39 PM · Apr 25, 2025 · **16K** Views

💬 25     ↻ 224     💗 453     🔖 39     ⬆️

Post your reply

**Jen** ✅ @fearles59324823 · Apr 25
Thank you for your honesty. I would love to know why both the $MMTLP share Intel data and NBH investor presentations were held back by the Meta Board.

💬 1     ↻ 5     ♡ 35     📊 2K     🔖 ⬆️

**George Palikaras** ✅ @palikaras · Apr 25
That is the $1.4 billion question. First, a small correction: the initial ShareIntel data covered only the MMAT CUSIP. It was later extended to include TRCH and MMTLP; however, to my understanding, ShareIntel was unable to obtain full MMTLP data which is an important part will be
Show more

💬 7     ↻ 139     💗 311     📊 11K     🔖 ⬆️

Show replies

**Jen** ✅ @fearles59324823 · Apr 25
@palikaras who was the Chairman at the time for clarification please?

💬 1     ↻ 3     ♡ 7     📊 1K     🔖 ⬆️

**George Palikaras** ✅ @palikaras · Apr 25
Jack Harding

← Post

Show replies

**salil mehta** ✅ @salilstatistics        Ad ···
reminder e-version of copula narratives is released tomorrow!

already a top 30 book in categories. incl top 3 release: probability & statistics, free will & determination, and portfolio management.

note my two other books are on sale, this week only

**Jen** ✅
@fearles59324823   ···          Messages ⊙       

---

Q

Yankees at Or
Starts at 10:35 P

Trending in United States
**Buzz Williams**

Trending in United States
**Salad**
16.9K posts

Trending
**Beyoncé**
420K posts

Politics · Trending
**John James**
2,721 posts

Show more

Terms of Service | Privacy Policy |
Accessibility | Ads info | More ···

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Premium
- Bookmarks
- Communities
- Verified Orgs
- Profile
- More

**Post**

copula narratives

From amazon.com

💬 25    🔁 63    ♡ 589    📊 9.9M

**Scott Traudt** @Greenhills303 · Apr 25
Thanks, George. Thank you for helping to peel away the skin of the onion.

💬 4    🔁 4    ♥ 56    📊 2K

Show replies

**Platinum** 🔒 @PlatnumSparkles · Apr 25
Did you file a proof of interest yet?

💬 4    🔁    ♡ 11    📊 820

**PaulT** @PaulusGreatus · Apr 25
Thank you so much for keeping us informed George!

Your leadership in this matter, not to mention your honesty and integrity, is inspiring!

💬    🔁 7    ♡ 49    📊 771

**Gardner Wade** @GardnerWade3 · Apr 25
Thank you for all your continuing efforts to seek justice George.

For all you MMTLP and MMATQ folks out there, GP is one of the hardest working and diligent executives I have ever known.

He has Cyborg/Terminator level energy and will not stop until the truth is revealed.

▶

**Jen** @fearles59324823

Messages



X

🏠 Home

🔍 Explore

🔔 Notifications

✉ Messages

Grok

✕ Premium

🔖 Bookmarks

👥 Communities

⚡ Verified Orgs

👤 Profile

⋯ More

Post

GIF

💬 2     ↻ 61     ♡ 185     📊 1.9K     🔖  ⤴

Jen ✅
@fearles59324823   ⋯

Messages ⊙

X
Home
Explore
Notifications
Messages
Grok
Premium
Bookmarks
Communities
Verified Orgs
Profile
More

Post

**Scott Traudt** @Greenhills303 · Apr 25
#MMTLP #MMTLPfarud #MMTLParmy #MMTLPfiasco
Well, @palikaras its "go time." MMTLP/MMAT shareholders should be seeing the log books that McCabe and Brda created in TRCH showing something like 140 oil/gas companies that supposedly expressed interest in buying the Orogrande assets.
Show more

💬 3    🔁 32    ❤ 100    📊 8.3K

**George Palikaras** @palikaras

For clarity and some additional information if it helps:
1. Regarding the list:
I can confirm that a logbook of discussions with over 100 relevant Oil and Gas parties exists and I believe it includes the names mentioned. However, releasing it publicly is not straightforward, it is MMAT corporate information, now under the trustee's control. I have no objection to its release, but I must follow the appropriate legal process. I intend to use it in court as part of my defense. If the trustee does not permit disclosure beforehand, those seeking immediate access should direct their request to NBH, Mr. McCabe, or Mr. Brda, since the information originally came from them.

2. Regarding the ShareIntel and spoofing/naked shorting report:
The initial share intel report and subsequent analysis and report, (prepared by a well-known economist) were completed right after my departure from MMAT (coincidence?).

← Post

offered to provide additional new information directly to Wes Christian's team (provided to me by the community) who were investigating this, but the MMAT board and/or management denied it (coincidence?)
In the Spring of 2024 when I was given access (under strict NDA) to the MMAT's data room when they were looking for buyers (as mentioned before - I brought a $45M recapitalisation plan with an investor group, which was denied), and as part of my due diligence I asked about the status of the Spoofing case... Management at the time specifically the CLO and the CEO of MMAT, respectively responded that
a) the v2 report I had seen in Nov 2023 was FINAL, and
b) strongly recommend that "you do not want to shake that tree" (coincidence?).

I now have primary evidence showing that the Chairman of MMAT, during the period I was conducting investor due diligence, directl[y] Wes Christian to NOT SPEAK to me regarding the spoofing

**Jen** @fearles59324823

Search
I've seen everything things that ain't. And advisor.

What's happening

Yankees at Or
Starts at 10:35 P

Trending in United States
**Buzz Williams**

Trending in United States
**Salad**
16.9K posts

Trending
**Beyoncé**
420K posts

Politics · Trending
**John James**
2,721 posts

Show more

Terms of Service  |  Privacy Policy  |
Accessibility  |  Ads info  |  More·

Messages

X
Home
Explore
Notifications
Messages
Grok
Premium
Bookmarks
Communities
Verified Orgs
Profile
More

Post

(coincidence?). I believe he was never told why.

Overall, MMAT funded these engagements with Mr Wes Christian and shareintel, the data now resides with the bankruptcy trustee, who has appointed special counsel to pursue it. Recent subpoenas confirm active efforts are underway.

To be clear, the custodian of the data and any actionable steps, (including matters tied to MMTLP before the spinout) lie with the MMAT bankruptcy trustee, not NBH and certainly not me.

To be crystal clear: I do not control the ShareIntel data or the subsequent enforcement steps.

As the largest MMAT shareholder, I'm pleased to see the Trustee making steady progress on the spoofing/stock manipulation case. From what I've heard, the subpoenas are being treated with the seriousness they deserve (by most recipients), which strengthens the path toward maximizing recovery for the estate and holding responsible parties accountable.

6:39 PM · Apr 25, 2025 · **16K** Views

💬 25        🔁 224        💗 453        🔖 39        ⬆️

Post your reply

**Jen** ✓ @fearles59324823 · Apr 25
Thank you for your honesty. I would love to know why both the $MMTLP share Intel data and NBH investor presentations were held back by the Meta Board.

💬 1    🔁 5    💗 35    📊 2K

**George Palikaras** ✓ @palikaras · Apr 25
That is the $1.4 billion question. First, a small correction: the initial ShareIntel data covered only the MMAT CUSIP. It was later extended to include TRCH and MMTLP; however, to my understanding, ShareIntel was unable to obtain full MMTLP data which is an important part will be
Show more

💬 7    🔁 139    💗 311    📊 11K

Show replies

**Jen** ✓ @fearles59324823 · Apr 25
@palikaras who was the Chairman at the time for clarification please?

💬 1    🔁 3    💗 7    📊 1K

**George Palikaras** ✓ @palikaras · Apr 25
Jack Harding

💬 1    🔁 8    💗 48    📊 1.2K

Show replies

**salil mehta** ✓ @salilstatistics                    Ad ···
reminder e-version of copula narratives is released tomorrow!

already a top 30 book in categories. incl top 3 release: probability & statistics, free will & determination, and portfolio management.

note my two other books are on sale, this week only

**Jen** ✓
@fearles59324823

Messages

X

 Home

 Explore

 Notifications

 Messages

 Grok

 Premium

 Bookmarks

 Communities

 Verified Orgs

 Profile

 More

Post

copula narratives
From amazon.com

 25     ⇄ 63     ♡ 589     ılı 9.9M     ⌑  ⬆

Jen ✅
@fearles59324823      •••

Messages

𝕏

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

✺ Grok

𝕏 Premium

🔖 Bookmarks

👥 Communities

⚡ Verified Orgs

👤 Profile

⊙ More

Post

Jen ✅
@fearles59324823

Messages ✉