**<u>Exhibit K</u>**- Torchlight Energy Resources, Inc. Orogrande Basin Technical Presentation

# Torchlight Energy Resources, Inc.

## Orogrande Basin
## Technical Presentation

*Confidential to Torchlight Energy Resources, Inc.*
*Contains privileged data requiring licensing before being disclosed.*

Michael Zebrowski Consulting LLC



# Torchlight Energy Resources, Inc.

## Orogrande Basin
## Technical Presentation

Confidential to Torchlight Energy Resources, Inc.

Contains privileged data requiring licensing before being disclosed.



# Forward Looking Statements

This presentation of Torchlight Energy ("Torchlight" or "Company") contains forward-looking statements within the meaning of the federal securities laws. Any statements that express or involve discussions with respect to predictions, expectations, beliefs, plans, projections, objectives, and goals, assumption of future events or performance are not statements of historical fact and may be deemed "forward-looking statements." Forward-looking statements can often be identified by the use of words such as "may," "will," "estimate," "intend," "continue," "believe," "expect," "plan," "propose," "projected," "seek," or "anticipate," although not all forward-looking statements contain these or other identifying words. Forward-looking statements are based on expectations, estimates and projections at the time the statements are made that involve a number of risks and uncertainties which could cause actual results or events to differ materially from those presently anticipated. Such forward-looking statements relate to, among other things: expected revenue, cash flow and earnings growth; estimates regarding oil and gas reserves, future oil and gas prices and present values of such reserves; strategies and timelines for growth of the Company's business; and projected capital expenditures. These statements are qualified by important factors that could cause the Company's actual results to differ materially from those reflected by the forward-looking statements. Such factors include, but are not limited to: the Company's ability to locate and acquire suitable interests in oil and gas properties on terms acceptable to the Company; the Company's ability to obtain working capital as and when needed on terms acceptable to the Company; the ability to integrate, manage and operate acquired oil and gas properties; the ability of the Company to build and maintain a successful operations infrastructure and to retain key personnel; possible insufficient cash flows and resulting illiquidity; government regulations; lack of diversification; political risk; international instability and the related volatility in the prices of oil and/or natural gas; increased competition; stock volatility and illiquidity; the Company's potential failure or inability to implement fully its business plans or strategies; general economic conditions; and the risks and factors described from time to time in the Company's offerings, reports and filings with the U.S. Securities and Exchange Commission (the "SEC"). The Company cautions readers not to place undue reliance on any forward-looking statements. The Company does not undertake, and specifically disclaims any obligation, to update or revise such statements to reflect new circumstances or unanticipated events as they occur.

The information contained in this presentation is provided by the Company for informational purposes only and does not constitute an offer to buy or an invitation to sell securities of Torchlight or other financial products. The information contained herein is not investment or financial product advice and is not intended to be used as the basis for making an investment decision. The views, opinions and advice provided in this presentation reflect those of the individual presenters, and are provided for information purposes only. The presentation has been prepared without taking into account the investment objectives, financial situation or particular needs of any particular person. No representation or warranty, expressed or implied, is made as to the fairness, accuracy, completeness or correctness of the information, opinions and conclusions in this presentation. To the maximum extent permitted by law, neither the Company nor any of its respective directors, officers, employees or agents, nor any other person accepts any liability, including, without limitation, any liability arising out of fault or negligence, for any loss arising from the use of the information contained in this presentation.

Cautionary Note to Investors Concerning Oil and Gas Reserve Estimates: The SEC permits oil and gas companies, in their filings with the SEC, to disclose only "Proved" reserves that a company has demonstrated by actual production or conclusive formation tests to be economically and legally producible under existing economic and operating conditions. the company uses certain terms in this presentation such as "Probable" or "Possible" oil and gas reserves that are not recognized by the SEC and the Company cannot include them in its SEC filings. Investors are urged to consider closely the disclosure in the Company's SEC filings which can be obtained at www.sec.gov.



# Torchlight Overview

### Corporate Highlights

- Focused on developing and producing Permian Basin assets, more specifically Orogrande

- Over 100,000+ net surface acres

- 2019 move to monetization of non-core assets and market the Company/Orogrande for sale to larger established public E&P (stock sale)

- Near term strategy:
  - Continue to define the Orogrande Projects potential and scalability
  - Hazel acreage being marketed to focus on Orogrande
  - Winkler acreage being monetized to focus on Orogrande



### Market Summary

| | |
|---|---|
| Shares Outstanding: | 72 MM |
| Last Sale Price: | $1.60 |
| Market Cap: | $110 MM |
| 52 Week Range: | High: $1.98 / Low: $.53 |
| Share Float: | 73% |
| Insider Ownership: | 27% |
| Average Daily Volume: | 172,000 shares |

| Project | Gross Acres | Partner(s) | 2018 D&C Wells |
|---|---|---|---|
| Orogrande Project | 134,000 | Wolfbone Investments | 3 |
| Project Hazel | 12,000 | Private Family Offices | 2 |
| Winkler Project | 1,000 | MECO IV | 1 |



# Orogrande Project – *NEW FIELD DISCOVERY*

**Asset Overview**
- 134,000 acres all under University Lands D&D Unit
- 72.5 % working interest
- 5 vertical test wells and 1 horizontal well successfully drilled to date
- Finished drilling 3 well program announced Q4
  - CONFIRMED STRUCTURAL PAY In ATOKA FORMATION
  - CONFIRMED SHALLOW PAY ZONES PRESENT (CONVENTIONAL WOLFCAMP)
- First 2018 horizontal well drilled, completed, shut in (Initial tests positive with 2.2 MMCFPD rate, sustained rate of 1.2MMCFPD)
- Confirmation of petroleum system in place

**Target Bench Characteristics**
- Oil and Gas expected – GOR approx. 1100
- Potential from Shallow Wolfcamp, Confirmed Penn Silt Package of over 600', confirmed structural pay from Atoka
- Pay zone depths – 3000' to 7000' with primary Unconventional Penn pay at 5300' to 5900'
- *New data suggests down hole pressure of .64 pressure gradient (over pressured)*
- Q4 wells tested shallower and deeper conventional zones and re-confirmed Penn Unconventional pay zones
- ***Petrophysics results incorporated, 2D seismic, magnetics, and gravity being interpreted***



# Orogrande Project – Conventional Potential

**Requirements for Conventional**

- Most large basins with proven unconventional hydrocarbon systems in place, also have areas with potential conventional pay

- Potential conventional pay zones can occur as 4-way closures/fault closures as structural features and also stratigraphic traps can occur in grabens, horst blocks, as well as pinch out trends

- TRCH has confirmed the existence of structural pay and potential 4 way closure with its A24 #1 well, 2D Seismic, Gravity and Magnetic information

- Early work shows potential of up to 20,000 acres of multiple conventional structural features

- Stratigraphic traps could increase the potential acres

- Gravity Map – (top right) Red/Yellow Features are Structural Highs

- Example Seismic Line Lower Right (Crosses a Structural High)

Gravity Map with Key Wells Torchlight Acreage Outline





Example Seismic Line with Potential Structure Traps



# Orogrande Project – Potential Formations

| Potential Unconventional & Conventional Zones | Drill Depths |
|---|---|
| Wolfcamp Unconventional | 3000' - 3600'' |
| Penn Unconventional | 4900' to 6000' |
| Strawn | 4000 to 6000' |
| Atoka | 4000 to 6500' |
| Mississippian Lime | 4000 to 7000' |
| Devonian<br>Barnett /Woodford Unconventional | 4500 to 7500' |
| Fusselman | 4500 to 8000' |
| Montoya | 4500 to 8500' |
| Bliss | 5000 to 9000' |



# Torchlight Energy Resources, Inc. - Project Overview

- Orogrande Basin - 134,000 Acres Under Lease
- Very Large Upside in Potential Hydrocarbon Resource, up to **3.7 Billion Barrels Recoverable @ 10%**
- 5 Pilot wells drilled for Technical Data Collection
- A25 #1H Well is Horizontal and Productive - produced at 2.2 MMCFPD
- A24 #1 Well is located on One of Several Prospective Structures, Demonstrated Oil on Pits
- Working Petroleum System
- Unconventional and Conventional Reservoir Targets
- Regional Technical Evaluation Ongoing
- Interpretation Project –Workstations to Show Potential Buyers



# Torchlight Energy Resources, Inc. - Project Overview

- Orogrande Basin - 134,000 Acres Under Lease
- Very Large Upside in Potential Hydrocarbon Resource, up to 3.7 Billion Barrels Recoverable @ 10%
- 5 Pilot wells drilled for Technical Data Collection
- A25 #1H Well is Horizontal and Productive - produced at 2.2 MMCFPD
- A24 #1 Well is located on One of Several Prospective Structures, Demonstrated Oil on Pits
- Working Petroleum System
- Unconventional and Conventional Reservoir Targets
- Regional Technical Evaluation Ongoing
- Interpretation Project - Workstations to Show Potential Buyers

# Torchlight Acreage Resource Evaluation

- Stimulation Petrophysics completed the initial independent Resource Estimation, and Geomechanics work to identify landing zones for horizontal wells. While still ongoing initial reserve calculations indicate extremely favorable Resource numbers as follows:

  - **Primary Unconventional estimated reserves:**      **2,065 MMBOE recoverable reserves**
  - **Additional Unconventional estimated reserves:**    **<u>1,609 MMBOE recoverable reserves</u>**
  - **Total Possible Unconventional reserves:**          **3,674 MMBOE recoverable reserves**

- **Multi Billion Barrel Project**

- First, there was Wolfberry. Then came Wolfbone. Introducing...WOLFPENN!!!

- Potential Landing Zones of 4-6+ in Wolfcamp Section

- Potential Landing Zones similarly 4-6+ in Penn Section

- Additional conventional oil potential in Atoka and deeper formations are currently under evaluation



# Resource Estimation by Zone

**Unconventional Recoverable Reserves Estimate**

**Primary Unconventional**
- Wolfcamp pay zone      820 MMBOE    recoverable reserves
- Penn pay zone      1205 MMBOE    recoverable reserves
- Strawn pay zone      31 MMBOE    recoverable reserves
- Atoka pay zones      7 MMBOE    recoverable reserves

- Primary Unconventional sub-total estimated reserves:   **2,065 MMBOE** recoverable reserves

- **Additional Unconventional Potential**
  - Barnett pay zone      591 MMBOE
  - Woodford pay zone      1018 MMBOE

- Additional Unconventional sub-total estimated reserves:   **1,609 MMBOE** recoverable reserves

- Total Unconventional estimated reserves:   **3,674 MMBOE** recoverable reserves

# Conventional Oil Prospects Probabilistic Worksheet



This reserve analysis is for one single conventional pay zone.
There are numerous opportunities for conventional zones within the Torchlight Energy acreage position.

University Drifter C49 #1



200'

# Permian Basin Acreage Deals - Cost per Acre



# Torchlight Energy Acreage

## Key Production Tests and Petroleum System Indicators

## Pipeline Access Map





# Gregory McCabe - *Chairman of the Board*

- Mr. McCabe, from Midland, Texas, is an experienced geologist who brings over 33 years of oil and gas experience to the Company.

- He is a principal of numerous oil and gas focused entities including McCabe Petroleum Corporation, Manix Royalty, Masterson Royalty Fund, and G-Mc Exploration.

- McCabe has been involved in numerous oil and gas ventures throughout his career and brings a vast experience in technical evaluation, operations and acquisitions and divestitures to the Torchlight Board.

- McCabe is Torchlight's largest shareholder and provided entry for the Company into its two largest assets, the Hazel Project in the Midland Basin and the Orogrande Project in Hudspeth County, Texas.

# Gregory McCabe - Chairman of the Board

- Mr. McCabe, from Midland, Texas, is an experienced geologist who brings over 35 years of oil and gas experience to the Company.

- He is a principal of numerous oil and gas focused entities including McCabe Petroleum Corporation, Miami Royalty, Masterson Royalty Trust, and G-Mc Exploration.

- McCabe has been involved in numerous oil and gas ventures throughout his career and brings a vast experience in technical evaluation, operations and acquisitions and divestitures to the Torchlight Board.

- McCabe is Torchlight's largest shareholder and provided entry for the Company into its two largest assets: the Hazel Project in the Midland Basin and the Orogrande Project in Hudspeth County, Texas.

# Robert L Cook – *TRCH Director*

- Mr. Robert Lance Cook has more than 40 years of experience in the oil and gas industry where he held senior positions with Shell Oil as a Wells Engineer.

-  Mr. Cook retired from Shell in 2016 after 36 years of service. He most recently held position as Chief Scientist for Wells and Production Technology.

- Cook helped conceive and develop the Sirius Well Manufacturing System (SWMS) JV; a Joint Venture company between Shell and China National Petroleum Company that builds specialized oilfield equipment for large scale development programs such as a 500 well Canadian development where well costs were halved compared to their previous conventional costs.

- Cook's role as Chief Scientist at Shell involved advising the Senior Executives on technical issues and working with leading internal and external scientists to help Shell stay at the forefront of energy technology innovation.

- During his career Mr. Cook has also been credited with over 100 oil and gas industry inventions.

# Rich Masterson - *Consulting Geologist*

- Originated the Hudspeth County Orogrande Prospect as well as the Wolfbone Unconventional Play in the Delaware Basin where he has prepared prospects totaling over 150,000 acres that have been leased, drilled and currently being developed by: TROX, Eagle Oil and Gas/Rosetta/Devon, Browning Oil/ J Cleo Thompson/OXY, CWEI, EXL/Samson, Piedra/Brigham, Atlantic Exploration/Centennial, Energen, Anadarko, Shell/Chesapeake, Arabella Exploration, Red Willow, Concho and Petrohawk/BHP.

- Rich has created numerous prospects and discoveries throughout the Permian Basin, from 2500' TD to 17000' TD, since he began his career as a geologist with Texaco in 1974.

- Rich holds a BA in Geology from Trinity University in San Antonio, TX and is a member of the West Texas Geological Society.

- Received lifetime achievement award from colleagues for Wolfbone Play.

# Michael Zebrowski - *Consultant*

- Geoscience Management and Technical Roles with 43 Years of Industry Experience
  - Amoco
  - Mitchell Energy & Development
  - Hess  33 years
- Manager Global Conventional and Unconventional Hydrocarbon Projects, Onshore & Offshore
- Proven Oil Finder -  Discovered 40 Oil and Gas Fields
- Lead Hess Special Commissioned Bakken Evaluation Team Project 40 Person Multi Disciplinary Team Members with Schlumberger, Lead Hess Paris Basin Unconventional Team
- Roles included Management, Geology, Geophysics, Petrophysics, Petroleum Systems, Well Operations Economics, Pore Pressure Global Hess Wells, Onshore/Offshore, Conventional, Unconventional
- Member of Hess Global Exploration Expert Team, Global Portfolio Analysis and Global Well Pressure/Design
- Manager of Geoscience Development at Hess. Trained over 100 Geoscientists in 12 Week Course
- Teach and Consult Post Retirement on Oil and Gas Exploration, at Hess Corporation
- Teach Industry Courses on Unconventional Oil and Gas Exploration/Development for Subsurface Consultants (SCA) Public Courses and Proprietary at Devon and Others.
- Wright State University Geology/Geophysics- Outstanding Alumni Award College of Science and Mathematics 2007

# Daniel Zebrowski – *Consultant*

- EARTH DIMENSIONS INC., Houston, TX          *Consultant*
  - Provided geologic/geophysical interpretations and evaluations to the petroleum and CCS industries. Consulting services included unconventional resources plays located in Denver Basin, Arkoma Basin, Permian Basin, Williston Basin, Appalachian Basin, etc. Advanced understanding of play analysis, reserve analysis, risk assessment and economics. Provided technical expertise in geosciences for unconventional resources plays. Identify and delineate sweet spot within emerging and developed unconventional resource plays within U.S. – Niobrara, Bakken, Utica, and Tuscaloosa, etc.

- VAALCO ENERGY (USA), INC., Houston, TX          *Domestic Unconventional Team Leader*
  - Managed all domestic G&G activities for conventional and unconventional resource plays (15,000+ acres). Executed exploration/exploitation programs for assigned areas. Implement strategic technologies and best practices workflows (conventional & unconventional) for EGY core operating areas. Evaluation of over 45+ unconventional acreage opportunities and 20 conventional drilling opportunities.

- VERMILION COMPANIES, Houston, TX          *Sr. Vice President/Exploration Manager – Exploration/Production*
  - Directed exploration staff of 12 which included geologists, geophysicists and support staff. Vermilion Companies and partners drilled the Eagle Mountain-Mary Rose #4 well and Mount Moran #1 in Eugene Island Block 10 wherein operator/partner, Contango booked over 600 BCFE gross reserves.

- SOUTHWESTERN ENERGY PRODUCTION COMPANY, Houston, Tx          *Senior Staff Geophysicist/Unconventional Team Leader*
  - Original unconventional team member for Fayetteville shale team. Acquired 350,000 acres Implemented Fayetteville shale geophysical plans that resulted in acquiring 900+ sq. mi.'s of 3-D seismic data in the Arkoma Basin. Well costs were reduced and EUR per well increased. Developed new exploration strategies and areas. Assisted Senior VP Exploration on identifying new unconventional plays within US including Bakken, Marcellus, Wolfberry, Woodford and Barnett. Created exploration/exploitation methodologies for development of resource plays. SWN acquired over 100,000 acres in Appalachian basin and Permian basins.

# Stimulation Petrophysics – Mike Mullen

- Mike Mullen is the president and founder of Stimulation Petrophysics Consulting, LLC. He has over 42 years of oil field wireline logging and formation evaluation experience. During his 25-year career with Halliburton, he developed techniques for the analysis of conventional and unconventional reservoirs with a stimulation treatment design and optimization from wireline logging measurements.

- Mike was involved with the development of software models used by Halliburton throughout the world to evaluate Tight Sands, Shale Gas, Shale Oil and Coalbed Methane.

- He was also a leader of a multidisciplinary team to identify completion and stimulation "best practices" by conducting studies integrating petrophysics, stimulation techniques and production. Mike has been involved with over 30 technical papers on formation evaluation and one textbook on Coalbed Methane.

- Performing the duties of a Chief Operating Officer for Realm Energy International, Mike was instrumental working with government officials, potential JV partners and investor relations.

- He also led an integrated team of geoscientists to explore for shale gas and shale oil in France **(Team leader at same time as I was Hess Paris Basin Lead)**, Poland, Germany and Spain.

- Mike holds a Bachelor of Science degree in Electrical Engineering from the University of Missouri – Rolla, 1976, and is a registered professional petroleum engineer in New Mexico and Colorado.

- **Performed Independent Resource Evaluations in place of STOOIP MMBOE/Section on initial Torchlight Wells. Recently completed petrophysical analysis on all TRCH wells and additional wells within project area.**



# Torchlight Orogrande Project

- Interpretation Project Using Seismic, Gravity, Magnetics and Well Control Ongoing
  - Seismic was identified and licensed
    - A larger grid of seismic to better define play including Conventional Plays
  - Integrating all the data will better define project
    - Play areas, extent, sweet spots
    - Potential structures visible and can be mapped effectively
    - Hazard zones for drilling can be identified
    - Potential faults, for drilling avoidance
    - Identify volcanics, heat flow regions
    - **Unconventional Plays almost always have elements and influences of traditional trap types**

# Multidiscipline Integration



# G&G Evaluation Project Plan

- Michael Zebrowski and Daniel Zebrowski - Provide Consulting G&G for Project
- Rich Masterson- Project Geologist (proven oil finder) also working on Project
- Integrated Efforts
  - Petrophysics Detail  by *Stimulation Petrophysics – Mike Mullen*
  - Mechanical Earth Model
  - Fracture Model
  - Cement Plan Optimization
  - IHS Kingdom and Petra Workstation
    - Interpretations
    - Cross-Section Analysis



### Geologic Provinces of the Permian Basin

Source : Pioneer Natural Resources



FIGURE 10. Late Devonian paleogeography of West Texas and southeastern New Mexico.



# Orogrande Checklist (Univ. Rich A11)



| # | Items | Present ? | Description | Midland Comparison * |
|---|-------|-----------|-------------|----------------------|
| 1 | Huge Contigous Acreage Block | ✓ | 134,000 acres | |
| 2 | Low Initial Costs | ✓ | Deal Structure | |
| 3 | Shallow Depth | ✓ | < 6200 ft. | 7800' to 9000' |
| 4 | Thickness of Reservoir | ✓ | ~ 700 ft. | 300' to 700' |
| 5 | Mud Log Chromotagraph Shows | ✓ | 200 to 700 GU w/C4 | 50 to 600 CU w/C4 |
| 6 | Sample Oil Cuts | ✓ | fair to good flash white | fair to good bwh flash |
| 7 | Porosity | ✓ | 4.5% to 9% | 3.5% to 8% |
| 8 | Permeability | ✓ | .001 to .05 md | .0001 to .05 md |
| 9 | High Resistivities / Invasion Profile | ✓ | 35 to 160 ohms RT | 25 to 200+ RT (in silt) |
| 10 | Brittleness | ✓ | No Ductile shale | Scattered Ductile high clay units |
| 11 | Low Clay | ✓ | 12% to 27% | 15 to 46% |
| 12 | Silica Rich | ✓ | 35% to 55% | 30% to 55% |
| 13 | Thin Carbonates | ✓ | Scattered Throughout Silt | Scattered Throughout Silt |
| 14 | Calcite Cement | ✓ | calcite and dolomite | calcite |
| 15 | TOC | ✓ | 1.8-3.08 | .4 to 6 |
| 16 | Thermal Maturity - Ro | ✓ | .81-.90 Oil Window | .8 to 1.1 |
| 17 | Matrix Permeability | ✓ | 850-1700 nanodarcies | 400 to 1300 nanodarcies |
| 18 | Pore Throat Sizes | ✓ | 10 to 350 nanometers | |
| 19 | Hi / Oi | ✓ | Type II Kerogen | Type II / III |
| 20 | Si / TOC | ✓ | 55-61 oil mature | |
| 21 | S2 / TOC | ✓ | 2 to 2.8 | 2.05 to 2.5 |
| 22 | Gas Filled Porosity | ✓ | 2.65 | 2.08 |

**\*** Published core data from Wolfcamp wells in Reagan and Upton Counties, Midland Basin

43

# Stratigraphic Cross-Section Crossing Torchlight Acreage



Regional Seal

Blue & Green - Penn Pay

Comparison Well Log in Wolfcamp from Delaware Basin

# Potential Wolfcamp Landing Zones





**Regional Petrophysical Cross-Section**

**Illustration of variable depths in project area**

Petrophysical Cross Section (Black)

# Structural Cross-Section over A25 #1 & A24 #1 (SS')



# A25 #1H Stimulation Petrophysics

Pay
Zone
Flag
Oil
Zone
Green
Penn Shale A
Penn Pay Cycle 1
Landing Zone
Penn Black Sh

Production Test A25 #1H Daily Totals

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Date | Tubing PSI | Casing PSI | Oil Total | Water Total | Gas Total MCF | |
| 2 | 10/10/18 | 1450 | 20 | 0 | 0 | 830 | |
| 3 | 10/11/18 | 700 | 20 | 0 | 32 | 2200 | |
| 4 | 10/12/18 | 550 | 20 | 0 | 27 | 1918 | |
| 5 | 10/13/18 | 450 | 20 | 0 | 22 | 1564 | |
| 6 | 10/14/18 | 450 | 20 | 0 | 28 | 1411 | |
| 7 | 10/15/18 | 450 | 20 | 0 | 26 | 1396 | |
| 8 | 10/16/18 | 450 | 20 | 0 | 27 | 1275 | |
| 9 | 10/17/18 | 440 | 20 | 0 | 25 | 1268 | |
| 10 | 10/18/18 | 430 | 20 | 0 | 24 | 1240 | |
| 11 | 10/19/18 | 420 | 20 | 0 | 23 | 1226 | |
| 12 | 10/20/18 | 420 | 20 | 0 | 25 | 1218 | |
| 13 | 10/21/18 | 420 | 20 | 0 | 26 | 1232 | |
| 14 | 10/22/18 | 420 | 20 | 0 | 24 | 1221 | |
| 15 | 10/23/18 | 420 | 20 | 0 | 18 | 1207 | |
| 16 | 10/24/18 | 420 | 20 | 0 | 17 | 1201 | |
| 17 | 10/25/18 | 420 | 20 | 0 | 18 | 1230 | |
| 18 | 10/26/18 | 420 | 20 | 0 | 21 | 1222 | |
| 19 | 10/27/18 | 420 | 20 | 0 | 21 | 1201 | |
| 20 | 10/28/18 | 420 | 20 | 0 | 25 | 1228 | |
| 21 | 10/29/18 | 420 | 20 | 0 | 25 | 1231 | |
| 22 | 10/30/18 | 420 | 20 | 0 | 18 | 1231 | |
| 23 | 10/31/18 | 420 | 20 | 0 | 17 | 1230 | |
| 24 | 11/1/18 | 420 | 20 | 0 | 15 | 1230 | |

# A25 #1H Zoom of Horizontal Frac Zone



Conventional
Wolfcamp
Potential

A24 #1



## Atoka Formation Potential
## A24 #1

Map of Atoka Geophysical leads





# Rich A11 #1 SCAL



## Table of Source Rock Criteria





| Potential (Quantity) | TOC (wt.%) | Rock-Eval (mg/g rk) S1 | S2 | Bitumen (ppm) | Hydrocarbons (ppm) |
|---|---|---|---|---|---|
| Poor | < 0.5 | < 0.5 | < 2.5 | < 500 | < 300 |
| Fair | 0.5-1 | 0.5-1 | 2.5-5 | 500-1000 | 300-600 |
| Good | 1-2 | 1-2 | 5-10 | 1000-2000 | 600-1200 |
| V. Good | 2-4 | 2-4 | 10-20 | 2000-4000 | 1200-2400 |
| Excellent | >4 | > 4 | > 20 | > 4000 | > 2400 |

| Kerogen (Quality) | Hydrogen Index (mg HC/g TOC) | S2/S3 | Atomic H/C | Main Product at Peak Maturity |
|---|---|---|---|---|
| I | > 600 | > 15 | > 1.5 | Oil |
| II | 300-600 | 10-15 | 1.2 - 1.5 | Oil |
| II/III | 200-300 | 5-10 | 1.0 - 1.2 | Oil/Gas |
| III | 50-200 | 1-5 | 0.7 - 1.0 | Gas |
| IV | < 50 | < 1 | < 0.7 | None |

| Maturity | Maturation Ro (%) | Tmax (°C) | TAI | Generation Bit/TOC* | Bitumen (mg/g rk) | PI [S1/(S1+S2)] |
|---|---|---|---|---|---|---|
| Immature | 0.20-0.60 | < 435 | 1.5-2.6 | < 0.05 | < 50 | < 0.10 |
| Mature |  |  |  |  |  |  |
| Early | 0.60-0.65 | 435-445 | 2.6-2.7 | 0.05-0.10 | 50-100 | 0.10-0.15 |
| Peak | 0.65-0.90 | 445-450 | 2.6-2.7 | 0.15-0.25 | 150-250 | 0.25-0.40 |
| Late | 0.90-1.35 | 450-470 | 2.9-3.3 | -- | -- | > 0.40 |
| Postmature | >1.35 | > 470 | > 3.3 | -- | -- | -- |



Figure 1: Typical log response and potential targets in Midland basin.

## A25 #1H



## A24 #1



# Resource Estimation by Zone

## Recoverable Reserves Estimate (based on petrophysical analysis of existing wells)

### Primary Unconventional Reserve Estimate
- Wolfcamp pay zone      820 MMBOE   recoverable reserves
- Penn pay zone      1205 MMBOE   recoverable reserves
- Strawn pay zone      31 MMBOE   recoverable reserves
- Atoka pay zones      7 MMBOE   recoverable reserves

- Primary Unconventional sub-total estimated reserves:   **2,065 MMBOE** recoverable reserves

- **Additional Unconventional Reserve Estimate**
  - Barnett pay zone      591 MMBOE
  - Woodford pay zone      1018 MMBOE

- Additional Unconventional sub-total estimated reserves:   **1,609 MMBOE** recoverable reserves

- Total Possible Unconventional reserves:   **3,674 MMBOE** recoverable reserves

- Conventional Reserves would be accretive to this number

# Orogrande Project Summary

- Torchlight Energy has collected key G&G data and is now ready to market the project

**Potential Recoverable Reserves**
- Primary Unconventional reserve estimate:            **2,065 MMBOE recoverable reserves**
- Additional Unconventional reserve estimate:        **<u>1,609 MMBOE recoverable reserves</u>**
- Total Possible Unconventional reserves estimate:    **3,674 MMBOE recoverable reserves**

- Conventional Potential: work in progress (no reserve estimates at this time)

All G&G data are presently being integrated into a comprehensive project
- Regional seismic, gravity and magnetic mapping tied to existing well control
  - Unconventional and conventional targets
- Focused petrophysics to optimize reservoir understanding and identify best zones for completions and horizontal drilling
- Geomechanical analysis to aid in fracture models and optimize future drilling program
- Proven Working Petroleum System
- 134,000 acres leased (209 equivalent 640 sections)
- 5 pilot wells and one productive horizontal well the A25 #1H -  2.2 MMCFPD
- The A24 #1 well indicates conventional structures are present as additional targets (20,000 acre potential)
- Atoka put **OIL** on pits in A24 #1







