**Exhibits**

**Exhibit A**-John Brda Linkedin Profile

**Exhibit B**-Civ. Action No. 1:24-cv—004806.  SECURITIES AND EXCHANGE COMMISSION V. JOHN BRDA, GEORGIOS PALIKARIS.

**Exhibit C**-Plaintiff's Response In Opposition to Defendant John R. Harding's Motion To Dismiss Under Rules 12(b) and 12(b)(6)

**Exhibit D**-Email from John Hardin, Attorney for Defendants