**Exhibit Index**

Exhibit A-Flamethrower, LLC Texas Secretary of State Business Registration.

Exhibit B-Warshaw Burstein, Christian Levine Law Group Retained by Shareholder Group to Investigate Market Manipulation Scheme. An article posted on Linkedin by Warshaw Burstein, LLP.

Exhibit C-Meta Materials Announces Update on Short Selling Investigation.

Exhibit D- Meta Materials Applauds ChrisianAttar for Teaming up With Warshaw Burstein to Investigate Allegations of Naked Shorting.

Exhibit E-Next bridge Hydrocarbons Announces Engaging Christian Attar Law Firm. February 18, 2025.

Exhibit F-Case No.: 24-50792-hlb, EX PARTE APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY THE LAW FIRMS OF CHRISTIANATTAR AND KASOWITZ BENSON TORRES LLP AS SPECIAL LITIGATION COUNSEL.

Exhibit G- Email to Trustee Christina Lovato from Jennifer Vetrano

Exhibit H- Email from James Wes Christian to Jeffrey L. Hartman (lawyer in Meta Bankruptcy). April 16, 2025

Exhibit I-Demand for Preservation of Electronically Stored Information from James Wes Christian to Jennifer Vetrano.

Exhibit J -FIRST AMENDED DECLARATION OF JAMES W. CHRISTIAN IN SUPPORT OF APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY THE LAW FIRM OF CHRISTIAN ATTAR AS SPECIAL COUNCIL.  Case No: 24-50792

Exhibit K- Jennifer Vetrano Complaint to the State Bar of Texas.

Exhibit L-Jennifer Vetrano response to James Wes Christian dated March 4, 2025 and March 14, 2025.

Exhibit M- List of Pro Se Lawsuits that James Wes Christian lists as some of them filing frivolous pro se complaints against many parties, including Meta Materials (false statement none of these lawsuits are against Meta Materials Inc.)