Exhibit A

**Bizapedia**

Home > U.S. > Texas > Houston

# FLAMETHROWER, LLC
Texas Secretary Of State Business Registration · Updated 4/21/2025

Sponsored Links

[ Write Review ]  [ Upgrade ]  [ Claim ]

FLAMETHROWER, LLC is a Texas Domestic Limited-Liability Company (Llc) filed on January 9, 2023. The company's filing status is listed as In Existence and its File Number is 0804891731.

The Registered Agent on file for this company is Corporate Creations Network Inc. and is located at 5444 Westheimer #1000, Houston, TX 77056-0000. The company's principal address is 1425 Frontenay Ct, Saint Louis, MO 63122-1623.

The company has 1 contact on record. The contact is John Brda from Saint Louis MO.

## Repairs and Installation

All Shore Garage Doors...

### Company Information

| | |
|---|---|
| Company Name: | FLAMETHROWER, LLC |
| Entity Type: | TEXAS DOMESTIC LIMITED-LIABILITY COMPANY (LLC) |
| File Number: | 0804891731 |
| Filing State: | Texas (TX) |
| Filing Status: | In Existence |
| Filing Date: | January 9, 2023 |
| Company Age: | 2 Years, 3 Months |
| Registered Agent: |  Corporate Creations Network Inc. 5444 Westheimer #1000 Houston, TX 77056-0000 |
| Principal Address: | 1425 Frontenay Ct Saint Louis, MO 63122-1623 |
| Governing Agency: | Texas Secretary of State |

Sponsored Links

### All Shore Garage Doors
All Shore Garage Doors...

### Company Contacts

**JOHN BRDA**
Managing Member
 1425 Frontenay Ct
Saint Louis, MO 63122

### Reviews

[ Write Review ]

There are no reviews yet for this company.

Questions

**Download PDF**
PDF - Shift Shift

ADDITIONAL LINKS

Post Question For This Company
Contact Us Regarding Your Company Profile
All Companies Named FLAMETHROWER, LLC
Search All Texas Companies
Learn About Our Pro Search Subscription Service

*The information on this page is being provided for the purpose of informing the public about a matter of genuine public interest.*

Copyright © 2012-2025 · Bizapedia.com · All rights reserved.   Pro Data ▪ Pro Search ▪ Pro API ▪ Contact Us ▪ Terms of Use ▪ Privacy Policy ▪ Sitemap

Desktop · Server 1-1