**Exhibit B**

This links to the home page

# NEWS & PUBLICATIONS

## Warshaw Burstein, Christian Levine Law Group Retained by Shareholder Group to Investigate Market Manipulation Scheme
01/18/2023

Warshaw Burstein, LLP, a full-service law firm in New York City, today announced that along with the Christian Levine Law Group and several industry consulting experts, it has been retained by Flamethrower, LLC ("Flamethrower") to investigate whether tens of thousands of unsuspecting investors were fraudulently sold hundreds of millions of unauthorized, "phantom" shares of Next Bridge Hydrocarbons, Inc. by market makers, broker dealers and other third parties.

This investigation will also focus on whether fraud was committed in connection with the listing of Metamaterials, Inc.'s ("MMTLP") shares and whether Torchlight, Inc. and MMTLP were targeted by broker dealers, market makers and other third parties who employed a scheme or device to manipulate their share prices.

Flamethrower, a consortium of shareholders, is committed to investigating and prosecuting every company or individual who engaged in a market manipulation scheme that targeted these companies and will seek to hold them financially liable for their unlawful conduct.

Warshaw Burstein represents clients in the New York metropolitan area, across the United States and around the world.

© 2024 Warshaw Burstein, LLP. All Rights Reserved.

Attorney Advertising. Prior results do not guarantee a similar outcome.

       



### Jennifer Vetrano
Major Accounts, 6x P Club Winner
West Creek, New Jersey
OPKO Health, Inc.

Strengthen your profile with an AI writing assistant
Reactivate Premium: 50% Off

Profile viewers  182

Post impressions  234

---

**Warshaw Burstein, LLP**
1,116 followers
2yr •

+ Follow  ···

Alongside the Christian Attar and several industry consulting experts, we have been retained by Flamethrower, LLC ("Flamethrower") to investigate whether tens of thousands of unsuspecting investors were fraudulently sold hundreds of millions of unauthorized, "phantom" shares of Next Bridge Hydrocarbons, Inc. by market makers, broker dealers and other third parties.

The investigation will also focus on whether fraud was committed in connection with the listing of Metamaterials, Inc.'s ("MMTLP") shares and whether Torchlight, Inc. and MMTLP were targeted by broker dealers, market makers and other third parties who employed a scheme or device to manipulate their share prices.

Read our announcement in its entirety: https://lnkd.in/e_dW_5NU

#CorporateLitigation #MarketManipulation #FraudInvestigation



4                                                          1 repost

Reactions

👍 Like
💬 Comment
🔁 Repost
➤ Send

