Exhibit M

EXHIBIT "B"

## OTHER PRO SE LAWSUITS:

- CASE NUMBER: 2:24-cv-00782; *Scott Traudt v. Ari Rubenstein et al*; In the United States District Court for the District of Vermont

- CASE NUMBER: 2:24-cv-01360; *Traudt v. Gensler WOM*; In the United States District Court for the District of Vermont

- CASE NUMBER: 3:24cv03058: *Brad Davis v. Next Bridge Hydrocarbons, Inc.; et al*; In the United States District Court for the Northern District of Texas

- CASE NUMBER: 7:2024cv00318; *Daniel Auxier, Marcos E. Monteiro v. Securities & Exchange Commission et al*; In the United States District Court for the Western District of Texas

- CASE NUMBER: 7:24-cv-00325: *Jennifer Vetrano v. Securities & Exchange Commission et al*; In the United States District Court for the Western District of Texas

- CASE NUMBER: 3:24-cv-02053; *Jason Rolo v. Securities & Exchange Commission et al*; In the United States District Court for the District of Connecticut