IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| JENNIFER VETRANO<br>    Plaintiff,<br><br>v.<br><br>JOHN BRDA et al.,<br>    Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§  CASE NO. 7:24-CV-00325-DC-RCG |

**<u>APPEARANCE OF COUNSEL</u>**

To:   The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Allison Christilaw, Steen Karsbo and Ken Hannah.

Date:  July 22, 2025

*Frances Fink*
Frances Fink
State Bar No. 24135291
King & Spalding LLP
500 W. 2nd St., Suite 1800
Austin, TX  78701
Phone: (512) 457-2010
Fax:  (512) 457-2100
ffink@kslaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon all counsel of record via e-filing through the Court's CM/ECF portal on July 22, 2025.

*/s/ Paul R. Bessette*
Paul R. Bessette