IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| JENNIFER VETRANO<br>     Plaintiff,<br><br>v.<br><br>JOHN BRDA et al.,<br>     Defendants | § § § § § § § § | CASE NO. 7:24-CV-00325-DC-RCG |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Allison Christilaw, Steen Karsbo and Ken Hannah.

Date:  July 22, 2025

*Michael J. Biles*
Michael J. Biles
State Bar No.  24008578
King & Spalding LLP
500 W. 2nd St., Suite 1800
Austin, TX  78701
Phone: (512) 457-2051
Fax: (512) 457-2100
mbiles@kslaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon all counsel of record via e-filing through the Court's CM/ECF portal on July 22, 2025.

>	*/s/ Paul R. Bessette*
>	Paul R. Bessette