**Exhibit Index**

**Exhibit A**-Meta Materials Form 8-K

**Exhibit B**-John Brda LinkedIn profile and Biography from The Wall Street Transcript 2016, 2025.