**Exhibit B**

# John A. Brda

 **John A. Brda** is President, CEO, Secretary and Director of Torchlight Energy Resources, Inc. Mr. Brda has been the President and Secretary and a member of the board of directors of Torchlight Energy Resources, Inc. since January 2012. He was promoted to Chief Executive Officer in December of 2014 with the exit of the company's Co-Founder Tom Lapinski. Since 2002, Mr. Brda, who also co-founded the company, has been the Managing Member of Brda & Company, LLC, which provides consulting services to public companies with a focus in the oil and gas sector. Core competencies include capital formation, equity and debt financings, strategic business development and securities regulation matters. With over 20 years of investment banking experience, including five years as a fund manager prior to becoming a consultant, Mr. Brda has the knowledge and experience to execute and ensure success for his client companies. Over that time period, Mr. Brda either originated, invested in or placed over $170 million in financings. He graduated in 1988 with a B.S. in finance from Southern Illinois University in Carbondale, Illinois.

## Related Interviews:

**Interview with the President, CEO, Secretary and Director: Torchlight Energy Resources, Inc. (NASDAQ:TRCH) (https://www.twst.com/interview/interview-with-the-president-ceo-secretary-and-director-torchlight-energy-resources-inc-nasdaqtrch-1)**
January 24, 2020

**Interview with the President, CEO, Secretary and Director: Torchlight Energy Resources, Inc. (NASDAQ:TRCH) (https://www.twst.com/interview/interview-with-the-president-ceo-secretary-director-torchlight-energy-resources-inc-nasdaqtrch)**
January 25, 2019

**Interview with the President, CEO, Secretary and Director: Torchlight Energy Resources, Inc. (NASDAQ:TRCH) (https://www.twst.com/interview/interview-with-the-president-ceo-secretary-and-director-torchlight-energy-resources-inc-nasdaqtrch)**
January 19, 2018

Since 1963
© The Wall Street Transcript 2016, 2025
Terms and Conditions (/terms)
Privacy Policy (/privacy)

protected by reCAPTCHA
Privacy - Terms
Privacy - Terms

# John Brda

Founder Olivon Advisors
St Louis, Missouri, United States

### Contact

www.linkedin.com/in/johnbrda (LinkedIn)
www.olivonadvisors.com (Personal)

### Top Skills

Business Ownership
Start-up Leadership
Enterprise Software

## Summary

Experienced CEO with a demonstrated history of leading Nasdaq listed company. Skilled in Negotiation, Capital Formation, Business Planning, Entrepreneurship, Venture Capital, and Mergers & Acquisitions (M&A). Strong business development professional with a BS focused in Finance from Southern Illinois University, Carbondale.

Currently assisting companies in capital formation through the use of SPVs.  Actively seeking companies that have the true potential to for hyper growth and multiples of investment on exit.

We cater to High Net Worth investors looking for exposure to private off market transactions.

---

## Experience

**Olivon Advisors**
Founder
August 2023 - Present (2 years 1 month)
United States

Working alongside my two co-founders, we are actively managing our investment syndicate at Olivon Advisors.  Our syndicate caters to high net worth individuals, family offices, and entrepreneurs who are looking to invest in off market, high growth opportunities.

**Brda & Company**
Independent Consultant and Advisor
January 2006 - Present (19 years 8 months)
United States

As the former CEO of a multi billion dollar Nasdaq entity, I have gained a network and experience that is difficult to replicate.  I plan on using that knowledge and reach to assist other public company CEOs in their pursuits.

Torchlight Energy Resources, Inc.
CEO
June 2010 - June 2021 (11 years 1 month)
Plano, Texas

---

## Education

**Southern Illinois University, Carbondale**
BS, Finance · (1985 - 1988)

**Drake University**
· (1983 - 1985)