**Exhibit Index**

**Exhibit A**-Authentix.com News and Updates Authentix Completes Asset Purchase Agreement for Acquisition of Nanotech Security Corp. Assets.

**Exhibit B**-Meta Materials Inc. Form 8-K dated July 3, 2024

**Exhibit C**-Defendants Uzi Sasson's and Phillippe Morali's Motion to Dismiss

**Exhibit D**-Motion for Default Judgement (includes Proof of Service and Declaration of Uzi Sasson)

**Exhibit E**- Official Form 207-Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy.

**Exhibit F**- The Asset Purchase Agreement (July 3, 2024)