**Exhibit A**

[(https://authentix.com/)](https://authentix.com/)

+1 (469) 737 4400    Careers [(https://authentix.com/careers/)](https://authentix.com/careers/)

Knowledge Center [(https://authentix.com/knowledge-center/)](https://authentix.com/knowledge-center/)    Partner [(https://authentix.com/strategic-partner/)](https://authentix.com/strategic-partner/)

Events [(https://authentix.com/events/)](https://authentix.com/events/)

INDUSTRIES    SOLUTIONS    DIGITAL TECHNOLOGIES    ABOUT AUTHENTIX

# News & Updates

# Authentix® Completes Asset Purchase Agreement for

# Acquisition of Nanotech Security Corp. Assets

ADDISON, Texas, July 17, 2024 — Authentix, the authority in authentication and information services, announced that it has completed an Asset Purchase Agreement with Nanotech Security Corp. (NSC), a wholly owned subsidiary of Meta Materials Inc., acquiring certain assets of its authentication business unit with solutions for banknote authentication and brand protection markets for central banks, governments, and commercial brand owners.

"This acquisition expands Authentix' portfolio and offerings in the Banknote, Currency, and Brand Protection business sectors and further compliments and leverages other business lines such as high security printing to support Authentix's ongoing growth in our authentication group covering central banks, governments, and commercial brand owners," stated Kevin McKenna, President and CEO of Authentix, adding that "Nano optic security is the next generation advancement in anticounterfeiting and authentication technology and puts Authentix in a unique position to continue as the industry leader in innovation."

Authentix will continue to operate two key Canadian facilities of NSC in Burnaby, British Colombia and Thurso, Quebec as Authentix technology and manufacturing sites. Additionally, certain previous employees of NSC will become employees of Authentix and continue in key roles advancing the technology suite and expanding market share.

## About Authentix

As the authority in authentication solutions, Authentix brings traceability to today's complex global supply chains. For over 25 years, Authentix has provided clients with physical and software-enabled solutions to detect, mitigate, and prevent counterfeiting and other illicit trading activity for currency, excise taxable goods, and branded consumer products. Through a proven partnership model and deep sector expertise, clients experience custom solution design and complete program management to ensure product safety, revenue protection, and consumer trust. Headquartered in Addison, Texas USA, Authentix, Inc. has offices in North America, Europe, Middle East, Asia, and Africa serving clients worldwide. For more information, visit https://www.authentix.com. Authentix® is a registered trademark of Authentix, Inc.

Media Contact:

Kent Mansfield, Chief Sales and Marketing Officer

Kent.mansfield@authentix.com

# Related Articles

NEWS & UPDATES

## Authentix and NALED host Conference 3-4 June 2025 for a National Programme to Combat the Grey Economy in Serbia

Belgrade, Serbia and Addison, Texas USA – On the 3rd through 4th of June 2025, Authentix and The National Alliance for Local Economic Development (NALED)…

**LEARN MORE (https://authentix.com/knowledge-center/authentix-and-naled-host-conference-3-4-june-2025-for-a-national-programme-to-combat-the-grey-economy-in-serbia/)**

NEWS & UPDATES

## Authentix® Promotes Noreen Ang to Chief Financial Officer

Addison, Texas - 10 February 2025 – Authentix, Inc. is pleased to announce the promotion of Noreen Ang to the executive position of Chief Financial…

**LEARN MORE (https://authentix.com/knowledge-center/authentix-promotes-noreen-ang-to-chief-financial-officer/)**

## We Can Help You

Thrive in supply and distribution chain complexity. Get a complimentary consultation.

**CONTACT US (/contact-us/)**

## Learn More About Us

Visit our Knowledge Center for more information about the innovative authentication solutions we deliver to support anti-counterfeiting initiatives within the government, commercial / consumer goods and central banks industries.

**LEARN MORE (/knowledge-center/)**



**CONTACT INFORMATION**

+1 (469) 737 4400

Email:

info@authentix.com (mailto:info@authentix.com)

Headquarters:

4355 Excel Parkway, Ste. 100,

Addison, TX 75001

**INDUSTRIES**

Governments (https://authentix.com/governments/)
Brand Owners (https://authentix.com/brand-owners/)
Banks (https://authentix.com/banks/)

**SOLUTIONS**

Governments (https://authentix.com/solutions-by-product/governments/)
Commercial Brand Protection (https://authentix.com/solutions-by-product/solution-by-product-brandprotection/)
Secure Printing (https://authentix.com/solutions-by-
Currency (https://authentix.com/banks/)

**DIGITAL TECHNOLOGIES**

Online Brand Protection (https://authentix.com/online-brand-protection/)
DigiTrax Brand Protection (https://authentix.com/digital-technologies/digit authentication//)
TransAct Digital Fiscal Marking Solution (https://authentix.com/aokin/)
Axis Data Management for Fuel Marking governmen (https://authentix.com/data-management/)

**LOCATIONS**

United States (https://authentix.com/contact-us/)
United Kingdom (https://authentix.com/about-us/#united-kingdom)