**<u>Exhibit Index</u>**

**<u>Exhibit A</u>**- November 18, 2024 Formal Request for Access to Books and Records Pursuant to Texas Business Organizations for Midland, TX Next Bridge Hydrocarbons

**<u>Exhibit B</u>**- August 10, 2025 Second Formal Request for Corporate Records and Governance Updates for Midland, TX Next Bridge Hydrocarbons

**<u>Exhibit C</u>**-Next Bridge Hydrocarbons Provides Updates of 2024 Year End Operational Activities (after November 18, 2024 Formal Request Exhibit A)

**<u>Exhibit D</u>**-Emails to Greg McCabe and his Attorneys and his response