**<u>Exhibit B</u>**

Jennifer Vetrano

Shareholder, Next Bridge Hydrocarbons, Inc.

25 Pond Hollow Lane

West Creek, NJ 08092

August 10, 2025


Greg McCabe

Chairman of the Board

Next Bridge Hydrocarbons, Inc.

500 W. Texas Ave, Suite 890

Midland, TX 79701


**Subject: Second Formal Request for Corporate Records and Governance Updates Pursuant to Texas Business Organizations Code § 21.218 and Nevada Revised Statutes § 78.310**


Dear Mr. McCabe,

As a shareholder of Next Bridge Hydrocarbons, Inc. ("NBH"), I am writing to formally request, for the second time, access to specific corporate records and updates on governance matters. This request follows my initial request dated November 18, 2024, which sought similar records and information under Section 21.218 of the Texas Business Organizations Code and has not been adequately addressed. This renewed request is made pursuant to Section 21.218, which entitles shareholders to inspect corporate books and records for a proper purpose, and Nevada Revised Statutes § 78.310, which mandates annual shareholder meetings for director elections and other lawful business. This request is submitted in good faith to evaluate corporate governance, investigate potential breaches of fiduciary duty, and ensure transparency regarding matters that may materially impact shareholder value. The lack of response to my prior request underscores the urgency and necessity of this demand. Requested Records and Information

**To facilitate a thorough review, I respectfully request the following, many of which were previously requested on November 18, 2024:**

- Board and Executive Communications Minutes, resolutions, and presentations related to: The reverse merger between Torchlight Energy and Meta Materials.
- The spin-out of oil and gas assets into NBH.

- Internal communications, including emails, involving yourself, John Brda, George Palikaras, Clifton DuBose, Rich Masterson, Clinton Plant, or other key executives regarding these transactions.
- Financial Documentation: Audited financial statements and annual reports for fiscal years 2023 and 2024.
- Records of stock issuances and allocations associated with NBH's formation.
- Consulting and Employment Agreements
  - Contracts or consulting agreements involving yourself, John Brda, George Palikaras, Clifton DuBose, Rich Masterson, Clinton Plant, or other executives with Torchlight, Meta Materials, or NBH, including compensation terms and responsibilities.
- Lease and Asset Records Documentation and communications related to the University Lands lease, including:  Specific reasons for any missed payments or non-compliance with lease terms.
- Internal correspondence or board discussions addressing risks to the lease.
- Proposals or remedial actions considered to prevent termination.
- Financial statements or cash flow records reflecting the company's ability (or inability) to meet payment obligations.
- Agreements and due diligence materials for the Louisiana Heritage Play, including disclosures of conflicts of interest.
- Locations, names, and production outputs of McCabe Petroleum wells in Louisiana.
- Shareholder and Equity Records
  - Records of third-party interest in NBH shares, including initial approaches, meeting notes, correspondence, and negotiation outcomes.
- Verified share count and documentation addressing synthetic shares, naked short selling, or unregistered shares.
- SEC Filings and Correspondence  Drafts and communications related to the withdrawn S-1 filing for Newco.
- All correspondence with the SEC, as previously committed.
- Non-Disclosure and Related Agreements
  - Copies of all non-disclosure, non-compete, or secrecy agreements signed by NBH officers or affiliated entities since NBH's inception.
- Agreements involving; compensation, share distribution, or performance contracts with influencers, lobbyists, or third parties, including the names of parties and dates of agreements.
- Legal Engagements

    o  Status update on the engagement of Christian Attar Law Firm, as announced on February 18, 2025, including any findings or legal actions resulting from this initiative.

## Request for Explanation for Non-Compliance

If any requested documents cannot be provided, please include a detailed explanation for their unavailability or refusal to disclose, as previously requested on November 18, 2024.

Under Texas Business Organizations Code § 21.218, shareholders who have held shares for at least six months or own at least 5% of outstanding shares are entitled to inspect corporate records upon written demand stating a proper purpose. This right is reinforced by Ritchie v. Rupe, 443 S.W.3d 856 (Tex. 2014), where the Texas Supreme Court affirmed shareholders' statutory inspection rights as a critical mechanism for ensuring transparency and accountability. Under Nevada Revised Statutes § 78.310, corporations are required to hold annual shareholder meetings. Failure to comply with this obligation may constitute a violation of statutory duties and impair shareholder governance.

## Deadline for Compliance

Given the urgency of this matter and the lack of response to my prior request, I request that the requested documents and information be provided within five (5) business days of receipt of this letter. If additional time is required, please provide a written explanation and a proposed timeline for compliance. Point of Contact

Please direct all responses and documents to my attention at:

Jennifer Vetrano

Jvetrano999@gmail.com

Please confirm receipt of this correspondence. I trust that NBH will address this request with the seriousness it deserves and take meaningful steps to enhance transparency and shareholder engagement. I look forward to your prompt response.

Sincerely,

/s/ Jennifer Vetrano

Jennifer Vetrano