## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WESTERN TEXAS
## MIDLAND-ODESSA DIVISION

JENNIFER VETRANO,
*Plaintiff,*

Case No.: 7:24-CV-00325-DC-RCG

v.

JOHN BRDA,
ALLISON CHRISTILAW, MBA, ICD.D B,
JOHN R. HARDING, UZI SASSON,
DAN EATON ESQ, MAURICE GUITTON,
ERIC M. LESLIE, PHILIPPE MORALI,
KEN HANNAH, STEEN KARSBO,
JOHN DOES 1-20, JANE DOES 1-20
*Defendants.*

FILED

AUG 1 9 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY CLERK

**MOTION FOR JUDICIAL NOTICE, EQUITABLE REVIEW, AND CLARIFICATION**

**REGARDING META MATERIALS BANKRUPTCY AND SHAREHOLDER**

**INTERESTS**

TO THE HONORABLE JUDGE GRIFFIN:

Plaintiff, Jennifer Vetrano, appearing pro se, respectfully moves this Court to take judicial notice

of the Chapter 7 bankruptcy proceedings of Meta Materials Inc. (Case No. 24-50792, U.S.

Bankruptcy Court, District of Nevada) and to provide equitable clarification regarding the

standing and rights of shareholders who were issued MMTLP shares, now represented by Next

Bridge Hydrocarbons, headquartered in Midland, Texas, in relation to the ongoing litigation and

bankruptcy proceedings.



## I. JURISDICTION AND STANDING

This Court is the proper venue for this action. Next Bridge Hydrocarbons—the successor to MMTLP—is headquartered in Midland, Texas. The harm suffered by shareholders occurred here. The Meta bankruptcy, filed in Nevada, is procedurally and substantively distinct. It does not resolve, address, or even acknowledge the claims of thousands of shareholders who were issued MMTLP shares and transitioned to Next Bridge Hydrocarbons.

## II. THE META BANKRUPTCY: A BLUEPRINT FOR INSIDER ENRICHMENT

Meta Materials Inc. filed for Chapter 7 bankruptcy on August 9, 2024. In the year leading up to this filing, insiders and executives received over $8.1 million in compensation:

      A.      Uzi Sasson (CEO): $689,745.31

      B.      Dan Eaton (Chief Legal Officer): $505,095.28

      C.      Kenneth Rice (CFO/COO): $115,473.37

      D.      Jonathan Waldern (CTO): $111,436.25

      E.      Georgios Palikaras (Former CEO): $97,637.74

      F.      Board Members: $40K–$113K each

Meanwhile, Perkins Coie LLP was paid $1,905,800.45 in legal fees. The total professional fees may exceed $11.8 million. These payments were made while shareholders of MMTLP, now

represented by Next Bridge Hydrocarbons of Midland, Texas, were left without notice, remedy, or representation.

## III. SHAREHOLDER NEGLECT AND VAGUE RESPONSES

Despite being the original issuer of MMTLP shares, Meta Materials Inc. failed to notify shareholders of their rights in the bankruptcy. When Plaintiff sought clarity on August 15, 2025 (Exhibit A), Attorney to Trustee, Jeffrey Hartman responded: "Nothing prevents you from filing a proof of interest... Whether it is allowed, or subject to objection, will be decided in the future after notice and a hearing." When asked whether shareholders would be prioritized or compensated, Hartman replied: "I am not willing to respond to your question at this time. It will just lead to more questions."

**This evasiveness is emblematic of the broader failure to uphold transparency, fairness, and fiduciary responsibility toward shareholders of MMTLP, now Next Bridge Hydrocarbons.**

## IV. LEGAL AND CONSTITUTIONAL VIOLATIONS

This conduct implicates serious violations of bankruptcy and constitutional law:

   A) 11 U.S.C. § 548 – Fraudulent transfers to insiders

   B) 11 U.S.C. § 510(c) – Equitable subordination of insider claims

   C) Fiduciary Duty Doctrine – Executives owe duties to shareholders

D) Due Process Clause (14th Amendment) – Denial of notice and opportunity to be
   heard

E) Equal Protection Clause (14th Amendment) – Unequal treatment of shareholders

Article I, Section 8, Clause 4 – Bankruptcy laws must be applied uniformly


**Supporting Case Law:**

A) In re Whittington, 530 B.R. 360 (Bankr. W.D. Tex. 2014)

B) In re KLN Steel Products, 506 B.R. 461 (Bankr. W.D. Tex. 2014)

C) In re Mobile Steel Co., 563 F.2d 692 (5th Cir. 1977)

D) Law v. Siegel, 571 U.S. 415 (2014)

E) Taylor v. Freeland & Kronz, 503 U.S. 638 (1992)

F) Think3 Litigation Trust v. Zuccarello (W.D. Tex. 2015)


## V. CLOSING REMARKS: A CALL FOR EQUITY AND ACCOUNTABILITY

Your Honor, this is not just a motion—it is a plea for justice and action.

**Thousands of shareholders who were issued MMTLP shares, now represented by Next
Bridge Hydrocarbons of Midland, Texas, have been left in the dark.** Their investments were
stripped of value while executives walked away with millions. The Meta bankruptcy has become
a shield for insider enrichment and a wall against shareholder remedy.


This Court has the opportunity to pierce that wall.

Plaintiff respectfully asks this Court to:

    A) Take judicial notice of the Meta bankruptcy proceedings.

    B) Recognize the distinct and independent claims of shareholders of Next Bridge
       Hydrocarbons.

    C) Provide equitable clarification and guidance for shareholders standing in this District.

Let this Court be the first to say: shareholders matter. Their rights are not disposable. Their

voices are not irrelevant. Their claims deserve to be heard, Plaintiff deserves to be heard as a

Next Bridge Hydrocarbons shareholder—here, in the Western District of Texas.

Respectfully submitted,

Jennifer Vetrano

/s/ Jennifer Vetrano

Pro Se Plaintiff

25 Pond Hollow Lane

West Creek, NJ 08092

Phone: (908) 783-0105

No Fax machine

Email: jvetrano999@gmail.com

Date: August 15, 2025

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, a true and correct copy of the foregoing Motion to Enter New Evidence was served via email upon all counsel of record and relevant parties in accordance with the Federal Rules of Civil Procedure.

Jennifer Vetrano

jvetrano999@gmail.com

908-783-0105

/s/ Jennifer Vetrano

Jennifer Vetrano

Pro Se Plaintiff