## **Exhibit Index**

**Exhibit A-** Emails from Plaintiff to Meta Bankruptcy Clerk, Counsel, Trustee, and Honorable

Judge Barnes.  Replies from Clerk and Jeffrey Hartman

**Exhibit A**

 **Gmail**

Jennifer Vetrano <jvetrano999@gmail.com>

### Subject: Urgent Request for Clarification Regarding MMTLP and Next Bridge Hydrocarbons Shareholders in Meta Materials Inc. Chapter 7 Bankruptcy
14 messages

**Jennifer Vetrano** <jvetrano999@gmail.com>                                                          Thu, Aug 14, 2025 at 4:01 PM
To: notices@bankruptcyreno.com, NVB CD HLB <hlb_cd@nvb.uscourts.gov>, bcosman@perkinscoie.com, jchristian@christianattarlaw.com, trusteelovato@bankruptcyreno.com, Natalie Clarke <Natalie_Clarke@nvb.uscourts.gov>, "rhicks@schneiderwallace.com" <rhicks@schneiderwallace.com>, jkim@schneiderwallace.com

Dear Honorable Judge Barnes, Trustee Christina Lovato and Attorney Jeffrey Hartman,

I am writing to you as a concerned shareholder of MMTLP, originally issued by Meta Materials Inc., and now represented by Next Bridge Hydrocarbons —a Midland, Texas-based company. This correspondence pertains to the Chapter 7 bankruptcy proceedings of Meta Materials Inc. currently before the United States Bankruptcy Court for the Western District of Texas.

**As an equity security holder, I respectfully request clarification on whether shareholders of Next Bridge Hydrocarbons, who were previously issued MMTLP shares by Meta Materials Inc., are required to file Proof of Interest forms in this bankruptcy case. Given the unique circumstances surrounding the issuance and transition of MMTLP shares, it is imperative that shareholders receive clear guidance from the Trustee and the Court.**

I would like to emphasize the **urgency of this matter**. The lack of transparency and communication has left thousands of shareholders in a state of uncertainty. We seek confirmation on our standing in the bankruptcy proceedings and whether our interests are being duly considered under applicable bankruptcy law.

This request is made pursuant to:
- 11 U.S.C. §§ 341 and 501
- Federal Rules of Bankruptcy Procedure, including Rule 3002
- Constitutional protections under the Due Process and Equal Protection Clauses
- Relevant case law including Taylor v. Freeland & Kronz, 503 U.S. 638 (1992); Law v. Siegel, 571 U.S. 415 (2014); and In re Jenkins, 784 F.3d 230 (4th Cir. 2015)

Furthermore, I respectfully ask that the Court and Trustee ensure that the judges in the Western District of Texas (The Honorable Judge Counts and Judge Griffin) are made aware of the connection between Meta Materials Inc., MMTLP, and Next Bridge Hydrocarbons. This is essential for ensuring that all affected parties are properly informed and represented.

Please treat this request with the utmost urgency and provide a response at your earliest convenience. I am available to provide any additional documentation or clarification you may require.

Thank you for your attention to this matter.

Sincerely,

Jennifer Vetrano
Pro Se Plaintiff, Vetrano v. Brda et al case number 7:24-cv-00325
Cell 908-783-0105
Date: August 14, 2025
Phone 908-783-0105

---

**postmaster@bankruptcyreno.com** <postmaster@bankruptcyreno.com>                                     Thu, Aug 14, 2025 at 4:04 PM
To: jvetrano999@gmail.com

 **Office 365**

Your message to trusteelovato@bankruptcyreno.com couldn't be delivered.

trusteelovato wasn't found at bankruptcyreno.com.

| jvetrano999 | Office 365 | trusteelovato |
|---|---|---|
| **Action Required** | | Recipient |
| Unknown To address | | |

### How to Fix It
The address may be misspelled or may not exist. Try one or more of the following:

- Send the message again following these steps: In Outlook, open this non-delivery report (NDR) and choose **Send Again** from the Report ribbon. In Outlook on the web, select this NDR, then select the link **"To send this message again, click here."** Then delete and retype the entire recipient address. If prompted with an Auto-Complete List suggestion don't select it. After typing the complete address, click **Send**.
- Contact the recipient (by phone, for example) to check that the address exists and is correct.
- The recipient may have set up email forwarding to an incorrect address. Ask them to check that any forwarding they've set up is working correctly.
- Clear the recipient Auto-Complete List in Outlook or Outlook on the web by following the steps in this article: Fix email delivery issues for error code 5.1.10 in Office 365, and then send the message again. Retype the entire recipient address before selecting **Send**.

If the problem continues, forward this message to your email admin. If you're an email admin, refer to the **More Info for Email Admins** section below.

*Was this helpful? Send feedback to Microsoft.*

## More Info for Email Admins
*Status code: 550 5.1.10*

This error occurs because the sender sent a message to an email address hosted by Office 365 but the address is incorrect or doesn't exist at the destination domain. The error is reported by the recipient domain's email server, but most often it must be fixed by the person who sent the message. If the steps in the **How to Fix It** section above don't fix the problem, and you're the email admin for the recipient, try one or more of the following:

**The email address exists and is correct** - Confirm that the recipient address exists, is correct, and is accepting messages.

**Synchronize your directories** - If you have a hybrid environment and are using directory synchronization make sure the recipient's email address is synced correctly in both Office 365 and in your on-premises directory.

**Errant forwarding rule** - Check for forwarding rules that aren't behaving as expected. Forwarding can be set up by an admin via mail flow rules or mailbox forwarding address settings, or by the recipient via the Inbox Rules feature.

**Recipient has a valid license** - Make sure the recipient has an Office 365 license assigned to them. The recipient's email admin can use the Office 365 admin center to assign a license (Users > Active Users > select the recipient > Assigned License > Edit).

**Mail flow settings and MX records are not correct** - Misconfigured mail flow or MX record settings can cause this error. Check your Office 365 mail flow settings to make sure your domain and any mail flow connectors are set up correctly. Also, work with your domain registrar to make sure the MX records for your domain are configured correctly.

For more information and additional tips to fix this issue, see Fix email delivery issues for error code 5.1.10 in Office 365.

### Original Message Details

| | |
|---|---|
| Created Date: | 8/14/2025 8:01:59 PM |
| Sender Address: | jvetrano999@gmail.com |
| Recipient Address: | trusteelovato@bankruptcyreno.com |
| Subject: | Subject: Urgent Request for Clarification Regarding MMTLP and Next Bridge Hydrocarbons Shareholders in Meta Materials Inc. Chapter 7 Bankruptcy |

## Error Details

| | |
|---|---|
| Error: | 550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient trusteelovato@bankruptcyreno.com not found by SMTP address lookup |
| Message rejected by: | SJ0PR16MB4288.namprd16.prod.outlook.com |

## Notification Details

| | |
|---|---|
| Sent by: | SJ0PR16MB4288.namprd16.prod.outlook.com |

## Message Hops

| HOP | TIME (UTC) | FROM | TO | WITH | RELAY TIME |
|---|---|---|---|---|---|
| 1 | 8/14/2025 8:04:02 PM | | mail-ua1-x932.google.com | SMTP | 2 min, 3 sec |
| 2 | 8/14/2025 8:04:02 PM | mail-ua1-x932.google.com | SJ5PEPF000001D4.mail. protection.outlook.com | Microsoft SMTP Server (version=TLS1_3, cipher=TLS_AES_256_GCM_SHA384) | * |
| 3 | 8/14/2025 8:04:02 PM | SJ5PEPF000001D4.namprd05.prod. outlook.com | SJ0PR05CA0141.outlook. office365.com | Microsoft SMTP Server (version=TLS1_3, cipher=TLS_AES_256_GCM_SHA384) | * |
| 4 | 8/14/2025 8:04:02 PM | SJ0PR05CA0141.namprd05.prod. outlook.com | SJ0PR16MB4288.namprd16.prod. outlook.com | Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_ 256_GCM_SHA384) | * |

## Original Message Headers

```
Received: from SJ0PR05CA0141.namprd05.prod.outlook.com (2603:10b6:a03:33d::26)
 by SJ0PR16MB4288.namprd16.prod.outlook.com (2603:10b6:a03:328::6) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.9031.18; Thu, 14 Aug
 2025 20:04:02 +0000
Received: from SJ5PEPF000001D4.namprd05.prod.outlook.com
 (2603:10b6:a03:33d:cafe::7e) by SJ0PR05CA0141.outlook.office365.com
 (2603:10b6:a03:33d::26) with Microsoft SMTP Server (version=TLS1_3,
 cipher=TLS_AES_256_GCM_SHA384) id 15.20.9031.15 via Frontend Transport; Thu,
 14 Aug 2025 20:04:02 +0000
Authentication-Results: spf=pass (sender IP is 2607:f8b0:4864:20::932)
 smtp.mailfrom=gmail.com; dkim=pass (signature was verified)
 header.d=gmail.com;dmarc=pass action=none header.from=gmail.com;compauth=pass
 reason=100
Received-SPF: Pass (protection.outlook.com: domain of gmail.com designates
 2607:f8b0:4864:20::932 as permitted sender) receiver=protection.outlook.com;
 client-ip=2607:f8b0:4864:20::932; helo=mail-ua1-x932.google.com; pr=C
Received: from mail-ua1-x932.google.com (2607:f8b0:4864:20::932) by
 SJ5PEPF000001D4.mail.protection.outlook.com (2603:10b6:a0f:fc02::138) with
 Microsoft SMTP Server (version=TLS1_3, cipher=TLS_AES_256_GCM_SHA384) id
 15.20.9031.11 via Frontend Transport; Thu, 14 Aug 2025 20:04:02 +0000
Received: by mail-ua1-x932.google.com with SMTP id a1e0cc1a2514c-8901910c55aso65906241.3;
        Thu, 14 Aug 2025 13:04:02 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=gmail.com; s=20230601; t=1755201841; x=1755806641; darn=bankruptcyreno.com;
        h=to:subject:message-id:date:from:mime-version:from:to:cc:subject
         :date:message-id:reply-to;
        bh=THCs6THET9nlFDq7RcjTQCFP4r1GGi+WVXECRWvBTy4=;
        b=FRMAyeK4hSXD7PyruqYukMIYuC87x0RdjRnZrIoajDcWcdwxx/NinaV46w9ve+VZSt
         V1MZNczMtWnUQLG7sc4yf3wV+cyLkE0fugIOqGtm5amvVJIQA8x3i/DfvPY1P9ZMII7D
         xZe7hylPKN/lI71gOCrqNAOKNOr9xIIBDcs6bGpoCg59quuQRFXnz0ebfmmhZ1ZG0Gvm
         aobw6+wfDn9ktYMRUshfRTD+lfgWyW6n07YBZuGG4kyb+lcfZD48jcy4O2ctswb0gphe
         yNwK3SnaA0p1jrk58jdc8pIdfE2dFHftDYGdx5xn1GY8qElYEOlS3UQywqAQjaH5gsTk
         hyaw==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20230601; t=1755201841; x=1755806641;
        h=to:subject:message-id:date:from:mime-version:x-gm-message-state
```

 :from:to:cc:subject:date:message-id:reply-to;
 bh=THCs6THET9nlFDq7RcjTQCFP4r1GGi+WVXECRWvBTy4=;
 b=wwXMEPcvaZmLtwlnFxv9d5KbGSBBMvojTUGluzRo4oJtF5F+z+UB0TgDdf+mWn1a/b
 8abheRWOmLBJeSLCzoh9P4B1j+l6hVQc57RSNs92MPKf4CkSH1eAKIH1/frOI9lfg1rV
 8c73WP0Zgqdx0oO+amD2A8R/g61zv/MF+nAeWj+g+RTULb9yROmL+QpI3ven3yN8CoG3
 0RL39Up9WpOgTboF9rgfe1DPTYua/NxSdResVzsnpXfWQxGCkhNG2r4Iu4eEq+BXPymL
 KaREkC+MgtBIqeYJqj3GHQDfhGN+Ww31MHt8B901/5jvFRnBUcoGiUIPo8WyHHrOQEyT
 /SEg==
X-Forwarded-Encrypted: i=1; A3vYcCX3kUcgKAxBdZFysYhWC3nxBQvIjNJa6Se50SzCF+Ukk1p54iiCpdvtFHO3Pa5Mgnlj7qVD
XcfjPkUZI+E/@bankruptcyreno.com
X-Gm-Message-State: AOJu0YyuaOeouQTbsLV055iCjsQemWI8BrKZeARA8Z11/H0x8MrgIZoU
 7fSdnuNWrdpt2t6sY7WjJzA7Uaunrs6RMveTk4+WbZd9ydcwdIGrwzq9/jl9C9UnjcK7lzdsjEr
 /6Wt4RpU5fqetmZXBENJ4az1h3ugELNKFbMnP
X-Gm-Gg: ASbGncsuG/E+U4ZxVDlPNveiz4Wk13swur+I6Vq3sGC0ZmfY1yC1nfomIuHB9rKfJ5k
 tl1buXaIqIj8ZOQuktdI1WYzhM6qKxmt7DYhrNGz+H8cTH8Ss+yLWA+JPEpQyj37T0m5cdcXndq
 vgahHbXSZDsf8iMUBuAXAbJlGepVPzbLBspCasQkWQhouxIp+N/ay/ZRkoGT0oLma+WRoLeJ9Id
 gx3powabJQfz8CDUDrzN3rwg99mGRLrrAFJyKI=
X-Google-Smtp-Source: AGHT+IFJubsId7NsgEgulzJFqUHZFYIqgEksUo3B9lccGX9ygmRpuxmI4Lvhi3OP7Y2V80qyjR1gb+EIq3Dghks+CsY=
X-Received: by 2002:a05:6122:511a:10b0:53b:f32:d1b7 with SMTP id
 71dfb90a1353d-53b18b1b7c7mr341015e0c.3.1755201840792; Thu, 14 Aug 2025
 13:04:00 -0700 (PDT)
MIME-Version: 1.0
From: Jennifer Vetrano <jvetrano999@gmail.com>
Date: Thu, 14 Aug 2025 16:01:59 -0400
X-Gm-Features: Ac12FXwt6OhHGrboW6RZzBf9hjlJRdHwdnDgeOvCO1j32mQcfWGCwmtGybi9kx0
Message-ID: <CAAmyGVd3UBY0=T=VkZEu2mbwP=pUoy+rsgqpZcvKK8+yWTsSnA@mail.gmail.com>
Subject: Subject: Urgent Request for Clarification Regarding MMTLP and Next
 Bridge Hydrocarbons Shareholders in Meta Materials Inc. Chapter 7 Bankruptcy
To: notices@bankruptcyreno.com, NVB CD HLB <hlb_cd@nvb.uscourts.gov>,
    bcosman@perkinscoie.com, jchristian@christianattorlaw.com,
    trusteelovato@bankruptcyreno.com,
    Natalie Clarke <Natalie_Clarke@nvb.uscourts.gov>,
    "rhicks@schneiderwallace.com" <rhicks@schneiderwallace.com>, jkim@schneiderwallace.com
Content-Type: multipart/alternative; boundary="0000000000003ac6db063c58c627"
Return-Path: jvetrano999@gmail.com
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: cb59804a-899f-4bc1-86ce-360375ec0678:0
X-MS-PublicTrafficType: Email
X-MS-TrafficTypeDiagnostic: SJ5PEPF000001D4:EE_|SJ0PR16MB4288:EE_
X-MS-Office365-Filtering-Correlation-Id: 0f83a969-80ef-4134-2518-08dddb6db6ef
X-Microsoft-Antispam: BCL:0;ARA:13230040|7093399015|8096899003;
X-Microsoft-Antispam-Message-Info:
    =?us-ascii?Q?/Tm8oC2/VhpXZPLbydIVTyf+0RwMaKlkAM8x0pOVvQKO6iDUfW3lWuWKomMc?=
 =?us-ascii?Q?Tx+T4b7xn422m7qbYoDmRB2NlKDVsNlo3X77Uc4TyF5+n6RcJkcenqjYMgOc?=
 =?us-ascii?Q?W7UlnOJy0Pj7zF78UWe4UsfuSbZ9eSTx9cujOMqyJHbFPmUPzRR3HFu7Cy1D?=
 =?us-ascii?Q?jGcsWIfvwOI+TVmxeCt/vzj9IjcTPrI1Mtsdp8q4WvAKbA4+Si7tx7jleJbA?=
 =?us-ascii?Q?P+xQGOR2jtZj+9JAfIbKppKYFc6jRRhQ4MQsSy9cYrcTWW52A5D08pFgvlfS?=
 =?us-ascii?Q?DVdBwQA+915pkn98Wr5cs/E+h/V/UufrUTWnwiN2EfXloObGYfuz0i3HUFet?=
 =?us-ascii?Q?zMpVzEPIuwyNt740ywtGbn+zapZ3iOW+x2t3gQIn9EjvSEWKNYDNOAhfdcwJ?=
 =?us-ascii?Q?Hy007W82vZH8iXYzWMwJ6gueKw9JOuqcYp/OqFeMCB3DGUTYduiWfbgj3G3V?=
 =?us-ascii?Q?pqxeERPl0c92QMv1RBJjJm299NyWpuNMZygRcr6byNkaJc7hvUld0ulyL+dE?=
 =?us-ascii?Q?8JbxoW3cyP0ZRqvTUTOkl/KKYYfjXdfMiB3su83yAweiIWYldPezYNyd9tUc?=
 =?us-ascii?Q?ac0AT7D1+y3wpdjndylogCH6Hsm8wnrhir74oENdcF0zFbo9gmmG080S9xgP?=
 =?us-ascii?Q?88WjUIZp/1v8G2c2JtnH399I1Kx/Zi4p8crHSt7phgCA5X6dmynPkImz6r80?=
 =?us-ascii?Q?OmwFllQLPfGbGLyben0PMVewNemuFvS8BpwU9/DPyF81Y7+hW5xyGbU8x0Oo?=
 =?us-ascii?Q?oxXjluj5KG8gPRABugcJC97YRbSwQQNU5jxN1l3vJrXrQeAK0FzImC+gh6t9?=
 =?us-ascii?Q?iO5Fcni/0mYhDIHkwvTyNx9hf5vcoS1Jj6UPvIK1yNGnT69J/UWIBDFF7TI5?=
 =?us-ascii?Q?KmOxUK5iYpuh1fu5qxppA9dLsHF6xFvP/JS2qCcRgluWMXAL1lKATbtuPi3Y?=
 =?us-ascii?Q?XKA4luIggtUt8kgaVQK5iF57uPbeaJLjMIatSn2bDQCJ8oNhWGynkJTbr+zd?=
 =?us-ascii?Q?z8QOLnNkTQpPh1x1tHlM8+irRqqcnfUQbm8P/eVN2jatkp7YWnLCikhjJbTv?=
 =?us-ascii?Q?Lgl6900bgI+7vySn8TN0g0mmSkLYI8OEKVQpqA1iJdhWDpdfIYXuDcv84A1h?=
 =?us-ascii?Q?w+EAMhruB2uwiG5cY7Agk1fN/0ettTvWZddjUmLYd2cb/dHwOmujwS9NTBeR?=
 =?us-ascii?Q?xoOm++HeekG1rCNUg8g91UFlMgC6pn4VOP3K8PLRRYoUqt2yUXocb4q8Ewdy?=
 =?us-ascii?Q?QvsD/+YnvbX8SUKPkLyZSaWmqPAjg0hX0NbN2YTozD2eJS/JFqJ0JrQba2Pv?=
 =?us-ascii?Q?TjEyxf5EEdicZvrYlT70tFYwrtWmQQphrt1jcRccAktWwkafkT0u3wdP+spg?=
 =?us-ascii?Q?vIXWyqG/KgoPi1EGAbL7IhnNgRj9wj/B8QnZ4BxyWTWZo3esmd4nWDo9ZY3g?=
 =?us-ascii?Q?4JAwuPMz4x5lKE9zGnH3jd5CoS83iFdGmjhOaUcxb0zM0IaLRq9RS0LJNW0Y?=
 =?us-ascii?Q?Cxa9gnOlIhGHCO+k5LWzzR4ubduWtHK7O5LhFMWsg1c1bmW7djm8FBgg3seI?=
 =?us-ascii?Q?yEk4HJ9t1eLqXqhNJnMAFUZsMwcMXDc2er0NV7JzZT5FQUzGD916S8/Hzp0j?=
 =?us-ascii?Q?TRjsI7peCa5UuZUcgJ9EyMFAIyr0cImUnn80wINeQvLJMW0O7VUTIHLHAdJu?=
 =?us-ascii?Q?g8hm/RrkGvJfgEp3JZRWvCLQpja+5wrTYTq0lCw+kdHBresTYVnvDvKZbRnl?=
 =?us-ascii?Q?rOwhgqwCR4Cex2TDK5nKRv+mIlbi8Sr7lwz1u+em8JDXscynn50i8x6q0qkg?=
 =?us-ascii?Q?dX76T5C8eV7j25gv+kYxFyFN0KoYYSjeXBveG/yLJnS/Dhnvh9MgSESIYwjI?=
 =?us-ascii?Q?h1VffDX07zK4xnVWXbYKBLW1hZ72WOFVLcVPuwV1UQwvbyw9vz2gR2jFoSCz?=
 =?us-ascii?Q?uRGeUnTAw4jxkGDKBh8i0rqUC4SQIS0aG2WOCtOAV1xMScqJ9VpdRc5eSzh4?=
 =?us-ascii?Q?tR/JuFl88HiIgGmSbVICKY97HP6rd5BHR8aMmnZSgf+lbkCxjoVTkcXCATbz?=
 =?us-ascii?Q?z+Lb33JsYD/fktkouTQsORnbg8N2v4fDHDmeH8CXxXseWHyupsItII7P04d7?=
 =?us-ascii?Q?F3G2Felgk3QNYPQKPHhDlJjO/gffia0uJnIoulLhf9FDTa0/HjzqTgY=3D?=
X-Forefront-Antispam-Report:
    CIP:2607:f8b0:4864:20::932;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:mail-ua1-x932.google.com;PTR:mail-ua1-x932.
google.com;CAT:NONE;SFS:(13230040)(7093399015)(8096899003);DIR:INB;
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 14 Aug 2025 20:04:02.0508
 (UTC)
X-MS-Exchange-CrossTenant-Network-Message-Id: 0f83a969-80ef-4134-2518-08dddb6db6ef
X-MS-Exchange-CrossTenant-Id: cb59804a-899f-4bc1-86ce-360375ec0678

```
X-MS-Exchange-CrossTenant-AuthSource:
    SJ5PEPF000001D4.namprd05.prod.outlook.com
X-MS-Exchange-CrossTenant-AuthAs: Anonymous
X-MS-Exchange-CrossTenant-FromEntityHeader: Internet
X-MS-Exchange-Transport-CrossTenantHeadersStamped: SJ0PR16MB4288
```

Final-Recipient: rfc822;trusteelovato@bankruptcyreno.com
Action: failed
Status: 5.1.10
Diagnostic-Code: smtp;550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient trusteelovato@bankruptcyreno.com not found by SMTP address lookup

---------- Forwarded message ----------
From: Jennifer Vetrano <jvetrano999@gmail.com>
To: notices@bankruptcyreno.com, NVB CD HLB <hlb_cd@nvb.uscourts.gov>, bcosman@perkinscoie.com, jchristian@christianattarlaw.com, trusteelovato@bankruptcyreno.com, Natalie Clarke <Natalie_Clarke@nvb.uscourts.gov>, "rhicks@schneiderwallace.com" <rhicks@schneiderwallace.com>, jkim@schneiderwallace.com
Cc:
Bcc:
Date: Thu, 14 Aug 2025 16:01:59 -0400
Subject: Subject: Urgent Request for Clarification Regarding MMTLP and Next Bridge Hydrocarbons Shareholders in Meta Materials Inc. Chapter 7 Bankruptcy

Dear Honorable Judge Barnes, Trustee Christina Lovato and Attorney Jeffrey Hartman,

I am writing to you as a concerned shareholder of MMTLP, originally issued by Meta Materials Inc., and now represented by Next Bridge Hydrocarbons—a Midland, Texas-based company. This correspondence pertains to the Chapter 7 bankruptcy proceedings of Meta Materials Inc. currently before the United States Bankruptcy Court for the Western District of Texas.

**As an equity security holder, I respectfully request clarification on whether shareholders of Next Bridge Hydrocarbons, who were previously issued MMTLP shares by Meta Materials Inc., are required to file Proof of Interest forms in this bankruptcy case. Given the unique circumstances surrounding the issuance and transition of MMTLP shares, it is imperative that shareholders receive clear guidance from the Trustee and the Court.**

I would like to emphasize the __urgency of this matter__. The lack of transparency and communication has left thousands of shareholders in a state of uncertainty. We seek confirmation on our standing in the bankruptcy proceedings and whether our interests are being duly considered under applicable bankruptcy law.

This request is made pursuant to:
- 11 U.S.C. §§ 341 and 501
- Federal Rules of Bankruptcy Procedure, including Rule 3002
- Constitutional protections under the Due Process and Equal Protection Clauses
- Relevant case law including Taylor v. Freeland & Kronz, 503 U.S. 638 (1992); Law v. Siegel, 571 U.S. 415 (2014); and In re Jenkins, 784 F.3d 230 (4th Cir. 2015)

Furthermore, I respectfully ask that the Court and Trustee ensure that the judges in the Western District of Texas (The Honorable Judge Counts and Judge Griffin) are made aware of the connection between Meta Materials Inc., MMTLP, and Next Bridge Hydrocarbons. This is essential for ensuring that all affected parties are properly informed and represented.

Please treat this request with the utmost urgency and provide a response at your earliest convenience. I am available to provide any additional documentation or clarification you may require.

Thank you for your attention to this matter.

Sincerely,

Jennifer Vetrano
Pro Se Plaintiff, Vetrano v. Brda et al case number 7:24-cv-00325
Cell 908-783-0105
Date: August 14, 2025
Phone 908-783-0105

---

Jennifer Vetrano <jvetrano999@gmail.com>                          Thu, Aug 14, 2025 at 4:02 PM
To: Jason <mastcab1@gmail.com>, contique willcot <contiq9@yahoo.com>, Matthew Pease <matt@matthewpease.com>, Scott Traudt <sctraudt@gmail.com>, Danielle Spears <paymmtlpnow@gmail.com>

---------- Forwarded message ----------
From: **Jennifer Vetrano** <jvetrano999@gmail.com>
Date: Thu, Aug 14, 2025 at 4:01 PM
Subject: Subject: Urgent Request for Clarification Regarding MMTLP and Next Bridge Hydrocarbons Shareholders in Meta Materials Inc. Chapter 7 Bankruptcy
[Quoted text hidden]
[Quoted text hidden]

**Natalie Clarke** <Natalie_Clarke@nvb.uscourts.gov>
To: Jennifer Vetrano <jvetrano999@gmail.com>, "notices@bankruptcyreno.com" <notices@bankruptcyreno.com>, "bcosman_perkinscoie.com" <BCosman@perkinscoie.com>, "jchristian@christianattarlaw.com" <jchristian@christianattarlaw.com>, "trusteelovato@bankruptcyreno.com" <trusteelovato@bankruptcyreno.com>, "rhicks@schneiderwallace.com" <rhicks@schneiderwallace.com>, "jkim@schneiderwallace.com" <jkim@schneiderwallace.com>, Illuminada Hammill <illuminada_hammill@nvb.uscourts.gov>, Linda Duffy <Linda_Duffy@nvb.uscourts.gov>

Good afternoon, Ms. Vetrano.

The Clerk's Office is not allowed to give any legal advice and ex parte communication with the Judge is prohibited. The Federal Rules of Bankruptcy Procedure prohibit judges from having ex parte communication with a party in a case. Pursuant to the Federal rules of Bankruptcy Procedure Rule 9003, Prohibition of Ex Parte Contacts, (a) General prohibition. Except as otherwise permitted by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee of a party in interest shall refrain from ex-parte meetings and communications with the court concerning matters affecting a particular case or proceeding. If you would like to get anything before the Court, you will need to file a Motion. You are more than welcome to review our website and read over the local rules, that is the link I provided below. Thank you.

Local Rules for Bankruptcy | U.S. Bankruptcy Court, District of Nevada



**Natalie Clarke**
Courtroom Deputy II
**U.S. Bankruptcy Court**
**District of Nevada**
(775) 326-2167
Web:https://www.nvb.uscourts.gov/

**From:** Jennifer Vetrano <jvetrano999@gmail.com>
**Sent:** Thursday, August 14, 2025 1:02 PM
**To:** notices@bankruptcyreno.com; NVB CD HLB <HLB_CD@nvb.uscourts.gov>; bcosman_perkinscoie.com <BCosman@perkinscoie.com>; jchristian@christianattarlaw.com; trusteelovato@bankruptcyreno.com; Natalie Clarke <Natalie_Clarke@nvb.uscourts.gov>; rhicks@schneiderwallace.com; jkim@schneiderwallace.com
**Subject:** Subject: Urgent Request for Clarification Regarding MMTLP and Next Bridge Hydrocarbons Shareholders in Meta Materials Inc. Chapter 7 Bankruptcy

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Jennifer Vetrano** <jvetrano999@gmail.com>
To: Natalie Clarke <Natalie_Clarke@nvb.uscourts.gov>

Thu, Aug 14, 2025 at 4:41 PM

Cc: notices@bankruptcyreno.com, "bcosman_perkinscoie.com" <BCosman@perkinscoie.com>, jchristian@christianattarlaw.com, trusteelovato@bankruptcyreno.com, "rhicks@schneiderwallace.com" <rhicks@schneiderwallace.com>, jkim@schneiderwallace.com, Illuminada Hammill <illuminada_hammill@nvb.uscourts.gov>, Linda Duffy <Linda_Duffy@nvb.uscourts.gov>

Hi Natalie,

I just left Trustee Lovato a voicemail but I do not happen to have her email (it keeps getting bounced back).  Can you please provide this or an email for Judge Barnes please?  Thank you.

Jen Vetrano
[Quoted text hidden]

 image001.jpg
11K

---

**postmaster@bankruptcyreno.com** <postmaster@bankruptcyreno.com>
To: jvetrano999@gmail.com

Thu, Aug 14, 2025 at 4:41 PM

 Office 365

Your message to trusteelovato@bankruptcyreno.com couldn't be delivered.

## trusteelovato wasn't found at bankruptcyreno.com.

| jvetrano999 | Office 365 | trusteelovato |
|---|---|---|
| **Action Required** | | Recipient |

Unknown To address

### How to Fix It
The address may be misspelled or may not exist. Try one or more of the following:

- Send the message again following these steps: In Outlook, open this non-delivery report (NDR) and choose **Send Again** from the Report ribbon. In Outlook on the web, select this NDR, then select the link "**To send this message again, click here.**" Then delete and retype the entire recipient address. If prompted with an Auto-Complete List suggestion don't select it. After typing the complete address, click **Send**.
- Contact the recipient (by phone, for example) to check that the address exists and is correct.
- The recipient may have set up email forwarding to an incorrect address. Ask them to check that any forwarding they've set up is working correctly.
- Clear the recipient Auto-Complete List in Outlook or Outlook on the web by following the steps in this article: Fix email delivery issues for error code 5.1.10 in Office 365, and then send the message again. Retype the entire recipient address before selecting **Send**.

If the problem continues, forward this message to your email admin. If you're an email admin, refer to the **More Info for Email Admins** section below.

*Was this helpful? Send feedback to Microsoft.*

## More Info for Email Admins
*Status code: 550 5.1.10*

This error occurs because the sender sent a message to an email address hosted by Office 365 but the address is incorrect or doesn't exist at the destination domain. The error is reported by the recipient domain's email server, but most often it must be fixed by the person who sent the message. If the steps in the **How to Fix It** section above don't fix the problem, and you're the email admin for the recipient, try one or more of the following:

**The email address exists and is correct** - Confirm that the recipient address exists, is correct, and is accepting messages.

**Synchronize your directories** - If you have a hybrid environment and are using directory synchronization make sure the recipient's email address is synced correctly in both Office 365 and in your on-premises directory.

**Errant forwarding rule** - Check for forwarding rules that aren't behaving as expected. Forwarding can be set up by an admin via mail flow rules or mailbox forwarding address settings, or by the recipient via the Inbox Rules feature.

**Recipient has a valid license** - Make sure the recipient has an Office 365 license assigned to them. The recipient's email admin can use the Office 365 admin center to assign a license (Users > Active Users > select the recipient > Assigned License > Edit).

**Mail flow settings and MX records are not correct** - Misconfigured mail flow or MX record settings can cause this error. Check your Office 365 mail flow settings to make sure your domain and any mail flow connectors are set up correctly. Also, work with your domain registrar to make sure the MX records for your domain are configured correctly.

For more information and additional tips to fix this issue, see Fix email delivery issues for error code 5.1.10 in Office 365.

### Original Message Details

| | |
|---|---|
| **Created Date:** | 8/14/2025 8:41:44 PM |
| **Sender Address:** | jvetrano999@gmail.com |
| **Recipient Address:** | trusteelovato@bankruptcyreno.com |
| **Subject:** | Re: Subject: Urgent Request for Clarification Regarding MMTLP and Next Bridge Hydrocarbons Shareholders in Meta Materials Inc. Chapter 7 Bankruptcy |

### Error Details

| | |
|---|---|
| **Error:** | 550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient trusteelovato@bankruptcyreno.com not found by SMTP address lookup |
| **Message rejected by:** | SA2PR16MB4299.namprd16.prod.outlook.com |

### Notification Details

| | |
|---|---|
| **Sent by:** | SA2PR16MB4299.namprd16.prod.outlook.com |

### Message Hops

| HOP | TIME (UTC) | FROM | TO | WITH | RELAY TIME |
|---|---|---|---|---|---|
| 1 | 8/14/2025 8:41:57 PM | | mail-ua1-x936.google.com | SMTP | 13 sec |
| 2 | 8/14/2025 8:41:57 PM | mail-ua1-x936.google.com | BL6PEPF00020E61.mail. protection.outlook.com | Microsoft SMTP Server (version=TLS1_3, cipher=TLS_AES_256_GCM_SHA384) | * |

| | | | | | |
|---|---|---|---|---|---|
| 3 | 8/14/2025 8:41:57 PM | BL6PEPF00020E61.namprd04.prod. outlook.com | BL1P221CA0040.outlook. office365.com | Microsoft SMTP Server (version=TLS1_3, cipher=TLS_AES_256_GCM_SHA384) | * |
| 4 | 8/14/2025 8:41:58 PM | BL1P221CA0040.NAMP221.PROD. OUTLOOK.COM | SA2PR16MB4299.namprd16.prod. outlook.com | Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_ 256_GCM_SHA384) | 1 sec |

## Original Message Headers

```
Received: from BL1P221CA0040.NAMP221.PROD.OUTLOOK.COM (2603:10b6:208:5b5::15)
 by SA2PR16MB4299.namprd16.prod.outlook.com (2603:10b6:806:14f::19) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.9031.18; Thu, 14 Aug
 2025 20:41:58 +0000
Received: from BL6PEPF00020E61.namprd04.prod.outlook.com
 (2603:10b6:208:5b5:cafe::bc) by BL1P221CA0040.outlook.office365.com
 (2603:10b6:208:5b5::15) with Microsoft SMTP Server (version=TLS1_3,
 cipher=TLS_AES_256_GCM_SHA384) id 15.20.9031.17 via Frontend Transport; Thu,
 14 Aug 2025 20:41:57 +0000
Authentication-Results: spf=pass (sender IP is 2607:f8b0:4864:20::936)
 smtp.mailfrom=gmail.com; dkim=pass (signature was verified)
 header.d=gmail.com;dmarc=pass action=none header.from=gmail.com;compauth=pass
 reason=100
Received-SPF: Pass (protection.outlook.com: domain of gmail.com designates
 2607:f8b0:4864:20::936 as permitted sender) receiver=protection.outlook.com;
 client-ip=2607:f8b0:4864:20::936; helo=mail-ua1-x936.google.com; pr=C
Received: from mail-ua1-x936.google.com (2607:f8b0:4864:20::936) by
 BL6PEPF00020E61.mail.protection.outlook.com (2603:10b6:20f:fc04::116) with
 Microsoft SMTP Server (version=TLS1_3, cipher=TLS_AES_256_GCM_SHA384) id
 15.20.9031.11 via Frontend Transport; Thu, 14 Aug 2025 20:41:57 +0000
Received: by mail-ua1-x936.google.com with SMTP id a1e0cc1a2514c-8901910c55aso68012241.3;
        Thu, 14 Aug 2025 13:41:57 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=gmail.com; s=20230601; t=1755204117; x=1755808917; darn=bankruptcyreno.com;
        h=cc:to:subject:message-id:date:from:in-reply-to:references
         :mime-version:from:to:cc:subject:date:message-id:reply-to;
        bh=BZz/avVeu87e6VNUR8JSJNKIlJRYznc/eYvUe3WkUbY=;
        b=gSab0ocv75EQBtiPakZmhhtKE+g2AYPz5vJHbo9whM+kJnl1kP9o+2aQ1ngSqLedIt
         oQLAyTaU1kD63FaVxybWh1tO/DlXK1fSDIWa1eGq6WMt0TY3PJkPLNdRrnzTnlEtNTGq
         YoUE8rbQq4pYHKb6XgtSup1yvOTQJN9ZuNCt80Am1bnD2gyZkPAI0cPD0mvQvwdnVS4Q
         nN0AiSuGpW0p9wfo//FQwZ9YirVpYHOpr9nIK6e7RDBJekvGycoiKvdRuQhlF91RNxd6
         Pk9WzWxEDEC9vWhF8oUwDRsV4UhnjN1TC1bviXeeHwyNpwg91pnqplhjUHehZYmK05g1
         cW6w==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20230601; t=1755204117; x=1755808917;
        h=cc:to:subject:message-id:date:from:in-reply-to:references
         :mime-version:x-gm-message-state:from:to:cc:subject:date:message-id
         :reply-to;
        bh=BZz/avVeu87e6VNUR8JSJNKIlJRYznc/eYvUe3WkUbY=;
        b=lwGEjYG6WVWaVjAMM1IAjmVYGJmImu7Ne0sDoKG+kG6gjUSRiYmrQIqm/zLmo1gCjM
         MSEd5dGzi9RPBv6DI52AyJnwvF88z3Sm8CkqqxSFxw09fgREzAnh2RWutI6C5OToFyq+
         kk0Q4/ZK08V9yd4n7lMmeu3LacA7nLhjEAQSiRrghiN8BogaD/MuEkdWvUQdDd25tIcN
         IRI3bmbnudo1/tdpniG922eDDwPcSezft3oe2wTeoP0UVOg93fKZ4fwO7laGoP4uuIQ8
         NxYcAxztC3GqBIhmzLDUzKu4LyHgH0HHjRYgQoEFagDQBIok7tw4a+KAUKLyYID2dO+C
         MY1Q==
X-Forwarded-Encrypted: i=1; AJvYcCWP5i3NKM9/MPT0dFd7w4+nKG8hKzR5JlnGE7a2Sasz8WyoOZzUK7LCyOOnB7iOobMacWgMZnZoL3s8so/tw@bankruptcyreno.com
X-Gm-Message-State: AOJu0YwcKrLyYByx6a1XIDNKPCCOAmowkFEKYN1WXqQWJVMM40jVb5ry
        AnEDxVOMWdB+pKzOnWpwFV2wZFs/EHwXH6Eja7mB8TH+dsr9h/7kotvBfjDqD3AVh1BIeR/fvKx
        Breih2K7DY1b++dUQ8dYJmgI5Fh6/qUs=
X-Gm-Gg: ASbGncu46es1rSgYZR/XmieGS72UHLOSzcRwDInOIdxPDIKyuuuM1NqWREY0GYNbeHA
        6kk1AYVxXwPj14i7sqAG9v3Ei4HCU54X6VlfF6dfiPQhG+s73OTFFC6t7VPY/3uAwjFjIOxeFU2
        7yCo3CcmZOcg0MaiBfpPPO4BthIviFGv/P9et1zbiFHI2/bX3dM6Ozwr13YpvAGsmzr54hOJgpn
        8zRd7C4ZtM8yzizxoj97Xw2EVhan0xVGKtwVqA=
X-Google-Smtp-Source: AGHT+IGbYb8vzZu3kNlMQmBaYkKGcG66HqssvJyqrSDCC6+1FU8w3g4DMGzpqDgx5INiv51oojLQU0WxYMO56ELaF0c=
X-Received: by 2002:a05:6102:5f0c:b0:4e5:abe6:b6f6 with SMTP id
 ada2fe7eead31-50fe9875254mr558464137.6.1755204116329; Thu, 14 Aug 2025
 13:41:56 -0700 (PDT)
MIME-Version: 1.0
References: <CAAmyGVd3UBY0=T=VkZEu2mbwP=pUoy+rsgqpZcvKK8+yWTsSnA@mail.gmail.com>
 <BLAPR09MB638637BFCD9E993270BC7C34C335A@BLAPR09MB6386.namprd09.prod.outlook.com>
In-Reply-To: <BLAPR09MB638637BFCD9E993270BC7C34C335A@BLAPR09MB6386.namprd09.prod.outlook.com>
From: Jennifer Vetrano <jvetrano999@gmail.com>
Date: Thu, 14 Aug 2025 16:41:44 -0400
X-Gm-Features: Ac12FXzfLZvuZz9T40X_gQsnjN4Sl3-kx8mbzodIDG6PEHRt4lI0Sl3BqoyWxV8
Message-ID: <CAAmyGVd0cwOkDSSm9oeuiEaB-Y5YSRJa+55eWqEr7BH4mD43n9A@mail.gmail.com>
Subject: Re: Subject: Urgent Request for Clarification Regarding MMTLP and
 Next Bridge Hydrocarbons Shareholders in Meta Materials Inc. Chapter 7 Bankruptcy
To: Natalie Clarke <Natalie_Clarke@nvb.uscourts.gov>
CC: notices@bankruptcyreno.com,
        "bcosman_perkinscoie.com" <BCosman@perkinscoie.com>, jchristian@christianattarlaw.com,
```

trusteelovato@bankruptcyreno.com,
"rhicks@schneiderwallace.com" <rhicks@schneiderwallace.com>, jkim@schneiderwallace.com,
Illuminada Hammill <illuminada_hammill@nvb.uscourts.gov>,
Linda Duffy <Linda_Duffy@nvb.uscourts.gov>

Content-Type: multipart/related; boundary="000000000000dcdff4063c594d48"
Return-Path: jvetrano999@gmail.com
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: cb59804a-899f-4bc1-86ce-360375ec0678:0
X-MS-PublicTrafficType: Email
X-MS-TrafficTypeDiagnostic: BL6PEPF00020E61:EE_|SA2PR16MB4299:EE_
X-MS-Office365-Filtering-Correlation-Id: 025f0cdb-e25e-4278-07a6-08dddb73032b
X-Microsoft-Antispam:
        BCL:0;ARA:13230040|7093399015|13003099007|4053099003|4013099003|8096899003|4076899003;
X-Microsoft-Antispam-Message-Info:
        =?us-ascii?Q?5g7d+BvG437jPPIY9xetxBVI7Wh4/vRbFdxdOQBWYyVdBkYocoXIk6HrwezZ?=
 =?us-ascii?Q?PUOoBrt6b4DKLKTq35hjo6fi+CQ3VrncgyyasiC0fgJNhUd2ak/7D+yL8soy?=
 =?us-ascii?Q?WIlshiFTn4Dchl8Go+eHgcBqPlhvgcwvS84yCIBnoysuCIbWOkZBsln3OntO?=
 =?us-ascii?Q?hZlVg4DLIWDJtdiWqMyDWZbzVd6wcI33S6FcDqi7lHXCHkZsvrUfATfWbc13?=
 =?us-ascii?Q?vhJ9nzp29o2WkWZ1e/UCQy3fdkN8YcLAz32yP/j8BxPDawJuB5NCgoOM8sQY?=
 =?us-ascii?Q?LmfZBnhfZCjdc5sw20A2+f90BMrFkJSeHMekCys8bjxseUm3HUvG0IMruvBN?=
 =?us-ascii?Q?GXcgWurq/EyVNAV0P2S/1pExnX6ShwI8s5cXZMndovfxX+VvLLK/MozlD11E?=
 =?us-ascii?Q?BfpBzPIJgpEjV/A0P3eai9SYVudQiFO8NkI5E3LmXKpdxKIrcLA8T+t3dR/Z?=
 =?us-ascii?Q?SGezmfaF7wn6FBlCw3uJ1Oqxqmva0Xopcyc3Zr6EOFZjgFpepI42IVPFlbWc?=
 =?us-ascii?Q?LpkGSbEp6aOMeSl2Fo6zZ+PPPurlxvbkCg2h0N+Log2+NOGsjVkN0KTy1gtN?=
 =?us-ascii?Q?BY1XKwNa6Z86509rfVzLqg00MsHfSUNyQ2PY4AtUXyAlqbUDAtSXz1YGBZlF?=
 =?us-ascii?Q?gdIDnLCMnMD4K1SpBKYKMluAkAttQCiyrgxi8Rec+K/aHNj621HMkj9qEWwN?=
 =?us-ascii?Q?tmyttSs3U9zNZmlysrrZ/GJXHv3OhmhWaYgeTGiZkArqBXphviJv46f9eAs1?=
 =?us-ascii?Q?kznWgGduAlwrwokShPsj94rlxh5VNc+SSdXfpC/iA3b1vhjeHdLb1qlVwXDg?=
 =?us-ascii?Q?Or77Bs+Hvage46w8raRVDnfcBOYNtxfulGJBpgsVzxdDNwr8LNKYVgGRhbKz?=
 =?us-ascii?Q?VrKt0SPEp51NiV2y6gkOwSrYoZP8CC6XNpoKnz1traOxxPiXcvSoTfnWOMTz?=
 =?us-ascii?Q?O8qJsWA/kQDRNcCEYqHzeojZVbwsK6PEWwsOWIURQERg4A5kOmv/2cJag/u8?=
 =?us-ascii?Q?QRSS1qMZLgkOqVJqyl5mHmxOSQQxxfC/0yOmK69JdgLIDfRlUlC0W3brwrW3?=
 =?us-ascii?Q?PJOnuEJ4Dih2aw2NWpITiNM+9X+CXK7Mugf+sSEc8N/pIb8k6os3NPSGLOqT?=
 =?us-ascii?Q?gUv38EAtcPscFn3a/yBUXZR9+Hs1b2MWGEUpgZsG6NgrXdQZ5nKsjF/W6wVP?=
 =?us-ascii?Q?xIq8FiQNdTCpiLgIASyngAuUHqLBAigV/uSfiYRS1Ag/fIaJM/X/4YkLa8sz?=
 =?us-ascii?Q?nGW34QrcttUbM0EUvrSk7KxvchmjND2wJW3Rh3mVtDTmwSqL8Mf5UORhr/FZ?=
 =?us-ascii?Q?AOeF7cyjgE8voGZCVGbrQ2Ih10vNWWlm3YXvg1wST9uCQgx04kyRuXnIVg1u?=
 =?us-ascii?Q?C6GuiD/8Azuob6xR1XB4A93eFSzvz4NLKzCUfUxb5v49q2jwio3hzqV3a/Uf?=
 =?us-ascii?Q?7BV/ubQaXVnhHI+c8GSZ+LqfzIHO1/qC5LPgFPio7/M5PF/thkPboRhpOnDx?=
 =?us-ascii?Q?uEjmN3Y4SyuL4E5exfah0JmslQ7TRsSMCB4rHtG9L6IwHDTMV9bkTtlynGXN?=
 =?us-ascii?Q?fMvWk3dfB5ynGmXgAVnHbP5FspvI6QBSZJwvkIa2CKVvtINOs4QaIA01vOXg?=
 =?us-ascii?Q?Z3GgenwhvZiwbxzofK5cz0iKkEoavpLhaFQUBUccVWD0TUbDX4wiupGsJMe7?=
 =?us-ascii?Q?LbIoKwIOjY9p7wBnp6cIb/KO2hZY4ZrOirQ2QULa94CEOgRgfFirjcsLD0Pb?=
 =?us-ascii?Q?r21AsGMrFnY1qsKNsT0PfwHRUJH3eq73yh5CTHBy1nJeiV+dBKf7ExABcojX?=
 =?us-ascii?Q?TtC9DqLMYVW7uFNsD8/N3ysbcR9pdfy4hR1uGG09TnoWABlGx/TazQ9hhs9U?=
 =?us-ascii?Q?Pk88fc11qXcoYgG6YtC/KqZ0teqg3M1IuwXrMRMJ6bbRFfrpzcGMtXAm8/Yv?=
 =?us-ascii?Q?fPxEz2fBoBzwMpKGUvYVF9QLLOILsP0a9zD2TOxMJp5EUm9ppjtlM1JN7yG/?=
 =?us-ascii?Q?+V0/aY3/oBx8welMsUW0qzLPbyTGwchnJrz1sQdOhANSkocLiTU2rInRmnun?=
 =?us-ascii?Q?p4gX5OO5e+Q4zqqnY4tWhET8y1trEleh10zdhDUULv88LqEhDXyzS04SWNfH?=
 =?us-ascii?Q?Aj0kHYk6cwdx?=
X-Forefront-Antispam-Report:
        CIP:2607:f8b0:4864:20::936;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:mail-ua1-x936.google.com;PTR:mail-ua1-x936.
google.com;CAT:NONE;SFS:(13230040)(7093399015)(13003099007)(4053099003)(4013099003)(8096899003)(4076899003);DIR:INB;
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 14 Aug 2025 20:41:57.2630
 (UTC)
X-MS-Exchange-CrossTenant-Network-Message-Id: 025f0cdb-e25e-4278-07a6-08dddb73032b
X-MS-Exchange-CrossTenant-Id: cb59804a-899f-4bc1-86ce-360375ec0678
X-MS-Exchange-CrossTenant-AuthSource:
        BL6PEPF00020E61.namprd04.prod.outlook.com
X-MS-Exchange-CrossTenant-AuthAs: Anonymous
X-MS-Exchange-CrossTenant-FromEntityHeader: Internet
X-MS-Exchange-Transport-CrossTenantHeadersStamped: SA2PR16MB4299

Final-Recipient: rfc822;trusteelovato@bankruptcyreno.com
Action: failed
Status: 5.1.10
Diagnostic-Code: smtp;550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient trusteelovato@bankruptcyreno.com not found by SMTP address lookup


---------- Forwarded message ----------
From: Jennifer Vetrano <jvetrano999@gmail.com>
To: Natalie Clarke <Natalie_Clarke@nvb.uscourts.gov>
Cc: notices@bankruptcyreno.com, "bcosman_perkinscoie.com" <BCosman@perkinscoie.com>, jchristian@christianattarlaw.com,
trusteelovato@bankruptcyreno.com, "rhicks@schneiderwallace.com" <rhicks@schneiderwallace.com>, jkim@schneiderwallace.com, Illuminada Hammill <illuminada_hammill@nvb.uscourts.gov>, Linda Duffy <Linda_Duffy@nvb.uscourts.gov>
Bcc:
Date: Thu, 14 Aug 2025 16:41:44 -0400
Subject: Re: Subject: Urgent Request for Clarification Regarding MMTLP and Next Bridge Hydrocarbons Shareholders in Meta Materials Inc. Chapter 7 Bankruptcy
Hi Natalie,

I just left Trustee Lovato a voicemail but I do not happen to have her email (it keeps getting bounced back). Can you please provide this or an email for Judge Barnes please? Thank you.

Jen Vetrano

On Thu, Aug 14, 2025, 4:36 PM Natalie Clarke <Natalie_Clarke@nvb.uscourts.gov> wrote:

Good afternoon, Ms. Vetrano.


The Clerk's Office is not allowed to give any legal advice and ex parte communication with the Judge is prohibited. The Federal Rules of Bankruptcy Procedure prohibit judges from having ex parte communication with a party in a case. Pursuant to the Federal rules of Bankruptcy Procedure Rule 9003, Prohibition of Ex Parte Contacts, (a) General prohibition. Except as otherwise permitted by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee of a party in interest shall refrain from ex-parte meetings and communications with the court concerning matters affecting a particular case or proceeding. If you would like to get anything before the Court, you will need to file a Motion. You are more than welcome to review our website and read over the local rules, that is the link I provided below. Thank you.


Local Rules for Bankruptcy | U.S. Bankruptcy Court, District of Nevada




**Natalie Clarke**
Courtroom Deputy II
**U.S. Bankruptcy Court**
**District of Nevada**
(775) 326-2167
Web:https://www.nvb.uscourts.gov/


**From:** Jennifer Vetrano <jvetrano999@gmail.com>
**Sent:** Thursday, August 14, 2025 1:02 PM
**To:** notices@bankruptcyreno.com; NVB CD HLB <HLB_CD@nvb.uscourts.gov>; bcosman_perkinscoie.com <BCosman@perkinscoie.com>; jchristian@christianattarlaw.com; trusteelovato@bankruptcyreno.com; Natalie Clarke <Natalie_Clarke@nvb.uscourts.gov>; rhicks@schneiderwallace.com; jkim@schneiderwallace.com
**Subject:** Subject: Urgent Request for Clarification Regarding MMTLP and Next Bridge Hydrocarbons Shareholders in Meta Materials Inc. Chapter 7 Bankruptcy


**CAUTION - EXTERNAL:**


Dear Honorable Judge Barnes, Trustee Christina Lovato and Attorney Jeffrey Hartman,


I am writing to you as a concerned shareholder of MMTLP, originally issued by Meta Materials Inc., and now represented by Next Bridge Hydrocarbons —a Midland, Texas-based company. This correspondence pertains to the Chapter 7 bankruptcy proceedings of Meta Materials Inc. currently before the United States Bankruptcy Court for the Western District of Texas.

As an equity security holder, I respectfully request clarification on whether shareholders of Next Bridge Hydrocarbons, who were previously issued MMTLP shares by Meta Materials Inc., are required to file Proof of Interest forms in this bankruptcy case. Given the unique circumstances surrounding the issuance and transition of MMTLP shares, it is imperative that shareholders receive clear guidance from the Trustee and the Court.

I would like to emphasize the **urgency of this matter**. The lack of transparency and communication has left thousands of shareholders in a state of uncertainty. We seek confirmation on our standing in the bankruptcy proceedings and whether our interests are being duly considered under applicable bankruptcy law.

This request is made pursuant to:

- 11 U.S.C. §§ 341 and 501

- Federal Rules of Bankruptcy Procedure, including Rule 3002

- Constitutional protections under the Due Process and Equal Protection Clauses

- Relevant case law including Taylor v. Freeland & Kronz, 503 U.S. 638 (1992); Law v. Siegel, 571 U.S. 415 (2014); and In re Jenkins, 784 F.3d 230 (4th Cir. 2015)

Furthermore, I respectfully ask that the Court and Trustee ensure that the judges in the Western District of Texas (The Honorable Judge Counts and Judge Griffin) are made aware of the connection between Meta Materials Inc., MMTLP, and Next Bridge Hydrocarbons. This is essential for ensuring that all affected parties are properly informed and represented.

Please treat this request with the utmost urgency and provide a response at your earliest convenience. I am available to provide any additional documentation or clarification you may require.

Thank you for your attention to this matter.

Sincerely,

Jennifer Vetrano

Pro Se Plaintiff, Vetrano v. Brda et al case number 7:24-cv-00325

Cell 908-783-0105

Date: August 14, 2025

Phone 908-783-0105

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Jennifer Vetrano** <jvetrano999@gmail.com>                                                    Thu, Aug 14, 2025 at 4:44 PM
To: Natalie Clarke <Natalie_Clarke@nvb.uscourts.gov>
Cc: notices@bankruptcyreno.com, "bcosman_perkinscoie.com" <BCosman@perkinscoie.com>, jchristian@christianattarlaw.com,
trusteelovato@bankruptcyreno.com, "rhicks@schneiderwallace.com" <rhicks@schneiderwallace.com>, jkim@schneiderwallace.com, Illuminada Hammill
<illuminada_hammill@nvb.uscourts.gov>, Linda Duffy <Linda_Duffy@nvb.uscourts.gov>

Hi Natalie,

This is a issue that all Next Bridge Hydrocarbons shareholders are having and is not specific to myself or my case.

Thank you,

Jen Vetrano
[Quoted text hidden]



**image001.jpg**
11K

---



Your message to trusteelovato@bankruptcyreno.com couldn't be delivered.

# trusteelovato wasn't found at bankruptcyreno.com.

| jvetrano999 | Office 365 | trusteelovato |
|---|---|---|
| **Action Required** | | Recipient |
| Unknown To address | | |

## How to Fix It

The address may be misspelled or may not exist. Try one or more of the following:

- Send the message again following these steps: In Outlook, open this non-delivery report (NDR) and choose **Send Again** from the Report ribbon. In Outlook on the web, select this NDR, then select the link "**To send this message again, click here.**" Then delete and retype the entire recipient address. If prompted with an Auto-Complete List suggestion don't select it. After typing the complete address, click **Send**.
- Contact the recipient (by phone, for example) to check that the address exists and is correct.
- The recipient may have set up email forwarding to an incorrect address. Ask them to check that any forwarding they've set up is working correctly.
- Clear the recipient Auto-Complete List in Outlook or Outlook on the web by following the steps in this article: Fix email delivery issues for error code 5.1.10 in Office 365, and then send the message again. Retype the entire recipient address before selecting **Send**.

If the problem continues, forward this message to your email admin. If you're an email admin, refer to the **More Info for Email Admins** section below.

*Was this helpful? Send feedback to Microsoft.*

---

## More Info for Email Admins
*Status code: 550 5.1.10*

This error occurs because the sender sent a message to an email address hosted by Office 365 but the address is incorrect or doesn't exist at the destination domain. The error is reported by the recipient domain's email server, but most often it must be fixed by the person who sent the message. If the steps in the **How to Fix It** section above don't fix the problem, and you're the email admin for the recipient, try one or more of

the following:

**The email address exists and is correct** - Confirm that the recipient address exists, is correct, and is accepting messages.

**Synchronize your directories** - If you have a hybrid environment and are using directory synchronization make sure the recipient's email address is synced correctly in both Office 365 and in your on-premises directory.

**Errant forwarding rule** - Check for forwarding rules that aren't behaving as expected. Forwarding can be set up by an admin via mail flow rules or mailbox forwarding address settings, or by the recipient via the Inbox Rules feature.

**Recipient has a valid license** - Make sure the recipient has an Office 365 license assigned to them. The recipient's email admin can use the Office 365 admin center to assign a license (Users > Active Users > select the recipient > Assigned License > Edit).

**Mail flow settings and MX records are not correct** - Misconfigured mail flow or MX record settings can cause this error. Check your Office 365 mail flow settings to make sure your domain and any mail flow connectors are set up correctly. Also, work with your domain registrar to make sure the MX records for your domain are configured correctly.

For more information and additional tips to fix this issue, see Fix email delivery issues for error code 5.1.10 in Office 365.

### Original Message Details

| | |
|---|---|
| **Created Date:** | 8/14/2025 8:44:13 PM |
| **Sender Address:** | jvetrano999@gmail.com |
| **Recipient Address:** | trusteelovato@bankruptcyreno.com |
| **Subject:** | Re: Subject: Urgent Request for Clarification Regarding MMTLP and Next Bridge Hydrocarbons Shareholders in Meta Materials Inc. Chapter 7 Bankruptcy |

### Error Details

| | |
|---|---|
| **Error:** | *550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient trusteelovato@bankruptcyreno.com not found by SMTP address lookup* |
| **Message rejected by:** | BL3PR16MB4370.namprd16.prod.outlook.com |

### Notification Details

| | |
|---|---|
| **Sent by:** | BL3PR16MB4370.namprd16.prod.outlook.com |

### Message Hops

| HOP | TIME (UTC) | FROM | TO | WITH | RELAY TIME |
|---|---|---|---|---|---|
| 1 | 8/14/2025 8:44:26 PM | | mail-vs1-xe2b.google.com | SMTP | 13 sec |
| 2 | 8/14/2025 8:44:26 PM | mail-vs1-xe2b.google.com | CY4PEPF0000EDD0.mail. protection.outlook.com | Microsoft SMTP Server (version=TLS1_3, cipher=TLS_AES_256_GCM_SHA384) | * |
| 3 | 8/14/2025 8:44:26 PM | CY4PEPF0000EDD0.namprd03.prod. outlook.com | CY5PR15CA0092.outlook. office365.com | Microsoft SMTP Server (version=TLS1_3, cipher=TLS_AES_256_GCM_SHA384) | * |
| 4 | 8/14/2025 8:44:26 PM | CY5PR15CA0092.namprd15.prod. outlook.com | BL3PR16MB4370.namprd16.prod. outlook.com | Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_ 256_GCM_SHA384) | * |

### Original Message Headers

```
Received: from CY5PR15CA0092.namprd15.prod.outlook.com (2603:10b6:930:7::6) by
 BL3PR16MB4370.namprd16.prod.outlook.com (2603:10b6:208:351::10) with
 Microsoft SMTP Server (version=TLS1_2,
```

cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.9031.18; Thu, 14 Aug
2025 20:44:26 +0000
Received: from CY4PEPF0000EDD0.namprd03.prod.outlook.com
 (2603:10b6:930:7:cafe::ca) by CY5PR15CA0092.outlook.office365.com
 (2603:10b6:930:7::6) with Microsoft SMTP Server (version=TLS1_3,
 cipher=TLS_AES_256_GCM_SHA384) id 15.20.9031.18 via Frontend Transport; Thu,
 14 Aug 2025 20:44:26 +0000
Authentication-Results: spf=pass (sender IP is 2607:f8b0:4864:20::e2b)
 smtp.mailfrom=gmail.com; dkim=pass (signature was verified)
 header.d=gmail.com; dmarc=pass action=none header.from=gmail.com;compauth=pass
 reason=100
Received-SPF: Pass (protection.outlook.com: domain of gmail.com designates
 2607:f8b0:4864:20::e2b as permitted sender) receiver=protection.outlook.com;
 client-ip=2607:f8b0:4864:20::e2b; helo=mail-vs1-xe2b.google.com; pr=C
Received: from mail-vs1-xe2b.google.com (2607:f8b0:4864:20::e2b) by
 CY4PEPF0000EDD0.mail.protection.outlook.com (2603:10b6:92f::1003:0:4) with
 Microsoft SMTP Server (version=TLS1_3, cipher=TLS_AES_256_GCM_SHA384) id
 15.20.9031.11 via Frontend Transport; Thu, 14 Aug 2025 20:44:26 +0000
Received: by mail-vs1-xe2b.google.com with SMTP id ada2fe7eead31-50f8ad2f556so23347137.2;
        Thu, 14 Aug 2025 13:44:26 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=20230601; s=20230601; t=1755204265; x=1755809065; darn=bankruptcyreno.com;
        h=cc:to:subject:message-id:date:from:in-reply-to:references
         :mime-version:from:to:cc:subject:date:message-id:reply-to;
        bh=Cnc5yQWnphBTYUol/mS5FBZp+rTffptw+okEX2tT8/M=;
        b=fYfM/fkawN22K/pOKZ/E3+aMgF8BPpiMoRE7+8/VpZTx3lyYStFSZOovHmQCxQpAKW
         P1dnpF80X7f2Wdeg6+2FcS4Z7ZfK52bKLsZRZd6ze7hU2O6sy8rTmEaYHz/KkgXcNkK3
         zlwxFx+ydKaRpOKbcYnt7pt+BDutbdCJY0bSImy+plbjILgCsGi60YUjQq7H3/4rWQvo
         oeasyeoZVxBaepwdW72xR5yR0pXMR/hCq3AO/JTk3ZAcUBNIV+NYjxVgkPMXcB6ERUwV
         vV83RRgWlzod6vJT3vhTsDm/NedctV87zW4obRZ/A5RPU8htrIPgSoTLw8d27tAEoMjx
         NHbg==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20230601; t=1755204265; x=1755809065;
        h=cc:to:subject:message-id:date:from:in-reply-to:references
         :mime-version:x-gm-message-state:from:to:cc:subject:date:message-id
         :reply-to;
        bh=Cnc5yQWnphBTYUol/mS5FBZp+rTffptw+okEX2tT8/M=;
        b=AnlnAYxA6jdWC1thlDRZc96odvzdDzUAvSexfF1t+7J5E2kv3yi5mvWRa/kgF1ZOvt
         yKYaFI+17S4Mg7+W0JE7TNwcnMnlg+9om+xVlhWybUZPHNN7WHYjQFUqE8Qk4bwHqUVi
         aDgPBCJe0e5cJdUv/60jWGnMn/e9eYPnBQnv6g5E+QeYeZyRTMjEStJXBl6LZQifbpV2
         +eA28z95MBPIjwofSbybG34WL/TcuInYIxr5uqosBEBRurgPPHNkzKjwc07i4FMP1DeT
         NzGSt5yFY/iTNxMO87KTjhmoKLyFMQoBSD3gLWroyqEtg2+q8IDNMtAJPsC9td7SKGWv
         e5eQ==
X-Forwarded-Encrypted: i=1; AJvYcCV9jkgr8k/VOXWGP5G8rfWSi6I4kh22xSsYBfSUxfufifMqT26KSHCL
        oMkWyXt1vLAn3LB78YjimixHnhuo@bankruptcyreno.com
X-Gm-Message-State: AOJu0YwBJ2GBfOpkUFh2QDV5zGQ/qgeucNLFvlRpGQN78ojtHiVfTQtS
        yag10V/TOQZ62vFKSG2EJ7h6hCX+nTgh3gdfH2qelS1Lj+LucNTEpFQZijHt1PzbQaL61L8n/u0
        a6j8I+rPwKec9y4p2Kzln6di0U1w7GQs=
X-Gm-Gg: ASbGncsrJ/RUxj9ctF8Ngj2huIkWvc5AQLR8ASHskhv3p+kYFZtuUbeh30p721HMzXp
        pVUP6/XMgaEe33ujkUOA1wjd7tjl2bvpsZN2sJgjvBKd55up9kSs9zsXnAdpQQ9mUqwOF8ujsCU
        saY6rm7eMjKg+IWQuS7PrBXVEn8vnRj5mckJ5WeYT1a9MjCZHoTF4tj5oaVPvajpSjPY9AjuMju
        2WZ/7B7CYUZcovQUyj0Rx30MbPzPAzrzB6+Bj4=
X-Google-Smtp-Source: AGHT+IGyi7IsdT6ExuQZpybR/wK/2r22ZsbmP1hdhLcj1jbz4+5ameA1PdMt+SuR81vVKVZsW2m+C+s0y3OugDIJgwY=
X-Received: by 2002:a05:6102:4b0f:b0:4fc:faee:4080 with SMTP id
 ada2fe7eead31-50e512adae1mr937727137.6.1755204264699; Thu, 14 Aug 2025
 13:44:24 -0700 (PDT)
MIME-Version: 1.0
References: <CAAmyGVd3UBY0=T=VkZEu2mbwP=pUoy+rsgqpZcvKK8+yWTsSnA@mail.gmail.com>
 <BLAPR09MB638637BFCD9E993270BC7C34C335A@BLAPR09MB6386.namprd09.prod.outlook.com>
 <CAAmyGVd0cwOkDSSm9oeuiEaB-Y5YSRJa+55eWqEr7BH4M63n9A@mail.gmail.com>
In-Reply-To: <CAAmyGVd0cwOkDSSm9oeuiEaB-Y5YSRJa+55eWqEr7BH4M63n9A@mail.gmail.com>
From: Jennifer Vetrano <jvetrano999@gmail.com>
Date: Thu, 14 Aug 2025 16:44:13 -0400
X-Gm-Features: Ac12FXwDPkuYYW-TneH4J8IV9PE7uVC6JWN3QZaRf-g0RPkAabUT28fU7OnihMo
Message-ID: <CAAmyGVf25GZ5FNuNTT37=RPR_BxT_nG2WJiMc+-hMwStz_DnCQ@mail.gmail.com>
Subject: Re: Subject: Urgent Request for Clarification Regarding MMTLP and
 Next Bridge Hydrocarbons Shareholders in Meta Materials Inc. Chapter 7 Bankruptcy
To: Natalie Clarke <Natalie_Clarke@nvb.uscourts.gov>
CC: notices@bankruptcyreno.com,
        "bcosman_perkinscoie.com" <BCosman@perkinscoie.com>, jchristian@christianattarlaw.com,
        trusteelovato@bankruptcyreno.com,
        "rhicks@schneiderwallace.com" <rhicks@schneiderwallace.com>, jkim@schneiderwallace.com,
        Illuminada Hammill <illuminada_hammill@nvb.uscourts.gov>,
        Linda Duffy <Linda_Duffy@nvb.uscourts.gov>
Content-Type: multipart/related; boundary="000000000000b63b08063c5956f1"
Return-Path: jvetrano999@gmail.com
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: cb59804a-899f-4bc1-86ce-360375ec0678:0
X-MS-PublicTrafficType: Email
X-MS-TrafficTypeDiagnostic: CY4PEPF0000EDD0:EE_|BL3PR16MB4370:EE_
X-MS-Office365-Filtering-Correlation-Id: be4d00af-7ed7-4bd7-0312-08dddb735bde
X-Microsoft-Antispam:
        BCL:0;ARA:13230040|7093399015|8096899003|4053099003|4013099003|13003099007|4076899003;
X-Microsoft-Antispam-Message-Info:

    =?us-ascii?Q?YNNpjn4IDePgIAJa5uQZ9DRSMZIdpxcquhqNifsh5gGY+zofr4oODD6ODe5+?=
=?us-ascii?Q?5d+Gm1P0JUsof6r7ijvR0XYXu5MpegmasmL0hhP+FuIZoXLNjeCsW5eKNcwG?=
=?us-ascii?Q?Xkr3PO3b3zqReQF50eJYOee5fTBeL5RhyCiqrWFsIOIKI2pyBk5nSw/cyYQx?=
=?us-ascii?Q?pyE1CYsP+9/KFWSg0NQ3AU9F62O59O6S5FIi3TA5ETUONwNb2hogDVYIbShT?=
=?us-ascii?Q?UO8EifY/RMIXwQ3Hl3c1BpZ4U0QosMJPBT8dDFUmlaj1iB9hyguIm5cZ1NFQ?=
=?us-ascii?Q?l1Fznnv40HD5xaYBMlrh6RVm4Vnu/wOAbS9w1E9mRimIyva1YEn+2VbINPCx?=
=?us-ascii?Q?4N/Ug4gR/dLjyVfPqRF+ij1D4TvxJWHLcsXm3Uj0rop6PLhbxoeRUpy1jhuQ?=
=?us-ascii?Q?f/cS1abX2NAg/kzFtyzIjpHKV/nQfA7KO/H6WD3yovaRew+Yw9R5+ak3J4zm?=
=?us-ascii?Q?xWehBeEvOdGRC2NN8RouQa9xSDfXn8gD3YydNG5LIVGCQsv+YjHY8Cw3o1Fb?=
=?us-ascii?Q?HhcFQc1UXbNXYgHLjEtnaxFgitkSCQfvnVQHGb5uWnlHFCB3pzZYRmSb8amj?=
=?us-ascii?Q?vj916oIYF6E2JYchsKXnTR1YOjGu3MOxT/E2aQIw/IAz86Jw0h8C5EaveOqu?=
=?us-ascii?Q?PTLedB/zTVJy2T+w82/e0uRHDGJn53wi9aoHALTSpd6Yk3BhGUeNuZA+H2Eo?=
=?us-ascii?Q?7ypAExPkPLC1s7b65EUDVdFxIcEGHIBY+oCjmpB/x4GKHkw6/Jzu3gxt0PT3?=
=?us-ascii?Q?RRyyCXrkI3rBcQ8Gl2Ir78iDr+ySuPfQNBkwd52Gifp8qSkCzCkJTp02qXN/?=
=?us-ascii?Q?VIoW2l8hIwS5VS9yGThu/4PgP58UU3OmdRWUfMUX3rptocgzL1TV2+Gpda1W?=
=?us-ascii?Q?HLLPiZtNcP8pxSnnRYHPZ2NX7CZsb+aKQiLSWjR3XJv5mbcAnFdQ0AkVWQHW?=
=?us-ascii?Q?NXJzumTE/L8jBi+jxAda0+ysQma71Z2tcZALHzIPo0hg13YJNzyVeRtks7xL?=
=?us-ascii?Q?kiTs/HOF4LtI6TQcV/ANLWJm5wAfl3ldVLCxo+/LNFhQ4bwl0bdwcshqF2q9?=
=?us-ascii?Q?2qV1XX29pDGE3s0VKMay1uXJZURbza03fJ4rFQO1P8wW0F+zB3YGo8b7PE2H?=
=?us-ascii?Q?QTMbvVJ4WpGVU3VyahN6EOLmqKGYR9UzB9hsNaRWBDrN5DBfPE47X7bPkOHP?=
=?us-ascii?Q?xMFVlQgpw13etA7jWljk/B+IyqpSuCmpNmNHpbqYVE8Rvbvnu+o7FA5q/6sK?=
=?us-ascii?Q?bGTrtbZnQPqbzI12JrKOKFrC8I7Ga2MBtgypxcOgkEsGMq4RG+uFkJyHPI8a?=
=?us-ascii?Q?Ziqb9JEVeVrQqvnhXAZEGdrQvTyvZ2X0xbPYneGzcICX11uvGWs7CYLocLH5?=
=?us-ascii?Q?BfoY3BGImn/K546npRGS/qQrKNHP4SRvLaXOItXvY/cotALv3DGyMuqvw0GF?=
=?us-ascii?Q?3m6tNx5+lOtjypmUhHvoSr0qwo6xInJ3iqe1WTiTn/3T2UMvkfpIoHBfxl+?=
=?us-ascii?Q?zjzSlpW/C8VP948UTAfj/svcrW/aKIIkqSav9hFoWAsT3Ie2nm2pU51s7lxR?=
=?us-ascii?Q?5Zy6A0jbADWthAtgCMk7a4VE2SxWWXQZFiiCTMVdLU0ndXamLoxqpB4ylQ8U?=
=?us-ascii?Q?no/8N6GLKeOkQSJ1/BNeJTQu8exHuKUE0tzxGn3S1OiZY5hQCs0TbhkK3HJ5?=
=?us-ascii?Q?OEv1oGrfJOxQY6F5Fo6ChlqB//1rgogqLs5OaEE+zFiws3VVZzDXQ5iyE9V9?=
=?us-ascii?Q?PPzfBXpXd3d/QVQD5HxrmQGmcxt5/Kw6BG4ZVO7O2gmmB5cVPFTgAPmqiMq+?=
=?us-ascii?Q?XoKqYBRdy6Ri5o3hDbDWn/VnEWT7MUoHcYNqGVyu7oRpmWvD5Y7HrldcaLsP?=
=?us-ascii?Q?3a7byx2d2Mv1zL+q40Lgbkhsc Aho7jAZYXDxe3sUM/HJZHWj96FSC6PdZpR8?=
=?us-ascii?Q?ZuMUS7mY5hDKCQx0oV3jAelCQ+HqhfY0fGYhUscDS95bK0sWn8sNmiw+VQcQ?=
=?us-ascii?Q?zgJRYIHXR5V+Ye8G5J/13+4cnkgfQbwTedlcmvL16T7hUjngjd0etqqCWDqw?=
=?us-ascii?Q?mRPSryQ6zFPKOZDbnC9Zl fQmpOksOAYev6dqrx9qfYacaQoWX+U5x1z5yNm7?=
=?us-ascii?Q?KXi5PW7bGMFn?=
X-Forefront-Antispam-Report:
        CIP:2607:f8b0:4864:20::e2b;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:mail-vs1-xe2b.google.com;PTR:mail-vs1-xe2b.
google.com;CAT:NONE;SFS:(13230040)(7093399015)(8096899003)(4053009003)(4013099003)(13003099007)(4076899003);DIR:INB;
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 14 Aug 2025 20:44:26.3500
  (UTC)
X-MS-Exchange-CrossTenant-Network-Message-Id: be4d00af-7ed7-4bd7-0312-08dddb735bde
X-MS-Exchange-CrossTenant-Id: cb59804a-899f-4bc1-86ce-360375ec0678
X-MS-Exchange-CrossTenant-AuthSource:
        CY4PEPF0000EDD0.namprd03.prod.outlook.com
X-MS-Exchange-CrossTenant-AuthAs: Anonymous
X-MS-Exchange-CrossTenant-FromEntityHeader: Internet
X-MS-Exchange-Transport-CrossTenantHeadersStamped: BL3PR16MB4370

Final-Recipient: rfc822;trusteelovato@bankruptcyreno.com
Action: failed
Status: 5.1.10
Diagnostic-Code: smtp;550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient trusteelovato@bankruptcyreno.com not found by SMTP address lookup

---------- Forwarded message ----------
From: Jennifer Vetrano <jvetrano999@gmail.com>
To: Natalie Clarke <Natalie_Clarke@nvb.uscourts.gov>
Cc: notices@bankruptcyreno.com, "bcosman_perkinscoie.com" <BCosman@perkinscoie.com>, jchristian@christianattarlaw.com,
trusteelovato@bankruptcyreno.com, "rhicks@schneiderwallace.com" <rhicks@schneiderwallace.com>, jkim@schneiderwallace.com, Illuminada Hammill
<illuminada_hammill@nvb.uscourts.gov>, Linda Duffy <Linda_Duffy@nvb.uscourts.gov>
Bcc:
Date: Thu, 14 Aug 2025 16:44:13 -0400
Subject: Re: Subject: Urgent Request for Clarification Regarding MMTLP and Next Bridge Hydrocarbons Shareholders in Meta Materials Inc. Chapter 7
Bankruptcy
Hi Natalie,

This is a issue that all Next Bridge Hydrocarbons shareholders are having and is not specific to myself or my case.

Thank you,

Jen Vetrano

On Thu, Aug 14, 2025, 4:41 PM Jennifer Vetrano <jvetrano999@gmail.com> wrote:
  Hi Natalie,

  I just left Trustee Lovato a voicemail but I do not happen to have her email (it keeps getting bounced back). Can you please provide this or an email for Judge Barnes please? Thank you.

  Jen Vetrano

On Thu, Aug 14, 2025, 4:36 PM Natalie Clarke <Natalie_Clarke@nvb.uscourts.gov> wrote:

Good afternoon, Ms. Vetrano.

The Clerk's Office is not allowed to give any legal advice and ex parte communication with the Judge is prohibited. The Federal Rules of Bankruptcy Procedure prohibit judges from having ex parte communication with a party in a case. Pursuant to the Federal rules of Bankruptcy Procedure Rule 9003, Prohibition of Ex Parte Contacts, (a) General prohibition. Except as otherwise permitted by applicable law, any examiner, any party in interest, and any attorney, accountant, or employee of a party in interest shall refrain from ex-parte meetings and communications with the court concerning matters affecting a particular case or proceeding. If you would like to get anything before the Court, you will need to file a Motion. You are more than welcome to review our website and read over the local rules, that is the link I provided below. Thank you.

Local Rules for Bankruptcy | U.S. Bankruptcy Court, District of Nevada



**Natalie Clarke**
Courtroom Deputy II
**U.S. Bankruptcy Court**
**District of Nevada**
(775) 326-2167
Web:https://www.nvb.uscourts.gov/

**From:** Jennifer Vetrano <jvetrano999@gmail.com>
**Sent:** Thursday, August 14, 2025 1:02 PM
**To:** notices@bankruptcyreno.com; NVB CD HLB <HLB_CD@nvb.uscourts.gov>; bcosman_perkinscoie.com <BCosman@perkinscoie.com>; jchristian@christianattarlaw.com; trusteelovato@bankruptcyreno.com; Natalie Clarke <Natalie_Clarke@nvb.uscourts.gov>; rhicks@schneiderwallace.com; jkim@schneiderwallace.com
**Subject:** Subject: Urgent Request for Clarification Regarding MMTLP and Next Bridge Hydrocarbons Shareholders in Meta Materials Inc. Chapter 7 Bankruptcy

**CAUTION - EXTERNAL:**

Dear Honorable Judge Barnes, Trustee Christina Lovato and Attorney Jeffrey Hartman,

I am writing to you as a concerned shareholder of MMTLP, originally issued by Meta Materials Inc., and now represented by Next Bridge Hydrocarbons—a Midland, Texas-based company. This correspondence pertains to the Chapter 7 bankruptcy proceedings of Meta Materials Inc. currently before the United States Bankruptcy Court for the Western District of Texas.

**As an equity security holder, I respectfully request clarification on whether shareholders of Next Bridge Hydrocarbons, who were previously issued MMTLP shares by Meta Materials Inc., are required to file Proof of Interest forms in this bankruptcy case. Given the unique circumstances surrounding the issuance and transition of MMTLP shares, it is imperative that shareholders receive clear guidance from the Trustee and the Court.**

I would like to emphasize the **urgency of this matter**. The lack of transparency and communication has left thousands of shareholders in a state of uncertainty. We seek confirmation on our standing in the bankruptcy proceedings and whether our interests are being duly considered under applicable bankruptcy law.

This request is made pursuant to:

- 11 U.S.C. §§ 341 and 501

- Federal Rules of Bankruptcy Procedure, including Rule 3002

- Constitutional protections under the Due Process and Equal Protection Clauses

- Relevant case law including Taylor v. Freeland & Kronz, 503 U.S. 638 (1992); Law v. Siegel, 571 U.S. 415 (2014); and In re Jenkins, 784 F.3d 230 (4th Cir. 2015)

Furthermore, I respectfully ask that the Court and Trustee ensure that the judges in the Western District of Texas (The Honorable Judge Counts and Judge Griffin) are made aware of the connection between Meta Materials Inc., MMTLP, and Next Bridge Hydrocarbons. This is essential for ensuring that all affected parties are properly informed and represented.

Please treat this request with the utmost urgency and provide a response at your earliest convenience. I am available to provide any additional documentation or clarification you may require.

Thank you for your attention to this matter.

Sincerely,

Jennifer Vetrano

Pro Se Plaintiff, Vetrano v. Brda et al case number 7:24-cv-00325

Cell 908-783-0105

Date: August 14, 2025

Phone 908-783-0105

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**Jeffrey L. Hartman** <jlh@bankruptcyreno.com>                                                       Thu, Aug 14, 2025 at 5:29 PM
To: Jennifer Vetrano <jvetrano999@gmail.com>
Cc: Christina Lovato <cwlovato@gmail.com>, Natalie Clarke <natalie_clarke@nvb.uscourts.gov>

Ms. Vetrano:

Nothing prevents you from filing a proof of interest in the Meta Materials case. Whether it is allowed, or subject to objection, will be decided in the future after notice and a hearing.

Jeff Hartman

**From:** Jennifer Vetrano <jvetrano999@gmail.com>
**Sent:** Thursday, August 14, 2025 1:02 PM

[Quoted text hidden]
[Quoted text hidden]

---

**Jennifer Vetrano** <jvetrano999@gmail.com>                                    Thu, Aug 14, 2025 at 5:52 PM
To: "Jeffrey L. Hartman" <jlh@bankruptcyreno.com>
Cc: Christina Lovato <cwlovato@gmail.com>, Natalie Clarke <natalie_clarke@nvb.uscourts.gov>

Hi Jeffrey,

Thank you for the response. Did the court ever send out a notice that we should be filling out these forms? I do not remember recieving anything for
MMTLP or Nextbridge Hydrocarbons and I do not understand if we will be prioritized with the MMAT shareholders or not? Does this guarantee we will
get anything back or any type of resolution? I apologize for the questions but all of our shareholders are confused and Meta Materials was the issuer.

Thank you,

Jennifer Vetrano
[Quoted text hidden]

---

**Jeffrey L. Hartman** <jlh@bankruptcyreno.com>                                 Thu, Aug 14, 2025 at 5:55 PM
To: Jennifer Vetrano <jvetrano999@gmail.com>

No, we have no way to accurately identify who might hold an interest. We expect to provide the notice in the future. I am not able to address your other questions at
this time and there can never be a guarantee.

[Quoted text hidden]

---

**Jennifer Vetrano** <jvetrano999@gmail.com>                                    Thu, Aug 14, 2025 at 6:17 PM
To: "Jeffrey L. Hartman" <jlh@bankruptcyreno.com>

Jeffrey,

Is the Meta bankruptcy court planning on doing anything to help resolve the MMTLP (now Nextbridge Hydrocarbons) losses from shareholders? I do
not believe anything was mentioned in the docket. Thank you.

Jen Vetrano
[Quoted text hidden]

---

**Jeffrey L. Hartman** <jlh@bankruptcyreno.com>                                 Thu, Aug 14, 2025 at 6:40 PM
To: Jennifer Vetrano <jvetrano999@gmail.com>

I am not willing to respond to your question at this time. It will just lead to more questions. If you wish to do so, please engage counsel if you believe you hold an
interest in Meta Materials.

[Quoted text hidden]

---

**Jennifer Vetrano** <jvetrano999@gmail.com>                                    Thu, Aug 14, 2025 at 7:55 PM
To: "Jeffrey L. Hartman" <jlh@bankruptcyreno.com>

Hi Jeffrey,

I am pro se and my own counsel in Western District of Texas distinct from MMAT. This is the same ambiguity our investors have recieved for years with
no resolution while executives and lawyers line their pockets at our expense. I will take it up with Judge Griffin.

Thank you,

Jen Vetrano
[Quoted text hidden]

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**

· To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

· The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

· To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

RECEIVED

AUG 19 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

Apply shipping documents on this side.

Do not use this envelope for:

**UPS Ground®**
**UPS Standard®**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn more about our Print & Business Services.







**THE UPS STORE**

**Print & Business Services**

*Express* **Envelope**

