UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| JENNIFER VETRANO, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Case No. 7:24-CV-325-DC-RCG |
| JOHN BRDA, ALLISON CHRISTILAW, MBA, ICD.D B, JOHN R. HARDING, UZI SASSON, DAN EATON ESQ, MAURICE GUITTON, ERIC M. LESLIE, PHILIPPE MORALI, KEN HANNAH, STEEN KARSBO, JOHN DOES 1–20, JANE DOES 1–20, | § § § § § § § § | |
| *Defendants*. | § § | |

## [PROPOSED] ORDER DENYING MOTION TO ENTER NEW EVIDENCE

Pending before the Court is Plaintiff Vetrano's Motion to Enter New Evidence. Upon consideration, the Court finds that the Motion should be, and hereby is, **DENIED**.

SIGNED on _____, 2025.

_____
UNITED STATES DISTRICT JUDGE