## Exhibit List

**Exhibit A-Official form 206 Meta Bankruptcy Case 24-50792-hlb**

**Exhibit B-Official Form 207 Meta Bankruptcy Case 24-50792-hlb**

**Exhibit C-Franchi vs. IXYS Corporation et al.**

**Exhibit D-X post Email Exchange from George Palikaris about Jack Harding and Uzi Sasson**

**Exhibit E-United States Securities and Exchange Commission Letter to Uzi Sasson**