**Exhibit B**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Meta Materials Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 24-50792 |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☒ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1. See Schedule to SOFA Q3 | | $5,896,089.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | Meta Materials Inc. | | Case number *(if known)* 24-50792 |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   See Schedule to SOFA Q4 | Various | $8,182,005.38 | Various |
|        Insiders | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Meta Materials Inc. v. Georgios Palikaras and Lamda Guard Technologies Inc.<br>TBA | Civil | Supreme Court of Nova Scotia<br>The Law Courts<br>1815 Upper Water Street<br>Halifax, NS B3J 1S7 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   In re Meta Materials Inc. Securities Litigation<br>1:21-cv-07203 | Putative Securities Class Action | U.S. District Court for the Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.3.   Hines v. Palikaras, et al.<br>1:22-cv-00248 | Shareholder Derivative Action | U.S. District Court for the Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.   Denton v. Palikaras, et al.<br>A-23-878134-C | Putative Shareholder Class Action | Eighth Judicial District Court<br>Clark County, Nevada<br>200 Lewis Ave<br>Las Vegas, NV 89155 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

| Debtor | Meta Materials Inc. | Case number *(if known)* 24-50792 |
|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| Grant Thornton Limited c/o Jonathan Krieger 20th Floor 200 King St West Toronto ON Canada M5H 3T4 | Canadian bankruptcy of subsidiary | Unknown |
| | **Case title** In re Metamaterial Technologies Canada | **Court name and address** Superintendent of Bankruptcy Canada |
| | **Case number** 31-3109313 | 151 Yonge Street, 4th Floor |
| | **Date of order or assignment** 07/26/2024 | Toronto, Ontario, Canada, M5C2W7 |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| Grant Thornton Limited c/o Jonathan Krieger 20th Floor 200 King St West Toronto ON Canada M5H 3T4 | Canadian bankruptcy of subsidiary | Unknown |
| | **Case title** In re Metamaterial Inc. | **Court name and address** Superintendent of Bankruptcy Canada |
| | **Case number** 31-3079005 | 151 Yonge Street, 4th Floor |
| | **Date of order or assignment** 07/12/2024 | Toronto, Ontario, Canada, M5C2W7 |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | Meta Materials Inc. | | Case number *(if known)* 24-50792 | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Perkins Coie LLP 1201 Third Ave, Suite 4900 Seattle, WA 98101 | Legal Fees | Various | $1,905,800.45 |
| | **Email or website address** bcosman@perkinscoie.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Stretto 410 Exchange, Suite 100 Irvine, CA 92602 | Retainer | 4/22/2024 | $10,000.00 |
| | **Email or website address** Travis.Vandell@stretto.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 85 Swanson Road Boxborough, MA 01719 | 10/1/2021 - 9/30/2023 |
| 14.2. | 60 Highfield Park Dr Dartmouth, Nova Scotia, Canada B3A 4R9 | 1/2021 - 5/2024 |

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Debtor    Meta Materials Inc.                                    Case number (if known)  24-50792

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12: Details About Environment Information

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                                    page 5

| Debtor | Meta Materials Inc. | Case number *(if known)* 24-50792 |
|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ☒ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☒ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☒ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. | |
|---|---|---|---|

| | | **Dates business existed** | |
|---|---|---|---|
| 25.1. 2798831 ONTARIO INC.<br>5300-199 Bay Street<br>Commerce Court West,<br>Suite 5300<br>Toronto, Ontario, M5L 1B9 | | **EIN:** Registry # 2798831<br><br>**From-To** Since 12/9/2020 | |

| 25.2. Metamaterial Exchangeco Inc.<br>5300-199 Bay Street<br>Commerce Court West,<br>Suite 5300<br>Toronto, Ontario, M5L 1B9 | | **EIN:** Registry # 2798832<br><br>**From-To** Since 12/9/2020 | |

| 25.3. Metamaterial Inc.<br>82 Richmond Street East,<br>Suite 200<br>Toronto ON M5C 1P1 | | **EIN:** CRA BN - 121266761<br><br>**From-To** Since 7/7/1987 | |

| Debtor | Meta Materials Inc. | Case number *(if known)* 24-50792 |

| 25.4. | Metamaterial Technologies Canada Inc.<br>60 Highfield Park Dr. Suite 102<br>Dartmouth N.S, Canada | **EIN:**<br>**From-To** | CRA BN - 801055609<br>Since 6/8/2012 |
|---|---|---|---|
| 25.5. | Medical Wireless Sensing Ltd.<br>QMB Innovation Centre, 42<br>New Road<br>London , E1 2AX UK | **EIN:**<br>**From-To** | TIN - 1356226129 VAT: 129009624<br>Since 12/14/2014 |
| 25.6. | Metamaterial Technologies USA Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | **EIN:**<br>**From-To** | 47-5007193<br>Since 9/8/2015 |
| 25.7. | META MATERIALS SINGLE MEMBER S.A.<br>Apostolou Pavlou 10A<br>15123 Marousi, Athens, Greece | **EIN:**<br>**From-To** | Registration # - 161394301000 Tax ID: 801681292 |
| 25.8. | 1315115 B.C. Ltd<br>2900 - 550 Burrard Street<br>Vancouver BC V6C 0A3,<br>Canada | **EIN:**<br>**From-To** | CRA BN - 788525301<br>Since 7/13/2021 |
| 25.9. | Nanotech Security Corp.<br>3292 Production Way<br>Burnaby, BC V5A 4R4 | **EIN:**<br>**From-To** | Registration # BC-0277671<br>Since 10/1/2014 |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ☐ None

| **Name and address** | **Date of service From-To** |
|---|---|
| 26a.1. | Uzi Sasson<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | 4/2023 - 11/2023 |
| 26a.2. | Kenneth Rice<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | 6/2021 - 4/2023 |
| 26a.3. | Ahmed Shebl<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | 11/2023 - 12/2023 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

  ☐ None

| Debtor | Meta Materials Inc. | Case number *(if known)* 24-50792 |
| --- | --- | --- |

| Name and address | Date of service From-To |
| --- | --- |
| 26b.1. | BDO USA, LLP<br>One International Place 4th Floor<br>Boston, MA 02110 | 7/2022 - 3/2024 |

| Name and address | Date of service From-To |
| --- | --- |
| 26b.2. | Deloitte<br>1190, avenue des Canadiens-de-Montréal<br>Bureau 500<br>Montréal QC H3B 0M7 | 10/2021 - 6/2023 |

| Name and address | Date of service From-To |
| --- | --- |
| 26b.3. | KPMG<br>Vaughan Metropolitan Centre<br>100 New Park Place, Suite 1400<br>Vaughan ON L4J 0J3<br>Canada | 6/2021 - present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1. | Ducera Partners LLC<br>11 Times Square, 36th Floor<br>New York, NY 10036 | Meta Materials Inc. retained Ducera as an investment banker and Ducera distributed financial statements to numerous confidential parties. |

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| John R. Harding | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Chairman/Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Allison Christilaw | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Kenneth Hannah | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Director | |

| Debtor | Meta Materials Inc. | | Case number *(if known)* 24-50792 | |
|---|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vyomesh Joshi | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steen Karsbo | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Philippe Morali | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Uzi Sasson | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | President and Chief Executive Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dan Eaton | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Chief Legal Officer and Secretary | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jim Fusaro | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Chief Executive Officer/Director | 10/2023 - 11/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jennifer Charaso | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Chief Human Resources Officer | 10/2023 -<br>12/15/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ahmed Shebl | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Chief Accounting Officer and Interim Chief Financial Officer | 11/2023 - 12/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Georgios Palikaras | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | President and Chief Executive Officer/Director | 6/2021 - 10/2023 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Meta Materials Inc. | | Case number (if known) 24-50792 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kenneth Rice | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Chief Financial Officer and Chief Operating Officer | 6/2021 - 4/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jonathan Waldern | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Chief Technology Officer | 6/2021 - 4/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Eugenia Corrales | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Board of Directors | 4/2023 - 12/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Eric Leslie | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Board of Directors | 6/2021 - 10/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Maurice Guitton | c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite 51<br>Pleasanton, CA 94588 | Board of Directors | 6/2021 - 4/2023 |

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Eric Leslie<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $8,058.14 | 9/29/2023 | Director Fee |
| | Relationship to debtor<br>Board of Directors | | | |
| 30.2. | Allison Christilaw<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $60,625.46 | Various | Director Fees |
| | Relationship to debtor<br>Board of Directors | | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Meta Materials Inc. | | Case number *(if known)* | 24-50792 |
|---|---|---|---|---|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3 Vyomesh Joshi<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $67,360.52 | Various | Director Fees |
| **Relationship to debtor**<br>Board of Directors | | | |
| 30.4 Eugenia Corrales<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $33,379.00 | Various | Director Fees |
| **Relationship to debtor**<br>Board of Directors | | | |
| 30.5 John R. Harding<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $113,333.33 | Various | Director Fees |
| **Relationship to debtor**<br>Board of Directors | | | |
| 30.6 Kenneth Hannah<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $93,333.33 | Various | Director Fees |
| **Relationship to debtor**<br>Board of Directors | | | |
| 30.7 Karsbo Consulting<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $86,766.67 | Various | Director Fees |
| **Relationship to debtor**<br>Board of Directors | | | |
| 30.8 Philippe Morali<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $40,979.67 | Various | Director Fees |
| **Relationship to debtor**<br>Board of Directors | | | |

| Debtor | Meta Materials Inc. | | Case number *(if known)* 24-50792 | |
|---|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.9. | **Nadine Geddes**<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $79,255.84 | Various | Salary & Vacation Pay/Severance Pay |
| | **Relationship to debtor**<br>Former Director of Operations | | | |
| 30.10. | **Ahmed Shebl**<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $70,065.42 | Various | Salary |
| | **Relationship to debtor**<br>Former Chief Accounting Officer and Interim Chief Financial Officer | | | |
| 30.11. | **Georgios Palikaras**<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $97,637.74 | Various | Salary |
| | **Relationship to debtor**<br>Former President and Chief Executive Officer | | | |
| 30.12. | **Jonathan Waldern**<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $111,436.25 | Various | Severance Pay |
| | **Relationship to debtor**<br>Former Chief Technology Officer | | | |
| 30.13. | **Kenneth Rice**<br>c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $115,473.37 | Various | Severance Pay |
| | **Relationship to debtor**<br>Former Chief Financial Officer and Chief Operating Officer | | | |

| Debtor | Meta Materials Inc. | | Case number (if known) 24-50792 |
|---|---|---|---|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 Jim Fusaro<br>4. c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $28,944.84 | Various | Salary & Vacation Pay |
| **Relationship to debtor**<br>Former Chief Executive Officer | | | |
| 30.1 Jennifer Charaso<br>5. c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd, Suite<br>51<br>Pleasanton, CA 94588 | $35,349.41 | Various | Salary & Vacation pay |
| **Relationship to debtor**<br>Former Chief Human<br>Resources Officer | | | |
| 30.1 Uzi Sasson<br>6. c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $388,425.13 | Various | Salary & Consulting Agreement |
| **Relationship to debtor**<br>President and Chief Executive<br>Officer | | | |
| 30.1 Dan Eaton<br>7. c/o Meta Materials Inc.<br>5880 W. Las Positas Blvd,<br>Suite 51<br>Pleasanton, CA 94588 | $300,048.28 | Various | Salary and Consulting Agreement |
| **Relationship to debtor**<br>Chief Legal Officer and<br>Secretary | | | |
| 30.1 See Schedule to SOFA Q30<br>8. | # of shares vested (RSU) / redeemed (DSU) | Various | D&O Grants |
| **Relationship to debtor**<br>Present and Former Board of<br>Directors | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation | |
|---|---|---|
| Meta Materials Inc. | EIN: | 74-3237581 |

Debtor    Meta Materials Inc.                                    Case number *(if known)* 24-50792

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

**Name of the pension fund**                        **Employer Identification number of the pension fund**

### Part 14:    Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/09/2024

Signed by:
Uzi Sasson
1B8FAEEE2D9D4C6...

Uzi Sasson

Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

SCHEDULE TO SOFA Q3

| Creditor Name | Address1 | Address2 | City State Zip | Dates | Total amount of value | Reason for payment or transfer |
|---|---|---|---|---|---|---|
| Related Party - Metamaterial Technologies Canada Inc. | 60 Highfield Park Drive | | Dartmouth, NS B3A 4R9 | 5/9/2024 | (100,000.00) | intercompany settlement |
| Related Party - Metamaterial Technologies USA Inc. | Suite 51, 5880 W. Las Positas Blvd | | Pleasanton, CA 94588 | 5/10/2024 | (50,000.00) | intercompany settlement |
| Related Party - Metamaterial Technologies USA Inc. | Suite 51, 5880 W. Las Positas Blvd | | Pleasanton, CA 94588 | 5/13/2024 | (300,000.00) | intercompany settlement |
| Related Party - Metamaterial Technologies USA Inc. | Suite 51, 5880 W. Las Positas Blvd | | Pleasanton, CA 94588 | 5/14/2024 | (50,000.00) | intercompany settlement |
| Verizon | One Verizon Way | | Basking Ridge, NJ 07920 | 5/16/2024 | (284.00) | Wireless service |
| Bark Jae Shin | 1301 Hyundai Liberty House | | Hannam Yongsan Gu, Seoul Korea | 5/17/2024 | (17,104.58) | Consulting Fees-Business Development |
| Related Party - Metamaterial Technologies USA Inc. | Suite 51, 5880 W. Las Positas Blvd | | Pleasanton, CA 94588 | 5/23/2024 | (100,000.00) | intercompany settlement |
| Related Party - Meta Materials Single Member S.A. | Apostolou Pavlou 10A | 15123 Marousi | Athens, Greece | 5/24/2024 | (39,476.00) | intercompany settlement |
| Core Advisory and Accounting Services | Plot No 709, Chaubal House, 21st Road | Khar (West) Mumbai - 400052 | Maharashtra, India | 5/27/2024 | (1,300.00) | Consulting Fees-Finance |
| Perkins Cole LLP | 1201 Third Ave, Suite 4900 | | Seattle, WA 98101 | 5/30/2024 | (200,000.00) | Legal expense |
| Borden Ladner Gervais LLP | World Exchange Plaza | 100 Queen Street, Suite 1300 | Ottawa, ON, Canada K1P 1J9 | 5/31/2024 | (30,000.00) | Patent Maintenance Fees |
| Related Party - Metamaterial Technologies Canada Inc. | 60 Highfield Park Drive | | Dartmouth, NS B3A 4R9 | 6/3/2024 | (20,000.00) | intercompany settlement |
| Abhijeet Deodhar | | | | 6/11/2024 | (40,150.00) | Consulting Fees-Finance |
| Core Advisory and Accounting Services | Plot No 709, Chaubal House, 21st Road | Khar (West) Mumbai - 400052 | Maharashtra, India | 6/12/2024 | (1,000.00) | Consulting Fees-Finance |
| Related Party - Metamaterial Technologies USA Inc. | Suite 51, 5880 W. Las Positas Blvd | | Pleasanton, CA 94588 | 6/14/2024 | (150,000.00) | intercompany settlement |
| Verizon | One Verizon Way | | Basking Ridge, NJ 07920 | 6/18/2024 | (284.00) | Wireless service |
| Hub International | PO Box 3310 | | Santa Barbara, CA 93130-3310 | 6/21/2024 | (1,669,863.45) | Prepaid insurance to 6/28/2025 |
| Related Party - Meta Materials Single Member S.A. | Apostolou Pavlou 10A | 15123 Marousi | Athens, Greece | 6/25/2024 | (5,500.00) | intercompany settlement |
| Related Party - Metamaterial Technologies USA Inc. | Suite 51, 5880 W. Las Positas Blvd | | Pleasanton, CA 94588 | 6/25/2024 | (100,000.00) | intercompany settlement |
| Borden Ladner Gervais LLP | World Exchange Plaza | 100 Queen Street, Suite 1300 | Ottawa, ON Canada K1P 1J9 | 6/26/2024 | (36,600.00) | Patent Maintenance Fees |
| Related Party - Metamaterial Technologies USA Inc. | Suite 51, 5880 W. Las Positas Blvd | | Pleasanton, CA 94588 | 6/27/2024 | (200,000.00) | intercompany settlement |
| Bark Jae Shin | 1301 Hyundai Liberty House | | Hannam Yongsan Gu, Seoul Korea | 7/3/2024 | (16,868.75) | Consulting Fees-Business Development- |
| Shareholder Intelligence Service LLC | 151 Rowayton Ave | | Rowayton, CT 06853 | 7/3/2024 | (30,000.00) | Investor Related Expense |
| Board of Director fees - Ken Hannah | | | | 7/3/2024 | (17,500.00) | Board of Director fees |
| Related Party - Metamaterial Technologies Canada Inc. | 60 Highfield Park Drive | | Dartmouth, NS B3A 4R9 | 7/3/2024 | (100,000.00) | intercompany settlement |
| Hung Le Viet | 4201 Crepe Myrtle Ln | | Tracy, CA 95377 | 7/5/2024 | (4,960.00) | Consulting Fees-Production |
| On Search Partners, LLC | 102 First Street, Suite 201 | | Hudson, OH 44236 | 7/5/2024 | (111,111.00) | HR Recruiting - past due invoice from 2023 |
| Abhijeet Deodhar | | | | 7/5/2024 | (25,000.00) | Consulting Fees-Finance |
| Board of Director fees - Jack Harding | | | | 7/5/2024 | (21,250.00) | Board of Director fees |
| Board of Director fees - Philippe Morali | | | | 7/5/2024 | (12,500.00) | Board of Director fees |
| Board of Director fees - Vyomesh Joshi | | | | 7/5/2024 | (12,500.00) | Board of Director fees |
| Related Party - Metamaterial Technologies Canada Inc. | 60 Highfield Park Drive | | Dartmouth, NS B3A 4R9 | 7/5/2024 | (50,000.00) | intercompany settlement |
| Board of Director fees - Karsbo Consulting | | | | 7/5/2024 | (16,270.00) | Board of Director fees |
| Related Party - Metamaterial Technologies Canada Inc. | 60 Highfield Park Drive | | Dartmouth, NS B3A 4R9 | 7/9/2024 | (100,000.00) | intercompany settlement |
| Core Advisory and Accounting Services | Plot No 709, Chaubal House, 21st Road | Khar (West) Mumbai - 400052 | Maharashtra, India | 7/10/2024 | (1,000.00) | Consulting Fees-Finance |
| Related Party - Metamaterial Technologies USA Inc. | Suite 51, 5880 W. Las Positas Blvd | | Pleasanton, CA 94588 | 7/10/2024 | (100,000.00) | intercompany settlement |
| Perkins Cole LLP | 1201 Third Ave, Suite 4900 | | Seattle, WA 98101 | 7/11/2024 | (200,000.00) | Legal expense |
| Borden Ladner Gervais LLP | World Exchange Plaza | 100 Queen Street, Suite 1300 | Ottawa, ON Canada K1P 1J9 | 7/12/2024 | (2,910.77) | Patent Maintenance Fees |
| Verizon | One Verizon Way | | Basking Ridge, NJ 07920 | 7/16/2024 | (284.00) | Wireless service |
| Related Party - Metamaterial Technologies USA Inc. | Suite 51, 5880 W. Las Positas Blvd | | Pleasanton, CA 94588 | 7/17/2024 | (240,000.00) | intercompany settlement |
| Related Party - Nanotech Security Corp. | 3292 Production Way | | Burnaby, BC V5A 4R4 | 7/17/2024 | (82,426.63) | intercompany settlement |
| Related Party - Nanotech Security Corp. | 3292 Production Way | | Burnaby, BC V5A 4R4 | 7/17/2024 | (22,393.43) | intercompany settlement |
| Related Party - Nanotech Security Corp. | 3292 Production Way | | Burnaby, BC V5A 4R4 | 7/17/2024 | (22,388.39) | intercompany settlement |
| Related Party - Plasma App Ltd. | R1 G97 Rutherford Appleton Laboratory | Harwell Oxford Innovation Campus | Dlcot, UK OX11 0QX | 7/17/2024 | (356,535.00) | intercompany settlement |
| D.F. KING & CO., INC. | 48 Wall Street | | New York, NY 10005 | 7/18/2024 | (5,000.00) | Stock Exchange fees |
| D.F. KING & CO., INC. | 48 Wall Street | | New York, NY 10005 | 7/18/2024 | (5,000.00) | Stock Exchange fees |
| AST Trust Company (Canada) | 1 Toronto Street, Suite 1200 | | Toronto, ON M5C2V6 | 7/18/2024 | (64,174.86) | Investor Related Expense |
| Abhijeet Deodhar | | | | 7/19/2024 | (25,000.00) | Consulting Fees-Finance |
| Imperium Patent works LLP | PO Box 607 | | Pleasanton, CA 94566 | 7/26/2024 | (30,010.00) | Patent maintenance |
| Gforce Marketing Inc. | 1 Langton Drive | | Holmdel, NJ 07733 | 7/26/2024 | (1,400.00) | Consulting Fees - Executive |

**SCHEDULE TO SOFA Q3**

| Creditor Name | Address1 | Address2 | City State Zip | Dates | Total amount of value | Reason for payment or transfer |
|---|---|---|---|---|---|---|
| Board of Director fees - Vyomesh Joshi | | | | 7/26/2024 | (4,166.67) | Board of Director fees |
| Board of Director fees - Philippe Morali | | | | 7/26/2024 | (4,166.67) | Board of Director fees |
| Board of Director fees - Jack Harding | | | | 7/26/2024 | (7,083.33) | Board of Director fees |
| Board of Director fees - Ken Hannah | | | | 7/26/2024 | (5,833.33) | Board of Director fees |
| Board of Director fees - Karsbo Consulting | | | | 7/26/2024 | (5,416.67) | Board of Director fees |
| Ballard Spahr | One Summerlin | 1980 Festival Plaza Dr, Suite 900 | Las Vegas, NV 89135 | 8/7/2024 | (120,838.06) | Service |
| BDO USA, LLC | One International Place 4th Floor | | Boston, MA 02110 | 8/7/2024 | (13,229.00) | Service |
| Core Advisory and Accounting Services | Plot No 709, Chaubal House, 21st Road | Khar (West) Mumbai - 400052 | Maharashtra, India | 8/7/2024 | (1,000.00) | Service |
| Abhijeet Deodhar | | | | 8/7/2024 | (25,000.00) | Service |
| Dat Hyunh Consulting | 2680 Glen Ferguson Circle | | San Jose 95148 | 8/7/2024 | (9,000.00) | Service |
| Dat Hyunh Consulting | 2680 Glen Ferguson Circle | | San Jose 95148 | 8/8/2024 | (18,000.00) | Consulting |
| Dan Eaton | | | | 8/8/2024 | (100,000.00) | Consulting |
| Dan Eaton | | | | 8/8/2024 | (205,047.00) | Salary, Severance and vacation cash out |
| Uzi Sasson | | | | 8/8/2024 | (301,320.18) | Salary, Severance and vacation cash out |
| Bdalcom LLC. | | | | 8/8/2024 | (100,000.00) | Consulting |
| Chiho Tamura Chan | | | | 8/8/2024 | (40,435.61) | Consulting |
| Yuan Liu | | | | 8/8/2024 | (39,280.30) | Consulting |
| Lyon, Apryl | | | | 8/8/2024 | (16,915.95) | Consulting |
| Kariyawasam, Nimesha | | | | 8/8/2024 | (19,453.34) | Consulting |
| Little, Amanda | | | | 8/8/2024 | (23,547.00) | Consulting |
| Bradshaw, Anna | | | | 8/8/2024 | (28,882.58) | Consulting |
| (Dash) Tharshan | | | | 8/8/2024 | (19,429.42) | Consulting |

**TOTAL 90 DAY PAYMENTS    (5,896,089.97)**

* Home addresses of the Board of Directors and Employees/Consultants of Meta Materials Inc. and its subsidiaries have been redacted for confidentiality purposes.

## SCHEDULE TO SOFA Q4

| Pay Date | Employee Name | USD | Description | Comments |
|---|---|---|---|---|
| 29/Sep/23 | Eric Leslie | 8,058.14 | Director Fee | |
| Totals | Eric Leslie | | | |
| | | | | Q2-2023 - paid late - recorded in payroll at same time as Q3 payment as Q2 was paid to director in USD without any taxes withheld |
| 29/Sep/23 | Allison Christilaw | 11,151.82 | Director Fee | |
| 29/Sep/23 | Allison Christilaw | 11,151.82 | Director Fee | Q3-2023 |
| 29/Dec/23 | Allison Christilaw | 12,178.01 | Director Fee | Q4-2023 |
| 18/Apr/24 | Allison Christilaw | 11,203.67 | Director Fee | Q1-2024 |
| 10/Jul/24 | Allison Christilaw | 11,223.05 | Director Fee | Q2-2024 |
| 31/Jul/24 | Allison Christilaw | 3,717.09 | Director Fee | for the month of July 2024 |
| Totals | Allison Christilaw | 60,625.46 | | |
| 26/Jul/24 | Vyomesh Joshi | 4,166.67 | Director Fee | |
| 14/Jun/23 | Vyomesh Joshi | 3,303.85 | Director Fee | |
| 25/Aug/23 | Vyomesh Joshi | 9,890.00 | Director Fee | |
| 27/Sep/23 | Vyomesh Joshi | 12,500.00 | Director Fee | |
| 5/Jan/24 | Vyomesh Joshi | 12,500.00 | Director Fee | |
| 15/Apr/24 | Vyomesh Joshi | 12,500.00 | Director Fee | |
| 5/Jul/24 | Vyomesh Joshi | 12,500.00 | Director Fee | |
| Totals | Vyomesh Joshi | 67,360.52 | | |
| 25/Aug/23 | Eugenia Corrales | 9,890.00 | Director Fee | |
| 27/Sep/23 | Eugenia Corrales | 12,500.00 | Director Fee | |
| 5/Jan/24 | Eugenia Corrales | 10,989.00 | Director Fee | |
| Totals | Eugenia Corrales | 33,379.00 | | |
| 26/Jul/24 | Jack Harding | 7,083.33 | Director Fee | |
| 28/Aug/23 | Jack Harding | 21,250.00 | Director Fee | |
| 27/Sep/23 | Jack Harding | 21,250.00 | Director Fee | |
| 5/Jan/24 | Jack Harding | 21,250.00 | Director Fee | |
| 15/Apr/24 | Jack Harding | 21,250.00 | Director Fee | |
| 5/Jul/24 | Jack Harding | 21,250.00 | Director Fee | |
| Totals | Jack Harding | 113,333.33 | | |
| 26/Jul/24 | Ken Hannah | 5,833.33 | Director Fee | |
| 25/Aug/23 | Ken Hannah | 17,500.00 | Director Fee | |
| 27/Sep/23 | Ken Hannah | 17,500.00 | Director Fee | |
| 5/Jan/24 | Ken Hannah | 17,500.00 | Director Fee | |
| 15/Apr/24 | Ken Hannah | 17,500.00 | Director Fee | |
| 3/Jul/24 | Ken Hannah | 17,500.00 | Director Fee | |
| Totals | Ken Hannah | 93,333.33 | | |
| 26/Jul/24 | Karsbo Consulting | 5,416.67 | Director Fee | |
| 25/Aug/23 | Karsbo Consulting | 16,270.00 | Director Fee | |
| 27/Sep/23 | Karsbo Consulting | 16,270.00 | Director Fee | |
| 5/Jan/24 | Karsbo Consulting | 16,270.00 | Director Fee | |
| 15/Apr/24 | Karsbo Consulting | 16,270.00 | Director Fee | |
| 5/Jul/24 | Karsbo Consulting | 16,270.00 | Director Fee | |
| Totals | Karsbo Consulting | 86,766.67 | | |
| 26/Jul/24 | Philippe Morali | 4,166.67 | Director Fee | |
| 5/Jan/24 | Philippe Morali | 11,813.00 | Director Fee | |
| 15/Apr/24 | Philippe Morali | 12,500.00 | Director Fee | |
| 5/Jul/24 | Philippe Morali | 12,500.00 | Director Fee | |
| Totals | Philippe Morali | 40,979.67 | | |
| 31/Jul/23 | Nadine Geddes | 2,505.92 | Salary | |
| 15/Aug/23 | Nadine Geddes | 2,449.23 | Salary | |
| 31/Aug/23 | Nadine Geddes | 2,440.36 | Salary | |
| 15/Sep/23 | Nadine Geddes | 2,441.26 | Salary & Vacation pay | |

## SCHEDULE TO SOFA Q4

| Pay Date | Employee Name | USD | Description | Comments |
|---|---|---|---|---|
| 29/Sep/23 | Nadine Geddes | 2,442.34 | Salary | |
| 12/Oct/23 | Nadine Geddes | - | | |
| 13/Oct/23 | Nadine Geddes | 1,975.03 | Salary | |
| 31/Oct/23 | Nadine Geddes | 2,380.54 | Salary | |
| 15/Nov/23 | Nadine Geddes | 2,414.66 | Salary | |
| 30/Nov/23 | Nadine Geddes | 2,431.20 | Salary & others | |
| 15/Dec/23 | Nadine Geddes | 2,468.27 | Salary & others | |
| 29/Dec/23 | Nadine Geddes | 2,739.37 | Severance Pay (Salary continuance) | |
| 15/Jan/24 | Nadine Geddes | 2,437.84 | Severance Pay (Salary continuance) | |
| 31/Jan/24 | Nadine Geddes | 2,444.94 | Severance Pay (Salary continuance) | |
| 15/Feb/24 | Nadine Geddes | 2,427.54 | Severance Pay (Salary continuance) | |
| 29/Feb/24 | Nadine Geddes | 6,913.63 | Severance Pay (Salary continuance) | |
| 15/Mar/24 | Nadine Geddes | 2,420.37 | Severance Pay (Salary continuance) | |
| 28/Mar/24 | Nadine Geddes | 2,417.33 | Severance Pay (Salary continuance) | |
| 15/Apr/24 | Nadine Geddes | 2,379.74 | Severance Pay (Salary continuance) | |
| 30/Apr/24 | Nadine Geddes | 2,382.86 | Severance Pay (Salary continuance) | |
| 15/May/24 | Nadine Geddes | 2,405.79 | Severance Pay (Salary continuance) | |
| 31/May/24 | Nadine Geddes | 2,417.29 | Severance Pay (Salary continuance) | |
| 17/Jun/24 | Nadine Geddes | 2,554.91 | Severance Pay (Salary continuance) | |
| 10/Jul/24 | Nadine Geddes | 21,365.43 | Severance Pay (Salary continuance) | |
| **Totals** | **Nadine Geddes** | **79,255.84** | | |
| 31/Jul/23 | Ahmed Shebl | 5,726.42 | Salary | |
| 15/Aug/23 | Ahmed Shebl | 3,438.44 | Salary | |
| 31/Aug/23 | Ahmed Shebl | 3,425.99 | Salary | |
| 15/Sep/23 | Ahmed Shebl | 3,427.26 | Salary | |
| 29/Sep/23 | Ahmed Shebl | 3,405.47 | Salary | |
| 13/Oct/23 | Ahmed Shebl | 3,381.85 | Salary | |
| 31/Oct/23 | Ahmed Shebl | 3,330.65 | Salary | |
| 15/Nov/23 | Ahmed Shebl | 3,378.38 | Salary | |
| 30/Nov/23 | Ahmed Shebl | 7,227.69 | Salary | |
| 15/Dec/23 | Ahmed Shebl | 5,598.75 | Salary | |
| 29/Dec/23 | Ahmed Shebl | 4,854.95 | Salary | |
| 15/Jan/24 | Ahmed Shebl | 4,207.21 | Salary | |
| 31/Jan/24 | Ahmed Shebl | 18,662.35 | Salary | |
| **Totals** | **Ahmed Shebl** | **70,065.42** | | |
| 31/Jul/23 | George Palikaras | - | | |
| 15/Aug/23 | George Palikaras | 4,559.89 | Salary | |
| 31/Aug/23 | George Palikaras | 8,733.62 | Salary | |
| 15/Sep/23 | George Palikaras | 8,736.85 | Salary | |
| 29/Sep/23 | George Palikaras | 8,740.72 | Salary | |
| 13/Oct/23 | George Palikaras | 8,650.51 | Salary | |
| 31/Oct/23 | George Palikaras | 58,216.16 | Salary | |
| **Totals** | **George Palikaras** | **97,637.74** | | |
| 31/Jul/23 | Jonathan Waldern | 7,508.22 | Severance Pay (Salary continuance) | |
| 15/Aug/23 | Jonathan Waldern | 7,508.23 | Severance Pay (Salary continuance) | |
| 31/Aug/23 | Jonathan Waldern | 7,508.23 | Severance Pay (Salary continuance) | |
| 15/Sep/23 | Jonathan Waldern | 7,508.23 | Severance Pay (Salary continuance) | |
| 29/Sep/23 | Jonathan Waldern | 7,508.23 | Severance Pay (Salary continuance) | |
| 13/Oct/23 | Jonathan Waldern | 7,508.23 | Severance Pay (Salary continuance) | |
| 31/Oct/23 | Jonathan Waldern | 3,736.88 | Severance Pay (Salary continuance) | |
| 15/Dec/23 | Jonathan Waldern | - | | |
| 15/Feb/24 | Jonathan Waldern | 6,265.00 | Severance Pay (ND bonus) | |
| 15/Mar/24 | Jonathan Waldern | 6,265.00 | Severance Pay (ND bonus) | |
| 15/Apr/24 | Jonathan Waldern | 6,265.00 | Severance Pay (ND bonus) | |
| 15/May/24 | Jonathan Waldern | 6,265.00 | Severance Pay (ND bonus) | |

## SCHEDULE TO SOFA Q4

| Pay Date | Employee Name | USD | Description | Comments |
|---|---|---|---|---|
| 17/Jun/24 | Jonathan Waldern | 6,265.00 | Severance Pay (ND bonus) | |
| 28/Jun/24 | Jonathan Waldern | - 6,265.00 | Severance Pay (ND bonus) | |
| 10/Jul/24 | Jonathan Waldern | 37,590.00 | Severance Pay (ND bonus) | |
| **Totals** | **Jonathan Waldern** | **111,436.25** | | |
| 31/Jul/23 | Ken Rice | 11,143.76 | Severance Pay (Salary continuance) | |
| 15/Aug/23 | Ken Rice | 8,456.25 | Severance Pay (Salary continuance) | |
| 31/Aug/23 | Ken Rice | 10,063.76 | Severance Pay (Salary continuance) | |
| 15/Sep/23 | Ken Rice | 8,456.25 | Severance Pay (Salary continuance) | |
| 29/Sep/23 | Ken Rice | 10,063.76 | Severance Pay (Salary continuance) | |
| 13/Oct/23 | Ken Rice | 8,456.25 | Severance Pay (Salary continuance) | |
| 31/Oct/23 | Ken Rice | 4,896.71 | Severance Pay (Salary continuance) | |
| 30/Nov/23 | Ken Rice | 1,607.51 | Severance Pay (Medical expense) | |
| 15/Dec/23 | Ken Rice | - | | |
| 29/Dec/23 | Ken Rice | 1,607.51 | Severance Pay (Medical expense) | |
| 31/Jan/24 | Ken Rice | 1,607.51 | Severance Pay (Medical expense) | |
| 15/Feb/24 | Ken Rice | 6,527.25 | Severance Pay (ND bonus) | |
| 29/Feb/24 | Ken Rice | 1,607.51 | Severance Pay (Medical expense) | |
| 15/Mar/24 | Ken Rice | 6,527.25 | Severance Pay (ND bonus) | |
| 28/Mar/24 | Ken Rice | 1,607.51 | Severance Pay (Medical expense) | |
| 15/Apr/24 | Ken Rice | 6,512.50 | Severance Pay (ND bonus) | |
| 30/Apr/24 | Ken Rice | 1,607.51 | Severance Pay (Medical expense) | |
| 15/May/24 | Ken Rice | 6,489.00 | Severance Pay (ND bonus) | |
| 31/May/24 | Ken Rice | 1,607.51 | Severance Pay (Medical expense) | |
| 17/Jun/24 | Ken Rice | 6,489.00 | Severance Pay (ND bonus) | |
| 28/Jun/24 | Ken Rice | - 6,489.00 | Severance Pay (ND bonus) | |
| 10/Jul/24 | Ken Rice | 16,628.06 | Severance Pay (ND bonus) | |
| **Totals** | **Ken Rice** | **115,473.37** | | |
| 13/Oct/23 | Jim Fusaro | 5,787.25 | Salary | |
| 31/Oct/23 | Jim Fusaro | 16,380.44 | Salary | |
| 30/Nov/23 | Jim Fusaro | 6,777.15 | Salary & Vacation pay | |
| **Totals** | **Jim Fusaro** | **28,944.84** | | |
| 31/Oct/23 | Jennifer Charaso | 7,686.11 | Salary | |
| 15/Nov/23 | Jennifer Charaso | 8,257.73 | Salary | |
| 30/Nov/23 | Jennifer Charaso | 8,257.72 | Salary | |
| 15/Dec/23 | Jennifer Charaso | 11,147.85 | Salary & Vacation pay | |
| **Totals** | **Jennifer Charaso** | **35,349.41** | | |
| 31/Jul/23 | Uzi Sasson | 10,087.40 | Salary | |
| 15/Aug/23 | Uzi Sasson | 10,175.06 | Salary | |
| 31/Aug/23 | Uzi Sasson | 10,152.32 | Salary | |
| 15/Sep/23 | Uzi Sasson | 10,632.66 | Salary | |
| 29/Sep/23 | Uzi Sasson | 11,196.77 | Salary | |
| 13/Oct/23 | Uzi Sasson | 11,405.92 | Salary | |
| 31/Oct/23 | Uzi Sasson | 11,254.66 | Salary | |
| 15/Nov/23 | Uzi Sasson | 14,118.01 | Salary | |
| 30/Nov/23 | Uzi Sasson | 7,996.10 | Salary | |
| 15/Dec/23 | Uzi Sasson | 7,782.27 | Salary | |
| 29/Dec/23 | Uzi Sasson | 7,940.82 | Salary | |
| 15/Jan/24 | Uzi Sasson | 12,139.43 | Salary | |
| 31/Jan/24 | Uzi Sasson | 12,056.82 | Salary | |
| 15/Feb/24 | Uzi Sasson | 12,056.81 | Salary | |
| 29/Feb/24 | Uzi Sasson | 12,056.81 | Salary | |
| 15/Mar/24 | Uzi Sasson | 12,056.82 | Salary | |
| 28/Mar/24 | Uzi Sasson | 12,056.81 | Salary | |
| 15/Apr/24 | Uzi Sasson | 12,056.81 | Salary | |
| 30/Apr/24 | Uzi Sasson | 12,056.82 | Salary | |

**SCHEDULE TO SOFA Q4**

| Pay Date | Employee Name | USD | Description | Comments |
|---|---|---|---|---|
| 15/May/24 | Uzi Sasson | 13,228.61 | Salary | |
| 31/May/24 | Uzi Sasson | 13,273.48 | Salary | |
| 17/Jun/24 | Uzi Sasson | 13,160.98 | Salary | |
| 28/Jun/24 | Uzi Sasson | 13,160.98 | Salary | |
| 15/Jul/24 | Uzi Sasson | 13,160.98 | Salary | |
| 31/Jul/24 | Uzi Sasson | 13,160.98 | Salary | |
| 7/Aug/24 | Uzi Sasson | 100,000.00 | Consulting Agreement | |
| 8/Aug/24 | Uzi Sasson | 301,320.18 | Salary, Severance and vacation cash out | |
| **Totals** | **Uzi Sasson** | **689,745.31** | | |
| 31/Jul/23 | Dan Eaton | 8,277.63 | Salary | |
| 15/Aug/23 | Dan Eaton | 7,771.04 | Salary | |
| 31/Aug/23 | Dan Eaton | 7,771.04 | Salary | |
| 15/Sep/23 | Dan Eaton | 10,376.22 | Salary | |
| 29/Sep/23 | Dan Eaton | 7,771.04 | Salary | |
| 13/Oct/23 | Dan Eaton | 7,771.04 | Salary | |
| 31/Oct/23 | Dan Eaton | 7,448.53 | Salary | |
| 15/Nov/23 | Dan Eaton | 7,771.05 | Salary | |
| 30/Nov/23 | Dan Eaton | 7,900.37 | Salary | |
| 15/Dec/23 | Dan Eaton | 7,900.37 | Salary | |
| 29/Dec/23 | Dan Eaton | 7,899.36 | Salary | |
| 15/Jan/24 | Dan Eaton | 8,097.71 | Salary | |
| 31/Jan/24 | Dan Eaton | 7,946.70 | Salary | |
| 15/Feb/24 | Dan Eaton | 7,946.71 | Salary | |
| 29/Feb/24 | Dan Eaton | 7,946.70 | Salary | |
| 15/Mar/24 | Dan Eaton | 8,105.33 | Salary | |
| 28/Mar/24 | Dan Eaton | 7,944.70 | Salary | |
| 15/Apr/24 | Dan Eaton | 7,946.70 | Salary | |
| 30/Apr/24 | Dan Eaton | 7,946.70 | Salary | |
| 15/May/24 | Dan Eaton | 7,946.71 | Salary | |
| 31/May/24 | Dan Eaton | 7,946.70 | Salary | |
| 17/Jun/24 | Dan Eaton | 7,946.70 | Salary | |
| 28/Jun/24 | Dan Eaton | 7,944.70 | Salary | |
| 15/Jul/24 | Dan Eaton | 7,862.27 | Salary | |
| 31/Jul/24 | Dan Eaton | 7,862.26 | Salary | |
| 7/Aug/24 | Dan Eaton | 100,000.00 | Consulting Agreement | |
| 8/Aug/24 | Dan Eaton | 205,047.00 | Salary, Severance and vacation cash out | |
| **Totals** | **Dan Eaton** | **505,095.28** | | |
| 19/Jul/23 | Related Party - Metamaterial - | 1,500,000.00 | intercompany settlement | |
| 14/Aug/23 | Related Party - Metamaterial | 2,000,000.00 | intercompany settlement | |
| 21/Aug/23 | Related Party - Metamaterial | 308,200.00 | intercompany settlement | |
| 26/Sep/23 | Related Party - Metamaterial | 1,000,000.00 | intercompany settlement | |
| 28/Sep/23 | Related Party - Medical Wirel | 123,010.00 | intercompany settlement | |
| 4/Oct/23 | Related Party - Meta Materia | 52,860.00 | intercompany settlement | |
| 5/Oct/23 | Related Party - Medical Wirel | 247,900.00 | intercompany settlement | |
| 26/Oct/23 | Related Party - Meta Materia | 54,015.00 | intercompany settlement | |
| 31/Oct/23 | Related Party - Metamaterial | 500,000.00 | intercompany settlement | |
| 15/Nov/23 | Related Party - Meta Materia | 144,287.00 | intercompany settlement | |
| 15/Nov/23 | Related Party - Metamaterial | 990,000.00 | intercompany settlement | |
| 15/Nov/23 | Related Party - Metamaterial | 500,000.00 | intercompany settlement | |
| 27/Nov/23 | Related Party - Medical Wirel | 64,935.00 | intercompany settlement | |
| 14/Dec/23 | Related Party - Metamaterial | 500,000.00 | intercompany settlement | |
| 18/Dec/23 | Related Party - Metamaterial | 1,000,000.00 | intercompany settlement | |
| 19/Dec/23 | Related Party - Meta Materia | 27,985.00 | intercompany settlement | |
| 28/Dec/23 | Related Party - Medical Wirel | 129,860.00 | intercompany settlement | |
| 11/Jan/24 | Related Party - Metamaterial | 990,000.00 | intercompany settlement | |

## SCHEDULE TO SOFA Q4

| Pay Date | Employee Name | USD | Description | Comments |
|---|---|---|---|---|
| 18/Jan/24 | Related Party - Meta Materia | 27,847.50 | intercompany settlement | |
| 23/Jan/24 | Related Party - Metamaterial - | 25,580.00 | intercompany settlement | |
| 31/Jan/24 | Related Party - Medical Wirel | 67,750.73 | intercompany settlement | |
| 8/Feb/24 | Related Party - Metamaterial | 900,000.00 | intercompany settlement | |
| 13/Feb/24 | Related Party - Metamaterial | 500,000.00 | intercompany settlement | |
| 20/Feb/24 | Related Party - Metamaterial | 284.00 | intercompany settlement | |
| 20/Feb/24 | Related Party - Meta Materia | 27,692.50 | intercompany settlement | |
| 26/Feb/24 | Related Party - Metamaterial | 6,503.00 | intercompany settlement | |
| 26/Feb/24 | Related Party - Medical Wirel | 64,645.00 | intercompany settlement | |
| 26/Feb/24 | Related Party - Plasma App Lt | 129,290.00 | intercompany settlement | |
| 1/Mar/24 | Related Party - Nanotech Secı- | 9,660.00 | intercompany settlement | |
| 5/Mar/24 | Related Party - Metamaterial | 950,000.00 | intercompany settlement | |
| 5/Mar/24 | Related Party - Nanotech Secı | 4,972.84 | intercompany settlement | |
| 7/Mar/24 | Related Party - Metamaterial | 7,560.00 | intercompany settlement | |
| 12/Mar/24 | Related Party - Metamaterial | 48,720.00 | intercompany settlement | |
| 19/Mar/24 | Related Party - Metamaterial | 990,000.00 | intercompany settlement | |
| 20/Mar/24 | Related Party - Meta Materia | 33,549.00 | intercompany settlement | |
| 20/Mar/24 | Related Party - Nanotech Secı | 9,660.00 | intercompany settlement | |
| 27/Mar/24 | Related Party - Plasma App Lt | 128,810.00 | intercompany settlement | |
| 27/Mar/24 | Related Party - Medical Wirel | 64,405.00 | intercompany settlement | |
| 28/Mar/24 | Related Party - Metamaterial | 22,483.30 | intercompany settlement | |
| 5/Apr/24 | Related Party - Metamaterial | 500,000.00 | intercompany settlement | |
| 24/Apr/24 | Related Party - Meta Materia | 15,000.00 | intercompany settlement | |
| 25/Apr/24 | Related Party - Metamaterial | 100,000.00 | intercompany settlement | |
| 29/Apr/24 | Related Party - Metamaterial | 100,000.00 | intercompany settlement | |
| 30/Apr/24 | Related Party - Nanotech Secı | 2,990.43 | intercompany settlement | |
| 1/May/24 | Related Party - Metamaterial | 50,000.00 | intercompany settlement | |
| 3/May/24 | Related Party - Metamaterial - | 675,000.00 | intercompany settlement | |
| 7/May/24 | Related Party - Metamaterial | 60,000.00 | intercompany settlement | |
| 9/May/24 | Related Party - Metamaterial | 100,000.00 | intercompany settlement | |
| 10/May/24 | Related Party - Metamaterial | 50,000.00 | intercompany settlement | |
| 13/May/24 | Related Party - Metamaterial | 300,000.00 | intercompany settlement | |
| 14/May/24 | Related Party - Metamaterial | 50,000.00 | intercompany settlement | |
| 15/May/24 | Related Party - Metamaterial - | 40,000.00 | intercompany settlement | |
| 23/May/24 | Related Party - Metamaterial | 100,000.00 | intercompany settlement | |
| 23/May/24 | Related Party - Nanotech Secı- | 99,985.00 | intercompany settlement | |
| 24/May/24 | Related Party - Meta Materia | 39,476.00 | intercompany settlement | |
| 31/May/24 | Related Party - Nanotech Secı- | 199,985.00 | intercompany settlement | |
| 3/Jun/24 | Related Party - Metamaterial | 20,000.00 | intercompany settlement | |
| 5/Jun/24 | Related Party - Nanotech Secı- | 2,000,000.00 | intercompany settlement | |
| 14/Jun/24 | Related Party - Metamaterial | 150,000.00 | intercompany settlement | |
| 17/Jun/24 | Related Party - Nanotech Secı- | 2,000,000.00 | intercompany settlement | |
| 20/Jun/24 | Related Party - Metamaterial - | 825,000.00 | intercompany settlement | |
| 25/Jun/24 | Related Party - Meta Materia | 5,500.00 | intercompany settlement | |
| 25/Jun/24 | Related Party - Metamaterial | 100,000.00 | intercompany settlement | |
| 27/Jun/24 | Related Party - Metamaterial | 200,000.00 | intercompany settlement | |
| 3/Jul/24 | Related Party - Metamaterial | 100,000.00 | intercompany settlement | |
| 5/Jul/24 | Related Party - Metamaterial | 50,000.00 | intercompany settlement | |
| 9/Jul/24 | Related Party - Metamaterial | 100,000.00 | intercompany settlement | |
| 10/Jul/24 | Related Party - Metamaterial | 100,000.00 | intercompany settlement | |
| 17/Jul/24 | Related Party - Metamaterial | 240,000.00 | intercompany settlement | |
| 17/Jul/24 | Related Party - Nanotech Secı | 82,426.63 | intercompany settlement | |
| 17/Jul/24 | Related Party - Nanotech Secı | 22,393.43 | intercompany settlement | |
| 17/Jul/24 | Related Party - Nanotech Secı | 22,388.39 | intercompany settlement | |
| 17/Jul/24 | Related Party - Plasma App Lt | 356,535.00 | intercompany settlement | |

## SCHEDULE TO SOFA Q4

| Pay Date | Employee Name | USD | Description | Comments |
|---|---|---|---|---|
| 18/Jul/24 | Related Party - Metamaterial - | 6,794.51 | intercompany settlement | |
| 18/Jul/24 | Related Party - Metamaterial - | 680.37 | intercompany settlement | |
| 19/Jul/24 | Related Party - Metamaterial - | 103,976.97 | intercompany settlement | |
| 19/Jul/24 | Related Party - Nanotech Sec - | 21,687.10 | intercompany settlement | |
| 7/Feb/24 | Related Party - Metamaterial | 2,000.00 | intercompany settlement | |
| 1/Feb/24 | Related Party - Metamaterial - | 3,000.00 | intercompany settlement | |
| 23/Jan/24 | Related Party - Meta Materia | 25,580.00 | intercompany settlement | |
| 6/Nov/23 | Related Party - Metamaterial | 25,000.00 | intercompany settlement | |
| 17/Oct/23 | Related Party - Metamaterial | 50,000.00 | intercompany settlement | |
| 10/Aug/23 | Related Party - Metamaterial | 70,000.00 | intercompany settlement | |
| 3/Aug/23 | Related Party - Metamaterial - | 300,000.00 | intercompany settlement | |
| 2/Aug/23 | Related Party - Metamaterial - | 100,000.00 | intercompany settlement | |
| 1/Aug/23 | Related Party - Metamaterial - | 300,000.00 | intercompany settlement | |
| 20/Jul/23 | Related Party - Metamaterial - | 1,600,000.00 | intercompany settlement | |
| 17/Jul/23 | Related Party - Metamaterial - | 250,000.00 | intercompany settlement | |
| 23/Jun/23 | Related Party - Metamaterial - | 500,000.00 | intercompany settlement | |
| 2/Jun/23 | Related Party - Metamaterial | 700,000.00 | intercompany settlement | |

**TOTAL INSIDER PAYMENTS (1YR)**   8,182,005.38

## Schedule to SOFA Q30

| Name | Type of grants | Date | # of shares vested (RSU)/ redeemed (DSU) |
|---|---|---|---|
| Vyomesh Joshi | RSU | 12/20/2023 | 705 |
| Vyomesh Joshi | RSU | 4/19/2024 | 1,314 |
| Philippe Morali | RSU | 12/20/2023 | 239 |
| Eric Leslie | DSU | 12/20/2023 | 702 |
| Eric Leslie | DSU | 2/9/2024 | 823 |
| Eugenia Corrales | DSU | 4/19/2024 | 1,314 |
| Eugenia Corrales | DSU | 5/23/2024 | 705 |