**Exhibit D**

- Home
- Explore
- Notifications
- Messages
- Grok
- Bookmarks
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

← Post                                    Reply

**George Palikaras** ✓ @palikaras · Jul 17, 2024
Future #entrepreneurs, beware! This cautionary tale is unfolding at Meta Materials Inc. ( $MMAT @Metamaterialtec ), where it appears that its current board and management are trying to pull the wool over shareholders' eyes after trying to muzzle the founding CEO. 🫢🔍

Imagine a
Show more

💬 69    🔁 311    ♡ 578    📊 38K

**Aaron Chow (Elephant Analytics)** @aaronmchow · Jul 17, 2024
Since you are able to talk, here's a question.

While you were CEO, $MMAT sold the $24 mil NBH notes receivable to McCabe at a heavy discount. A discount that was equal to ~2 years of MMAT's gross profits before opex.

How do you defend that deal?

💬 6    🔁 1    ♡ 22    📊 2.1K

**George Palikaras** ✓
@palikaras

Excellent question! $MMAT Shareholders (and you are not one) should be addressing this topic specifically to Jack & Uzi in writing, preferably with a demand letter. Then if you get no (or the wrong) answer we can discuss further. HOWEVER, if you are REALLY interested to understand the way this Board behaves and operates what you may want to further ask them is... WHY did this deal get materially changed by them AFTER I was out... and in exchange for WHAT?

5:32 PM · Jul 17, 2024 · **3,055** Views

💬 10    🔁 29    ♡ 76    🔖 1

Post your reply                                     Reply

**Aaron Chow (Elephant Analytics)** @aaronmchow · Jul 17, 2024
George, this is a question I'm asking of *you* since y
discussing lots of things right now.

Jack & Uzi don't seem to be communicative. You have
discussing things lately, but perhaps just selectively.

💬 3    🔁    ♡ 13

---

Spectator1209
@VetranoJen18760

**Aaron Chow (Eleph**
@aaronmchow

Dad. Husband. Finar
(primarily energy foc
Founder of Distresse
Co-founded Absolut
FbFund alumni.

**What's happening**

Trending in United States
**Mayor Wu**
6,196 posts

Sports · Trending
**John Wall**
Trending with #WallWay
14.2K posts

Entertainment · Trending
**Nia Long**

Trending in United States
**JUST ANNOUNCED**
55.6K posts

Show more

Terms of Service | Privacy Policy |
Accessibility | Ads info | More ·

··· Mushroom 🍄
$MMTLP- WINNING- Relentless and we're not …

Messages

**The Butcher of Wall Street Marcel ...** ✓  @BossB... · Jul 17, 2024
That's telling, and we appreciate the truths. Thank you, George

💬 1    🔁    ♡ 19    ᴵᶩᶩ 604

**Chess not Checkers** ✓ @toglesby27 · Jul 17, 2024
GP - Another question re $mmat $mmtlp....

Below are some financial statements and associated notes from the 10-k for the year ending 2023.

I believe you left the company and your position as both CEO and Chairman of the Board during 4q 2023? - please correct me if I am wrong.
Show more

💬 2    🔁 1    ♡ 8    ᴵᶩᶩ 645

**Chess not Checkers** ✓ @toglesby27 · Jul 17, 2024
I'm really interested. But you continue to dodge my questions. They are in your dms.

I'll cut down and make super short a

Why a 100% premium for nanotech? Why all cash deal? How do you justify what sure looks like an unsupportable valuation only two years later?

How do you
Show more

💬 1    🔁    ♡ 4    ᴵᶩᶩ 468

**Walter** @everydaywalter · Jul 18, 2024
Hey George, I fully endorse everything you're doing with respect to exposing the un-legal actions of the BOD.
@Rahraw999 recently set in play a legal means of ousting the @GTII BOD & management, & from what I understand, a specific % of S/H can enact this. (1/2)

💬 1    🔁 1    ♡ 3    ᴵᶩᶩ 193

🦋**J.Brown** @JtB_easy · Jul 17, 2024
More back door deals at the cost of retail.. This charade has gone on far too long with no transparency. #mmat

💬    🔁 1    ♡ 2    ᴵᶩᶩ 497

**Brian** @BurrbQ · Jul 18, 2024
Ask Uzi how you defend your actions?

💬    🔁    ♡ 1    ᴵᶩᶩ 115

- Home
- Explore
- Notifications
- Messages
- Grok
- Bookmarks
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

Spectator1209
@VetranoJen18760

Mushroom 🍄📦
$MMTLP- WINNING- Relentless and we're not …

Messages