IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| JENNIFER VETGRANO<br>Plaintiff,<br><br>v.<br><br>JOHN BRDA, ALLISON CHRISTILAW, MBA, ICD.D. B, JOHN R. HARDING, UZI SASSON, DAN EATON ESQ., MAURICE GUITTON, ERIC M. LESLIE, PHILIPPE MORALI, KEN HANNAH, STEEN KARSBO, et al.<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 24-CV-00325-DC-RCG |

**DEFENDANTS' JOINDER IN OPPOSITION TO PLAINTIFF'S
RECENT MOTIONS**

Defendants Allison Christilaw, Ken Hannah and Steen Karsbo hereby join (1) Defendant Brda's Opposition to Motion to Enter New Evidence, and (2) Defendants Sasson, Harding and Morali's Response to Plaintiff's Recent Motions. For the reasons stated in these pleadings, which in the interest of judicial economy will not be repeated, Defendants Christilaw, Hannah and Karsbo request that the Court deny or strike Plaintiffs' recent pleadings [Docs 61, 62, 63, 64 and 67] filed after the Court administratively closed this matter on May 1, 2025 [Docs 52 and 57].

Date: August 26, 2025

Respectfully submitted,
*/s/ Paul R. Bessette*
Paul R. Bessette
Texas State Bar No. 02263050
Michael J. Biles
Texas State Bar No. 24008578
Frances Fink
Texas State Bar No. 24135291

KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2050
Fax: (512) 457-2100
pbessette@kslaw.com
mbiles@kslaw.com
ffink@kslaw.com

*Counsel for Defendants Allison Christilaw, Steen Karsbo and Ken Hannah*

## CERTIFICATE OF SERVICE

I certify that on August 26, 2025, the above document was served on counsel of record for all parties via CM/ECF system.

/s/ Paul R. Bessette
Paul R. Bessette