IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND-ODESSA DIVISION

JENNIFER VETRANO,
*Plaintiff*

v.

JOHN BRDA,
ALLISON CHRISTILAW, MBA, ICD.D B,
JOHN R. HARDING, UZI SASSON,
DAN EATON ESQ, MAURICE GUITTON,
ERIC M. LESLIE, PHILIPPE MORALI,
KEN HANNAH, STEEN KARSBO,
JOHN DOES 1-20, JANE DOES 1-20
*Defendants*.

FILED
SEP 0 2 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

Case No.: 7:24-CV-00325-DC-RCG

**MOTION TO REOPEN CASE**

Dear Clerk of the Court,

Please find enclosed for filing in the above-referenced matter the following document:

Plaintiff's Motion to Reopen Case

I am the pro se Plaintiff in this matter, which was administratively closed on May 1, 2025. I respectfully request that the Court consider this motion in light of new evidence, constitutional concerns, and evolving circumstances that warrant judicial review.

Should the Court require any additional information or clarification, I am available and willing to comply with all procedural requirements.

Thank you for your attention to this matter.

Respectfully submitted,

Jennifer Vetrano

/s/ Jennifer Vetrano

Pro Se Plaintiff

Dated: August 17, 2025

Jennifer Vetrano

Pro Se Plaintiff

25 Pond Hollow Lane

West Creek, NJ 08092

Email: jvetrano999@gmail.com

908-783-0105

No fax number

CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the MOTION TO REOPEN CASE was served via email upon all counsel of record on August 29, 2025.

Jennifer Vetrano

/s/ Jennifer Vetrano

Pro Se Plaintiff

Dated: August 29, 2025

-742-5877)

ear you.

tain
must
than

commercial
Visit
document.

8 oz. or less.
weight.

lectronic media
ot send cash

velope

e a second time –
recipient.

atform, reflecting
es worldwide.
100% recycled
ble.

This envelope is for use
with the following services:

**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

**Do not use this envelope for:**

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

**Apply shipping documents on this side.**



CLERK, US DISTRICT CLERK
200 E WALL ST
STE 222
MIDLAND TX 79701

JENNIFER VETRANO
(908) 783-0105
THE UPS STORE #0607
STE 35
297 ROUTE 72 W
MANAHAWKIN NJ 08050-2811

SHIP TO:
CLERK, US DISTRICT CLERK
STE 222
200 E WALL ST

MIDLAND TX 79701-5201

UPS NEXT DAY AIR
TRACKING #: 1Z 0V1 9E0 01 7317 4603

0.2 LBS LTR
SHP WT: LTR
DATE: 29 AUG 2025

iability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or
Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

01019511212 4/14 PAC United Parcel Service




**Reusable Express En**

Logistics is all about efficiency, service and smart ways of moving things around t