IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| JENNIFER VETRANO,<br>*Plaintiff,*<br><br>v.<br><br>JOHN BRDA,<br>ALLISON CHRISTILAW, MBA, ICD.D B,<br>JOHN R. HARDING, UZI SASSON,<br>DAN EATON ESQ, MAURICE GUITTON,<br>ERIC M. LESLIE, PHILIPPE MORALI,<br>KEN HANNAH, STEEN KARSBO,<br>JOHN DOES 1-20, JANE DOES 1-20<br>*Defendants.* | Case No.: 7:24-CV-00325-DC-RCG<br><br>FILED<br>SEP 0 2 2025<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY _____<br>DEPUTY CLERK |

**PLAINTIFF'S MOTION TO REOPEN CASE**

I. INTRODUCTION

Plaintiff Jennifer Vetrano respectfully moves this Court to reopen the above-captioned matter, which was administratively closed on May 1, 2025 [Docs. 52, 57]. Plaintiff submits that new evidence, constitutional concerns, and evolving circumstances warrant judicial review and continuation of proceedings. Administrative closure is not a dismissal and does not divest the Court of jurisdiction. See Penn West Assocs., Inc. v. Cohen, 371 F.3d 118, 127 (3d Cir. 2004).

II. LEGAL STANDARD

Federal courts have inherent authority to manage their dockets, including reopening administratively closed cases. Administrative closure is a procedural tool, not a final adjudication. See Matter of Avetisyan, 25 I&N Dec. 688 (BIA 2012). The Court may reopen a

case upon motion by a party where good cause is shown, including the emergence of new facts or legal developments.

III. GROUNDS FOR REOPENING

Plaintiff has submitted multiple filings [Docs. 61–64, 67] presenting:

- New evidence relevant to the claims;

- Potential conflicts of interest involving defense counsel;

- Misrepresentations in prior pleadings;

- Constitutional concerns regarding access to justice and due process.

These filings are substantive and meritorious, and they warrant judicial review. Plaintiff's right of access to the courts is protected under the First and Fifth Amendments. See Bounds v. Smith, 430 U.S. 817 (1977); Lewis v. Casey, 518 U.S. 343 (1996).

IV. REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court:

1. Reopen the case for further proceedings;

2. Schedule a status conference or hearing to address pending motions;

3. Grant any other relief the Court deems just and proper.


Respectfully submitted,

Jennifer Vetrano

Pro Se Plaintiff

25 Pond Hollow Lane

West Creek, NJ 08092

Phone: (908) 783-0105

Email: jvetrano999@gmail.com

Date: August 29, 2025

CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, a true and correct copy of the PLAINTIFF"S MOTION TO REOPEN CASE was served via email upon all counsel of record and relevant parties in accordance with the Federal Rules of Civil Procedure.

Jennifer Vetrano

jvetrano999@gmail.com

908-783-0105

/s/ Jennifer Vetrano

Jennifer Vetrano

Pro Se Plaintiff