IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **JENNIFER VETRANO,** § | |
| *Plaintiff*, § | |
| § | |
| v. § | MO:24-CV-00325-DC-RCG |
| § | |
| **JOHN BRDA et al.,** § | |
| *Defendants*. § | |

## ORDER

This case is **ADMINISTRATIVELY CLOSED** pending the outcome of Case No. 24-50792, filed in the United States Bankruptcy Court for the District of Nevada. (Doc. 52). Following the closure, and the Court's Order denying Plaintiff's Motion to Reconsider the closure, Plaintiff has filed an additional six motions. (Docs. 61, 62, 63, 64, 67, 69). The Court's stance on the bankruptcy stay in this case has not changed. (*See* Docs. 52, 57). Accordingly, while keeping the case administratively closed, the Court summarily **DENIES** Plaintiff's Motions. (Docs. 61, 62, 63, 64, 67, 69). **Any future filings unrelated to the dismissal of the bankruptcy case or a lift of the automatic stay may result in sanctions against Plaintiff.**

It is so **ORDERED**.

SIGNED this 22nd day of September, 2025.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE