IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND-ODESSA DIVISION

FILED

NOV 03 2025

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

JENNIFER VETRANO,
   *Plaintiff*

v.

Case No.:   7:24-CV-00325-DC-RCG

JOHN BRDA,
ALLISON CHRISTILAW, MBA, ICD.D B,
JOHN R. HARDING, UZI SASSON,
DAN EATON ESQ, MAURICE GUITTON,
ERIC M. LESLIE, PHILIPPE MORALI,
KEN HANNAH, STEEN KARSBO,
JOHN DOES 1-20, JANE DOES 1-20
   *Defendants*.

## NOTICE OF OPPOSED RENEWED MOTION TO VACATE STAY ORDER

PLEASE TAKE NOTICE that Plaintiff Jennifer Vetrano, appearing pro se, hereby moves

this Honorable Court to vacate any order staying the proceedings in this civil action as to the

individual Defendants.

This motion is made pursuant to 11 U.S.C. § 362(a), relevant Fifth Circuit precedent,

constitutional principles of due process and access to the courts, and the Local Rules of the

Western District of Texas.  The grounds for this motion are fully set forth in the accompanying

Renewed Motion to Vacate Stay Order, filed herewith.

Plaintiff respectfully requests that the Court grant the relief sought and allow this civil action to

proceed without further delay.

Respectfully submitted,

/s/ Jennifer Vetrano

Jennifer Vetrano, Pro Se

25 Pond Hollow Lane

West Creek, NJ 08092

Email: jvetrano999@gmail.com

Phone: 908-783-0105

Date: July, 18, 2025