IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| JENNIFER VETRANO,<br>*Plaintiff*,<br><br>v.<br><br>JOHN BRDA,<br>ALLISON CHRISTILAW, MBA, ICD.D B,<br>JOHN R. HARDING, UZI SASSON,<br>DAN EATON ESQ, MAURICE GUITTON,<br>ERIC M. LESLIE, PHILIPPE MORALI,<br>KEN HANNAH, STEEN KARSBO,<br>JOHN DOES 1-20, JANE DOES 1-20<br>*Defendants*. | Case No.:  7:24-CV-00325-DC-RCG |

## Cover Letter

Date: July 18, 2025

Clerk of Court

United States District Court

Western District of Texas

Midland-Odessa Division

### Filing of Opposed Renewed Motion to Vacate Stay Order

Dear Clerk,

Enclosed for filing in the above-captioned matter, please find the following documents:

1. Notice of Motion

2. Renewed Motion to Vacate Stay Order with Certificate of Service

Page | 1

3. Proposed Order

Please file these documents accordingly. Should the Court require any additional information, I am available at the contact information below.

Respectfully submitted,

/s/Jennifer Vetrano

Jennifer Vetrano
25 Pond Hollow Lane
West Creek, NJ 08092
Email: jvetrano999@gmail.com
Phone: 908-783-0105