**Exhibit B**

## Contact

www.linkedin.com/in/johnbrda (LinkedIn)
www.olivonadvisors.com (Personal)

## Top Skills

Business Ownership
Start-up Leadership
Enterprise Software

# John Brda

Founder Olivon Advisors
St Louis, Missouri, United States

## Summary

Experienced CEO with a demonstrated history of leading Nasdaq listed company. Skilled in Negotiation, Capital Formation, Business Planning, Entrepreneurship, Venture Capital, and Mergers & Acquisitions (M&A). Strong business development professional with a BS focused in Finance from Southern Illinois University, Carbondale.

Currently assisting companies in capital formation through the use of SPVs.  Actively seeking companies that have the true potential to for hyper growth and multiples of investment on exit.

We cater to High Net Worth investors looking for exposure to private off market transactions.

## Experience

Olivon Advisors
Founder
August 2023 - Present (2 years)
United States

Working alongside my two co-founders, we are actively managing our investment syndicate at Olivon Advisors.  Our syndicate caters to high net worth individuals, family offices, and entrepreneurs who are looking to invest in off market, high growth opportunities.

Brda & Company
Independent Consultant and Advisor
January 2006 - Present (19 years 7 months)
United States

As the former CEO of a multi billion dollar Nasdaq entity, I have gained a network and experience that is difficult to replicate.  I plan on using that knowledge and reach to assist other public company CEOs in their pursuits.

Torchlight Energy Resources, Inc.
CEO
June 2010 - June 2021 (11 years 1 month)
Plano, Texas

## Education

Southern Illinois University, Carbondale
BS, Finance · (1985 - 1988)

Drake University
· (1983 - 1985)