IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| JENNIFER VETRANO,<br>*Plaintiff*,<br><br>v.<br><br>JOHN BRDA,<br>ALLISON CHRISTILAW, MBA, ICD.D B,<br>JOHN R. HARDING, UZI SASSON,<br>DAN EATON ESQ, MAURICE GUITTON,<br>ERIC M. LESLIE, PHILIPPE MORALI,<br>KEN HANNAH, STEEN KARSBO,<br>JOHN DOES 1-20, JANE DOES 1-20<br>*Defendants*. | Case No.:   7:24-CV-00325-DC-RCG |

## **PROPOSED ORDER**

Before the Court is Plaintiff Jennifer Vetrano's Opposed Renewed Motion to Vacate Stay Order. Having considered the motion, the applicable law, and the record in this case, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that any stay previously imposed upon proceedings against the individual Defendants in this matter is hereby VACATED.

IT IS FURTHER ORDERED that this case shall proceed as to the individual Defendants.

SIGNED this _____ day of _____, 2025.

_____

HONORABLE RONALD C. GRIFFIN

UNITED STATES MAGISTRATE JUDGE
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND-ODESSA DIVISION