

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
MIDLAND-ODESSA DIVISION

JENNIFER VETRANO,

    *Plaintiff*,

v.

JOHN BRDA,
ALLISON CHRISTILAW, MBA, ICD.D B,
JOHN R. HARDING, UZI SASSON,
DAN EATON ESQ, MAURICE GUITTON,
ERIC M. LESLIE, PHILIPPE MORALI,
KEN HANNAH, STEEN KARSBO,
JOHN DOES 1-20, JANE DOES 1-20

    *Defendants*.

Case No.: 7:24-CV-00325-DC-RCG

## PLAINTIFF'S NOTICE REGARDING FILING DATE DISCREPANCY

To The Honorable Judge Walter David Counts III and the Honorable Magistrate Judge Ronald C. Griffin, and all parties of record:

COMES NOW Plaintiff, Jennifer Vetrano, appearing *pro se*, and respectfully provides this Notice to clarify the timeline of events related to Document 73, the "OPPOSED RENEWED MOTION TO VACATE STAY ORDER," which was filed on the docket on November 3, 2025 (p. 1).

The Plaintiff wishes to inform the Court that while the document was officially entered on the docket in November 2025, the original motion and the accompanying communications with opposing counsel were prepared and served in July 2025.

- The motion and exhibits were served via email on opposing counsel on **July 18, 2025** (p. 8).

- Responses from counsel opposing the motion were received on that same date, July 18, 2025 (pp. 9-10).

- The document was postmarked for mailing to the Clerk's office on **July 18, 2025** (p. 17).

The discrepancy between the date of preparation/service (July 2025) and the filing date (November 2025) is noted for the record. The Plaintiff is unsure why the document was just listed on the docket now but confirms the content and service dates as originally stated within Document 73 itself.

This notice is submitted to maintain clarity and accuracy in the court record and does not request any additional action from the Court at this time. I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 13, 2025

Respectfully submitted,


Jennifer Vetrano

25 Pond Hollow Lane

West Creek, NJ 08092

908-783-0105

jvetrano999@gmail.com

No fax

Pro Se Plaintiff

Date: November 14, 2025

/s/ Jennifer Vetrano

Jennifer Vetrano

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025, a true and correct copy of the foregoing Notice was served on all parties of record via email in accordance with Federal Rule of Civil Procedure 5 (/statute/united-states-code/title-28-appendix/federal-rules-of-civil-procedure/title-ii-commencing-an-action-service-of-process-pleadings-motions-and-orders/rule-5-serving-and-filing-pleadings-and-other-papers) and the Local Rules of the Western District of Texas.

/s/ Jennifer Vetrano

Jennifer Vetrano



```
JENNIFER VETRANO                          0.1 LBS LTR
(908) 783-0105                            SHP WT: LTR
THE UPS STORE #0607                       DATE: 14 NOV 2025
STE 35
297 ROUTE 72  W
MANAHAWKIN  NJ 08050-2811

SHIP  CLERK, US DISTRICT CLERK
TO:   STE 222
      200 E WALL ST

      MIDLAND   TX 79701-5201
```

**TX 797 9-01**

**UPS NEXT DAY AIR   1**

TRACKING #: 1Z 0V1 9E0 01 8482 9975

BILLING: P/P

REF #2: 3304          REF #1: 3304

MH4NGUJRMKBXF ISH 13.00C ZZP 450 42.5V 10/2025

---

The UPS Store RFID Label

Tracking #

1Z0V19E0018482  9975

---

CLERK, US DISTRICT CLERK
200 E WALL ST
STE 222
MIDLAND TX 79701

P: RED      S: SOUTH          I: R1
DTWN - 1029                   1030
         9975
1Z0V19E0018482  TXHIDSMALLS  NOV 17 06:24:51 2025
CSFBVSS         HIP 25.3.2   ZT411R
US  7970