IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **JENNIFER VETRANO,**<br>            *Plaintiff*,<br><br>v.<br><br>**JOHN BRDA et al.,**<br>            *Defendants*. | §<br>§<br>§<br>§       MO:24-CV-00325-DC-RCG<br>§<br>§<br>§ |

## ORDER

This case is **ADMINISTRATIVELY CLOSED** pending the outcome of Case No. 24-50792, filed in the United States Bankruptcy Court for the District of Nevada. (Doc. 52). In August 2025, following the closure and the Court's Order denying Plaintiff's Motion to Reconsider the closure, Plaintiff filed an additional six motions. (Docs. 61, 62, 63, 64, 67, 69). The Court summarily denied these Motions. Now, on November 3, 2025, Plaintiff filed the instant Renewed Motion to Vacate Stay Order, expressing the same complaints. (Doc. 73).

The Court's stance on the bankruptcy stay in this case has still not changed. (*See* Docs. 52, 57). Accordingly, while keeping the case administratively closed, the Court **DENIES** Plaintiff's Renewed Motion. (Doc. 73). **Any future filings unrelated to the dismissal of the bankruptcy case or a lift of the automatic stay may result in sanctions against Plaintiff.**

It is so **ORDERED**.

SIGNED this 17th day of November, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE